# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SINATRO and JESSICA PROST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARILLA AMERICA, INC.,<br><br>Defendant. | Case No.: 4:22-cv-03460-DMR<br><br>Complaint Filed: June 11, 2022<br>FAC Filed: July 20, 2022<br><br>*Assigned to Hon. Donna M. Ryu*<br><br>**STIPULATION RE CASE MANAGEMENT SCHEDULING ORDER** |

The Court, having considered Plaintiffs Matthew Sinatro and Jessica Prost ("**Plaintiffs**") and Defendant Barilla America, Inc. ("**Defendant**") (collectively, the "**Parties**") Stipulation re Case Management Scheduling Order, and all relevant papers on file herein, hereby finds goods cause shown and further ORDERS the dates set forth in the schedule attached hereto as follows:

///

///

///

///

///

///

///

///

| CASE MANAGEMENT SCHEDULING ORDER | |
|---|---|
| **Event** | **Date** |
| Deadline to file Motion to Amend the Pleadings and/or Join New Parties | **Thursday, January 26, 2023** |
| Deadline to file Plaintiffs' Motion for Class Certification/Defendant's Motion to Strike Class Allegations, including any expert reports upon which Plaintiffs rely in its motion | **Wednesday, August 16, 2023** |
| Deadline to complete depositions and document productions for Plaintiffs' experts re: Class Certification | **Friday, September 15, 2023** [Approx. 30 days after filing the Plaintiffs' Motion for Class Certification] |
| Deadline to file Defendant's Opposition to Class Certification/Plaintiffs' Opposition to Motion to Strike Class Allegations, including any counter expert reports upon which Defendant relies in its motion | **Friday, October 20, 2023** [Approx. 60 days after filing Plaintiffs' Motion for Class Certification] |
| Deadline to complete depositions and document productions for Defendant's experts re: Class Certification | **Monday, November 20, 2023** [Approx. 30 days after filing the Defendant's Opposition to Motion for Class Certification] |

| CASE MANAGEMENT SCHEDULING ORDER ||
|---|---|
| Event | Date |
| Deadline to file Plaintiffs' Reply in Support of Class Certification/Defendant's Reply In Support of Motion to Strike Class Allegations, including any rebuttal expert reports upon which Plaintiffs relies in its motion | **Wednesday, December 20, 2023**<br>[Approx. 60 days after filing the Defendant's Opposition to Motion for Class Certification] |
| Deadline for Parties to participate in private mediation | **Friday, January 26, 2024**<br>[Approx. 30 days after Class Cert Briefing is Complete] |
| Hearing on Class Certification Motion/Motion to Strike Class Allegations | Date Set by Court after Deadline for Parties to Participate in Private Mediation |
| Deadline for Parties to confer and file a Joint Status Report an updated Proposed Scheduling Order | [10 days after the Court enters Order regarding Class Certification] |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 14, 2022

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE