**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Katherine A. Bruce (SBN 288694)
kbruce@clarksonlawfirm.com
Kelsey J. Elling (SBN 337915)
kelling@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SINATRO and JESSICA PROST, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BARILLA AMERICA, INC., <br><br> Defendant. | Case No. 4:22-cv-03460-DMR <br> Action Filed: June 11, 2022 <br> FAC Filed: July 20, 2022 <br><br> *Assigned to Hon. Donna M. Ryu for all purposes* <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL** |

**TO THE COURT, ALL PARTIES, ALL INTERESTED PERSONS, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on a date to be set by the Court, in the above-entitled Court, before Magistrate Judge Donna M. Ryu, in Courtroom 4 of the Oakland Courthouse located at 1301 Clay Street, Oakland, CA 94612, Plaintiffs Matthew Sinatro and Jessica Prost ("**Plaintiffs**"), on behalf of themselves and all others similarly situated, by and through their counsel of record Ryan J. Clarkson, Katherine A. Bruce, and Kelsey J. Elling of Clarkson Law Firm, P.C., will and hereby do move for class certification pursuant to Fed. R. Civ. P. 23(b)(3).

Plaintiffs move this Honorable Court for an Order as follows:

1. That this case is certified to proceed to the merits as a class action pursuant to Fed. R. Fed. R. Civ. P. 23(b)(3) on all causes of action set forth in Plaintiff's First Amended Class Action Complaint filed against Defendant Barilla America, Inc. ("**Defendant**") on behalf of the following Class:

> All persons or entities who, during the Class Period,[1] purchased one or more of the Products[2] in California for purposes other than resale.
>
> Excluded from the Class are: (i) Defendant, its assigns, successors, and legal representatives; (ii) any entities in which Defendant has controlling interests; (iii) federal, state, and/or local governments, including, but not limited to, their departments, agencies, divisions, bureaus, boards, sections, groups, counsels, and/or subdivisions; and (iv) any judicial officer presiding over this matter and person within the third degree of consanguinity to such judicial officer.

---

[1] The "**Class Period**" is defined as the period of time extending from four years prior to the filing of this action and present: June 11, 2016 through present.

[2] The "**Products**" include all Barilla® brand pasta products with the following front-packaging label representation: "ITALY'S #1 BRAND OF PASTA" ("**Italian Origin Representation**"). They include: **(a)** Barilla® *Classic Blue Box* pastas, including: (1) Angel Hair, (2) Campanelle, (3) Cellentani, (4) Ditalini, (5) Elbows, (6) Farfalle, (7) Fettuccine, (8) Fideo Cut Spaghetti, (9) Gemelli, (10) Jumbo Shells, (11) Large Shells, (12) Linguine, (13) Linguine Fini, (14) Manicotti, (15) Medium Shells, (16) Mezzi Rigatoni, (17) Mini Farfalle, (18) Mini Penne, (19) Mini Wheels, (20) Mostaccioli, (21) Orzo, (22) Pastina, (23) Penne, (24) Pipette, (25) Rigatoni, (26) Rotini, (27) Spaghetti, (28) Spaghetti Rigati, (29) Thick Spaghetti, (30) Thin Spaghetti, (31) Tri-Color Penne, (32) Tri-Color Rotini, (33) Wavy Lasagne, and (34) Ziti ("**Classic Blue Box**"); **(b)** Barilla® *Collezione Artisanal* pastas, including: (1) Bucatini, (2) Casarecce, (3) Orecchiette, (4) Penne, (5) Rigatoni, and (6) Spaghetti ("**Collezione Artisanal**"); **(c)** Barilla® *Gluten Free* pastas, including: (1) Elbows, (2) Fettuccine, (3) Penne, (4) Rotini, and (5) Spaghetti ("**Gluten Free**"); **(d)** Barilla® *Veggie* pastas, including (1) Rotini, and (2) Spaghetti ("**Veggie**"); and **(e)** Barilla® *Whole Grain* pastas, including (1) Elbows, (2) Lasagne, (3) Linguine, (4) Penne, (5) Rotini, (6) Spaghetti, and (7) Thin Spaghetti ("**Whole Grain**").

1  (the "**Class**").

2      2.    That Plaintiffs Matthew Sinatro and Jessica Prost are appointed as Class Representatives.

4      3.    That Ryan J. Clarkson, Katherine A. Bruce, and Kelsey J. Elling of Clarkson Law Firm, P.C. are appointed Class Counsel pursuant to Fed. R. Civ. P. 23(g).

This motion is based upon this notice of motion, the concurrently filed memorandum of points and authorities, declarations, exhibits, and evidence submitted in support thereof, any written or oral arguments or evidence submitted in connection therewith, all relevant papers on file in this action, and upon such further arguments and evidence as may be presented in connection with the hearing of this matter.

Dated: August 30, 2023            **CLARKSON LAW FIRM, P.C.**

By: */s/ Katherine A. Bruce*
     Ryan J. Clarkson
     Katherine A. Bruce
     Kelsey J. Elling

*Attorneys for Plaintiffs*