UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW SINATRO and JESSICA
PROST, individually and on behalf of
all others similarly situated,

        Plaintiffs,

           v.

BARILLA AMERICA, INC.,

        Defendant.

Case No.: 3:22-cv-03460

**DECLARATION AND EXPERT REPORT OF**

**J. MICHAEL DENNIS, PH.D.**

**AUGUST 16, 2023**

I, J. Michael Dennis, Ph.D., declare as follows:

1.      I have been retained by counsel for the Plaintiffs in the above-captioned matter. If called upon to testify, I would and could testify competently to all such subject matter in this expert report.

2.      Plaintiffs' counsel has retained my services at the hourly rate of $525. My compensation is not contingent on the results of my work or any outcome of the litigation. My expert opinions expressed in this expert report are solely my own.

## SUMMARY OF QUALIFICATIONS

3.      I have attached a true and correct copy of my curriculum vitae. **Attachment A** sets forth accurate statements concerning my background, education, training, and experience concerning my expertise in the field of survey research and marketing research. The following summarizes relevant or notable qualifications related to the opinions expressed in this Declaration and Expert Report.

4.      I have worked as a survey research expert for more than 25 years, authoring more than 60 articles, conference and seminar papers, or book chapters. I am recognized as an expert in survey research methods. I am a frequent speaker at the annual meetings of the American Association for Public Opinion Research ("AAPOR") and the American Statistical Association. In recognition of my expertise in online surveys, I was appointed to be a member of the AAPOR Task Force on Online Panels that published recommendations for researchers regarding online surveys.

5.      I have been personally involved in the design and conduct of hundreds of statistical surveys using the internet mode of data collection over the last 25 years, including the kind of consumer surveys and analysis described in this report.

6.    Designing and conducting surveys about the opinions, perceptions, attitudes, preferences, and values of consumers, voters, members of associations, and citizens is a service that I have provided for my clients for more than 25 years. I have designed and conducted consumer surveys that have been accepted by courts in the following cases:

- *Price [Miles] v. Philip Morris*, Case No. 00 L 0112 (Circuit Court, Third Judicial Court, Madison County, Illinois)

- *Zill v. Sprint*, Case No. RG03114147 (Superior Court of the State of California, County of Alameda)

- *Ebin v. Kangadis Food Inc.*, Case No. 1:13-cv-02311 (S.D.N.Y.)

- *Sachs and Alden v. Toyota Motor Corp.*, Case No. BC443701 (Superior Court of the State of California, County of Los Angeles)

- *Avram v. Samsung Elecs. America, Inc. and Lowe's Home Ctrs.*, Case No. 2:11-cv-6973 (KM)(SCM) (D.N.J.)

- *Geanacopoulos v. Philip Morris, USA*, Civil Action No. 98-6002-BLSI (Superior Court for the Commonwealth of Massachusetts)

- *Scotts EZ Seed Litig.*, Case No. 12-CV-4727 (VB)(PED) (S.D.N.Y.)

- *Dzielak v Whirlpool*, Case No. 12-cv-00090 (D.N.J.)

- *Pettit v. Procter & Gamble [RE: Flushable Wipes]*, Case No. 3:15-CV-02150-RS (N.D. Cal.)

- *Fitzhenry-Russell, et al. v. Dr. Pepper Snapple Grp., Inc., et al.*, Case Nos. 5:17-cv-00564-NC (lead); 5:17-02341-NC (consolidated) (N.D. Cal.)

- *Theodore Broomfield, et al. v. Craft Brew Alliance, Inc., et al.*, Case No. 5:17-cv-01027-BLF (N.D. Cal)

- *Benson v. Newell Brands, Inc., et al.*, Case No. 19-cv-06836 (N.D. Ill)

- *Patrick McMorrow, et al. v. Mondelez Int'l, Inc.*, Case No. 3:17-cv-2327-BAS-JLB (S.D. Cal.)

- *Sharpe v. A & W Concentrate Co.*, Case No. 19-cv-00768 (BMC) (E.D.N.Y.)

- *Montera et al. v. Premier Nutrition Corp.*, Case No. 3:16-CV-06980 RS (N.D. Cal, San Francisco Div.)

- *Sharon Willis et al. v. Colgate-Palmolive Co.*, Case No. 19-8542 JGB (RAOx) (C.D. Cal.)

- *Anne De Lacour et al. v. Colgate-Palmolive Co., and Tom's of Maine Inc.*, Case No. 16 Civ. 8364 (RA) (AJP) (S.D.N.Y)

- *Kimberly Banks et al. v. R.C. Bigelow, Inc.*, Case No. 20-cv-06208 DDP (RAOx) (C.D. Cal.)

7.      I have testified on more than sixty occasions as an expert witness since 2002, including at deposition or trial during the last twenty years. My attached current curriculum vitae (Attachment A) lists my testimony at deposition and trial in the last four years.

8.      During the period 2000 to 2013, I managed all the online panel research conducted by Knowledge Networks (acquired by GfK in January 2012) on behalf of federally funded principal investigators who conducted health, economic, social, and political research. When I began at Knowledge Networks as the Vice President of Operations and Survey Research in 2000, I was responsible for leading survey research for the company and for developing the probability based KnowledgePanel, which was the core company asset for Knowledge Networks. As part of the start-up of Knowledge Networks, I also designed and implemented approximately 20 internally funded surveys in the areas of health, finance, public policy, and consumer research, and oversaw the scientific direction and operational management of the construction of KnowledgePanel.

9.      In 2001, I founded the client-facing business unit "Government & Academic Research" for Knowledge Networks. In the role of Managing Director, I oversaw a staff of more than 50 researchers. I advised clients on the design of all phases of their survey research projects, including sample design, questionnaire design, quality control procedures, and data analysis. The research I conducted has had to meet the high-quality standards maintained by federal sponsors of statistical surveys funded by agencies such as the U.S. Centers for Disease Control and Prevention, the Environmental Protection Agency, and the National Science Foundation. I have been the

principal investigator for studies funded by the U.S. National Science Foundation. My opinions have been quoted in The Wall Street Journal, The New York Times, Crain's Chicago Business, and Business Week.

10.     Before joining Knowledge Networks, I was a Senior Scientist at Abt Associates, which was and still is one of the country's leading social science research firms. While at Abt Associates, I managed the data collection for the largest random digit dialing telephone survey in the United States, the National Immunization Survey, which was funded by the U.S. Centers for Disease Control and Prevention with management support from the National Center for Health Statistics. I also led other survey studies funded by the National Institute on Alcohol Abuse and Alcoholism, the National Cancer Institute, the Social Security Administration, and the White House Office of National Drug Control Policy.

11.     I am currently a Senior Vice President at NORC in Chicago, IL. I lead the online panel survey research business for NORC. NORC is one of the premier survey research organizations in the United States. Affiliated with the University of Chicago, NORC has conducted research for federal, foundation, and academic clients for 75 years, and is responsible for some of the most prestigious survey projects in the U.S, including the General Social Survey and the Survey of Consumer Finance. Prior to joining NORC in December 2014, I was a Managing Director at GfK (which acquired my employer Knowledge Networks in 2012). At the time, GfK was the fifth largest market research firm worldwide, offering research services in 90 countries.

12.     I have been NORC's Director for two significant studies regarding the 2020 general elections in the U.S. First, I was and am still the NORC Director for the *2020 Facebook Election Research Project*, which continues with post-election analyses. While funded by Facebook, the study is being directed by university-based academics. I am directing all aspects of sampling and

survey data collection for five-waves of data collection in a longitudinal study of approximately 300,000 U.S. adults, with surveys conducted both before and after the November 2020 general elections. The study will provide statistical evidence of the extent to which, if any, that social media has an impact on our U.S. politics, democratic institutions, and elections.

13.    I was also the NORC Director for the *America in One Room* (A1R) projects in 2019 (prior to the 2020 general election in the U.S.) and the 2021 climate change study in preparation for the recent Glasgow Summit on Climate Change. Funded by Helena Project and conducted under the supervision of Professors James Fishkin and Larry Diamond from the Center for Deliberative Democracy at Stanford University, I have and am still currently directing the deliberative polls. The 2019 deliberative polls were chronicled in a special pull-out section of The New York Times on October 2, 2019 (Sunday edition).[1] I was interviewed by CNN, The New York Times, other media outlets, and the film documentary director.

14.    In the 2020-2021 timeframe, my research focus had been in directing more than twenty survey studies related to Covid-19 for the U.S. Centers for Disease Control and Prevention, AARP, Boston University, and other organizations. I also led NORC's initiative to create a partnership agreement with AARP, resulting in the June 2021 launch of Foresight 50+ research solutions.[2]

---

[1] *See* https://en.wikipedia.org/wiki/America_in_One_Room. Badger, Emily; Quealy, Kevin. "These 526 Voters Represent All of America. And They Spent a Weekend Together". The New York Times. Retrieved 2 October 2019. President Obama recommended The New York Times article in a tweet.

[2] https://www.norc.org/Research/Capabilities/Pages/Foresight50.aspx.

16.     Previous to my engagement as a consultant to Plaintiffs in this litigation, I have never purchased the products and/or services being litigated.

## BACKGROUND

17.     I understand Plaintiffs allege that Defendant has engaged in unlawful, unfair, and deceptive practices by labeling certain of its Products[3] with the descriptor "ITALY'S #1 BRAND OF PASTA®," surrounded by the colors of Italy's national flag.[4]  Plaintiffs allege that Defendant's use of this Challenged Representation results in consumers being misled to believe that the Products are authentic pastas from Italy.[5]  Furthermore, Plaintiffs allege that consumers paid price premium for the Products as a result of Defendant's use of the Challenged Representation.[6]

## ASSIGNMENT

18.     As a testifying expert retained by Plaintiffs, I work from the assumption that my task is to "proceed on the hypothesis that the Defendant committed the harmful act and that the act was unlawful."[7]

19.      A hypothesis is a starting point in designing a research project; by stating the hypothesis to be tested, I do not mean that I have adopted Plaintiffs' theory of liability as true. Rather, by stating clearly the hypothesis to be tested with data, the research expert like myself can then set out about designing and executing a scientific and impartially conducted research project attempting to test and evaluate the hypothesis.

20.      Based on Plaintiffs' theory of liability, the research hypothesis that I tested is as

---

[3] The litigated Products are identified in the operative First Amended Complaint, Dkt. 11, ¶ 4.
[4] First Amended Complaint, Dkt. 11, ¶ 2.
[5] *Ibid.* ¶¶ 2, 17, 21.
[6] *Ibid.* ¶¶ 2-5, 28.
[7] Allen, M., Hall., R., and Lazear, V. 2011. "Reference Guide on Estimation of Economic Damages," in <u>Reference Manual on Scientific Evidence</u>, Federal Judicial Center, National Research Council of the National Academies, pp. 425-502, p. 432.

follows: "Defendant's use of the Challenged Representation led reasonable consumers to perceive that the Products were made in Italy—meaning, the Products were made from ingredients solely sourced in Italy.."

21.    My first assignment was to test this hypothesis with a scientifically rigorous and reliable consumer survey and in so doing provide the Court information needed to assess the extent to which, if any, the Plaintiffs' allegations have merit.

22.    For my second assignment, Plaintiffs' counsel asked me to evaluate whether it would be feasible to devise a method for conducting a market research study that can be used to reliably measure whether and to what extent class members overpaid, if anything, for the Products because of the Challenged Representation.

23.    With respect to calculating overpayment damages, as a testifying expert retained by the Plaintiffs, I again work from the assumption that my task is to "proceed on the hypothesis that the Defendant committed the harmful act and that the act was unlawful."[8]

24.    I have professionally engaged with this assignment to design, execute, and report on a research project that relies on generally accepted methodologies for providing the Court information needed to assess the extent to which, if any, the Proposed Classes were harmed due to overpayment for the Products marketed with the Challenged Representation.

25.    I understand that my price premium survey, once conducted, will be a source of data for Mr. Colin Weir, Plaintiffs' expert in economics, who I understand will be responsible for calculating economic damages that are specifically attributable to the Challenged Representation.

26.    I do not offer any opinions about the merits or characteristics of the Products

---

[8] Allen, M., Hall., R., and Lazear, V. 2011. "Reference Guide on Estimation of Economic Damages," in <u>Reference Manual on Scientific Evidence</u>, Federal Judicial Center, National Research Council of the National Academies, pp. 425-502, p. 432.

themselves itself (e.g., whether they were made with ingredients from Italy).

27.    I have completed the following tasks to date:

- Conducted and reported on a consumer perception survey;

- Conducted focus groups for evaluating my consumer perception survey and inform the selection of purchase drivers for the proposed price premium survey;

- Determined the operational logistics of the surveys in terms of the recruiting of the consumers for the price premium survey and the administration of my survey;

- Determined the price premium survey design, such as the selection of attributes;

- Prepared the overpayment analysis plan that will be used to calculate overpayment statistics, if any, and to assess the reliability of those statistics.

## CONCLUSIONS

28.    First, I conclude on the basis of my consumer perception survey that the reasonable consumer was led by the Defendant's Challenged Representation into believing that the Products were made with ingredients sourced solely from Italy.

29.    Second, I conclude that my proposed price premium measurement approach, which I detail in this report – a choice-based conjoint survey or simply "conjoint survey" – is typical of, and generally accepted by, experts in the field of consumer market research.

30.    Based on my past experience in conducting conjoint surveys, my understanding of the relevant peer-review academic literature, and my knowledge of the facts of this case, I conclude that it is both feasible and appropriate to design and execute conjoint surveys in terms of sampling the relevant universe, administering the survey to appropriately selected consumers, collecting the data, and preparing the data for analysis to measure any overpayment attributable to the Challenged Representation.

31.    My conjoint survey data can be used for market-simulation analyses that will estimate reliably the percentage difference between what class members would have paid for the

9

Products "but-for" the harmful act (that is, Defendant's sale of the Products with the Challenged Representation), compared to the actual prices paid by members of the Proposed Classes.

32.     At an appropriate time, upon direction from Plaintiffs' counsel or the Court, the survey I have designed will be capable of being administered and the results used to calculate the amount of overpayment, if any, by the Proposed Class.

### OVERVIEW OF WORK PERFORMED IN CONDUCTING THE CONSUMER PERCEPTION SURVEY

33.     Based on my knowledge and expertise in the fields of survey research and consumer market research, I designed and conducted a consumer survey in a number of sequential steps explained below. First, I created a sampling plan designed to survey respondents whose responses would be generalizable to the proposed class. Second, I designed the consumer survey questionnaire based on my research of Defendants' use of the Challenged Representation. Third, I tested my consumer survey through focus groups and by pretesting with research subjects. Fourth, I retained a survey vendor to program and execute the survey, as well as administer the survey to consumers. Fifth, I compiled the data from the completed interviews, reviewed the data to assess the quality of the survey data, and analyzed the interviews. Sixth and finally, I analyzed the data as summarized in this declaration and expert report.

34.     In the paragraphs below, I first provide the key findings from the consumer survey, and then I document the steps that I took to design and implement the consumer survey. Afterwards, I describe my proposed approach for measuring and calculating a price premium solely attributable the Challenged Representation.

## <u>KEY FINDINGS FROM THE CONSUMER SURVEY</u>

35.     My consumer survey measured consumers' understanding of this challenged descriptor:



36.     My consumer survey found that a majority of consumers perceived the Challenged Representation to mean that the Product's ingredients are solely sourced from Italy.

37.     My analysis of the survey data (n=582 interviews with California consumers) found that **57.0%** of consumers perceived the Challenged Representation to mean that the Product's ingredients are solely sourced from Italy.  **32.3%** of surveyed respondents did not perceive the Challenged Representation to have this meaning, and **10.7%** did not have an opinion.

38.     Before calculating these percentages, I examined carefully the survey responses and determined that 97 respondents provided unreliable responses based on one or more indicators. I excluded those 97 respondents from the analysis that resulted in the net **57.0% deception rate**. Excluded responses are from respondents who (i) reported that they did not base their answers on the provided product packaging or else reported that they were unable to examine the packaging; (ii) selected an irrational response for my control question, revealing they were "guessing" or otherwise providing a "noisy" response; and (iii) indicated they have purchased a fictitious pasta brand (again revealing they were "guessing" or otherwise providing a "noisy" response).[9]

39.     I conducted sensitivity tests to assess the extent to which the survey results vary with respect to individualized circumstances and characteristics of the surveyed consumers.

---

[9] The syntax for identifying the n=582 analysis interviews is as follows: Q_EXAMINE=1 AND CP_3 ~= 2 AND CP_BASIS=1 AND BRANDr13 ~= 1 AND DOV_ELIGIBLE2 =1.

Consumers' understanding of the Challenged Representation (that is, the net 57.0% deception rate) did not vary statistically (Pearson Chi-Square $p > 0.05$) in terms of the age, gender, race, primary grocery shopper status in the household, urbanicity of the community where the respondent lives, frequency of grocery store purchases, primary grocery shopper status with respect to pasta purchasing in the household, or Barilla versus non-Barilla purchaser. The following groups were slightly more likely to have reported answers consistent with being deceived (Pearson Chi-Square $p < 0.05$): Hispanics, persons with a high school education or less, Spaghetti purchasers, recent first-time purchasers of pasta, and frequent purchasers of pasta. My analyses indicated only minor differences in the deception rate across these different groups.

## DEFINITION OF THE PROPOSED CLASS

40.    I understand from Plaintiffs' counsel that they seek to certify a California class defined as follows:

> All residents of California who, within four years prior to the filing of this Complaint [on June 11, 2018], purchased the Products, containing the Challenged Representation on the Products' front packaging, for purposes other than resale

41.    For purposes of defining the appropriate study target population for my consumer survey or surveys, I understood that my consumer survey results would need to be generalizable to the Class. I have designed an appropriate sample to accomplish that requirement, as explained below.

## THE SAMPLE DESIGN FOR THE CONSUMER PERCEPTION SURVEY

42.    I determined that the appropriate population for the consumer surveys consists of California residents who purchased dried pasta products in the past 12 months. I chose this definition in considering the definition of the Proposed Class.

43.    This definition of the study population includes actual purchasers and likely

purchasers of Defendant's Products. (In fact, 82.8% of my analysis interviews are with respondents who purchased Barilla-brand pasta in the past 12 months.) My interviewed consumers have likely been targeted by Defendant's advertising, promotions, and messaging including the Challenged Representations. This definition of the study population ensures that my survey sample closely resembles the proposed California Class of purchasers of Defendant's Products.

44.    In designing the screening protocol, I considered the versions of the labeling of the Products made available during discovery and considered best practices in conducting surveys in the litigation context.[10]  I also examined grocery store shelves marketing pasta products in the San Francisco area, including Safeway, Whole Foods, Trader Joe's, and Lucky's Supermarket. I also considered various textbooks from the field of survey research, such as Survey Methodology (Second Edition) by Robert Groves et al. and Handbook of Survey Research (Second Edition) edited by Peter Marsden and James Wright, Asking Questions by Norman Bradburn et al., The Psychology of Survey Response by Roger Tourangeau et al., among others.

45.    My sample design specifies a methodology for selecting survey respondents such that the results of the survey are generalizable and projectable to the Proposed Class. The results from my consumer perception survey are generalizable to class members that make up the proposed Class, based on my expert judgment.

46.    To select a representative sample of consumers for my surveys, I used a screening protocol (i.e., survey questions that make up the "screener" of the survey) involving a series of

---

[10] My screening approach is consistent with the Professor Diamond's guidelines published in Shari Seidman Diamond, 2011, "Reference Guide on Survey Research," Reference Manual on Scientific Evidence (Third Edition). See my attached List of Considered Materials for references to Defendants' web advertising that I considered. I also considered the Declaration of Mr. Michael Gulmann, Dkt. 19-1 and Defendants Answer to Plaintiffs' Complaint, Dkt. 47.

filtering steps to identify the appropriate respondents for completing the consumer perception survey.

47.     To qualify for my consumer survey, respondents were required to answer a series of screening survey questions to assure that they qualify as members of the study population. Respondents were eligible to participate in my survey if they met all these conditions:

- Reside in the state of California;

- Are an adult age 18 and older; and

- Purchase dried pasta in the last 12 months.

48.     In addition to the substantive screening questions noted above, respondents also had to satisfy the following quality control criteria in order to qualify for the consumer surveys:

- Pass a reCAPTCHA test to assure that the study participant is not a bot (protecting against fraud and fake users);

- Provide age and gender information in my survey that matches previously provided data on age and gender;

- Confirm they did not take a survey in the past 30 days about "Pasta products";

- Confirm they are not employed by or have a close friend or relative employed by any of these industries: Marketing or market research; public relations firm; grocery company.

- Did not select a fictitious shape of pasta (asked to identify and screen-out inattentive respondents);

- Confirmed their understanding of the subject matter of the survey (asked to identify and screen-out inattentive respondents);

- Agree to certain conditions, listed below, before being eligible to take the survey:

  ✓ Answer the questions with your honest answers and opinions. Do not guess.
  ✓ Answer the questions by yourself and without asking anybody else for help.
  ✓ Answer the questions without getting help from a website or other materials.
  ✓ Answer all the questions in one sitting and not stopping in the middle.

49.    In designing the screening survey, I appropriately disguised my research objectives from the respondents so that they were unable to get a sense of the research objectives and purposes of the research. Therefore, my survey respondents were "blind" to my research objectives and therefore are not biased in answering my survey questions.[11]

50.    To disguise the survey objectives from the respondent, the screening portion of the survey included a variety of screening questions (*e.g.*, about food specialty and health supplement products), with no salience or emphasis brought to the products marketed by Defendant. I also included a question about demographic characteristics. By casting a wide net of questions with varying content, I hid the research objectives from the respondents.

## SURVEY PROGRAMMING, SURVEY PARTICIPANT RECRUITMENT, AND DATA COLLECTION OPERATIONS

51.    In this section, I describe operational aspects of how I conducted the consumer perception survey.

52.    To identify my actual survey respondents and administer the consumer survey(s), I retained the online market research company named Dynata. I have retained this firm for my previously mentioned consumer perception, materiality, and price premium surveys conducted in the litigation context. Dynata was created from the merger of two industry-leading online survey sample companies (Research Now and Survey Sampling Inc.). Dynata provided me with online survey vendor services for programming the questionnaire, providing the respondent sample, and collecting the survey data. Based on my experience in the industry, the Dynata online panel sample

---

[11] My consumer survey is in compliance with Professor Diamond's guideline that "any potential bias is minimized by having interviewers and respondents blind to the purpose and sponsorship of the survey…."  Professor Shari Seidman Diamond, 2011, "Reference Guide on Survey Research," <u>Reference Manual on Scientific Evidence</u> (Third Edition), p. 374.

is regarded as among the most credible and reliable non-probability online panels having the necessary scale for this study, which involves collecting a substantial number of interviews from qualified consumers who meet all of the sample selection criteria.

53.    Dynata uses a "click-balance" approach to ensure that the respondents starting my survey constitute a representative sample of consumers with respect to age and gender. After the representative sample starts the survey, the screening portion of my survey identified qualified and eligible respondents that were selected for and then administered the survey.

54.    Dynata uses digital fingerprinting that creates a "fingerprint" for each respondent based on computer characteristics (like IP addresses). Fingerprinting helps to identify respondents who attempt to take the same survey more than once. Fingerprinting is also useful for excluding respondents who, on other surveys, showed a pattern of inattentiveness in surveys. Dynata also implements the matching routine under my direction to assure that age and gender information that I collect from the respondents corresponds to the information that Dynata has on file from previous surveys: respondents for whom the data do not match will not be permitted to complete the survey. Dynata also provided me date/time stamp information on survey taking at the respondent level so that I can conduct sensitivity tests based on the length of interview, enabling me to make decisions about removing interviews from the analysis if their length of interview indicates that their survey responses are not reliable.

55.    Dynata has not and will not conduct any analyses of the data as my survey administrator.

56.    Dynata worked under my supervision and control. I did not and will not share with Dynata the research objectives. Dynata was "blind" to the research objectives of the study and "blind" to the sponsor of the study.

57.    The survey was conducted between August 10 and August 11, 2023. A total of 1,596 potential respondents started my survey by answering the question about their state of residence. A total of 682 respondents qualified for the survey based on their responses to the screening questions and were invited to participate in the main part of my survey including the consumer perception questions.  Of these 682 respondents, 679 answered my key consumer perception regarding the Challenged Representation. Of these 679 respondents, I retained for analysis 582 respondents who passed my quality-control checks on the survey data.[12] The final dataset for my analysis includes 886 completed interviews. The survey data set that includes all the responses for all the respondents that started my survey is attached to my expert report, including the interviews that I excluded from my analysis.[13]

## DESCRIPTION OF THE CONSUMER PERCEPTION SURVEY

58.    After screening part of the survey, eligible respondents were allowed to enter and complete the consumer perception survey.

59.    In designing the survey questions for my survey, I used best practices that are customary in the survey research industry. I used neutral, even-handed, unbiased, non-alarmist language. I provided non-leading survey question wording. I provided balanced and complete survey response options. I established a neutral, non-judgmental context to encourage honest answers from the respondents (*e.g.*, "We will show you ways that people might or might not understand the meaning of statements on the packaging"). I followed these and other best

---

[12] As mentioned above, the syntax for identifying the n=582 analysis interviews is as follows: Q_EXAMINE=1 AND CP_3 ~= 2 AND CP_BASIS=1 AND BRANDr13 ~= 1 AND DOV_ELIGIBLE2 =1.

[13] There is a variable in the dataset (ANALYSIS_FLAG) that identifies the interviews that I retained for analysis (n=582).

practices to obtain reliable responses.

60.     I appropriately used the closed-ended survey question format for my consumer perception survey questions. "Closed-ended survey questions" provide the respondent a defined list of response options from which to choose, in contrast to open-ended survey questions which require the respondent to type or verbalize a response in their own words. Survey research professionals prefer the use of closed-ended questions, not open-ended questions, because they are more appropriate for scientifically rigorous, quantitative survey research, while open-ended survey questions have more utility for qualitative research.[14] In their textbook Asking Questions, Bradburn *et al.* set forth a "Checklist of Major Points" for questionnaire design, the first point of which is:

---

[14] "As a general rule survey researchers prefer closed questions because they are easier to process and reduce coder variability," a conclusion reached in a leading survey research textbook authored by Bradburn, N. M., Sudman, S., & Wansink, B. 2004. Asking Questions: A Practical Guide to Questionnaire Design, p. 167. *See also* another leading survey research textbook authored by Schuman, H. & Presser, S. 1981. Questions and Answers in Attitude Surveys, New York: Academic Press. Schuman and Presser refer to the "triumph of closed questions" over open-ended questions, p. 79. Schuman and Presser summarize the results of their experiment using closed versus open-ended questions as follows in an experiment where interviewers probed respondents to clarify their responses to open-ended questions: "[W]e think the closed form of the question is superior because it separates types of responses that were often indistinguishable in the open coding…. Whatever the advantages of the open question for assessing salience and for avoiding social desirability effects—and we have been unable to discover firm evidence that either of these advantages actually occurs—there seem to be even greater disadvantages arising from vagueness of expression by respondents, frequent failures to probe adequately by interviewers, and occasional misunderstanding by coders. All this is avoided in closed questions, where respondents are in essence asked to code themselves, with minimal intervention by third parties," p. 104. Schuman and Presser's experiment used professional interviewers to administer the surveys, as opposed to the kind of self-administered survey standardly conducted online in recent decades. With professional interviewers, the respondents providing vague or incomplete responses to open-ended survey questions can be probed and asked to clarify their responses.

> Use open-ended questions sparingly; they are primarily useful for development work, to explore a topic in depth, and to obtain quotable material. Close-ended questions are more difficult to construct, but they are easier to analyze and generate less unwanted interviewer and coder variance.[15]

61.    For quantitative surveys like the one in this case (not qualitative research), the use of closed-ended survey questions (not open-ended questions) is a more generally acceptable question format in the survey research industry.

62.    I asked respondents directly their perceptions of the Challenged Representation after having showed the respondents all panels of the product packaging. My methodology is based on the direct survey questionnaire technique common to marketing and public opinion research and accordingly does not require a control group.[16] Moreover, courts across the country have accepted these methodologies.[17]

63.    Before asking respondents any consumer perception questions, my survey established an appropriate context for the respondents to provide reliable answers. I established a neutral, non-judgmental context for considering Defendant's Products.

64.    I also appropriately reminded respondents of their option to select the "Don't know

---

[15] Bradburn, N. M., Sudman, S., & Wansink, B. 2004. Asking Questions: A Practical Guide to Questionnaire Design, p. 167.

[16] Directly asking respondents their understanding and opinions is a well-accepted and established methodology in marketing and survey research. *See* Bradburn, N. M., Sudman, S., & Wansink, B. 2004. Asking Questions: A Practical Guide to Questionnaire Design. San Francisco: Jossey-Bass. *See* Groves, Robert M., Floyd J. Fowler, Jr., Mick P. Couper, James M. Lepkowski, Eleanor Singer, and Roger Tourangeau. 2011. Survey Methodology (Second Edition). John Wiley & Sons. *See* Marsden, Peter V. and James D. Wright. 2010. Handbook of Survey Research (Second Edition). Emerald Group Publishing. *See* Tourangeau, R., Rips, L. J., & Rasinski, K. 2000. The Psychology of Survey Response. Cambridge University Press.

[17] Courts have accepted the same direct-questioning technique in other litigation surveys that I have conducted in misleading advertising cases including *Price v. Philip Morris, Zill v. Sprint, Ebin v. Kangadis, Scotts EZ Seed Litigation, Pettit v. Procter & Gamble [RE: Flushable Wipes]*; *Fitzhenry-Russell, et al. v. Dr. Pepper Snapple Group; Broomfield v. Craft Brew Alliance, Inc.*, *Montera et al. v. Premier Nutrition Corp.*, *Banks v. Bigelow, Inc.*

/ not sure" response option. To assure that respondents understood that a "Don't know / not sure" response was acceptable and to assure that respondents understood that a substantive answer was not being demanded or preferred by the researcher, I took two key steps.[18]

65.    First, prior to administering the consumer perception question, the survey provided respondents appropriate instructions to make clear that the "Don't know / not sure" response option is acceptable. My survey included the following instruction:

> In answering the survey questions, it is also important that you base your answers only on the packaging that we show you.
>
> If you do not have an opinion on our questions, please select "Don't know/not sure."

66.    The instruction screen has at least two purposes – not only to ensure that respondents base their answers on the product packaging (and not on irrelevant considerations), but also to make sure respondents understood that the "Don't know/not sure" response option is a valid answer.

---

[18] Professor Diamond observes that the survey designer "can reduce the demand for an answer and … the inclination to hazard a guess just to comply" by using an explicit "don't know" response option. Shari S. Diamond, "Reference Guide on Survey Research," p. 390. I went further than simply providing a "Don't know" response option by providing respondents instructions to signal that a "Don't know / not sure" response is acceptable.

67. On the subsequent instruction screen, I again reminded respondents that a "Don't know / not sure" response is an acceptable response. As shown below, the instruction communicates an equivalent emphasis on the substantive response options and the "Don't know / not sure" response option.

---

Next, we want to know what you understand some of the statements on the packaging to be communicating.

We will show you some possible ways that people might or might not understand the meaning of statements on the packaging.

We want you to tell us whether you think the packaging <u>does</u> communicate that meaning or whether you think the packaging <u>does not</u> communicate that meaning, or answer "Don't know/not sure" if you do not have an opinion.

Because we want you to take your time, you might need to wait a few seconds before being able to advance to the next question.

---

68. I also provided respondents with the ability to view each panel of the product packaging. I showed the images sufficiently large so that the respondents could see the details of the packaging without zooming in or enlarging the images, including the information on the side panel that reads "Made in the U.S.A. with U.S.A. and imported ingredients." Respondents had the option to enlarge the images further.

69. The second way that I encouraged respondents to consider the "Don't know / not sure" response option is that *my actual question wording* (shown below) made clear this option was acceptable by specifically noting the possibility that the respondent might not have an opinion. The survey question wording is below.

21



70.     My survey question wording, therefore, emphasized the acceptability of providing a "Don't know / not sure" response to my consumer perception surveys. I followed Professor Diamond's recommendation to include the "no opinion" option in the survey question itself.[19] I took the appropriate precautions to assure that my respondents did not feel pressure to answer the consumer perception surveys in any particular way.

71.     The survey question itself is worded to evaluate the Plaintiffs' allegations that the Challenged Representation conveys an understanding that the product's ingredients are solely sourced from Italy. Respondents, having had the opportunity to view all panels of the product

---

[19] Professor Diamond (in her "Reference Guide on Survey Research," p. 391) contrasts two ways to word a perception survey question, with the recommended version stating explicitly that a "don't know" response option is available. The two versions are shown below with emphasis added for the distinguishing language for the recommended version. I followed the recommended version in my survey.

    "Based on the commercial, do you believe that the two products are made in the same way, or are they made differently?"

    "Based on the commercial, do you believe that the two products are made in the same way, or that they are made differently, or **don't you have an opinion** about the way they are made?"

packaging as if they were shopping, recorded their interpretation of the Challenged Representation.

72.    To prevent respondents from focusing on the survey question about the Challenged Representation, I also included two questions about the "Non GMO Project Verified" label. I used one of the two "Non-GMO" perception questions as a control question, as shown below. Respondents selecting the "Does not communicate" option are fairly considered as providing "noisy" and unreliable responses because label clearly specifies that the "nongmoproject.org" have verified this product.  Such respondents (9.4% of total) are justifiably removed from the analysis of the responses to key consumer perception question used to evaluate the Plaintiffs' allegations.



73.    After the three consumer perception questions were administered, respondents answered a few classifying questions so that I can group responses for the sensitivity tests.

## FOCUS GROUPS AND PRETESTING

74.    I personally conducted two focus groups to test my questionnaire concepts.  I did so to assure the proper construction of my survey, collecting feedback from consumers about my draft questionnaire.

75.     Focus groups are a type of qualitative research used for various market research purposes, including the development of survey questionnaires. In my practice, I routinely conduct qualitative research because it is a best practice for survey questionnaire development.[20] I conduct the qualitative research because the survey respondents are the ultimate judge of whether the survey questions are clear, unbiased, and make sense to them as respondents. To prevent error in surveys, qualitative research based on focus groups and cognitive interviewing are the gold-standard methodology for testing survey questionnaires with respondents.[21] Both approaches provide opportunities for the researcher to hear directly from respondents about their experiences from participating in the research.

---

[20] Professor Diamond notes that "Focus groups can be used to find out how the survey population thinks about an issue, facilitating the construction of clear and understandable questions." Diamond, "Reference Guide on Survey Research," Reference Manual on Scientific Evidence (Third Edition), p. 388. My methodology for administering the focus groups is similar to those used in cognitive interviewing. According to one of the foremost experts in cognitive interviewing, Gordon Willis and his co-author:

> Cognitive interviewing is an evidence-based, qualitative method specifically designed to investigate whether a survey question—whether attitudinal, behavioral, or factual in nature—fulfills its intended purpose. The method relies on interviews with individuals who are specifically recruited. These individuals are presented with survey questions in much the same way as survey respondents will be administered the final draft of the questionnaire. Cognitive interviews are conducted before data collection (pretesting), during data collection, or even after the survey has been administered, as a quality assurance procedure.

*See* Gordon B. Willis and Anthony R. Artino, Jr. "What Do Our Respondents Think We're Asking? Using Cognitive Interviewing to Improve Medical Education Surveys." J Grad Med Educ. 2013 Sep; 5(3): 353–356.

[21] Gordon B. Willis, 2005, Cognitive Interviewing: A Tool for Improving Questionnaire Design, Sage Publications Ltd. Cognitive interviews are used extensively by the U.S. federal government in developing surveys for official statistical surveys. U.S. Centers for Disease and Control, available at https://www.cdc.gov/nchs/ccqder/evaluation/CognitiveInterviewing.htm (last accessed 4/27/2023).

76.     Qualitative research like focus groups is a much more involved and thorough procedure than simple pretesting, which does not involve any question-by-question conversation with respondents about their thought processes in forming and reporting answers to survey questions.

77.     I personally conducted the two online focus groups on August 5, 2023. The focus groups had 8 and 6 participants (14 in total) and lasted approximately 40 minutes. Study participants had purchased pasta products in the past 12 months. I gave participants $40 for their time.

78.     To conduct the focus groups, I showed the consumers an online discussion guide that contained my draft survey. I administered the draft survey questions one question at a time to the respondents, as shown in the attached focus group discussion guide. I displayed the discussion guide on the computer screens (using webinar-type software) of the focus group participants. That is, I conversed with the focus group participants on the telephone/VOIP while the respondents viewed my survey (via the discussion guide) on their computer screens over the web. I probed the respondents to share with me their thought process as they provided me feedback on each screen of the perception survey. This approach is often referred to as "think-alouds" because the respondent is encouraged to say out loud what they are thinking.[22] It is also sometimes described as "eavesdropping on someone's thinking." As is standard practice in conducting qualitative research, I asked probing questions to encourage the respondents to share with me their understanding of the survey questions, whether the survey questions were clear, whether the

---

[22] "[T]hink-aloud interviewing requests that the survey respondents (often renamed subjects or participants) actively verbalize their thoughts as they attempt to answer the survey questions." Willis and Artino, p. 354.

response options were complete, and whether the survey was providing them the information they needed to answer the questions.

79.    After presenting the draft survey to the focus groups, I debriefed the participants as specified in the discussion guide by asking these questions:

- What are the most important considerations/features for you when you are considering a pasta product for purchase?

- Were the survey questions clearly written?

- Would your answer to this question change or stay the same if the product was for linguini or fettucine (instead of spaghetti)? (Note: I displayed the consumer perception question about the Challenged Representation communicating or not that the ingredients are sourced from Italy.)

- Would your answer to this question change or stay the same if the product was for Gluten-Free pasta? (Note: I displayed the consumer perception question about the Challenged Representation communicating or not that the ingredients are sourced from Italy.)

- Did you answer the survey questions like you would when considering an actual purchase?

- Was there anything about the survey that was confusing to you?

- Were the survey questions leading or biased in any way?

- Was the survey trying to get you to answer the survey questions in a certain way?

- Did the survey give you the information you needed for you to give a complete response?

80.    The focus group discussions confirmed that my survey was appropriately designed and worded and that the respondents based their responses on the provided packaging. The focus groups assured me that the surveys provided the appropriate context for administering consumer perception questions. The focus groups also confirmed that my respondents did not detect any bias or "agenda" in my survey. No participants indicated that my survey questions were leading.

Respondents confirmed that their answers would have been the same if I had shared with them a gluten-free product or a shape of pasta besides spaghetti. The focus group also confirmed that my perception questions were clearly worded and understood as I intended them to be understood in order to determine whether consumers perceive the Challenged Representation to mean that the Products' ingredients are solely sourced from Italy. In short, the focus groups provided valuable confirmatory information that my survey was properly constructed and not biased.

81.    I also conducted a pretest as recommended by Professor Diamond in her "Reference Guide on Survey Research." I pretested the consumer perception survey with a representative sample of members of the study target population. A pretest survey is, in a sense, a dress rehearsal for the data collection. I conducted the pretests using the same sampling, programmed survey questionnaire, and data collection procedures that I subsequently employed for the full data collection.

82.    I conducted the pretest for the following purposes: (i) for quality control and quality assurance testing of the survey instruments, (ii) to validate that the survey questionnaires are programmed correctly to my specifications, (iii) to identify any survey questions that might be unclear to respondents, and (iv) to analyze the data to identify any problems, such as unexpected missing data.

83.    Under my supervision, Dynata conducted the pretest for the consumer perception survey on August 10 and 11, 2023, using the survey questionnaire that I used for the subsequent full data collection. Dynata collected 72 pretest interviews that answered the consumer perception questions. After I examined the survey data from the pretest, I determined there were not any changes to the survey questionnaire or its programming that were warranted. The rest of the interviews were collected by Dynata, with the data collection being completed on August 11, 2023.

All the survey data collected for the pretest and main study data collection are attached to my expert report.

## SAMPLE REPRESENTATIVENESS

84.    The statistical results of my survey are projectable to the Proposed Class, in my expert opinion, because of the underlying representativeness of the sample that I interviewed for the 886 completed interviews that make up my analysis file.

85.    My surveyed respondents consist of a broad mix and diversity of California adult consumers who had purchased dried pasta products in the last 12 months:

- 82.1% had purchased Barilla-brand pasta in the last 12 months;

- 40.8% live in small cities, towns, or rural areas;

- 57.6% are the primary grocery shopper in the household;

- 89.2% are the primary purchaser of pasta in the household;

- 68.2% had been purchasing pasta for more than five years;

- 34.5% indicate that they purchase pasta "a great deal."

## TRANSPARENCY IN DOCUMENTATION

86.    Attached to my expert report, I have provided transparent documentation (see **Attachment C** through **Attachment G**) on the methodology that I employed for the consumer perception survey, including the fully specified questionnaire, online screen captures of the survey questionnaire, the discussion guide for the focus groups, and files needed to replicate my consumer perception survey analyses.

## PROPOSED APPROACH FOR THE PRICE PREMIUM SURVEY

87.    In this section, I describe my proposed approach evaluate whether it would be feasible to devise a method for conducting a market research study that can be used to reliably measure whether and to what extent class members overpaid for the Products because of the Challenged Representation (i.e., "ITALY'S #1 BRAND OF PASTA®").

88.    I am prepared to conduct this conjoint survey and analysis, as described below, if requested by Plaintiffs' counsel.

89.    In the pages below, the terms "price premium survey" and "conjoint survey' are used interchangeably.

90.    **Description of Conjoint Methodology as a Tool in Price Premia Measurements.** Economic theory posits that people attempt to maximize their expected utility.[23] My choice-based conjoint survey and analysis is based on this fundamental economic theory. The presence of the Challenged Representation is theorized to increase individuals' utility relative to its absence. Put plainly, Plaintiffs argue that the market value of the Products would have been lower if Defendant had not used the Challenged Representation in its marketing. All members of the Proposed Class were alleged to be harmed because they purchased the Products at given prices, which were inflated because of its Defendant use of the Challenged Representation.

91.    The overpayment (if any) attributable to the Challenged Representation can be determined through one or more choice-based conjoint surveys, which generate a set of thousands of data points that can be utilized by a market simulator that incorporates real-world demand and supply factors based on both the survey data and independent real world historical information

---

[23] *See* B. Bernheim and M. Whinston, 2008, <u>Microeconomics</u>, New York, NY: McGraw-Hill Irwin, chs. 4-5.

regarding the automotive marketplace. I have designed such conjoint surveys and prepared an overpayment analysis plan. I am prepared to conduct the conjoint surveys and analysis once requested to do so by Plaintiffs' counsel or the Court.

92. Conjoint survey and analysis methodology has been widely accepted by courts as being capable of measuring the overpayment associated with challenged labeling representations in false advertising class actions in accordance the requirements of *Comcast Corp. v. Behrend*, 569 U.S. 27 (2013).[24]

93. I employed choice-based conjoint survey methodology in my previously-conducted surveys accepted by courts.[25] Choice-based conjoint, which is the specific methodology I used, is the most widely used type of conjoint survey.[26] Over 18,000 conjoint surveys are estimated to take

---

[24] *See, e.g.*, *Dzielak v. Whirlpool Corp.*, 2017 WL 1034197, at *6-8 (D.N.J. Mar. 17, 2017) (finding related methodology "passes muster under the *Daubert* considerations," including its "relationship to other established reliable techniques (particularly, the conjoint analysis technique of which it is a part)"); *In re: Lenovo Adware Litig.*, 2016 WL 6277245 (N.D. Cal. 2016) (certifying class where damages model was based on conjoint analysis); *In re ConAgra Foods, Inc.*, 90 F. Supp. 3d 919, 1027-31 (C.D. Cal. 2015) (concluding an expert's "conjoint analysis is, at this stage, sufficiently reliable to be used in calculating class-wide damages"); *Guido v. L'Oreal USA, Inc.*, 2014 WL 6603730, at *4-8 (C.D. Cal. 2014) (collecting cases and finding conjoint analysis satisfied class certification requirements of *Comcast*); *TV Interactive Data Corp. v. Sony Corp.*, 929 F. Supp. 2d 1006, 1020-26 (N.D. Cal. 2013) (denying motion to exclude conjoint analysis) *Microsoft Corp. v. Motorola, Inc.*, 904 F. Supp. 2d 1109, 1119-20 (W.D. Wash. 2012) (conjoint analysis survey was "admissible as relevant under FRE 401 and 402 and . . . sufficiently reliable under FRE 702 and *Daubert*"); *see also Khoday v. Symantec Corp.*, 2014 WL 1281600, at *10 (D. Minn. March 13, 2014); *Sanchez-Knutson v. Ford Motor Co.*, 310 F.R.D. 529, 538-39 (S.D. Fla. 2015); *Brown v. Hain Celestial Group, Inc.*, 2014 WL 6483216, at *19 (N.D. Cal. Nov. 18, 2014); *In re Scotts EZ Seed Litig.*, 304 F.R.D. 397, 413-15 (S.D.N.Y. 2015); *Briseno v. ConAgra Foods, Inc.*, 844 F.3d 1121 (9th Cir. 2017).

[25] *See, e.g., Fitzhenry-Russell*, *De Lacour*, *McMorrow*, and *Sharpe*.

[26] For technical information about the choice-based conjoint methodology that I propose to use, *see* generally the Sawtooth Software technical papers on choice-based conjoint available at https://sawtoothsoftware.com/resources/technical-papers. *See also* Orme, 2014; Orme and Chrzan, 2017, Sawtooth Software Technical Paper Series, 2009, 2017, and other references listed in Attachment B.

place each year in commercial applications.[27] Conjoint surveys are also used widely in industry and government.[28] Conjoint surveys are used by automobile industry researchers to measure consumers' preferences for specific features in automobiles.[29]

94.    Specifically, choice-based conjoint is a standard marketing research technique for quantifying consumer preferences for products and for the component features that make up a product.[30] Conjoint analysis can be used to break down the value of a product, such as a car,

---

[27] Orme, 2014, p. 143. Wittink and Cattin estimate that about 400 conjoint analysis applications took place per year in the 1980s. D.R. Wittink and P. Cattin, 1989, "Commercial Use of Conjoint Analysis: An Update," Journal of Marketing 53(July):91-96. Green and Srinivasan observe that that part of the reason for conjoint's growing popularity in the 1980s was the result of the introduction of microcomputer packages for performing conjoint analyses. P.E. Green and V. Srinivasan, 1990, "Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice," Journal of Marketing (October): 3-19.

[28] While conjoint surveys and analyses have been common in market research since the 1980s for product development and other purposes, they are increasingly used in the public sector. For instance, the Food and Drug Administration uses the approach in regulatory benefit-risk assessments. (F. Reed Johnson and Mo Zhou, 2016, "Patient Preferences in Regulatory Benefit-Risk Assessments: A US Perspective). In another example, public health planners are increasingly using choice-based conjoint analyses to collect public input for health service planning, healthcare finance debates, and the treatment choices of individual patients, among other uses. *See* "Adaptive Choice-Based Conjoint Analysis: A New Patient-Centered Approach to the Assessment of Health Service Preferences," Patient-Patient-Centered-Outcome-Res, available at https://link.springer.com/article/10.2165/11537870-000000000-00000 (last accessed May 4, 2023).

[29] Wu et al. conclude that conjoint analysis is to identify consumers' preferences with respect to key features of subcompact cars. *See* Wann Yih Wua, Ying Kai Liao, and Anon Chatwuthikrai, "Applying Conjoint Analysis to Evaluate Consumer Preferences toward Subcompact Cars," Expert Systems with Applications 41 (2014): 2782-2792. Bryan Orme in his textbook, Getting Started with Conjoint Analysis (4th Edition), included a case study written by a technical director at General Motors ("GM") about GM's use of conjoint analysis since the 1970s. The director observed that "the vast majority of conjoint conclusions have proven correct over time" (p. 154). The same director co-authored a paper on the integration of conjoint analysis with the engineering design process at GM. Rajeev Kohli, Hitendra Wadhwa, and Jim Christian, August 3, 2006, "Integrating Conjoint Analysis and Engineering Design." The integration involves the use of conjoint analysis for informing the design of new features for vehicles by estimating consumer demand.

[30] Orme, 2014. "Conjoint analysis broadly refers to any decompositional method that estimates the structure of a consumer's preferences (e.g., part worths, importance weights, ideal points)

smartphone, or consumer packaged goods, into its component parts (such as brand, features, price, etc.).

95.     Conjoint surveys take advantage of the fact that consumers are profoundly familiar with the task of shopping – comparing products, evaluating them, and making choices. Consumers are accustomed to making choices in their real-world shopping experiences. An industry leader in conjoint analysis tools observes:

> Choice-based conjoint analysis has attracted much interest in the marketing research field. There are several reasons for its position as the most widely used conjoint-related approach today: The task of choosing a preferred concept is similar to what buyers actually do in the marketplace. Choosing a preferred product from a group of products is a simple and natural task that everyone can understand.[31]

96.     Prior to the adoption of choice-based conjoint in marketing research, it was common for researchers to ask respondents to rank and rate new product concepts and features. Choice-based conjoint, in contrast, asks the respondent to express their preferences by choosing from sets of alternative concepts (often called "product profiles" or "product alternatives"). As such, the respondent's experience in answering choice-based conjoint surveys is similar to what buyers actually do in the marketplace – that is, choosing a preferred product from a group of products.

97.     In a conjoint survey, survey participants are presented with a "choice exercise" or "choice task" in which they are typically shown a set of 3 or 4 hypothetical products and asked to choose which of the products, if any, they would purchase. The hypothetical products in conjoint surveys are typically comprised "attributes" that reflect features that consumers consider in making

---

given his/her overall evaluations of a set of alternatives that are pre-specified in terms of levels of different attributes." *See* P. Green and V. Srinivasan, 1978, "Conjoint Analysis in Consumer Research: Issues and Outlook," *Journal of Consumer Research*, 5, pp. 103-123.

[31] Sawtooth Software Technical Paper Series, 2017, "The CBC System for Choice-Based Conjoint Analysis," p. 2.

purchasing decisions.[32] For consumer-packaged goods, attributes that consumers typically consider in their purchasing decisions include things like product brand, packaging claims, product size and, of course, price.

98.    For each product attribute, there are various "levels" of the attribute. For example, if a conjoint survey was considering golf balls, attributes might be model and brand, performance, and price.[33] The levels of the brand attribute might be "Pro V1, by Titleist," "Eclipse+, by Golfers, Inc.," "Long Shot, by Performance Plus," "RZN by Nike," and "High-Flyer, by Smith and Forester." The levels for the performance attribute might be that the ball drives 20 yards farther than the average ball, 15 yards, 10 yards, 5 yards, or 0 yards.

99.    The levels for each product attribute are systematically randomized so that the presented hypothetical product choices have a mix of products with different combinations of

---

[32] In designing my survey, I took care to limit the number of tested attributes in order to obtain more accurate results. "In our experience, respondents have a difficult time dealing with more than about six attributes in full-profile conjoint method…. When faced with too much information, respondents often resort to simplification strategies to deal with the difficulty of the task. Unless respondents employ the same sort of simplification strategies when making real-world decisions, full-profile results may place too much emphasis on the few most important features." Bryan Orme, 2002, "Formulating Attributes and Levels in Conjoint Analysis," Sawtooth Software Research Paper Series. Orme and Chrzan later wrote that "there isn't anything magical about the number six when it comes to the maximum number of attributes" because there are other factors that matter, such as respondents' familiarity and engagement with the product category." Bryan K. Orme and Keith Chrzan, 2017, Becoming an Expert in Conjoint Analysis, p. 84. *See also* E. Ofek and O. Toubia, August 4, 2014, "Conjoint Analysis: A Do It Yourself Guide," Harvard Business School also warn against the temptation "to end up with a list of attributes that is too long" (p. 2). The authors recommend that the conjoint expert should focus on the attributes that "have the potential to sway consumers' choices and can actually be changed or controlled by the firm." The authors argue that it is sometimes best to leave out "must-have attributes" and instead instruct the respondents to assume that some attributes are held constant across the products shown in the conjoint survey (p. 2).

[33] The example here comes from Sawtooth Software Technical Paper Series. Sawtooth is one of the leading software providers for market simulators for conjoint analysis and is considered a leading authority regarding conjoint analysis. *See* Sawtooth Software Technical Paper Series, 2017, "The CBC System for Choice-Based Conjoint Analysis," p. 9.

attribute levels. Therefore, one choice exercise presented to respondents might look like the following example from Sawtooth.



Sawtooth Example of a Standard Choice-Based Conjoint Task Displayed to Respondents

If you were considering buying golf balls for your next outing and these were the only alternatives, which would you choose?

(1 of 14)

| | | | | |
|---|---|---|---|---|
| **Brand:** | Eclipse+, by Golfers, Inc. | Long Shot, by Performance Plus | High-Flyer Pro, by Smith and Forester | NONE: I wouldn't choose any of these. |
| **Performance:** | Drives 15 yards farther than the average ball | Drives 10 yards farther than the average ball | Drives 5 yards farther than the average ball | |
| **Price:** | $8.99 for package of 3 balls | $10.99 for package of 3 balls | $6.99 for package of 3 balls | |
| | Select | Select | Select | Select |

100.    Based on respondents' choice of a specific product (or selecting no product), their preferences for specific attributes and the attribute levels are revealed. By having each survey respondent repeat the choice task 12 separate times (each with a unique set of products with systematically varied levels of the attributes) and having a statistically significant number of survey respondents (typically in the hundreds), the choices made by survey respondents provide thousands of data points from which the market price differential attributable to a particular attribute can ultimately be determined.

101.    **The Proposed Sample Design for the Conjoint Survey.** I will adopt the sample design plan that I used in conducting the consumer perception survey, as documented above.

102.    **The Definition of the Proposed Class.**    For conducting any price premium surveys, I will adopt the same definition of the Proposed Class as specified above in my documentation for the consumer perception survey.    My price premia statistics will be generalizable and projectable to the Proposed Class.

103.    **Survey Programming, Survey Participant Recruitment, and Data Collection Operations.**    For conducting any price premia survey(s), I will employ the same survey vendor and data collection techniques that I employed in conducting the consumer perception survey.

104.    **Survey Development Principles.**    I will carefully design the conjoint survey to ensure that they will deliver reliable information. In designing the survey questions, the hypothetical marketplace, and attributes to the respondents, I will use best practices that are customary in the survey research industry. I will use neutral, even-handed, unbiased, non-alarmist language. I will establish a neutral marketplace context for consumers to make their choices among the product options in my conjoint surveys. I will provide respondents a "no buy" option in case none of the product options are acceptable. I will provide no information that would enable respondents to identify the research objectives or the sponsor. Respondents, therefore, will be incapable of providing strategic responses or answers motivated to "please" the researcher.

105.    **Focus Groups and Cognitive Interviews for Survey Development.**    I have already conducted two focus groups in support of my development of the consumer perception survey and for identifying attributes to be used in any price premium survey(s) to be conducted in this litigation, as documented above.    Prior to pretesting any price premium survey(s), I will conduct at least 12 cognitive interviews as a final check on the draft price premium survey questionnaire.    I will personally conduct the cognitive interviews in one-on-one interview sessions

asking for question-by-question feedback on my price premium survey. I described above the value of qualitative research in survey development.

106. **Pretesting**. As I did in the consumer perception survey in following generally accepted practices, I will pretest the conjoint survey as a full "dress rehearsal" of the main study that will collect the bulk of the interviews that will provide the basis of the price premium analyses. I propose to collect at least 100 interviews for the pretest. The pretest will enable me to determine if there are any operational issues with the survey, as well as identifying any potential user-level issues experienced by respondent as indicated by the survey data (e.g., interview non-completions, high rates of "don't know," "none of these," and other responses indicating that the response options or choice scenarios are incomplete).

107. **The Proposed Attributes and Levels for the Conjoint Survey.** I have prepared the conjoint design for the price premium survey. I have reviewed and considered numerous materials and documents relating to the Products and competitors' products, as shown in Attachment B (List of Considered Materials) or otherwise cited in this report. This review ensures that my conjoint survey provides an appropriate model of the real-world marketplace. Reviewed documents include but are not limited to extensive label claims used by the Defendant, pricing information, and other documents made available to me through the discovery process, among other documents.[34] I also consulted with Mr. Colin Weir, an expert in economics, with respect to the proposed conjoint design and, specifically, historical pricing paid by consumers for the Products. Accordingly, I considered supply-side factors and real-world market transaction information from consumer transaction data for the Products.

---

[34] *See* Attachment B, List of Considered Materials, for references relevant documents that I have examined.

108.    I designed the conjoint survey by considering best practices by marketing scientists specializing in conjoint surveys and analysis (Green and Srinivasan, 1990; Orme, 2022; Orme and Chrzan, 2017; Sawtooth Software Technical Paper Series, 2009, 2017), among others.[35]

109.    I propose the following attributes and levels for the conjoint survey.

**THIS SPACE IS INTENTIONALLY BLANK**

---

[35] *See* Attachment B for the references.

**Attributes and Levels for the Conjoint Survey**

| ATTRIBUTES | LEVELS |
|---|---|
| **Brand** | Barilla |
| | Ronzoni |
| | Creamette |
| | Trader Joe's |
| | Signature Select |
| | Whole Foods |
| **Nutrition Facts/Ingredients** | Nutrition Facts/Ingredients of Specified Brand or Challenged Representation |
| **Label Claims on the Product Packaging** | Italy's #1 Brand of Pasta |
| | Product of Italy |
| | Authentic Italian Pasta |
| | BLANK |
| | Enriched |
| | "Al Dente" Perfection in 10-11 Minutes |
| | Non-GMO Verified |
| | Since 1915 |
| | Family Tradition Since 1912 |
| | No. 8 |
| | Whole Wheat |
| | Made from Durum Wheat Semolina |
| | Organic |
| **Price (Not Including Tax)** | $0.99 |
| | $1.29 |
| | $1.59 |
| | $1.89 |
| | $2.19 |
| | $2.49 |

110.    An example of potential choice task to be shown respondents is below. I created this choice task in Excel to provide the court an illustration of a choice task. The actual questionnaire to be administered to respondents will be programmed by Dynata and will have appropriately professional formatting. The survey reminds respondents that unspecified features are the same across the product alternatives. The choice task cleanly presents the attributes and levels in a user-friendly, tabular format.  I will explain each of the attributes in the following section.

**Example of a Potential Choice Task for the Conjoint Survey**

| If these were your only options, which of these 16-oz. PASTA products would you choose to purchase? *Choose by clicking the button at the bottom of the product description for the product you prefer.* | | | |
|---|---|---|---|
| Remember that the features shown are the only ones important to you since the products are alike in all other respects, such as the shape of the pasta you prefer. | | | |
| **Product Feature** | **PRODUCT A** | **PRODUCT B** | **PRODUCT C** |
| Brand | Trader Joe's | Ronzoni | Barilla |
| Nutrition Facts & Ingredients | | | |
| Label Claims on the Product Packaging | Since 1916<br><br>Whole Wheat | Italy's #1 Brand of Pasta<br><br>Enriched | Authentic Italian Pasta<br>Made from Durum Wheat Semolina |
| Price (Not Including Tax) | $1.29 | $2.19 | $1.79 |
| *Select one for purchase* | O | O | O |
| Given your knowledge of the market, would you actually be willing to buy the product you selected at the indicated price?<br>o  Yes<br>o  No | | | |

111.    <u>**Specific Documentation Regarding the Attributes and Levels.**</u> **The Brand Attribute** is based on my analysis of documents made available to me through discovery, my focus groups with respondents, online visits to the websites for Safeway.com and other grocery retailers,

and visits to San Francisco area grocery stores.  Based on my market research, store-brand pasta products occupied significant shelf space, indicating a credible marketplace will make store-brand pastas available to respondents.  I understand that Ronzoni and Creamette brands are considered competing brands by Defendant. I did not include Mueller's because my market research indicated that the product is not widely available in California.

112.    In my conjoint survey, when I introduce the brand attribute to the respondents, I will display the full product package for a representative spaghetti product for the brand.  By this means, respondents will be able to view actual pasta product itself, if visible through the actual marketplace.  I will remove from product packaging the descriptors (e.g., such a "Enriched Macaroni") because the label claims will be experimentally assigned in the conjoint survey (e.g., the "No. 8" descriptor could be applied to a Barilla-branded product for any given product alternative).  My focus group participants had indicated that they sought to be able to view the actual product packaging, and I agree that doing so will adduce marketplace realism to the conjoint survey.

113.    In the choice tasks itself, I will display the product logo, not simply text, to communicate the brands as displayed in the product alternative.  This design decision will also ensure that my survey will be viewed by respondents as market realistic.

114.    **The Nutrition Facts/Ingredients Attribute** is based on replications of the side panels of the actual branded pasta products featured in my survey.  I will create visual images of Nutrition Facts/Ingredients side panels for each of the featured brands (e.g., Barilla, Ronzoni, etc.). The Nutrition Facts/Ingredients side panels will be shown for all the products when the survey introduces the attributes to the respondents (before the choice tasks).  By this means, the respondents will have access to viewing the "Made in the U.S.A." language on the side panel of

Barilla's Products. Respondents may also view the side panels when making their choices for each choice task by 'hovering' over or clicking on a productive alternative. A pop-up box will display the image of the Nutrition Facts/Ingredients panel whenever the respondent seeks to view this information.

115.    The Nutrition Facts/Ingredients Attribute will be fixed such that the side panel associated with a specific brand will be tied to the brand shown in the product alternative. For instance, if a product alternative displays "Ronzoni" as the brand, then the side panel for the Ronzoni 16 oz. Spaghetti product will be available to respondents. The over-ride exception is that whenever the product alternative shows the Challenged Representation ("ITALY'S #1 BRAND OF PASTA"), then the side panel image will be sourced from the Barilla Product. By this means, I can replicate actual market experience whereby consumers had access to the "Made in the U.S.A." disclosure when considering the Products for purchase.

116.    I have sorted the **Label Claims** into two attributes. First, there are the Label Claims that communicate a *geography* concept, including the Challenged Representation. Second, there are the Label Claims associated with all other topics such as cooking instructions, organic status, non-GMO status, etc. In terms of conjoint design, therefore, I have created two categories of label claims attributes and by this means I will assure that all product alternatives will either have one geography-related claim or *no* geography-related claims, providing me many opportunities to capture utility information for the price premium calculations which depends on measuring the increase in utility, if any, that results from the presence of the Challenged Representation.

117.    By including geography-related claims from competing products, as well as non-geographical label claims from actual products in this product space, I am assuring that my survey respondents will not be focusing on the litigated claim or for that matter on claims used by

Defendant.

118.    In terms of presentation of label claims to the respondents, each product alternative will have either *none* or one label claim with a geographical theme and then either one or two randomly selected non-geographical labels claims.  I selected the label claims to be representative of the label claims on Defendant's Products and competing products.

119.    The **Price Attribute** is based on the design requirement to have an appropriate range of prices necessary for measuring consumers' price sensitivity towards the attributes/levels. I consulted with Plaintiffs' expert, Mr. Weir, for advice on the appropriate price points.  Mr. Weir determined that the appropriate price range, based on his review of historical prices paid by Class Members for the Products, should be in the range that I have proposed for my conjoint survey.  I also considered current pricing as revealed by shopping in the San Francisco Bay Area at Trader Joes, Safeway, Lucky's, and other stores.   The price range is sufficient to reflect variation in the retail pricing of  Defendant's Products. If appropriate, I will modify the price points in the conjoint survey based on an any additional discovery of sales transaction and/or other information made available to me.

120.    **Dual-Response None Question Format.** After making a choice in a choice task, respondents will be provided a "no buy" option so that respondents will have the opportunity to "walk away" and not make a selection. The "no buy" option is presented on the same screen and just below the choice task. By providing this dual-response none follow-up question, I provide respondents a market realistic context.[36] The "no buy" option question is shown below (as an

| Given your knowledge of the market, would you actually be willing to buy the product you selected at the indicated price? |
| --- |
| o Yes |
| o No |

---

[36]*See*    https://sawtoothsoftware.com/help/lighthousestudio/manual/hid_web_cbc_none.html. Accessed most recently on 4/23/2023.

illustration that will later be programmed into the conjoint survey):

121.    **Other Specifications for the Conjoint Survey.** Below are additional specifications for the conjoint survey.

- The choice-based-conjoint design will be based on at least 200 versions (i.e., each version consists of 12 choice tasks). Each version will consist of a mix of product alternatives, which in turn will reflect a random mix of attributes and levels.
- Each respondent will be administered 12 choice tasks by being randomly assigned to one of 200 conjoint versions.
- I will use D-Efficiency design to determine the combinations of specific levels of each attribute for any version of 12 choice tasks.
- The attribute order is not randomized across respondents; attributes will be shown in order (from top to bottom) brand, label claims, and price, as is customary in conjoint surveys to display the brand attribute at the top and the price attribute at the bottom.
- There are 13 claims that make up the label claims attribute (including one blank level). For each product alternative, respondents will be shown 1, 2, or 3 label claims from the pool of 13 claims. Sawtooth will treat each label claim as an attribute (present/absent) in the D-Efficiency design, while from a respondent perspective, only one to three label claims will be shown per product alternative.

122.    **Respondent Instructions for the Conjoint Survey.** Prior to being asked to make choices in the conjoint survey, respondents will be shown a series of screens to prepare the respondents for making their product choices. The first set of screens serve the purpose of establishing a credible hypothetical marketplace where the respondents will be asked to consider various pasta products for purchase, and to provide respondents with instructions on how to participate in the study. The instruction screens include descriptions of each attribute and the levels for each attribute. Moreover, I will instruct the respondents to assume that all features not shown in the survey are the same across the available products. For instance, the respondents are to assume that all the available products are the same in terms of shape of the pasta (e.g., spaghetti, rigatoni, linguini, etc.), the amount of pasta (16 oz. net weight), and type (dried, not fresh). I will instruct the respondent to assume that all products have the shape of pasta that the consumer

purchases the most often. By following these instructions, respondents will be making their product choices in the conjoint survey based on the displayed attributes and levels.

123. **Choice Exercise Tutorial**. Prior to administering any choice tasks that would collect data for estimation, I will give respondents a choice exercise tutorial. The purpose of the tutorial is give the respondents an opportunity to become accustomed to seeing the attributes and product alternatives displayed on the screen. Respondents will be given the opportunity to view an actual choice task and "practice" making a product choice. Since this is a practice exercise, I will not use any data collected from the practice choice task for the purpose of estimation.

124. **Conjoint Survey Interview Sample Size.** I expect to collect approximately 900 conjoint survey interviews for the conjoint survey. My planned-for interview sample size exceeds industry guidelines recommending at least 150 respondents for a given segment participating in the conjoint survey and 300 conjoint interviews in total for robust quantitative research, as explained by Bryan Orme from Sawtooth Software.[37] By collecting approximately 900 survey interviews for the conjoint survey, I will be able to analyze the data by subgroups of consumers.

125. **Blinded Research Design.** As a precaution against the potential risk for bias, the research objectives and study sponsor will not be disclosed to the survey respondents or to the survey firm that is recruiting the survey respondents for my conjoint survey (i.e., blinded research design).

126. **Description of the Analytic Plan for Estimating Any Economic Loss.** To calculate any economic loss solely attributable to the Challenged Representation, I will conduct the analysis of the choice-based conjoint survey data using the latest version of Sawtooth Software

---

[37] Bryan Orme, 2010, "Sample Size Issues in Conjoint Analysis," available at https://www.sawtoothsoftware.com/download/techpap/samplesz.pdf (last accessed Apr. 27, 2023).

Lighthouse Studio. Sawtooth Software is the industry leader in market research for conjoint data collection and analysis software.

127.    To calculate any overpayment attributable to Challenged Representation, I will conduct an analysis called a "market simulation." Market simulations using conjoint data are a staple in marketing research science. Market simulations are a common deliverable at the conclusion of a choice-based conjoint study. Sawtooth's authors explain that:

> The simulator is used to convert raw conjoint (partworth utility) data into something much more managerially useful: simulated market choices. Products can be introduced within a simulated market scenario and the simulator reports the percentage of respondents projected to choose each product. A market simulator lets an analyst or manager conduct what-if games to investigate issues such as new product design, product positioning, and pricing strategy. Market simulators are commercially available or can be constructed using spreadsheet programs.[38]

128.    In short, a market simulation tool is a "choice laboratory" for testing multiple real-world possibilities (e.g., the market value of the Products in the but-for world where Defendant did not market the Products using the Challenged Representation).

129.    With respect to the analysis tools needed to analyze the survey data, the raw data created by a conjoint survey is fundamentally different from a non-conjoint survey data obtained through a direct-questioning methodology that is typical in a marketing or public opinion survey. In a conventional survey data set, survey answers such as "yes" and "no" are coded into "1" and "2," making possible a straightforward count of survey responses. No "modeling" of the data is required to draw inferences. In contrast, a conjoint study leads to a set of utilities or part-worths that quantify the value respondents place on each level of each attribute (e.g., for each price level

---

[38] Bryan Orme, "Market Simulators for Conjoint Analysis," Sawtooth Software (last visited May 15, 2023) available at https://content.sawtoothsoftware.com/assets/94da3377-3f7b-49fc-afaf-a65953763d25. *see also*, "Dealing with Product Similarity in Conjoint Simulations," available at https://sawtoothsoftware.com/resources/technical-papers/dealing-with-product-similarity-in-conjoint-simulations (last accessed May 15, 2023).

for the "Price" attribute). To draw inferences from the utility data, conjoint analysis leverages Bayesian statistics (technically, Hierarchical Bayesian modeling) to provide individual respondent-level models.

130.    The economic damages presented will be estimated using part-worth utilities calculated in the Sawtooth Lighthouse Studio employing Hierarchical Bayesian models. The Sawtooth market simulation for calculating any economic loss due to the presence of the Challenged Representation will be based on a randomized first choice or share of preference method.

131.    My market simulations will provide a statistically robust estimate of any overpayment (experienced economic loss) that members of the Proposed Class incurred. The overpayment will be represented in the form of the fraction of the total price paid by members of the Proposed Class for the Products attributable to the Challenged Representation. For instance, an overpayment of 10% for the Product that sold for $1.50 is the same as stating that $0.15 of the Product's price is attributable to the Challenged Representation.

132.    I will consult with Mr. Weir, Plaintiffs' expert in economics, in determining the appropriate selection of price points for the market simulations. Further, my market simulation recognizes the actual quantity of Products supplied to the Proposed Class, which is fixed as a matter of history. By using the actual prices paid by consumers, as well as the fixed quantity of Products supplied, I will incorporate into my market simulation both demand- and supply-side factors and be able to reliably estimate the but-for market value of the Products.

133.    My overpayment statistics will be reported by me in the form of a percentage of the price of the Products. The percentage will represent the overpayment attributable to the Challenged Representation. The percentage will be generalizable and projectable to sales of all the Products

purchased by the Proposed Class.

134.    I will also conduct sensitivity tests to assess the reliability of choice data collected from the respondents. For instance, I will conduct hit rate analyses to predict individual responses to holdout profiles. A "hit" occurs when the model successfully predicts the respondent's choice in a choice task withheld from the prediction. If the prediction fails, then a "miss" has occurred. The hit rate across the survey interviews is the percent of correctly predicted holdout responses using the model.[39] I will also examine the Root Likelihood (RLH) scores of the respondents as measurement of the consistency of the respondents' choices in the conjoint survey. Examining the RLH scores will enable me to identify specific respondents who are making their choices randomly or near randomly. Such inattentive and low-effort respondents will be removed prior to calculating the price premium estimates. I will conduct other sensitivity tests to ensure the quality of the data obtained including, for example, statistical sensitivity tests to determine whether the overpayment statistics are significantly influenced by the length of time that respondents spent on the survey.

---

[39] Because my conjoint survey will show respondents three product concepts and a no-buy option (i.e., four choice options), then a random model would be predicted to have a hit rate of 25% (a one in four chance) for the random model to predict the respondents' actual choices in the holdout tasks). A model having a hit rate higher than 25%, therefore, would be performing better than a random model (and the expectation that the hit rate will be in excess of 50%).

The facts and data that I considered for developing my opinions in this report are cited herein and/or listed in my attached list of considered materials. I reserve the right to modify my opinions if I were to be provided additional information, and to supplement them if necessary to respond to criticisms or objections from the opposing party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2023.

J. MICHAEL DENNIS, PH. D

# LIST OF ATTACHMENTS

A       Curriculum Vitae of J. Michael Dennis, Ph.D.

B       List of Considered Materials

C       Survey Questionnaire

D       Online Screen Captures for the Survey Questionnaire

E       Discussion Guide for the Focus Groups

F       Codebook for the Raw Survey Response Data (ELECTRONIC SUBMISSION)

G       Raw Survey Response Data ("All Starts Data") (ELECTRONIC SUBMISSION)

# ATTACHMENT A

## CURRICULUM VITAE OF J. MICHAEL DENNIS, PH.D.

274 Redwood Shores Parkway, #529
Redwood City, CA 94065

Education
| University of Texas, Austin | Government | B.A. | 1984 |
| University of Texas, Austin | Government | M.A. | 1986 |
| University of Chicago | Political Science | Ph.D. | 1992 |

Employment
| 2015-Present | Senior Vice President, NORC |
| 2014-Present | President and Owner, JMDSTAT Consulting Inc. |
| 2012-2014 | Managing Director, GfK Custom Research LLC (GfK acquired Knowledge Networks in January 2012) |
| 2009-2011 | Executive Vice President, Knowledge Networks |
| 2007- 2008 | Senior Vice President, Knowledge Networks, Inc |
| 2001-2006 | Vice President and Managing Director, Knowledge Networks, Inc |
| 2000-2001 | Vice President of Operations and Survey Research, Knowledge Networks, Inc. |
| 1999-2000 | Senior Scientist, Abt Associates Inc. |
| 1998-1999 | Senior Survey Director, Abt Associates Inc. |
| 1992-1998 | Survey Director, Abt Associates Inc |
| 1989-1992 | Research Assistant, Political Science Department, University of Chicago |

Notable Past Projects

- 2020 Facebook Election Research Project, 2020-Present, NORC Director. Funded by Facebook Technologies, NORC's study director a national study examining the impact of social media on U.S. politics, democratic institutions, and elections.
- America in One Room (A1R), 2019, NORC Director. Funded by Helena Project and conducted under the supervision of Professors James Fishkin and Larry Diamond from the Center for Deliberative Democracy at Stanford University.
- Time-Sharing Experiments for the Social Sciences (TESS), 2016-2020, Co-Investigator, Funded by the National Science Foundation (Award No. 1628057). NORC's study director for approximately 140 hundred social science experiments funded by the TESS program.
- Demonstration of a Feasibility of Improving Scientific Literacy and Lifelong Learning through a Just-in-Time Dissemination Process, 2016-Present, Co-Investigator, Funded by National Aeronautics and Space Administration (NASA), (Grant No. F041712). NORC's director of the five-year survey project funded by NASA in collaboration with researchers from the Institute for Social Research, University of Michigan.
- GenForward Panel, 2016-Present. NORC Director, funded by John D. & Catherine T. MacArthur Foundation. NORC's study director for the University of Chicago polling panel of young adults in collaboration with the Black Youth Project and the Associated Press-NORC Center for Public Affairs Research.
- Connecting Health and Technology, 2013-2014, GfK Director, Funded by the American Legacy Foundation. GfK's Study Director responsible for the survey design and management of a custom panel study of 10,000 U.S. teens and young adults measuring the effectiveness of the Legacy "Truth" smoking prevention media campaign.
- Google Screenwise Research Panel 2011-2014, Director. Knowledge Networks' and later GfK's study director responsible for the design and implementation of a new custom panel of broadband households measuring how consumers use the internet.

- Time-Sharing Experiments for the Social Sciences (TESS), 2012-2016, Co-Investigator, Funded by the National Science Foundation (Award No. 1227179).  Knowledge Networks/GfK's study director for more than two hundred social science experiments funded by the TESS program.
- American National Elections Studies 2007-2009 Panel Study, Knowledge Networks Principal Investigator, Funded by the National Science Foundation.   The Knowledge Networks study director responsible for sampling, data collection methodology, and project management for a longitudinal study of approximately 2,500 households during the historic 2008 Presidential election.
- National Annenberg Election Survey 2007-2009, Knowledge Networks Director, Annenberg Public Policy Center, University of Pennsylvania.  The Knowledge Networks study director responsible for project management for large-scale tracking study (20K interviews per wave) of the U.S. electorate during the historic 2008 Presidential election.
- National Immunization Survey, Abt Associates Data Collection Director, 1997-2000, Funded by the U.S. Centers for Disease Control and Prevention.  Responsible for the data collection for the U.S. Federal government's largest random digit dialing telephone survey with approximately 1M households contacted each year.
- Project Network (First Followup), Abt Associates Project Director, Funded by the U.S. Social Security Administration.  Led the project management team for this in-person field study.
- Estimation of the Number of Hard Core Drug Users in the U.S., Office of National Drug Control Policy
- Access to Kidney Transplantation, Agency for Health Care Policy and Research.  Led the survey project management team for this in-person field study testing an experimental method for estimating hard core drug use.
- A Case Control Study of Stomach Cancer in Poland and Polish Americans, National Cancer Institute
- The Prevalence of Alcohol and Other Drug Abuse and Dependence in Short Term General Hospitals and the Impact of Abuse and Dependence on Hospital Utilization, Charges and Costs, National Institute of Alcohol Abuse and Alcoholism

Expert Witness in Litigation: Testifying at Deposition or Trial in the Last 4 Years

1. June 21, 2019. Expert Deposition. Joseph Gregorio, et al. v The Clorox Company. U.S. District Court, Northern District of California (Case No. 4:17-cv-03824-PJH).
2. October 3, 2019. Expert Deposition. Patrick McMorrow et al. v. Mondelez International, Inc. U.S. District Court, Southern District of California (Case No. 3:17-cv-2327-BAS-JLB).
3. October 28, 2019. Expert Deposition. Deveroux v. Apple Inc. Superior Court of the State of California – County of Santa Clara (Case No. 1-14-CV-271773).
4. November 9, 2019. Expert Deposition. Buckeye Tree Lodge and Sequoia Village Inn, LLC, et al. v. Expedia, Inc. U.S. District Court, Northern District of California (Case No. 16:cv-04721-VC).
5. December 17, 2019. Expert Deposition. Camille Cabrera v. Bayer Healthcare LLC and Bayer Corp., U.S. District Court for the Central District of California (Case No. 2:17-cv-08525).
6. January 16, 2020. Expert Deposition. In Re: Santa Fe Natural Tobacco Company Marketing & Sales Practices and Products Liability Litigation. U.S. District Court for the District of New Mexico (Case No. 1:16-md-02695-JB-LF).
7. April 6, 2020.  Expert Deposition. Pardini v. Unilever. U.S. District Court for the Northern District of California (Case No. Case No. CV13-1675 SC).
8. May 27, 2020. Expert Deposition. Patrick McMorrow et al. v. Mondelez International, Inc. U.S. District Court, Southern District of California (Case No. 3:17-cv-2327-BAS-JLB).
9. December 30, 2020. Expert Deposition. Michael Maeda et al. v. Kennedy Endeavors, Inc. U.S. District Court, District of Hawaii (Case No. 1:18-CV-00459-JAO-WRP).
10. January 19, 2021. Expert Deposition. Shelly Benson et al. v. Newell Brands, Inc. and NUK USA LLC. U.S. District Court, Northern District of Illinois (Civil Action No. 19-cv-06836).
11. February 26, 2021. Expert Deposition. Sharon Willis et al. v. Colgate-Palmolive Co. U.S. District Court, Central District of California (Civil Action 2:19-CV-08542-JGB-RAO).
12. March 15, 2021. Expert Deposition. Sharpe et al. v. A & W Concentrate Company and Keurig Dr. Pepper Inc. (E.D.N.Y.) (Civil Action No. 19-cv-00768 (BMC)).
13. July 1, 2021. Expert Deposition. Sharpe et al. v. GT's Living Foods, LLC. U.S. District Court, Central District of California. Civil Action 2:19-CV-10920-FMO-GJS.

2

14. July 12, 2021. Expert Deposition. Vizcarra et al. v. Unilever United States, Inc. U.S. District Court for the Northern District of California (Case No. 4:20-cv-02777-YGR).
15. August 23, 2021. Expert Deposition. State of New Mexico v. Solvay Pharmaceuticals, Inc., Abbott Products, Inc., Abbott Laboratories, Abbvie Inc. State of New Mexico, County of Santa Fe (Case No. D-101-CV-2019-01897).
16. August 24, 2021. Expert Deposition. Minor et al. v. Baker Mills, Inc. and Kodiak Cakes, LLC. U.S. District Court for the Northern District of California (Case No. 20-cv-02901-RS).
17. September 20, 2021. Expert Deposition. Senne et al. v. Office of the Commissioner of Baseball, et al. U.S. District Court for the Northern District of California (Case No. 3:2014-cv-00608).
18. October 8, 2021. Expert Deposition. Fishon et al. v. Peloton Interactive, Inc. United States District Court, Southern District of New York (Case No. 1:19-CV-11711-LJL).
19. October 25, 2021. Expert Deposition. IN RE KIND LLC "Healthy and All Natural" Litigation. United States District Court, Southern District of New York (15-MD-2645 (WHP)).
20. October 26, 2021. Expert Deposition. IN RE: FCA US LLC Monostable Electronic Gearshift Litigation. United States District Court, Eastern District of Michigan Southern Division (Case No. 16-md-02744).
21. November 4, 2021. Expert Deposition. IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION, United States District Court, Western District of New York (Case No. 1:19-md-2903).
22. November 29, 2021. Expert Deposition. Sharpe et al. v. A & W Concentrate Company and Keurig Dr. Pepper Inc. (E.D.N.Y.) (Civil Action No. 19-cv-00768 (BMC)).
23. March 10, 2022. Expert Deposition. Montera [Fishon] et al. v. Premier Nutrition Corp. U.S. District for the Northern District of California, San Francisco Division (Case No. 3:16-CV-06980 RS).
24. March 24, 2022. Expert Deposition. Testone et al. v. Barlean's Organic Oils, LLC. U.S. District for the Southern District of California (Case No: 19-cv-0169-JLS-BGS).
25. May 27, 2022. Trial Testimony. Montera [Fishon] et al. v. Premier Nutrition Corp. U.S. District for the Northern District of California, San Francisco Division (Case No. 3:16-CV-06980 RS).
26. June 17, 2022. Expert Deposition. Hall v. Marriott International, Inc. U.S. District for the Southern District of California (Case No.: 3:19-cv-01715-JLS-AHG).


Dissertation

"The Politics of Kidney Transplantation," Department of Political Science, University of Chicago, June 1992. Chair: Professor Jon Elster. Published at https://sites.google.com/site/jmichaeldennis/home.

Publications

Fulton, B., Bilgen, I., Pineau, V., Liebert, L., King, D., & Dennis, M. 2022. "Evaluating Nonresponse Bias for a Hypernetwork Sample Generated from a Probability-Based Household Panel." Journal of Quantitative Methods, 6(2).

Michaels, Stuart, Vicki Pineau, Becky Reimer, Nadarajasundaram Ganesh, and J. Michael Dennis. 2019. Test of a Hybrid Method of Sampling the LGBT Population: Web Respondent Driven Sampling with Seeds from a Probability Sample. Journal of Official Statistics 35(4):731-752.

Cantrell J, Hair E. C., Smith, A., Bennett M., Rath, J.M., Thomas, R.K., Fahimi, M., Dennis, J.M., and Vallone, D. 2018. Recruiting and Retaining Youth and Young Adults: Challenges and Opportunities in Survey Research for Tobacco Control. Tobacco Control 27(2).

Josh Pasek, S. Mo Jang, Curtiss L. Cobb III, J. Michael Dennis, and Charles DiSogra. 2015. Can Marketing Data Aid Survey Research? Examining Accuracy and Completeness in Consumer-File Data. Public Opinion Quarterly. 78 (4): 889-916.

DiSogra, Charles. Curtiss Cobb, Elisa Chan, and J. Michael Dennis. 2011. "Calibrating Non-Probability Internet Samples with Probability Samples Using Early Adopter Characteristics." Joint Statistical Meetings: 4501-4515.

Baker, Reginald, Stephen J. Blumberg, J. Michael Brick, et al. 2010. AAPOR Report on Online Panels. <u>Public Opinion Quarterly</u> 74(4):711-781.

Sanders, Alan R., Douglas F. Levinson, Jubao Duan, et al. 2010. The Internet-based MGS2 Control Sample: Self Report of Mental Illness. <u>American Journal of Psychiatry</u> 167(7) 854-865.

Timothy Heeren, Erika M. Edwards, J. Michael Dennis, Sergei Rodkin, Ralph W. Hingson, and David L. Rosenbloom.  2008. "A Comparison of Results from an Alcohol Survey of a Pre-recruited Internet Panel and The National Epidemiological Survey on Alcohol and Related Conditions."  <u>Alcoholism: Clinical and Experimental Research</u>  32(2): 1-8.

J. Michael Dennis and Rick Li.  2007.  <u>More Honest Answers to Surveys? A Study of Data Collection Mode Effects.</u> <u>Journal of Online Research</u> 10(7):1-15.

Tom W. Smith and J. Michael Dennis. 2005. "Online versus In-Person: Experiments with Mode, Format, and Question Wordings." <u>Public Opinion Pros</u>, December.  Available at <u>www.publicopinionpros.com/from_field/2005/dec/smithkn.asp</u>.

Etzel Cardeña, J. Michael Dennis, Mark Winkel, and Linda J. Skitka. 2005. "A Snapshot of Terror: Acute Posttraumatic Responses to the September 11 Attack."  <u>Journal of Post-Traumatic Stress</u> 6(2):69-84.

William E. Schlenger, Juesta M. Caddell, Lori Ebert, B. Kathleen Jordan, Kathryn M. Rourke, David Wilson, Lisa Thalji, J. Michael Dennis, John A. Fairbank,  Richard A. Kulka. 2002.  "Psychological Reactions to Terrorist Attacks:  Findings from the National Study of Americans' Reactions to September 11."  <u>Journal of the American Medical Association</u>, 288(5): 1235-1244.

J. Michael Dennis. 2001. "Are Internet Panels Creating Professional Respondents?"  <u>Marketing Research</u> Summer: 484-488.

J. Michael Dennis, Martin Frankel, Nancy A. Mathiowetz, Candice Saulsberry, Philip J. Smith, K.P. Srinath, Ann-Sofi Rodén, and Robert A. Wright. 1999. "Analysis of RDD Interviews by the Number of Call Attempts: The National Immunization Survey."  <u>Proceedings of the Section on Survey Research Methods, American Statistical Association</u>.

J. Michael Dennis, Victor G. Coronado, Martin Frankel, Ann-Sofi Rodén, Candice Saulsberry, Howard Speizer, and Robert A. Wright. 1998. "The Use of an Intranet to Manage a Telephone Survey." <u>Proceedings of the Section on Survey Research Methods, American Statistical Association</u>.

Paul Buckley, J. Michael Dennis, Candice Saulsberry, Victor G. Coronado, Trena Ezzati-Rice, Edmond Maes, Ann-Sofi Rodén, and Robert A. Wright. 1998. "Managing 78 Simultaneous RDD Samples."  <u>Proceedings of the Section on Survey Research Methods, American Statistical Association</u>.

Alan J. White, Ronald J. Ozminkowski, Andrea Hassol, J. Michael Dennis, and Michael Murphy. "The Effects of New York State's Ban on Multiple Listing for Cadaveric Kidney Transplantation." <u>Health Services Research</u> 33 (June, 1998).

Alan J. White, Ronald J. Ozminkowski, Andrea Hassol, J. Michael Dennis, and Michael Murphy. "The Relationship Between Multiple Listing and Cadaveric Kidney Transplantation and the Effects of a Multiple Listing Ban." <u>Transplantation Reviews</u>, II (April 1997): 76-84.

J. Michael Dennis, Ph.D. "Scarce Medical Resources: Hemodialysis and Kidney Transplantation," in Jon Elster, ed., <u>Local Justice in America</u>, New York, NY: Russell Sage Foundation, 1995.

J. Michael Dennis, Patricia Hanson, Ernest E. Hodge, Ruud A.F. Krom, Robert M. Veatch, "An Evaluation of the Ethics of Presumed Consent and a Proposal Based on Required Response," <u>UNOS Update</u> 10 (February, 1994): 10-15-18.

4

J. Michael Dennis.  "Surgeons Under Surveillance:  Dialysis and Transplantation in the U.S.," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London:  Pinter, 1994.

J. Michael Dennis.  "The Colour of Genes in the U.S.," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London:  Pinter, 1994.

J. Michael Dennis.  "Three Countries, Three Systems," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London:  Pinter, 1994.

Michael P. Battaglia, Mary Cay Burich, J. Michael Dennis, Marcia Russell, Hal Yahoo, Page Chapel, "The Prevalence of Alcohol and Other Drug Abuse and Dependence in Short-Term General Hospitals," 1993 Proceedings of the International Conference on Establishment Surveys, American Statistical Association (1993): 569-572.

J. Michael Dennis. "Government Regulations 'Politicizing' Transplantation," Nephrology News & Issues 6 (September 1992): 48.

J. Michael Dennis. "A Review of Centralized-Rule Making in American Transplantation," Transplantation Reviews 6 (April 1992): 130-137.

Selected Papers

Dennis, J. Michael, John Dombrowski, Kathleen Hall Jamieson, Josh Pasek and Kenneth Winneg. Disentangling Mode Effects and Mode Differences in Recruitment: Randomizing Survey Mode at the Margins and Testing Discontinuities. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research.

Bilgen, Ipek, J. Michael Dennis, Nada Ganesh, Edward Mulrow, Vicki Pineau, Mark Watts and Michael Yang. Estimation Methods for Combining Probability and Nonprobability Samples. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Stephanie Jwo, Rosalind Koff, Stuart Michaels, Vicki Pineau and Becky Reimer. Comparing Two RDS Approaches to Extend the Reach of a Probability-Based Panel. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research..

J. Michael Dennis.  Panel-based Probability Alternatives for Sampling Racial and Ethnic Minorities. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Ipek Bilgen, J. Michael Dennis, and Nada Ganesh. Examination of Nonresponse Follow-up (NRFU) Impact on AmeriSpeak Panel Data Quality and Study Estimates. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

David Sterrett, Dan Malato, Jennifer Benz, Ipek Bilgen, J. Michael Dennis, and Vicki Pineau. Exploring the Methodological Tradeoffs of Mixed-Mode Surveys with an Experimental Design.   Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Ipek Bilgen, J. Michael Dennis, and Tom Smith.  Comparing the Probability-Based AmeriSpeak Panel and the In-Person 2016 General Social Survey: Mode, Device, Item Wording Experiments. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Nadarajasundaram Ganesh, Vicki Pineau, J. Michael Dennis. 2017. Managing Respondent Burden for a Household Panel using Permanent Random Number Sampling.  Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Pineau, Vicki, J. Michael Dennis, Stuart Michaels, Sherry Emery, Nadarajasundaram Ganesh. 2017. Surveying Rare or Hidden Populations Using a Probability-based Household Panel. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Pineau, Vicki, Paul J. Lavrakas, and J. Michael Dennis.  2017.  Deploying a Total Survey Error (TSE) and Total Survey Quality (TSQ) Assessment of the AmeriSpeak® Panel.  Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Reimer, Becky, Jennifer Benz, Trevor Tompson, Liz Kantor, Rosalind Koff, J. Michael Dennis, Emily Swanson, David Pace, 2017. Testing A New Methodology for Exit Polling: A National, Panel-based Experiment. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Malato, Dan, Jennifer Benz, Trevor Tompson, J. Michael Dennis, Vicki Pineau, Nadarajasundaram Ganesh.  2017.  Impact of Mixed-Mode Recruitment and Data Collection on Sample Representativeness and Survey Estimates for a Probability-based Household Panel.  Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Barron, Martin and J. Michael Dennis. 2016. Multi-Client Household Panel Quality:  The Case of AmeriSpeak." Presented at the 2016 Annual Meeting of the American Association for Public Opinion Research.

Ganesh, N., J. Michel Dennis, and Paul J. Lavrakas. 2016.  Using Nonresponse Follow-up Recruitment to Help Build a Probability-based Research Panel.  Presented at the 2016 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Angela Fontes, Kean Chew, Paul J. Lavrakas, Nada Ganesh. 2015. "Boosting Probability-Based Web Survey Response Rates via Nonresponse Follow-Up." Presented at the 2015 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Kathleen Connolley, and Stephanie Jwo.  "Online Survey Sampling Solutions for Studies of LGB."  Presented at the 2013 Chicago Annual Workshop on Biomeasures Collection in Population-Based Health and Aging Research hosted by the Chicago Core on Biomeasures in Population-Based Health and Aging Research (CCBAR), October 17, 2013.

Dennis, J. Michael, Curtiss Cobb III.  "How Far Have We Come? The Lingering Digital Divide and Its Impact on the Representativeness of Internet Surveys."  Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Curtiss Cobb III, Michael Lawrence, and Jordon Peugh. "The Prevalence and Impact of Self-Selection Bias and Panel Conditioning on Smoker Studies Using Established Internet Panels." Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research.

Pasek, Josh, J. Michael Dennis, and Curtiss Cobb III. "Consumer File Ancillary Data and Nonresponse Adjustment: Assessing the Consistency of Estimates Across Weighting Strategies."  Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research.  Submitted for publication.

Pasek, Josh. Seung Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. "Can Microtargeting Improve Survey Sampling?  An Assessment of Accuracy and Bias in Consumer File Marketing Data." Presented at the 2012 Annual Meeting of the American Political Science Association.

Disogra, Charles. J. Michael Dennis and Mansour Fahimi. 2012 "Using Ancillary Information in National ABS Samples to Recruit Hard-to-Reach Young Adults and Hispanics." Presented at the 2012 Hard to Reach Conference sponsored by the American Statistical Association.

Lavrakas, Paul J. J. Michael Dennis, Jordan Peugh, Jeffrey Shand-Lubbers, Elissa Lee, Owen Charlebois and Mike Murakami. 2012 "An Experimental Investigation of the Effects of Noncontingent and Contingent Incentives in Recruiting a Long-Term Panel: Testing a Leverage Salience Theory Hypothesis." Presented at the 2012 Midwest Association for Public Opinion Research.

Pasek, Josh. Seung Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. 2012 "How Accurate is Micro-Targeting? An Assessment of Marketing Data Bias for Political and Survey Purposes." Presented at the 2012Annual Conference of the American Association for Public Opinion Research and the 2012 Annual Conference of the American Political Science Association.

Dennis, J. Michael. Charles DiSogra and Erlina Hendarwan. 2012. "Using Ancillary Information to Stratify and Target Young Adults and Hispanics in National ABS Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research and the 2012 Hard to Reach Conference.

Pasek, Josh. S. Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. 2012. "The Public According to Marketers: Imputing National Demographics From Marketing Data Linked to Address-Based Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Shand-Lubbers, Jeff. J. Michael Dennis, Jordon Peugh, Liz Brisson and Zabe Bent. 2012 "The Use of Online Methodology to Inform Public Policy Planning: A Case Study from San Francisco." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Lavrakas, Paul. J. Michael Dennis, Jordon Peugh, Jeff Shand-Lubbers, Elissa Lee and Owen Charlebois. 2012. "Investigating Non-response Bias in a Non-response Bias Study." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Lavrakas, Paul. J. Michael Dennis, Jordon Peugh, Jeff Shand-Lubbers, Elissa Lee and Owen Charlebois. 2012. "Experimenting with Non-contingent and Contingent Incentives in a Media Measurement Panel." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

DiSogra, Charles. Curtiss Cobb, Elisa Chan, and J. Michael Dennis. 2012 "Using Probability-Based Online Samples to Calibrate Non-Probability Opt-in Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Dennis, J. Michael. Yelena Kruse, and Trevor Tompson. 2011. "Examination of Panel Conditioning Effects in a Web-Based 2007-2008 Election Study." Presented at the 2011 Annual Conference of the American Association for Public Opinion Research.

Zukin, Cliff, Jessica Godofsky, Carl Van Horn, Wendy Mansfield, and J. M. Dennis. 2011. "Can a Non-Probability Sample Ever be Useful for Representing a Population? Comparing Probability and Non-Probability Samples of Recent College Graduates." Presented at the 2011 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/docs/aapor2011/aapor11-can-a-non-probability-sample.pdf

Baker, Reg. Stephen Blumberg, J. Michael Brick, Mick P. Couper, Melanie Courtright, J. Michael Dennis, Don Dillman, Martin R. Frankel, Philip Garland, Robert M. Groves, Courtney Kenned, Jon Krosnick, Sunghee Lee, Paul J. Lavrakas, Michael Link, Linda Piekarski, Kumar Rao, Douglas Rivers, Randall K. Thomas, and Dan Zahs. 2010 "AAPOR Report on Online Panels." The Final Report of the AAPOR Online Panel Task Force. Prepared for the American Association for Public Opinion Research, March, 2010.

Dennis, J. Michael, "Using Ancillary Data Available for Address-Based Sampling to Measure Self-Selection Bias" Paper presented to the International Workshop on Using Multi-level Data from Sample Frames, Auxiliary Databases, Paradata and Related Sources to Detect and Adjust for Nonresponse Bias in Surveys, Chicago, June, 2011.

Dennis, J. Michael, Jordon Peugh, and Pat Graham. 2010. "KnowledgePanel Calibration: Using KnowledgePanel to Improve the Sample Representativeness and Accuracy of Opt-in Panel Data." Available at http://www.knowledgenetworks.com/ganp/docs/KN-Calibration-Research-Note-2010-03-02.pdf

Dennis, J. Michael. 2010. "KnowledgePanel®: Processes & Procedures Contributing to Sample Representativeness & Tests for Self-Selection Bias." Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael, and Charles A. DiSogra. 2010. "Does Providing Internet Access to Non-Internet Households Affect Reported Media Behavior for Latinos and Non-Latinos? Results from a Six-Month Longitudinal Survey." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

DiSogra, Charles, J. Michael Dennis, and Mansour Fahimi. 2010. "On the Quality of Ancillary Data Available for Address-Based Sampling." Presented at the 2010 Joint Statistical Meetings, Vancover. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Kruse, Yelena, Erlina Hendarwan, J. Michael Dennis, and Charles A. DiSogra. 2010. "Analysis of Late Responders to Probability-based Web Panel Recruitment and Panel Surveys." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Garrett, Joe, J. Michael Dennis, and Charles A. DiSogra. 2010. "Non-response Bias: Recent Findings from Address-based Panel Recruitment." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael, Larry Osborn, and Karen Semans. March 2009. "Comparison Study of Early Adopter Attitudes and Online Behavior in Probability and Non-Probability Web Panels." Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael. 2009. "Description of Within-Panel Survey Sampling Methodology: The Knowledge Networks Approach." Available at http://www.knowledgenetworks.com/ganp/docs/KN-Within-Panel-Survey-Sampling-Methodology.pdf.

Dennis, J. Michael, Trevor Tompson, Mike Henderson, and Yelena Kruse. 2009. "Measures of Non-Traditional Media Consumption During the 2008 Presidential Campaign." Presented at the 2009 Annual Meeting of Midwest AAPOR, November 21, 2009.

Dennis, J. Michael, and Trevor Tompson. 2009. "Web Panel Studies of the 2008 Election: New Opportunities for Causal Analysis of Dynamic Change in the Electorate." Presented at the 2009 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Kruse, Yelena, Mario Callegaro, J. Michael Dennis, Stefan Subias, Mike Lawrence, Charles DiSogra, and Trevor Tompson. 2009. "Panel Conditioning and Attrition in the AP-Yahoo! News Election Panel Study." Presented at the 2009 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

J. Michael Dennis, Rick Li and Joe Hadfield. 2007. "Results of a Within-Panel Survey Experiment of Data Collection Mode Effects Using the General Social Survey's National Priority Battery." Presented at the 2007 Annual Conference of the American Association for Public Opinion Research.

J. Michael Dennis and Rick Li. 2005. "Results from a Knowledge Networks' Question Wording Experiment for Political Party Identification." Available at http://www.knowledgenetworks.com/ganp/docs/kn-party-id-experiment-022805.pdf

J. Michael Dennis, Cindy Chatt, Rick Li, Alicia Motta-Stanko, Paul Pulliam. 2005. "Data Collection Mode Effects Controlling for Sample Origins in a Panel Survey: Telephone versus Internet." Available at http://www.knowledgenetworks.com/ganp/rtimode.html.

J. Michael Dennis and Rick Li. 2004. "Health Condition Prevalence Rates Between National Health Interview Survey (NHIS) and Knowledge Networks (KN)." Available at http://www.knowledgenetworks.com/ganp/docs/KNvsNHIS2.pdf

J. Michael Dennis and Rick Li. 2004. "Weighting Procedures Used for the Veterans Administration Prescription Medication Study." Available at http://www.knowledgenetworks.com/ganp/docs/061604_Weighting-Description.pdf.

J.Michael Dennis, Rick Li, and Cindy Chatt, 2004. "Benchmarking Knowledge Networks' Web-Enabled Panel Survey of Selected GSS Questions Against GSS In-Person Interviews." Knowledge Networks Report, February 2004. Available at http://www.knowledgenetworks.com/ganp/docs/GSS02-DK-Rates-on-KN-Panel-v3.pdf

Vicky Pineau and J. Michael Dennis. 2004. "Methodology for Probability-Based Recruitment for a Web-Enabled Panel." Knowledge Networks Report

J. Michael Dennis. 2003. "Panel Attrition Impact: A Comparison of Responses to Attitudinal and Knowledge Questions about HIV Between Follow-up and Cross-Sectional Samples." Available at http://www.knowledgenetworks.com/ganp/docs/HIV-Study-Panel-Attrition-Impact-Research-Note-2003.pdf

J. Michael Dennis, Rick Li, J.R. DeShazo and Trudy Ann Cameron. 2003. "Correcting for Sample Bias in Internet Panel Surveys based on RDD Sampling." Presented at the Joint Statistical Meetings, August 2003

Dennis, J. Michael, Rick Li. 2003. "Effects of Panel Attrition on Survey Estimates." Presented at the 2003 Annual Conference for the American Association for Public Opinion Research.

Selected Workshops, Expert Panels, and Seminars

Workshop Participant. Mapping the Global Online Probability based Panel Landscape. RISCAPE Workshop. Amsterdam, Netherlands.  December 11-12, 2019.

Member, Expert Panel.  New Direction for the National Household Travel Survey. Sponsored by the Federal Highway Administration. 2018-Present.

Featured Speaker.  AARP "Think In" on Surveys of Asian Americans and Pacific Islanders.  July 23-24, 2018. Washington, DC.

Expert Panel Participant, National Survey of Family Growth, U.S. Centers for Disease Control and Prevention, April 30, 2018 – May 1, 2018.

Panel Participant and Featured Speaker.  "Workshop:  Harnessing Technology to Reduce Attrition in Panel Surveys." Inter-American Development Bank.  Washington DC, October 2, 2017.

Featured Speaker.  Briefing Congress on the Legal Services Corporation New Report on *The Justice Gap: Measuring the Unmet Civil Legal Needs of Low-Income Americans.*  Russell Senate Building, Washington DC, June 14, 2017.

Panel Participant in an Invited Panel Session entitled "Better, Faster, Smarter – Maintaining Research Quality in a World of Intense Budget Pressure."  Annual Meeting of the Southern Association for Public Opinion.  October 10, 2013.

 "The NCRM Network of Methodological Innovation Web surveys for the general population: How, why and when?"  Workshop hosted by the University of Essex, Colchester, UK.  Presented the paper "Recommendations for Establishing a National Online Panel in the UK."  June 6-7, 2013.

"The Data Collection of the Future Has Already Started."  Seminar hosted by Willem Saris, RECSM, Universitat Pompeu Fabra in Barcelona.  Presented the paper  "Best Practices for Population-Based Online Surveys: Review of U.S. Methods Research."  July 2011.

"An International Workshop on Using Multi-level Data from Sample Frames, Auxiliary Databases, Paradata and Related Sources to Detect and Adjust for Nonresponse Bias in Surveys."  Sponsored by the National Science Foundation and hosted by NORC in Chicago.  June 2011.

"Innovative Survey Methods Workshop." Sponsored by the U.S. Department of Homeland Security and the Institute for Homeland Security Solutions.  December 2009.

"Sample Representativeness:  Implications for Administering and Testing Stated Preference Surveys."  Sponsored by EPA Cooperative Agreement CR83299-01 with the National Center for Environmental Economics, U.S. Environmental Protection Agency.  Hosted by the Resources for the Future. October 2, 2006.

"Recurring Surveys: Issues and Opportunities." Sponsored by the National Science Foundation. March 28-29, 2003.

Selected Guest Lecturer Assignments

George Washington University, University of California, Irvine, University of California, Berkeley, University of Michigan, University of Maryland, University of Pennsylvania, University of Southern California (USC), University of Texas, Austin, Stanford University.

Educational Honors
Century Fellowship, University of Chicago (1985-1988)
Phi Beta Kappa, University of Texas (1984-1985)
Honors in Government, University of Texas (1984)
Chapter President, Pi Sigma Alpha, University of Texas (1983-1984)
William Jennings Bryan Essay Winner, College of Liberal Arts, University of Texas (1983 and 1984)


Affiliations

American Association for Public Opinion Research (1992-), American Statistical Association, Member, AAPOR Online Task Force Report (2009-2010),  Chairman, Presumed Consent Subcommittee, Ethics Committee, UNOS (1992-1995), Member of Ethics Committee, the United Network for Organ Sharing (1992-1995), Member of Region 7, the United Network for Organ Sharing (1992-1995), American Political Science Association (1985-1994)

## ATTACHMENT B

## LIST OF CONSIDERED MATERIALS

Disclosures and Discovery

- Plaintiffs' Rule 26(a) Disclosures
- Defendant's Rule 26(a) Disclosures
- Plaintiffs' Requests for Admission to Defendant, Set One
- Plaintiffs' Requests for Production of Documents to Defendant, Set One
- Plaintiffs' Interrogatories to Defendant, Set One
- Plaintiffs' Requests for Production of Documents, Set Two
- Defendant's Objections and Responses to Plaintiffs' Requests for Admission, Set One
- Defendant's Objections and Responses to Plaintiffs' Requests for Production of Documents, Set One
- Defendant's Objections and Responses to Plaintiffs' Interrogatories, Set One
- Defendant's Objections and Responses to to Plaintiffs' Requests for Production of Documents, Set Two
- Defendant's Requests for Documents to Plaintiff Prost, Set One
- Defendant's Requests for Documents to Plaintiff Sinatro, Set One
- Defendant's Interrogatories to Plaintiff Prost, Set One
- Defendant's Interrogatories to Plaintiff Sinatro, Set One
- Plaintiff Prost's Responses to Requests for Documents, Set One
- Plaintiff Sinatro's Responses to Requests for Documents, Set One
- Plaintiff Prost's Responses to Interrogatories, Set One
- Plaintiff Sinatro's Responses to Interrogatories, Set One
- Defendant's First Supplemental Objections and Responses to Plaintiffs' Interrogatories, Set One
- Defendant's First Supplemental Objections and Responses to Plaintiffs' Requests for Admissions, Set One, and BAI-CA_00001066 (Italian Products)

Pleadings

- Class Action Complaint (ECF 1)
- Civil Cover Sheet (ECF 1-1)
- Exhibit 1 (ECF 1-2)
- Exhibit 2 (ECF 1-3, 1-4)
- Exhibit 3 (ECF 1-5)
- Exhibit 4 (ECF 1-6)
- Exhibit 5 (ECF 1-7)
- Exhibit 6 (ECF 1-8)
- Exhibit 7 (ECF 1-9)

1

- First Amended Complaint (ECF 11)
- Exhibit 1 (ECF 11-1)
- Exhibit 2 (ECF11-2)
- Exhibit 3 (ECF 11-3)
- Exhibit 4 (ECF 11-4)
- Exhibit 5 (ECF 11-5)
- Exhibit 6 (ECF 11-6)
- Exhibit 7 (ECF 11-7)
- Exhibit 8 (ECF 11-8)
- Defendant's Corporate Disclosure Statement (ECF 14)
- Declaration of Erik K. Swanholt in support of Request for Judicial Notice & MTD (ECF 15-1)
- Exhibit A (ECF 15-2)
- Exhibit B (ECF 15-3)
- Exhibit C (ECF 15-4)
- Exhibit D (ECF 15-5)
- Exhibit E (ECF 15-6)
- Exhibit F (ECF 15-7)
- Request for Judicial Notice (ECF 15-8)
- Order on Motion to Dismiss (ECF 30)
- Case Management Scheduling Order (ECF 34)
- Defendant's Answer to Plaintiffs' First Amended Complaint (ECF 36)
- Protective order (ECF 42)

Document Production

Labels
- BB (01) Angel_2021.07.30_1 Front (00076808501063) [BAI-CA_2]
- BB (01) Angel_2021.07.30_2 Back (00076808501063) [BAI-CA_4]
- BB (01) Angel_2021.07.30_3 Side-Cook (00076808501063) [BAI-CA_3]
- BB (01) Angel_2021.07.30_4 Side-Nutri (00076808501063) [BAI-CA_1]
- BB (02) Campanelle_2020.12.02_1 Front (00076808514339) [BAI-CA_5]
- BB (02) Campanelle_2020.12.02_2 Back (00076808514339) [BAI-CA_7]
- BB (02) Campanelle_2020.12.02_3 Side-Cook (00076808514339) [BAI-CA_6]
- BB (02) Campanelle_2020.12.02_4 Side-Nutri (00076808514339) [BAI-CA_8]
- BB (04) Ditalini_2021.06.09_2 Back (00076808280456) [BAI-CA_11]
- BB (04) Ditalini_2021.06.09_3 Side-Cook (00076808280456) [BAI-CA_10]
- BB (04) Ditalini_2021.06.09_4 Side-Nutri (00076808280456) [BAI-CA_12]
- BB (04) Ditalini_2021.07.30_1 Front (00076808280456) [BAI-CA_9]
- BB (05) Elbows_2021.06.09_1 Front (00076808516135) [BAI-CA_13]
- BB (05) Elbows_2021.06.09_2 Back (00076808516135) [BAI-CA_15]
- BB (05) Elbows_2021.06.09_3 Side-Cook (00076808516135) [BAI-CA_14]
- BB (05) Elbows_2021.06.09_4 Side-Nutri (00076808516135) [BAI-CA_16]

2

- BB (06) Farfalle_2021.05.25_1 Front (00076808501087) [BAI-CA_17]
- BB (06) Farfalle_2021.05.25_2 Back (00076808501087) [BAI-CA_19]
- BB (06) Farfalle_2021.05.25_3 Side-Cook (00076808501087) [BAI-CA_18]
- BB (06) Farfalle_2021.05.25_4 Side-Nutri (00076808501087) [BAI-CA_20]
- BB (08) Fideo_2021.06.09_2 Back (00076808000733) [BAI-CA_23]
- BB (08) Fideo_2021.06.09_3 Side-Cook (00076808000733) [BAI-CA_22]
- BB (08) Fideo_2021.06.09_4 Side-Nutri (00076808000733) [BAI-CA_24]
- BB (08) Fideo_2021.07.30_1 Front (00076808000733) [BAI-CA_21]
- BB (09) Gemelli_2021.06.09_2 Back (00076808506433) [BAI-CA_27]
- BB (09) Gemelli_2021.06.09_3 Side-Cook (00076808506433) [BAI-CA_26]
- BB (09) Gemelli_2021.06.09_4 Side-Nutri (00076808506433) [BAI-CA_28]
- BB (09) Gemelli_2021.07.30_1 Front (00076808506433) [BAI-CA_25]
- BB (10) JumboShells_2021.04.08_1 Front (00076808517088) [BAI-CA_29]
- BB (10) JumboShells_2021.04.08_2 Back (00076808517088) [BAI-CA_31]
- BB (10) JumboShells_2021.04.08_3 Side-Cook (00076808517088) [BAI-CA_30]
- BB (10) JumboShells_2021.04.08_4 Side-Nutri (00076808517088) [BAI-CA_32]
- BB (11) LargeShells_2021.05.25_1 Front (00076808501124) [BAI-CA_33]
- BB (11) LargeShells_2021.05.25_2 Back (00076808501124) [BAI-CA_35]
- BB (11) LargeShells_2021.05.25_3 Side-Cook (00076808501124) [BAI-CA_34]
- BB (11) LargeShells_2021.05.25_4 Side-Nutri (00076808501124) [BAI-CA_36]
- BB (12) Linguine_2020.12.02_1 Front (00076808280173) [BAI-CA_41]
- BB (12) Linguine_2020.12.02_2 Back (00076808280173) [BAI-CA_43]
- BB (12) Linguine_2020.12.02_3 Side-Cook (00076808280173) [BAI-CA_42]
- BB (12) Linguine_2020.12.02_4 Side-Nutri (00076808280173) [BAI-CA_44]
- BB (13) LinguineFini_2020.12.02_1 Front (00076808280180) [BAI-CA_37]
- BB (13) LinguineFini_2020.12.02_2 Back (00076808280180) [BAI-CA_39]
- BB (13) LinguineFini_2020.12.02_3 Side-Cook (00076808280180) [BAI-CA_38]
- BB (13) LinguineFini_2020.12.02_4 Side-Nutri (00076808280180) [BAI-CA_40]
- BB (14) Manicotti_2020.12.02_1 Front (00076808517095) [BAI-CA_45]
- BB (14) Manicotti_2020.12.02_2 Back (00076808517095) [BAI-CA_47]
- BB (14) Manicotti_2020.12.02_3 Side-Cook (00076808517095) [BAI-CA_46]
- BB (14) Manicotti_2020.12.02_4 Side-Nutri (00076808517095) [BAI-CA_48]
- BB (15) MediumShells_2021.06.09_2 Back (00076808517989) [BAI-CA_51]
- BB (15) MediumShells_2021.06.09_3 Side-Cook (00076808517989) [BAI-CA_50]
- BB (15) MediumShells_2021.06.09_4 Side-Nutri (00076808517989) [BAI-CA_52]
- BB (15) MediumShells_2021.07.30_1 Front (00076808517989) [BAI-CA_49]
- BB (16) MezziRigatoni_2021.06.09_2 Back (00076808280838) [BAI-CA_55]
- BB (16) MezziRigatoni_2021.06.09_3 Side-Cook (00076808280838) [BAI-CA_54]
- BB (16) MezziRigatoni_2021.06.09_4 Side-Nutri (00076808280838) [BAI-CA_56]
- BB (16) MezziRigatoni_2021.07.30_1 Front (00076808280838) [BAI-CA_53]
- BB (17) MiniFarfalle_2021.06.09_2 Back (00076808535570) [BAI-CA_59]
- BB (17) MiniFarfalle_2021.06.09_3 Side-Cook (00076808535570) [BAI-CA_58]
- BB (17) MiniFarfalle_2021.06.09_4 Side-Nutri (00076808535570) [BAI-CA_60]
- BB (17) MiniFarfalle_2021.07.30_1 Front (00076808535570) [BAI-CA_57]

- BB (18) MiniPenne_2020.12.02_1 Front (00076808535600) [BAI-CA_61]
- BB (18) MiniPenne_2020.12.02_2 Back (00076808535600) [BAI-CA_63]
- BB (18) MiniPenne_2020.12.02_3 Side-Cook (00076808535600) [BAI-CA_62]
- BB (18) MiniPenne_2020.12.02_4 Side-Nutri (00076808535600) [BAI-CA_64]
- BB (19) MiniWheels_2020.12.02_1 Front (00076808535594) [BAI-CA_65]
- BB (19) MiniWheels_2020.12.02_2 Back (00076808535594) [BAI-CA_67]
- BB (19) MiniWheels_2020.12.02_3 Side-Cook (00076808535594) [BAI-CA_66]
- BB (19) MiniWheels_2020.12.02_4 Side-Nutri (00076808535594) [BAI-CA_68]
- BB (20) Mostaccioli_2021.06.09_2 Back (00076808280715) [BAI-CA_71]
- BB (20) Mostaccioli_2021.06.09_3 Side-Cook (00076808280715) [BAI-CA_70]
- BB (20) Mostaccioli_2021.06.09_4 Side-Nutri (00076808280715) [BAI-CA_72]
- BB (20) Mostaccioli_2021.07.30_1 Front (00076808280715) [BAI-CA_69]
- BB (21) Orzo_2021.07.30_1 Front (00076808513981) [BAI-CA_73]
- BB (21) Orzo_2021.11.03_2 Back (00076808513981) [BAI-CA_75]
- BB (21) Orzo_2021.11.03_3 Side-Cook (00076808513981) [BAI-CA_74]
- BB (21) Orzo_2021.11.03_4 Side-Nutri (00076808513981) [BAI-CA_76]
- BB (22) Pastina_2021.06.09_2 Back (00076808000474) [BAI-CA_79]
- BB (22) Pastina_2021.06.09_3 Side-Cook (00076808000474) [BAI-CA_78]
- BB (22) Pastina_2021.06.09_4 Side-Nutri (00076808000474) [BAI-CA_80]
- BB (22) Pastina_2021.07.30_1 Front (00076808000474) [BAI-CA_77]
- BB (23) Penne_2021.11.03_1 Front (00076808280739) [BAI-CA_81]
- BB (23) Penne_2021.11.03_2 Back (00076808280739) [BAI-CA_83]
- BB (23) Penne_2021.11.03_3 Side-Cook (00076808280739) [BAI-CA_82]
- BB (23) Penne_2021.11.03_4 Side-Nutri (00076808280739) [BAI-CA_84]
- BB (24) Pipette_2020.12.02_2 Back (00076808520071) [BAI-CA_87]
- BB (24) Pipette_2020.12.02_3 Side-Cook (00076808520071) [BAI-CA_86]
- BB (24) Pipette_2020.12.02_4 Side-Nutri (00076808520071) [BAI-CA_88]
- BB (24) Pipette_2021.07.30_1 Front (00076808520071) [BAI-CA_85]
- BB (25) Rigatoni_2021.05.27_1 Front (00076808502947) [BAI-CA_89]
- BB (25) Rigatoni_2021.05.27_2 Back (00076808502947) [BAI-CA_91]
- BB (25) Rigatoni_2021.05.27_4 Side-Nutri (00076808502947) [BAI-CA_92]
- BB (25) Rigatoni_2021.07.30_3 Side-Cook (00076808502947) [BAI-CA_90]
- BB (26) Rotini_2021.06.09_1 Front (00076808280982) [BAI-CA_93]
- BB (26) Rotini_2021.06.09_2 Back (00076808280982) [BAI-CA_95]
- BB (26) Rotini_2021.06.09_3 Side-Cook (00076808280982) [BAI-CA_94]
- BB (26) Rotini_2021.06.09_4 Side-Nutri (00076808280982) [BAI-CA_96]
- BB (27) Spaghetti_2020.12.02_1 Front (00076808280081) [BAI-CA_101]
- BB (27) Spaghetti_2020.12.02_2 Back (00076808280081) [BAI-CA_103]
- BB (27) Spaghetti_2020.12.02_3 Side-Cook (00076808280081) [BAI-CA_102]
- BB (27) Spaghetti_2020.12.02_4 Side-Nutri (00076808280081) [BAI-CA_104]
- BB (28) SpaghettiRigati_2020.12.02_1 Front (00076808521801) [BAI-CA_97]
- BB (28) SpaghettiRigati_2020.12.02_2 Back (00076808521801) [BAI-CA_99]
- BB (28) SpaghettiRigati_2020.12.02_3 Side-Cook (00076808521801) [BAI-CA_98]
- BB (28) SpaghettiRigati_2020.12.02_4 Side-Nutri (00076808521801) [BAI-CA_100]

4

- BB (29) ThickSpaghetti_2020.12.02_1 Front (00076808515046) [BAI-CA_105]
- BB (29) ThickSpaghetti_2020.12.02_2 Back (00076808515046) [BAI-CA_107]
- BB (29) ThickSpaghetti_2020.12.02_3 Side-Cook (00076808515046) [BAI-CA_106]
- BB (29) ThickSpaghetti_2020.12.02_4 Side-Nutri (00076808515046) [BAI-CA_108]
- BB (30) ThinSpaghetti_2020.12.02_1 Front (00076808280098) [BAI-CA_109]
- BB (30) ThinSpaghetti_2020.12.02_2 Back (00076808280098) [BAI-CA_111]
- BB (30) ThinSpaghetti_2020.12.02_3 Side-Cook (00076808280098) [BAI-CA_110]
- BB (30) ThinSpaghetti_2020.12.02_4 Side-Nutri (00076808280098) [BAI-CA_112]
- BB (31) Tri-ColorPenne_2020.12.02_1 Front (00076808002157) [BAI-CA_113]
- BB (31) Tri-ColorPenne_2020.12.02_2 Back (00076808002157) [BAI-CA_115]
- BB (31) Tri-ColorPenne_2020.12.02_3 Side-Cook (00076808002157) [BAI-CA_114]
- BB (31) Tri-ColorPenne_2020.12.02_4 Side-Nutri (00076808002157) [BAI-CA_116]
- BB (32) Tri-ColorRotini_2020.12.02_1 Front (00076808518290) [BAI-CA_117]
- BB (32) Tri-ColorRotini_2020.12.02_2 Back (00076808518290) [BAI-CA_119]
- BB (32) Tri-ColorRotini_2020.12.02_3 Side-Cook (00076808518290) [BAI-CA_118]
- BB (32) Tri-ColorRotini_2020.12.02_4 Side-Nutri (00076808518290) [BAI-CA_120]
- BB (33) Lasagne_2021.06.09_1 Front (00895059000619) [BAI-CA_121]
- BB (33) Lasagne_2021.06.09_2 Back (00895059000619) [BAI-CA_123]
- BB (33) Lasagne_2021.07.30_3 Side-Cook (00895059000619) [BAI-CA_122]
- BB (33) Lasagne_2021.07.30_4 Side-Nutri (00895059000619) [BAI-CA_124]
- BB (34) Ziti_2021.06.09_1 Front (00076808280746) [BAI-CA_125]
- BB (34) Ziti_2021.06.09_2 Back (00076808280746) [BAI-CA_127]
- BB (34) Ziti_2021.06.09_3 Side-Cook (00076808280746) [BAI-CA_126]
- BB (34) Ziti_2021.06.09_4 Side-Nutri (00076808280746) [BAI-CA_128]
- CA (35) Bucatini_1 Front (00076808004618) [BAI-CA_129]
- CA (35) Bucatini_2 Back (00076808004618) [BAI-CA_131]
- CA (35) Bucatini_3 Side-Cook (00076808004618) [BAI-CA_130]
- CA (35) Bucatini_4 Side-Nutri (00076808004618) [BAI-CA_132]
- CA (36) Casarecce_1 Front (00076808004601) [BAI-CA_133]
- CA (36) Casarecce_2 Back (00076808004601) [BAI-CA_135]
- CA (36) Casarecce_3 Side-Cook (00076808004601) [BAI-CA_134]
- CA (36) Casarecce_4 Side-Nutri (00076808004601) [BAI-CA_136]
- CA (37) Orecchiette_1 Front (00076808004625) [BAI-CA_137]
- CA (37) Orecchiette_2 Back (00076808004625) [BAI-CA_139]
- CA (37) Orecchiette_3 Side-Cook (00076808004625) [BAI-CA_138]
- CA (37) Orecchiette_4 Side-Nutri (00076808004625) [BAI-CA_140]
- CA (38) Penne_1 Front (00076808006278) [BAI-CA_141]
- CA (38) Penne_2 Back (00076808006278) [BAI-CA_143]
- CA (38) Penne_3 Side-Cook (00076808006278) [BAI-CA_142]
- CA (38) Penne_4 Side-Nutri (00076808006278) [BAI-CA_144]
- CA (39) Rigatoni_1 Front (00076808006285) [BAI-CA_145]
- CA (39) Rigatoni_2 Back (00076808006285) [BAI-CA_147]
- CA (39) Rigatoni_3 Side-Cook (00076808006285) [BAI-CA_146]
- CA (39) Rigatoni_4 Side-Nutri (00076808006285) [BAI-CA_148]

- CA (40) Spaghetti_1 Front (00076808004649) [BAI-CA_149]
- CA (40) Spaghetti_2 Back (00076808004649) [BAI-CA_151]
- CA (40) Spaghetti_3 Side-Cook (00076808004649) [BAI-CA_150]
- CA (40) Spaghetti_4 Side-Nutri (00076808004649) [BAI-CA_152]
- GF (41) Elbows_1 Front (00076808003918) [BAI-CA_153]
- GF (41) Elbows_2 Back (00076808003918) [BAI-CA_155]
- GF (41) Elbows_3 Side-Cook (00076808003918) [BAI-CA_154]
- GF (41) Elbows_4 Side-Nutri (00076808003918) [BAI-CA_156]
- GF (42) Fettuccine_1 Front (00076808006254) [BAI-CA_157]
- GF (42) Fettuccine_2 Back (00076808006254) [BAI-CA_159]
- GF (42) Fettuccine_3 Side-Cook (00076808006254) [BAI-CA_158]
- GF (42) Fettuccine_4 Side-Nutri (00076808006254) [BAI-CA_160]
- GF (43) Penne_1 Front (00076808003895) [BAI-CA_161]
- GF (43) Penne_2 Back (00076808003895) [BAI-CA_163]
- GF (43) Penne_3 Side-Cook (00076808003895) [BAI-CA_162]
- GF (43) Penne_4 Side-Nutri (00076808003895) [BAI-CA_164]
- GF (44) Rotini_1 Front (00076808003901) [BAI-CA_165]
- GF (44) Rotini_2 Back (00076808003901) [BAI-CA_167]
- GF (44) Rotini_3 Side-Cook (00076808003901) [BAI-CA_166]
- GF (44) Rotini_4 Side-Nutri (00076808003901) [BAI-CA_168]
- GF (45) Spaghetti_1 Front (00076808003888) [BAI-CA_169]
- GF (45) Spaghetti_2 Back (00076808003888) [BAI-CA_171]
- GF (45) Spaghetti_3 Side-Cook (00076808003888) [BAI-CA_170]
- GF (45) Spaghetti_4 Side-Nutri (00076808003888) [BAI-CA_172]
- VV (46) Rotini_1 Front (00076808002409) [BAI-CA_173]
- VV (46) Rotini_2 Back (00076808002409) [BAI-CA_175]
- VV (46) Rotini_3 Side-Cook (00076808002409) [BAI-CA_174]
- VV (46) Rotini_4 Side-Nutri (00076808002409) [BAI-CA_176]
- VV (47) Spaghetti_1 Front (00076808004120) [BAI-CA_177]
- VV (47) Spaghetti_2 Back (00076808004120) [BAI-CA_179]
- VV (47) Spaghetti_3 Side-Cook (00076808004120) [BAI-CA_178]
- VV (47) Spaghetti_4 Side-Nutri (00076808004120) [BAI-CA_180]
- WG (48) Elbows_1 Front (00076808006520) [BAI-CA_181]
- WG (48) Elbows_2 Back (00076808006520) [BAI-CA_183]
- WG (48) Elbows_3 Side-Cook (00076808006520) [BAI-CA_182]
- WG (48) Elbows_4 Side-Nutri (00076808006520) [BAI-CA_184]
- WG (49) Lasagne_1 Front (00076808004984) [BAI-CA_185]
- WG (49) Lasagne_2 Back (00076808004984) [BAI-CA_187]
- WG (49) Lasagne_3 Side-Cook (00076808004984) [BAI-CA_186]
- WG (49) Lasagne_4 Side-Nutri (00076808004984) [BAI-CA_188]
- WG (50) Linguine_1 Front (00076808006506) [BAI-CA_189]
- WG (50) Linguine_2 Back (00076808006506) [BAI-CA_191]
- WG (50) Linguine_3 Side-Cook (00076808006506) [BAI-CA_190]
- WG (50) Linguine_4 Side-Nutri (00076808006506) [BAI-CA_192]

- WG (51) Penne_1 Front (00076808005851) [BAI-CA_193]
- WG (51) Penne_2 Back (00076808005851) [BAI-CA_195]
- WG (51) Penne_3 Side-Cook (00076808005851) [BAI-CA_194]
- WG (51) Penne_4 Side-Nutri (00076808005851) [BAI-CA_196]
- WG (52) Rotini_1 Front (00076808006537) [BAI-CA_197]
- WG (52) Rotini_2 Back (00076808006537) [BAI-CA_199]
- WG (52) Rotini_3 Side-Cook (00076808006537) [BAI-CA_198]
- WG (52) Rotini_4 Side-Nutri (00076808006537) [BAI-CA_200]
- WG (53) Spaghetti_1 Front (00076808005844) [BAI-CA_201]
- WG (53) Spaghetti_2 Back (00076808005844) [BAI-CA_203]
- WG (53) Spaghetti_3 Side-Cook (00076808005844) [BAI-CA_202]
- WG (53) Spaghetti_4 Side-Nutri (00076808005844) [BAI-CA_204]
- WG (54) ThinSpaghetti_1 Front (00076808006490) [BAI-CA_205]
- WG (54) ThinSpaghetti_2 Back (00076808006490) [BAI-CA_207]
- WG (54) ThinSpaghetti_3 Side-Cook (00076808006490) [BAI-CA_206]
- WG (54) ThinSpaghetti_4 Side-Nutri (00076808006490) [BAI-CA_208]

Marketing
- Global Barilla Update 2020 (BAI-CA_379-393)
- Blue Box Pkg 2021 (BAI-CA_357-378)
- Kantar Study 2021 (BAI-CA_307-356)
- RCS Study (Al Bronzo) 2021 (BAI-CA_394) – partial
- Plaintiff's Subpoena to Produce Documents to Kantar LLC
- Kantar LLC's Response to Plaintiff's Subpoena to Produce Documents
- KANTAR-0001-0048 [CONFIDENTIAL]

Sales/Pricing
- Price - ADUSA Eff 2022.07.01, Rev 2022.09.07 (BAI-CA_211)_CONFIDENTIAL
- Price - Amazon Eff 2022.07.18, Rev 2022.10.20 ((BAI-CA_212)_CONFIDENTIAL
- Price - BJ's Eff 2023.04.25 (BAI-CA_213)_CONFIDENTIAL
- Price - Coscto Eff 2023.05.17 (BAI-CA_215)_CONFIDENTIAL
- Price - Cost U Less Eff 2022.07.18 (BAI-CA_214)_CONFIDENTIAL
- Price - Retail Eff 2022.07.18, Rev 2023.04.06 (BAI-CA_216)_CONFIDENTIAL
- Price - Sam's Club Eff 2022.07.18 (BAI-CA_217)_CONFIDENTIAL
- Price - Walmart Eff 2022.07.18, Rev. 2023.02.10 (BAI-CA_218)_CONFIDENTIAL

USPTO – Online TM File
- Barilla - USPTO Appl - 7765331 – Docs
- Barilla - USPTO Appl - 7765331 – Status
- (1) Justia - Italys No.1 Brand of Pasta (2022.07.13)_1 Result
- (2) USPTO – Italys No.1 Brand of Pasta Publication Sheet v.2010.03.07 (2022.07.13)_1 Result
- (3) USPTO - Italys No. 1 Brand of Pasta First Refusal Letter v.2009.03.04 (2022.07.13)_1 Result

7

- (4) USPTO - Italys No. 1 Brand of Pasta Registration Certificate v.2010.08.31 (2022.07.18)_1 Result
- (5) USPTO - Italys No.1 Brand of Pasta TM Application v.2008.12.03 (2022.07.13)_1 Result
- (6) USPTO – Italys No.1 Brand of Pasta Record (2022.07.18) _ 1 Result
- (7) USPTO – Italys No.1 Brand of Pasta Response to Refusal Letter 2 v.2010.04.06 (2022.07.18)_1 Result
- (8) Justia – Est. Parma 1977 Italys No. 1 Brand of Pasta Record (2022.07.18)_1 Result
- (9) USPTO - Est. Parma 1977 Italys No. 1 Brand of Pasta Record (2022.07.18)_1 Result
- (10) USPTO - Barilla The Italian Food Company Since 1877 Record (2022.07.18)_1 Result
- (11) Justia - Barilla The Italian Food Company Since 1877 Record (2022.07.18)_1 Result
- (12) USPTO – The Choice of Italy Record (2022.07.18)_1 Result
- (13) Justia – The Choice of Italy Record (2022.07.18)_1 Result
- (14) Justia – The Choice of Italy 2 Record (2022.07.18)_1 Result
- (15) USPTO – The Choice of Italy 2 Record (2022.07.18)_1 Result
- (16) Justia – Americas No.1 Pasta (2022.07.18) _1 Result
- (17) USPTO- Americas No.1 Pasta (2022.07.18) _1 Result
- (18) USPTO – Americas No. 1 Pasta Refusal Notice v.2003.06.17 (2022.07.18)_1 Result
- (19) USPTO – Americas No. 1 Pasta Disclaimer Notice v.2003.04.15 (2022.07.18)_1 Result
- (20) USPTO - Italy's No. 1 Brand of Pasta Second Refusal Letter  v.2009.10.06 (2022.07.22)_1 Result
- (21) USPTO - Italy's No. 1 Brand of Pasta Response to Refusal Letter 1 v.2009.09.01 (2022.07.22)_1 Result
- (22) USPTO- Italy's No. 1 Brand of Pasta Filing of Declaration of Use and Incontestability v.2016.03.10 (2022.07.25)_1 Result
- (23) USPTO – Italy's No. 1 Brand of Pasta Acceptance and Acknowledgement of Declarations of Use and Incontestability _1 Result

Survey Literature

"Cognitive Interviewing: A Tool for Improving Questionnaire Design", U.S. Center for Disease Control, available at https://www.cdc.gov/nchs/ccqder/evaluation/CognitiveInterviewing.htm (last accessed April 27, 2023).

"The CBC System for Choice-Based Conjoint Analysis", Sawtooth Software Technical Paper Series, available at https://content.sawtoothsoftware.com/assets/0891a76f-93d3-4838-a38d-8ac0a2cda519 (last accessed April 27, 2023).

 "Sample Size Issues in Conjoint Analysis", Bryan Orme, available at https://www.sawtoothsoftware.com/download/techpap/samplesz.pdf (last accessed April 27, 2023).

"Reference Guide on Survey Research", Northwestern, available at https://wwws.law.northwestern.edu/faculty/fulltime/diamond/papers/referenceguidesurveyresearch.pdf (last accessed April 27, 2023).

"Integrating Conjoint Analysis and Engineering Design", Columbia Business School, available at https://business.columbia.edu/sites/default/files-efs/pubfiles/2278/kohli_wadhwa_and_christian.pdf (last accessed April 27, 2023).

"What Do Our Respondents Think We're Asking? Using Cognitive Interviewing to Improve Medical Education Surveys", National Library of Medicine, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3771159/ (last accessed May 4, 2023).

"Patient Preferences in Regulatory Benefit-Risk Assessments: A US Perspective", Value in Health, available at https://www.valueinhealthjournal.com/article/S1098-3015(16)30431-4/fulltext?_returnURL=https%3A%2F%2Flinkinghub.elsevier.com%2Fretrieve%2Fpii%2FS1098301516304314%3Fshowall%3Dtrue (last accessed May 4, 2023).

"Adaptive Choice-Based Conjoint Analysis: A New Patient-Centered Approach to the Assessment of Health Service Preferences", Patient-Patient-Centered-Outcome-Res, available at https://link.springer.com/article/10.2165/11537870-000000000-00000 (last accessed May 4, 2023).

"Applying Conjoint Analysis to Evaluate Consumer Preferences toward Subcompact Cars," Elsevier, available at https://www.sciencedirect.com/science/article/abs/pii/S0957417413008257 (last accessed May 5, 2023).

Green, P., V. Srinivasan, V. (1978) "Conjoint Analysis in Consumer Research: Issues and Outlook", *Journal of Consumer Research* (Oxford).

Wittink, D., Cattin, P. (1989) "Commercial Use of Conjoint Analysis: An Update", *Journal of Marketing* (July).

Ofek, E., Toubia, O. (2014) "Conjoint Analysis: A Do It Yourself Guide", *Harvard Business Review* (Aug)

Grove, R. (2011) *Survey Methodology*, Second Edition (Wiley).

Marsen, Peter, V. (2010) *Handbook of Survey Research*, Second Edition (Emerald).

Bradburn, N. (2004) *Asking Questions*, Second Edition (Jossey-Bass).

Orme, B. (2020) *Getting Started with Conjoint Analysis*, Fourth Edition (Research Publishers LLC).

Tourangeau, R., Rips, L., Rasinski, K. (2000) *The Psychology of Survey Response,* (Cambridge Univ. Press).

Bernheim, B., Whinston, M. (2008) *Microeconomics* (McGraw-Hill Irwin).

Orme, B., Chrzan, K. (2017) *Becoming an Expert in Conjoint Analysis* (Sawtooth Software, Inc.).

Allen, M., Hall., R., and Lazear, V. (2011) *"Reference Guide on Estimation of Economic Damages,"* Reference Manual on Scientific Evidence (National Academies Press).

Diamond, V. (2011) *"Reference Guide on Survey Research,"* Reference Manual on Scientific Evidence (National Academies Press).

**ATTACHMENT C**

**SURVEY QUESTIONNAIRE**

**CONSUMER PERCEPTION SURVEY HAS THE FOLLOWING STRUCTURE**

- **SCREENER INSTRUMENT – IDENTIFIES ELIGIBLE RESPONDENTS FOR THE MAIN SURVEY**
- **MAIN SURVEY – ELIGIBLE RS ARE ASSIGNED TO MAIN SURVEY**
- **FINAL BATTERY – ALL RESPONDENTS COMPLETING THE MAIN SURVEY ARE ASSIGNED THE FINAL BATTERY.**

**SCREENER SURVEY TO IDENTIFY ELIGIBLE RESPONDENTS**

We'll be asking you about purchases you might have made at grocery stores, discount retailers, online stores, specialty stores, and other retailers where you might purchase various products.

------------------------------------------------------------------------------------------------------------

[ASK ALL]
[PROMPT]P_STATE

Let's start with an easy question.  Where do you live?

[Dropdown of U.S. States, including Washington DC, include a Not in USA option]

**TERMINATE IF NOT IN CALIFORNIA**

**STORE DOV FOR CENSUS REGION 4**

---

PRIVILEGED AND CONFIDENTIAL

[ASK ALL]
D_GENDER
[SP]

What is your gender?

Male ................................................................1
Female ............................................................2
Non-Binary ……………………………………………3

**NO TERMINATIONS**
-------------------------------------------------------

D_AGE
What is your age?

Less than 18…………1  **→ TERMINATE**
18-29 ……………… 2
30-39……………… 3
40-49……………… 4
50-59……………… 5
60-69………………6
70 AND OVER  ………7


**TERMINATE IF UNDER AGE 18**

**TERMINATE IF AGE AND GENDER INFORMATION DO NOT MATCH PANELIST PROFILE DATA**

PRIVILEGED AND CONFIDENTIAL

----------------------------------------------------------------------------------------------------

[RECAPTCHA TEST.  USE TRAFFIC LIGHT-TYPE RECAPTCHA.  AFTER THREE FAILURES, TERMINATE]

----------------------------------------------------------------------------------------------------

D_HISPAN.  [SINGLE SELECT]

Are you of Hispanic, Latino, or of Spanish origin?
- o   Yes
- o   No

**----------------------------------------------------------------------------------------------------**


RACE.  [SINGLE SELECT]

What do you consider to be your race?

- o   White
- o   Black or African American
- o   American Indian or Alaska Native
- o   Asian
- o   Native Hawaiian or Other Pacific Islander
- o   Multi-racial
- o   Some other race
- o   Prefer not to say

EDUC.   What is the highest level of education that you have completed?

- o Less than High School
- o High School or GED
- o Completed Technical or Trade School
- o Some College
- o College degree (4 year)
- o Post-graduate course work or degree

**NO TERMINATIONS**

--------------------------------------------------------------------------------------------------------------

**[SINGLE SELECT]**

**PRIMARY_SHOP**

How much of the grocery shopping, if any, do you do for your household?  Please select one.

- o All of it
- o Most of it
- o About half
- o Not much of it
- o None of it     --→ **TERMINATE**

**[TERMINATION IF R ANSWERS 'NONE OF IT']**

--------------------------------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------------------------------------------

[MULTI-SELECT; RANDOMIZE RESPONSE LIST; ANCHOR NONE OF THESE.]

INDUSTRY.

Thinking about the **past 12 months**, please indicate the types of companies, if any, you or a member of your household have worked for. Please select all that apply.

- o  Marketing or market research firm **→ TERMINATE**
- o  Public relations firm **→ TERMINATE**
- o  Grocery company **→ TERMINATE**
- o  Hair care products company
- o  Aerospace manufacturer
- o  College or university
- o  Hospital (general or specialty)
- o  Federal or state government agency
- o  City or county office
- o  Construction (residential or commercial)
- o  Agricultural/farm/agribusiness
- o  Computing/Information technology
- o  Financial services firm
- o  Insurance company
- o  Food service company
- o  Transportation company
- o  Real estate company
- o  None of these

**[TERMINATE IF R SELECTS** 'MARKETING OR MARKET RESEARCH FIRM'; 'PUBLIC RELATIONS FIRM" 'GROCERY COMPANY']

---------------------------------------------------------------------------------------------------------------

[SELECT ALL THAT APPLY; RANDOMIZE RSPONSE LIST, BUT ANCHOR 'NONE OF THESE'.  CANNOT SELECT A PRODUCT AND NONE OF THESE]

PAST_SURVEY.

Have you taken any surveys or participated in other kinds of research **in the last 30 days** on any of these topics? Please select all that apply.

- o Hair care products
- o Toothpaste/Oral care
- o Sporting goods or outdoor gear
- o Advertisements on TV
- o Beverage products
- o Snack food products
- o Skin care products
- o Websites you visit
- o Bread-type products
- o Pasta products  → **TERMINATE**
- o Video Games

- o None of these

**TERMINATE IF R SELECTS '**Pasta products**'**

---

INSERT NEW SCREEN.

Thank you for telling us about yourself.

---

[ASK ALL]

S_PROD.

Have you purchased, or not purchased, any of these types of products **in the past 12 months**?

Some of these are not common products, so please select **YES** only if you are sure you purchased the product. Select **NO** if you did <u>not</u> purchase the product.

[RANDOMIZE RESPONSE LIST]

|  | Yes | No |
|---|---|---|
| Protein powders | [ ] | [ ] |
| Creatine | [ ] | [ ] |
| Multivitamins | [ ] | [ ] |
| Sleep aids | [ ] | [ ] |
| Digestive aids | [ ] | [ ] |
| Specialty Vitamins (not multivitamins) | [ ] | [ ] |
| Dietary supplements | [ ] | [ ] |
| Energy bars/energy drinks | [ ] | [ ] |
| Craft Beer brands | [ ] | [ ] |

**NO TERMINATIONS HERE**

---------------------------------------------------------------------------------------------------------------

PRIVILEGED AND CONFIDENTIAL

[MULTI-SELECT. RANDOMIZE PRODUCT TYPES. ANCHOR "Something Else" 'None of these']

**S_FOOD_PRODUCTS.**

Which **GROCERY-TYPE PRODUCTS**, if any, have you purchased (not for resale) in the **past 12 months**?

Please select all that apply or "None of these."

- Pasta food products  → PROCEED
- Frozen foods
- Produce
- Candy and Treats
- Meat and Seafood
- Bakery & Bread
- Coffee
- Beverages (non-alcoholic)
- Breakfast & Cereal
- Snacks
- Eggs / Egg substitutes
- Dairy
- Something else [ANCHOR]

- None of these **[ANCHOR / EXCLUSIVE]**


**PROCEED IF 'PASTA FOOD PRODUCTS' IS SELECTED; OTHERWISE** **TERMINATE**

--------------------------------------------------------------------------------------------------------

[PROCEED IF R SELECTED 'Pasta food products', **OTHERWISE TERMINATE**

IF RESPONDENTS IS ELGIBLE TO PROCEED, THEN FLAG THE R.

CREATE **DOV ELIGIBLE1** =  1 'Pasta Purchaser'

     **TERMINATE IF DOV ELIGIBLE1 DOES NOT EQUAL 1**

--------------------------------------------------------------------------------------------------

MULTI SELECT.  RANDOMIZE ORDER OF 'DRIED' V. 'FRESH'; ANCHOR AND MAKE EXCLUSIVE 'NONE OF THESE'

S_PASTA_TYPE.

**In the past 12 months**, please select which **types of pasta** you have purchased for your personal use, if any. Please select all that apply.

- o Dried → **PROCEED**
- o Fresh
- o None of these [EXCLUSIVE / ANCHOR]

PROCEED IF R SELECTS 'DRIED,' **OTHERWISE TERMINATE.**

--------------------------------------------------------------------------------------------------------

MULTI SELECT.  RANDOMIZE RESPONSE OPTIONS.  ANCHOR 'Something Else.' ANCHOR AND MAKE EXCLUSIVE 'None of these.'

S_PASTA_TYPE.

Which **shapes of pasta** have you purchased **in the past 12 months**?

- o Spaghetti
- o Fettuccine
- o Linguine
- o Giammattei
- o Penne
- o Rigatoni
- o Macaroni
- o Farfalle
- o Rotini or Fusilli
- o Shells
- o Risoni
- o Orecchiette
- o Gnochi
- o Something else [ANCHOR]
- o None of these [EXCLUSIVE / ANCHOR]

**TERMINATE IF R SELECTS FICTITIOUS '**Giammattei**' OR SELECTS 'NONE OF THE ABOVE' ;** OTHERWISE PROCEED

--------------------------------------------------------------------------------------------------------

PRIVILEGED AND CONFIDENTIAL

[DISABLE BACK BUTTON]

This survey asks consumers about **PASTA** products**.**

----------------------------------------------------------------------------------------------
[SINGLE SELECT.  RANDOMIZE RESPONSE OPTIONS; ANCHOR DON'T KNOW AT
BOTTOM.  DISABLE BACK BUTTON]

S_CONFIRM.

Please confirm your understanding of this survey. **What is this survey about?**  Please
select one.

   o   Retirement planning
   o   Pasta products → **PROCEED TO NEXT QUESTION**
   o   Protein drinks
   o   Favorite vacation destinations

   o   Don't know

**TERMINATE IF R DOES NOT SELECT PRODUCT** 'Pasta products'

---

W1.

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- o Answer the questions with your honest answers and opinions. Do not guess.

- o Answer the questions by yourself and without asking anybody else for help.

- o Answer the questions without getting help from a website or other materials.

- o Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

- o Yes, I agree to do this
- o No, I do not agree to do this       →**TERMINATE**


**TERMINATE ALL CASES THAT DO NOT AGREE**

**CREATE DOV ELIGIBLE2 = 1 WHERE W1 = YES**


**SCREENER IS COMPLETE**

PRIVILEGED AND CONFIDENTIAL

**MAIN STUDY INTERVIEW**

**INTRODUCTION FOR ALL GROUPS**

--------------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

For this survey, we will be showing you a **PASTA PRODUCT** package.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen.

--------------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

It is very important that you complete the rest of the survey in one sitting – without any interruption.  We need about five minutes of your uninterrupted time.

If you cannot take our survey in one sitting, please quit the survey now and come back another time to complete the survey when you have more time.

--------------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

It is also important that you base your answers <u>only</u> on the packaging that we show you.

If you do not have an opinion on our questions, please select "Don't know/not sure."

--------------------------------------------------------------------------------------------------------------

[NEW SCREEN. [10-SECOND SPEED BUMP. IF R CLICKS THE IMAGE, ENLARGE THE IMAGE IN A POP-UP BOX USING PROVIDED ENLARGED IMAGE]

Here is the **front** of the packaging. Please examine it like you would in a store considering a product for purchase. You can click on the image to enlarge it.



ENLARGED IMAGE TO SHOW IF R CLICKS ON ABOVE IMAGE



[NEW SCREEN. [10-SECOND SPEED BUMP. IF R CLICKS AN IMAGE, ENLARGE THE IMAGE IN A POP-UP BOX]

Below are images of the other sides of the packaging.  Please examine them like you would in a store considering a product for purchase. You can click on any image to enlarge it.





SHOW THE NUTRITION FACTS PANEL VERTICALLY

PRIVILEGED AND CONFIDENTIAL

ENLARGED IMAGES ARE BELOW TO SHOW WHEN R CLICKS ON AN ABOVE IMAGE. DISPLAY NUTRITION FACTS PANEL VERTICALLY.





PRIVILEGED AND CONFIDENTIAL



**Nutrition Facts**

8 servings per container

Serving size 2 oz (56g)

Amount Per Serving

**Calories 200**

| | % Daily Value* |
|---|---|
| **Total Fat** 1g | **1%** |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 0mg | **0%** |
| **Total Carbohydrate** 42g | **15%** |
| Dietary Fiber 3g | **11%** |
| Soluble Fiber 2g | |
| Insoluble Fiber 1g | |
| Total Sugars 1g | |
| **Protein** 7g | |
| Vitamin D 0mcg | 0% |
| Calcium 12mg | 0% |
| Iron 2mg | 10% |
| Potassium 118mg | 2% |
| Thiamin 0.5mg | 40% |
| Riboflavin 0.2mg | 15% |
| Niacin 5mg | 30% |
| Folate 199mcg DFE | 50% |
| (112mcg folic acid) | |

Not a significant source of added sugars.

* The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

INGREDIENTS: SEMOLINA (WHEAT), DURUM WHEAT FLOUR.

VITAMINS/MINERALS: VITAMIN B3 (NIACIN), IRON (FERROUS SULFATE), VITAMIN B1 (THIAMINE MONONITRATE), VITAMIN B2 (RIBOFLAVIN), FOLIC ACID.

CONTAINS WHEAT INGREDIENTS.

THIS PRODUCT IS MANUFACTURED ON EQUIPMENT THAT PROCESSES PRODUCTS CONTAINING EGGS.

Barilla America, Inc. Northbrook, IL 60062 Made in the U.S.A. with U.S.A. and imported ingredients.

**Call 1-800-922-7455 with any comments or questions.**

---------------------------------------------------------------------------------------------------

Q_EXAMINE.

Were you able to examine the product?

- o  Yes
- o  No

**NO TERMINATIONS**

----------------------------------------------------------------------------------------------------

Next, we want to know what you understand some of the statements on the packaging to be communicating.

We will show you some possible ways that people might or might not understand the meaning of statements on the packaging.

We want you to tell us whether you think the packaging <u>does</u> communicate that meaning or whether you think the packaging <u>does not</u> communicate that meaning, or answer "Don't know/not sure" if you do not have an opinion.

Because we want you to take your time, you might need to wait a few seconds before being able to advance to the next question.

----------------------------------------------------------------------------------------------------

PRIVILEGED AND CONFIDENTIAL

CP_1 THRU CP_3:

- RANDOMIZE THE ORDER OF THE CP_1 thru CP_3 QUESTIONS;
- 10-SECOND SPEED BUMP FOR EACH QUESTION
- MEASURE THE LENGTH OF TIME SPENT ON EACH SCREEN FOR EACH CP* QUESTION
- RANDOMIZE THE ORDER OF THE RESPONSE OPTIONS AND KEEP FIXED FOR EACH RESPONDENT.  THAT IS, FOR A RANDOM HALF OF THE RESPONDENTS, THE TOP REPONSE OPTION IS ALWAYS: THE STATEMENT <u>DOES</u>  THIS.  FOR THE OTHER HALF OF THE RESPONSE OPTIONS, THE TOP RESPONSE OPTION IS ALWAYS: THE STATEMENT DOES NOT COMMUNICATE THIS.
- ANCHOR "DON'T KNOW/NOT SURE"
- RESPONDENTS HAVE THE OPTION TO CLICK ON THE THUMBNAIL IMAGES TO VIEW ENLARGED IMAGE IN THE POP-UP

PRIVILEGED AND CONFIDENTIAL

[SINGLE_SELECT.]


CP_1.

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The product's ingredients are sourced from Italy.**

[BLANK ROW]
Please select one.

- o   The statement does communicate this
- o   The statement <u>does not</u> communicate this
- o   Don't know / not sure

PRIVILEGED AND CONFIDENTIAL

[SINGLE_SELECT.]

CP_2.

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The product's ingredients are sourced from non-GMO plants.**

[BLANK ROW]

Please select one.

    o   The statement <u>does</u> communicate this
    o   The statement <u>does not</u> communicate this
    o   Don't know / not sure

PRIVILEGED AND CONFIDENTIAL

[SINGLE_SELECT]

CP_3.

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

<u>**The company making this product received a certification for using non-GMO ingredients.**</u>

[BLANK ROW]
Please select one.

- o   The statement does communicate this
- o   The statement <u>does not</u> communicate this
- o   Don't know / not sure

PRIVILEGED AND CONFIDENTIAL

**FINAL QUESTIONNAIRE SECTION**

**[POST CONSUMER PERCEPTION PART OF THE SURVEY
SHOW THIS FINAL QUEX MODULE TO ALL RESPONDENTS COMPLETING
CONSUMER PERCEPTION QUESTIONS]**

**--------------------------------------------------------------------------------------------**
NEW SCREEN:

Thanks for your answers.  You are almost done!
-------------------------------------------------------------------------------------------

[SP]

CP_BASIS.

When answering the questions about your understanding of the packaging, did you or did you not base your answers on the packaging we showed you in the survey?

    o  Yes, my answers <u>are based</u> on the packaging shown in the survey
    o  No, my answers <u>are not based</u> on the packaging shown in the survey

-------------------------------------------------------------------------------------------

PRIVILEGED AND CONFIDENTIAL

[SP]

P_COUNTY.

To help us group your responses with those of others, please select the COUNTY in California where you are a resident.

DROP DOWN PICK LIST OF CALIFORNIA COUNTIES, INCLUDING A 'Don't Know' option at the bottom of the list]

---

Alameda County

Alpine County

Amador County

Butte County

Calaveras County

Colusa County

Contra Costa County

Del Norte County

El Dorado County

Fresno County

Glenn County

Humboldt County

Imperial County

Inyo County

Kern County

Kings County

Lake County

Lassen County

Los Angeles County

Madera County

Marin County

Mariposa County

PRIVILEGED AND CONFIDENTIAL

Mendocino County

Merced County

Modoc County

Mono County

Monterey County

Napa County

Nevada County

Orange County

Placer County

Plumas County

Riverside County

Sacramento County

San Benito County

San Bernardino County

San Diego County

San Francisco

San Joaquin County

San Luis Obispo County

San Mateo County

Santa Barbara County

Santa Clara County

Santa Cruz County

Shasta County

Sierra County

Siskiyou County

Solano County

Sonoma County

Stanislaus County

PRIVILEGED AND CONFIDENTIAL

Sutter County

Tehama County

Trinity County

Tulare County

Tuolumne County

Ventura County

Yolo County

Yuba County

DON'T KNOW

---

[SP]

RUCA.

Which of the descriptions below best describes the area where you live?  Please select one.

- o   A large metropolitan area (over 1 million people)
- o   A large city (100,000 up to 1 million people)
- o   A small city or town (10,000 up to 100,000 people)
- o   A very small town or rural area (under 10,000 people)
- o   Not sure

-------------------------------------------------------------------------------------------------------------------

SINGLE SELECT.

GROCERY_SHOP_FREQ.

**In a typical week over the past three (3) months**, how often would you say that you visited a grocery store to purchase groceries?  Please include both online purchases and purchases at actual brick and mortar stores. Please make your best estimate.

- o  Less than once a week
- o  Once a week
- o  2 to 3 times a week
- o  4 or more times a week
- o  Don't know / not sure

**NO TERMINATIONS**

PRIVILEGED AND CONFIDENTIAL

--------------------------------------------------------------------------------------------------------

[SP. KEEP RESPONSE OPTIONS IN THE SHOWN ORDER. SINGLE SELECT.]

PRIMARY.

Are you the **primary** purchaser of **pasta-type products** in your home, or not?

- ○ Yes, I am
- ○ No, I am not
- ○ Hard to say

--------------------------------------------------------------------------------------------------------

PRIVILEGED AND CONFIDENTIAL

MULTI-SELECT. RANDOMIZE RESPONSE OPTIONS; ANCHOR "STORE BRAND" 'SOMETHING ELSE' 'NONE OF THESE']

BRAND.

Please select any **PASTA product brands** you purchased **in the last 12 months**. Please select all that apply.

- o  Barilla
- o  Banza
- o  DeCecco
- o  Garofalo
- o  Ronzoni
- o  Rao's
- o  Mueller's
- o  Creamette
- o  Buitoni
- o  Skinner
- o  San Giogrio
- o  Rana
- o  Sylvain's Spaghetti
- o  Store Brand/Private Label          [ANCHOR]
- o  Something else                            [ANCHOR]
- o  None of these                             [ANCHOR / EXCLUSIVE]

---------------------------------------------------------------------------------------------------

[SP. KEEP RESPONSE OPTIONS IN THE SHOWN ORDER. SINGLE SELECT.]

FIRST_PURCH.

Please indicate **when** you made your **first purchase** of a pasta-type product or select "Never purchased" or "Don't know / not sure."

- o  In the past 12 months
- o  1 to 5 years ago
- o  More than 5 years ago
- o  Never purchased [ANCHOR]

- o  Don't know / not sure  [ANCHOR]

[ASK IF FIRST_PURCH NOT EQUALS 'NEVER PURCHASED…"  SINGLE SELECT]

HOW_FREQ_PURCH.

How would you describe yourself as a purchaser of **pasta-type** products?

I purchase pasta-type products …

- o   A great deal
- o   A moderate amount
- o   Occasionally
- o   Rarely
- o   Never


- o   Don't know / not sure


-----------------------------------------------------------------------------------------------------

**FINAL SIGN OFF SCREEN**

**Thanks for Your Help in Answering All Our Survey Questions.**

# ATTACHMENT D

# Online Screen Captures of the Survey Questionnaire

We'll be asking you about purchases you might have made at grocery stores, discount retailers, online stores, specialty stores, and other retailers where you might purchase various products.

# P_STATE

Let's start with an easy question. Where do you live?



# D_GENDER

What is your gender?

○ Male

○ Female

○ Non-Binary

# D_AGE

What is your age?

◯ Less than 18

◯ 18-29

◯ 30-39

◯ 40-49

◯ 50-59

◯ 60-69

◯ 70 AND OVER

# D_HISPAN

Are you of Hispanic, Latino, or of Spanish origin?

○ Yes

○ No

# RACE

## What do you consider to be your race?

- ( ) White
- ( ) Black or African American
- ( ) American Indian or Alaska Native
- ( ) Asian
- ( ) Native Hawaiian or Other Pacific Islander
- ( ) Multi-racial
- ( ) Some other race
- ( ) Prefer not to say

# EDUC

What is the highest level of education that you have completed?

○ Less than High School

○ High School or GED

○ Completed Technical or Trade School

○ Some College

○ College degree (4 year)

○ Post-graduate course work or degree

# PRIMARY_SHOP

How much of the grocery shopping, if any, do you do for your household?

Please select one.

○ All of it

○ Most of it

○ About half

○ Not much of it

○ None of it

# INDUSTRY

Thinking about the **past 12 months**, please indicate the types of companies, if any, you or a member of your household have worked for.

Please select all that apply.

- [ ] Grocery company
- [ ] Public relations firm
- [ ] Construction (residential or commercial)
- [ ] College or university
- [ ] Food service company
- [ ] Aerospace manufacturer
- [ ] City or county office
- [ ] Real estate company
- [ ] Insurance company
- [ ] Marketing or market research firm
- [ ] Computing/Information technology
- [ ] Hair care products company
- [ ] Hospital (general or specialty)
- [ ] Agricultural/farm/agribusiness
- [ ] Transportation company
- [ ] Financial services firm
- [ ] Federal or state government agency
- [ ] None of these

# PAST_SURVEY

Have you taken any surveys or participated in other kinds of research **in the last 30 days** on any of these topics?
Please select all that apply.

- [ ] Pasta products
- [ ] Toothpaste/Oral care
- [ ] Beverage products
- [ ] Sporting goods or outdoor gear
- [ ] Skin care products
- [ ] Bread-type products
- [ ] Snack food products
- [ ] Websites you visit
- [ ] Hair care products
- [ ] Advertisements on TV
- [ ] Video Games
- [ ] None of these

Thank you for telling us about yourself.

# S_PROD

Have you purchased, or not purchased, any of these types of products **in the past 12 months**?
Some of these are not common products, so please select **YES** only if you are sure you purchased the product.
Select **NO** if you did <u>not</u> purchase the product.

| | Yes | No |
|---|---|---|
| Protein powders | ○ | ○ |
| Specialty Vitamins (not multivitamins) | ○ | ○ |
| Energy bars/energy drinks | ○ | ○ |
| Multivitamins | ○ | ○ |
| Craft Beer brands | ○ | ○ |
| Sleep aids | ○ | ○ |
| Digestive aids | ○ | ○ |
| Creatine | ○ | ○ |
| Dietary supplements | ○ | ○ |

# S_FOOD_PRODUCTS

Which **GROCERY-TYPE PRODUCTS**, if any, have you purchased (not for resale) in the **past 12 months**?

Please select all that apply or "None of these."

- ☐ Snacks
- ☐ Bakery & Bread
- ☐ Produce
- ☐ Eggs / Egg substitutes
- ☐ Meat and Seafood
- ☐ Beverages (non-alcoholic)
- ☐ Coffee
- ☐ Candy and Treats
- ☐ Breakfast & Cereal
- ☐ Dairy
- ☐ Frozen foods
- ☐ Pasta food products
- ☐ Something else
- ☐ None of these

# S_PASTA_TYPE_r1 thru r3

**In the past 12 months**, please select which **types of pasta** you have purchased for your personal use, if any.
Please select all that apply.

- ☐ Fresh
- ☐ Dried
- ☐ None of these

# S_PASTA_TYPE_Ar1 thru Ar15

Which **shapes of pasta** have you purchased **in the past 12 months**?

- [ ] Risoni
- [ ] Macaroni
- [ ] Gnochi
- [ ] Penne
- [ ] Giammattei
- [ ] Rigatoni
- [ ] Shells
- [ ] Rotini or Fusilli
- [ ] Spaghetti
- [ ] Linguine
- [ ] Orecchiette
- [ ] Farfalle
- [ ] Fettuccine
- [ ] Something else
- [ ] None of these

16

This survey asks consumers about **PASTA** products.

# S_CONFIRM

Please confirm your understanding of this survey. **What is this survey about**?

Please select one.

- ◯ Favorite vacation destinations
- ◯ Protein drinks
- ◯ Retirement planning
- ◯ Pasta products
- ◯ Don't know

W1

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- Answer the questions with your honest answers and opinions. Do not guess.

- Answer the questions by yourself and without asking anybody else for help.

- Answer the questions without getting help from a website or other materials.

- Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

◯ Yes, I agree to do this

◯ No, I do not agree to do this

19

For this survey, we will be showing you a **PASTA PRODUCT** package.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen.

It is very important that you complete the rest of the survey in one sitting – without any interruption. We need about five minutes of your uninterrupted time.

If you cannot take our survey in one sitting, please quit the survey now and come back another time to complete the survey when you have more time.

It is also important that you base your answers <u>only</u> on the packaging that we show you.

If you do not have an opinion on our questions, please select "Don't know/not sure."

Here is the **front** of the packaging. Please examine it like you would in a store considering a product for purchase. You can click on the image to enlarge it.





24

Below are images of the other sides of the packaging. Please examine them like you would in a store considering a product for purchase. You can click on any image to enlarge it.

Case 4:22-cv-03460-DMR    Document 52-2    Filed 08/30/23    Page 125 of 191







| | |
|---|---|
| Vitamin D 0mcg | 0% |
| Calcium 12mg | 0% |
| Iron 2mg | 10% |
| Potassium 118mg | 2% |
| Thiamin 0.5mg | 40% |
| Riboflavin 0.2mg | 15% |
| Niacin 5mg | 30% |
| Folate 199mcg DFE (112mcg folic acid) | 50% |

Not a significant source of added sugars.

* The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

**INGREDIENTS:** SEMOLINA (WHEAT), DURUM WHEAT FLOUR.

**VITAMINS/MINERALS:** VITAMIN B3 (NIACIN), IRON (FERROUS SULFATE), VITAMIN B1 (THIAMINE MONONITRATE), VITAMIN B2 (RIBOFLAVIN), FOLIC ACID.

CONTAINS WHEAT INGREDIENTS.

26



THIS PRODUCT IS MANUFACTURED ON EQUIPMENT THAT PROCESSES PRODUCTS CONTAINING EGGS.

Barilla America, Inc.
Northbrook, IL 60062
Made in the U.S.A. with U.S.A. and imported ingredients.

Call 1-800-922-7455 with any comments or questions.







Get the best from your pasta, cooking the Italian way

**1.** Bring 4-6 quarts of water to a boil. Add salt to taste. Add pasta to boiling water.



**2.** For authentic "al dente" pasta, boil for 10 minutes, stirring occasionally. For more tender pasta, boil an additional minute.



**3.** Drain well and serve immediately with your favorite Barilla sauce.



PRESS AND LIFT UP

29



30

# Q_EXAMINE

Were you able to examine the product?

◯ Yes

◯ No

Next, we want to know what you understand some of the statements on the packaging to be communicating.

We will show you some possible ways that people might or might not understand the meaning of statements on the packaging.

We want you to tell us whether you think the packaging <u>does</u> communicate that meaning or whether you think the packaging <u>does not</u> communicate that meaning, or answer "Don't know/not sure" if you do not have an opinion.

Because we want you to take your time, you might need to wait a few seconds before being able to advance to the next question.

Next, we want to know what you understand some of the statements on the packaging to be communicating.

We will show you some possible ways that people might or might not understand the meaning of statements on the packaging.

We want you to tell us whether you think the packaging <u>does</u> communicate that meaning or whether you think the packaging <u>does not</u> communicate that meaning, or answer "Don't know/not sure" if you do not have an opinion.

Because we want you to take your time, you might need to wait a few seconds before being able to advance to the next question.

# CP_1

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

### The product's ingredients are sourced from Italy.

Please select one.

◯ The statement does not communicate this

◯ The statement does communicate this

◯ Don't know / not sure

34

# CP_2

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The product's ingredients are sourced from non-GMO plants.**

Please select one.

○ The statement <u>does not</u> communicate this

○ The statement <u>does</u> communicate this

○ Don't know / not sure

35

# CP_3

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The company making this product received a certification for using non-GMO ingredients.**

Please select one.

○ The statement <u>does not</u> communicate this

○ The statement <u>does</u> communicate this

○ Don't know / not sure

Thanks for your answers. You are almost done!

# CP_BASIS

When answering the questions about your understanding of the packaging, did you or did you not base your answers on the packaging we showed you in the survey?

○ Yes, my answers <u>are based</u> on the packaging shown in the survey

○ No, my answers <u>are not based</u> on the packaging shown in the survey

# P_COUNTY

To help us group your responses with those of others, please select the COUNTY in California where you are a resident.

Select one...  ⌄

# RUCA

## Which of the descriptions below best describes the area where you live?

Please select one.

○ A large metropolitan area (over 1 million people)

○ A large city (100,000 up to 1 million people)

○ A small city or town (10,000 up to 100,000 people)

○ A very small town or rural area (under 10,000 people)

○ Not sure

# GROCERY_SHOP_FREQ

**In a typical week over the past three (3) months**, how often would you say that you visited a grocery store to purchase groceries? Please include both online purchases and purchases at actual brick and mortar stores. Please make your best estimate.

○ Less than once a week

○ Once a week

○ 2 to 3 times a week

○ 4 or more times a week

○ Don't know / not sure

41

# PRIMARY

Are you the **primary** purchaser of **pasta-type products** in your home, or not?

○ Yes, I am

○ No, I am not

○ Hard to say

# BRAND

Please select any **PASTA product brands** you purchased <u>in the last 12 months</u>.

Please select all that apply.

- [ ] DeCecco
- [ ] San Giogrio
- [ ] Creamette
- [ ] Banza
- [ ] Ronzoni
- [ ] Mueller's
- [ ] Skinner
- [ ] Rana
- [ ] Buitoni
- [ ] Garofalo
- [ ] Barilla
- [ ] Sylvain's Spaghetti
- [ ] Rao's
- [ ] Store Brand/Private Label
- [ ] Something else
- [ ] None of these

43

# FIRST_PURCH

Please indicate **when** you made your **first purchase** of a pasta-type product or select "Never purchased" or "Don't know / not sure."

◯ In the past 12 months

◯ 1 to 5 years ago

◯ More than 5 years ago

◯ Never purchased

◯ Don't know / not sure

# HOW_FREQ_PURCH

How would you describe yourself as a purchaser of **pasta-type** products?

I purchase pasta-type products …

○ A great deal

○ A moderate amount

○ Occasionally

○ Rarely

○ Never

○ Don't know / not sure

45

Thanks for Your Help in Answering All Our Survey Questions.

# ATTACHMENT E

# DISCUSSION GUIDE FOR FOCUS GROUPS

2023.08.05

Which **GROCERY-TYPE PRODUCTS**, if any, have you purchased (not for resale) in the **past 12 months**?
Please select all that apply or "None of these."

- [ ] Breakfast & Cereal
- [ ] Frozen foods
- [ ] Candy and Treats
- [ ] Bakery & Bread
- [ ] Snacks
- [ ] Produce
- [ ] Dairy
- [ ] Pasta food products
- [ ] Beverages (non-alcoholic)
- [ ] Eggs / Egg substitutes
- [ ] Meat and Seafood
- [ ] Coffee
- [ ] Something else
- [ ] None of these

**In the past 12 months**, please select which **types of pasta** you have purchased for your personal use, if any.

Please select all that apply.

☐ Fresh

☐ Dried

☐ None of these

Which **shapes of pasta** have you purchased **in the past 12 months**?

- Macaroni
- Giammattei
- Rigatoni
- Spaghetti
- Farfalle
- Rotini or Fusilli
- Shells
- Penne
- Linguine
- Orecchiette
- Risoni
- Gnochi
- Fettuccine
- Something else
- None of these

For this survey, we will be showing you a **PASTA PRODUCT** package. Then we will ask what the packaging is communicating to you.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen.

Here is the <u>**front**</u> of the packaging. Please examine it like you would in a store considering a product. You can click on the image to enlarge it.





Below are images of the other sides of the packaging. Please examine them like you would in a store considering a product. You can click on any image to enlarge it.









Get the best from your pasta, cooking the Italian way



**1.** Bring 4-6 quarts of water to a boil. Add salt to taste. Add pasta to boiling water.

SPAGHETTI n.5



**2.** For authentic "al dente" pasta, boil for 10 minutes, stirring occasionally. For more tender pasta, boil an additional minute.

**3.** Drain well and serve immediately with your favorite Barilla sauce.



Nutrition Facts

Below are images of the other sides of the pack... them like you would in a store considering a product. You can click on any image to enlarge...



Below are images of the other sides of the package. You can click on any image to enlarge it.



Next, we want to know what you understand some of the statements on the packaging to be communicating.

We will show you some possible ways that people might or might not understand the meaning of statements on the packaging.

We want you to tell us whether you think the packaging <u>is</u> communicating that meaning or whether you think the packaging <u>is not</u> communicating that meaning, or answer "Don't know/not sure" if you do not have an opinion.

Because we want you to take your time, you might need to wait a few seconds before being able to advance to the next question.

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The product's ingredients are sourced from non-GMO plants.**

Please select one.

○ The statement <u>does</u> communicate this

○ The statement <u>does not</u> communicate this

○ Don't know / not sure

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The company making this product received a certification for using non-GMO ingredients.**

Please select one.

○ The statement <u>does</u> communicate this

○ The statement <u>does not</u> communicate this

○ Don't know / not sure



This question is about your understanding of this statement on the packaging:

**ITALY'S #1 BRAND OF PASTA** ®

Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The product's ingredients are sourced from Italy.**

Please select one.

○ The statement <u>does</u> communicate this

○ The statement <u>does not</u> communicate this

○ Don't know / not sure

# DEBRIEFING QUESTIONS

What are the most important considerations/features for you when you are considering a pasta product for purchase?

18

# Were the survey questions clearly written?

# Would your answer to this question change or stay the same if product was for linguini or fettucine (instead of spaghetti)?

This question is about your understanding of this statement on the packaging:



**ITALY'S #1 BRAND OF PASTA** ®

Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The product's ingredients are sourced from Italy.**

Please select one.

The statement <u>does</u> communicate this

The statement <u>does not</u> communicate this

Don't know / not sure

20

# Would your answer to this question change or stay the same if product was for Gluten-Free pasta?

This question is about your understanding of this statement on the packaging:



Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?

**The product's ingredients are sourced from Italy.**

Please select one.

The statement <u>does</u> communicate this

The statement <u>does not</u> communicate this

Don't know / not sure

21

Did you answer the survey questions like you would when considering an actual purchase?

Was there anything about the survey that was confusing to you?

Were the survey questions leading or biased in any way?

Was the survey trying to get you to answer the survey questions in a certain way?

Did the survey give you the information you needed for you to give a complete response?

Which kind of company or organization do you think is paying me to do this survey?

THANK YOU!!!

# ATTACHMENT F

## CODEBOOK FOR THE
## RAW SURVEY RESPONSE DATA

## Variable Information

| Variable | Position | Label | Measurement Level | Role | Column Width | Alignment | Print Format | Write Format |
|---|---|---|---|---|---|---|---|---|
| record | 1 | record: Record number | Ordinal | Input | 7 | Right | F7 | F7 |
| start_date | 2 | start_date: Survey start time | Scale | Input | 40 | Right | DATETIME40 | DATETIME40 |
| date | 3 | date: Completion time and date | Scale | Input | 40 | Right | DATETIME40 | DATETIME40 |
| LOI | 4 | LOI: LOI (seconds) | Ordinal | Input | 19 | Right | F19 | F19 |
| PanelGender | 5 | PanelGender: Gender Panel | Ordinal | Input | 1 | Right | F1 | F1 |
| PanelAge | 6 | PanelAge: Age Panel | Ordinal | Input | 19 | Right | F19 | F19 |
| P_STATE | 7 | P_STATE: Let's start with an easy question. Where do you live? | Ordinal | Input | 2 | Right | F2 | F2 |
| hRegion4 | 8 | hRegion4: Hidden Question. Region 4 mapping from the zipcode. | Ordinal | Input | 1 | Right | F1 | F1 |
| hP_STATE | 9 | hP_STATE: State Quotas | Ordinal | Input | 1 | Right | F1 | F1 |
| D_GENDER | 10 | D_GENDER: What is your gender? | Ordinal | Input | 1 | Right | F1 | F1 |
| D_AGE | 11 | D_AGE: What is your age? | Ordinal | Input | 1 | Right | F1 | F1 |
| hAgeMismatch | 12 | hAgeMismatch: Age Panel Mismatch | Ordinal | Input | 1 | Right | F1 | F1 |
| hGenderMismatch | 13 | hGenderMismatch: Gender Panel Mismatch | Ordinal | Input | 1 | Right | F1 | F1 |
| hCAPTCHA_CNT | 14 | hCAPTCHA_CNT: Number of Google Captcha attempts: | Ordinal | Input | 19 | Right | F19 | F19 |
| hCaptcha | 15 | hCaptcha: | Ordinal | Input | 1 | Right | F1 | F1 |
| D_HISPAN | 16 | D_HISPAN: Are you of Hispanic, Latino, or of Spanish origin? | Ordinal | Input | 1 | Right | F1 | F1 |
| RACE | 17 | RACE: What do you consider to be your race? | Ordinal | Input | 1 | Right | F1 | F1 |
| EDUC | 18 | EDUC: What is the highest level of education that you have completed? | Ordinal | Input | 1 | Right | F1 | F1 |
| PRIMARY_SHOP | 19 | PRIMARY_SHOP: How much of the grocery shopping, if any, do you do for your household? | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr1 | 20 | INDUSTRYr1: Marketing or market research firm - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr2 | 21 | INDUSTRYr2: Public relations firm - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr3 | 22 | INDUSTRYr3: Grocery company - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr4 | 23 | INDUSTRYr4: Hair care products company - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr5 | 24 | INDUSTRYr5: Aerospace manufacturer - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr6 | 25 | INDUSTRYr6: College or university - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr7 | 26 | INDUSTRYr7: Hospital (general or specialty) - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |

| INDUSTRYr8 | 27 | INDUSTRYr8: Federal or state government agency - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
|---|---|---|---|---|---|---|---|---|
| INDUSTRYr9 | 28 | INDUSTRYr9: City or county office - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr10 | 29 | INDUSTRYr10: Construction (residential or commercial) - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr11 | 30 | INDUSTRYr11: Agricultural/farm/agribusiness - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr12 | 31 | INDUSTRYr12: Computing/Information technology - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr13 | 32 | INDUSTRYr13: Financial services firm - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr14 | 33 | INDUSTRYr14: Insurance company - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr15 | 34 | INDUSTRYr15: Food service company - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr16 | 35 | INDUSTRYr16: Transportation company - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr17 | 36 | INDUSTRYr17: Real estate company - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| INDUSTRYr18 | 37 | INDUSTRYr18: None of these - Thinking about the past 12 months, please indicate the types of companies, if any, you or a member of your household have worked for. | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr1 | 38 | PAST_SURVEYr1: Hair care products - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr2 | 39 | PAST_SURVEYr2: Toothpaste/Oral care - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr3 | 40 | PAST_SURVEYr3: Sporting goods or outdoor gear - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr4 | 41 | PAST_SURVEYr4: Advertisements on TV - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |

| PAST_SURVEYr5 | 42 | PAST_SURVEYr5: Beverage products - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr6 | 43 | PAST_SURVEYr6: Snack food products - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr7 | 44 | PAST_SURVEYr7: Skin care products - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr8 | 45 | PAST_SURVEYr8: Websites you visit - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr9 | 46 | PAST_SURVEYr9: Bread-type products - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr10 | 47 | PAST_SURVEYr10: Pasta products - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr11 | 48 | PAST_SURVEYr11: Video Games - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| PAST_SURVEYr12 | 49 | PAST_SURVEYr12: None of these - Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr1 | 50 | S_PRODr1: Protein powders - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr2 | 51 | S_PRODr2: Creatine - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr3 | 52 | S_PRODr3: Multivitamins - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr4 | 53 | S_PRODr4: Sleep aids - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr5 | 54 | S_PRODr5: Digestive aids - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr6 | 55 | S_PRODr6: Specialty Vitamins (not multivitamins) - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr7 | 56 | S_PRODr7: Dietary supplements - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr8 | 57 | S_PRODr8: Energy bars/energy drinks - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PRODr9 | 58 | S_PRODr9: Craft Beer brands - Have you purchased, or not purchased, any of these types of products in the past 12 months? Some of these are not common products... | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr1 | 59 | S_FOOD_PRODUCTSr1: Pasta food products - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| S_FOOD_PRODUCTSr2 | 60 | S_FOOD_PRODUCTSr2: Frozen foods - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr3 | 61 | S_FOOD_PRODUCTSr3: Produce - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr4 | 62 | S_FOOD_PRODUCTSr4: Candy and Treats - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr5 | 63 | S_FOOD_PRODUCTSr5: Meat and Seafood - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr6 | 64 | S_FOOD_PRODUCTSr6: Bakery & Bread - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr7 | 65 | S_FOOD_PRODUCTSr7: Coffee - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr8 | 66 | S_FOOD_PRODUCTSr8: Beverages (non-alcoholic) - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr9 | 67 | S_FOOD_PRODUCTSr9: Breakfast & Cereal - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr10 | 68 | S_FOOD_PRODUCTSr10: Snacks - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr11 | 69 | S_FOOD_PRODUCTSr11: Eggs / Egg substitutes - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr12 | 70 | S_FOOD_PRODUCTSr12: Dairy - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr13 | 71 | S_FOOD_PRODUCTSr13: Something else - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_FOOD_PRODUCTSr14 | 72 | S_FOOD_PRODUCTSr14: None of these - Which GROCERY-TYPE PRODUCTS, if any, have you purchased (not for resale) in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| DOV_ELIGBLE1 | 73 | DOV_ELIGBLE1: ELIGIBLE: Pasta Purchaser | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPEr1 | 74 | S_PASTA_TYPEr1: Dried - In the past 12 months, please select which types of pasta you have purchased for your personal use, if any. | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPEr2 | 75 | S_PASTA_TYPEr2: Fresh - In the past 12 months, please select which types of pasta you have purchased for your personal use, if any. | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPEr3 | 76 | S_PASTA_TYPEr3: None of these - In the past 12 months, please select which types of pasta you have purchased for your personal use, if any. | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar1 | 77 | S_PASTA_TYPE_Ar1: Spaghetti - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar2 | 78 | S_PASTA_TYPE_Ar2: Fettuccine - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar3 | 79 | S_PASTA_TYPE_Ar3: Linguine - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S_PASTA_TYPE_Ar4 | 80 | S_PASTA_TYPE_Ar4: Giammattei - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar5 | 81 | S_PASTA_TYPE_Ar5: Penne - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar6 | 82 | S_PASTA_TYPE_Ar6: Rigatoni - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar7 | 83 | S_PASTA_TYPE_Ar7: Macaroni - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar8 | 84 | S_PASTA_TYPE_Ar8: Farfalle - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar9 | 85 | S_PASTA_TYPE_Ar9: Rotini or Fusilli - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar10 | 86 | S_PASTA_TYPE_Ar10: Shells - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar11 | 87 | S_PASTA_TYPE_Ar11: Risoni - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar12 | 88 | S_PASTA_TYPE_Ar12: Orecchiette - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar13 | 89 | S_PASTA_TYPE_Ar13: Gnochi - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar14 | 90 | S_PASTA_TYPE_Ar14: Something else - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_PASTA_TYPE_Ar15 | 91 | S_PASTA_TYPE_Ar15: None of these - Which shapes of pasta have you purchased in the past 12 months? | Ordinal | Input | 1 | Right | F1 | F1 |
| S_CONFIRM | 92 | S_CONFIRM: Please confirm your understanding of this survey. What is this survey about? | Ordinal | Input | 1 | Right | F1 | F1 |
| W1 | 93 | W1: You have been selected to participate in our survey project. To participate in this survey, you must agree to these instructions. Answer the questions with your honest answers and opinions. Do not guess... | Ordinal | Input | 1 | Right | F1 | F1 |
| DOV_ELIGIBLE2 | 94 | DOV_ELIGIBLE2: ELIGIBLE | Ordinal | Input | 1 | Right | F1 | F1 |
| Q_EXAMINE | 95 | Q_EXAMINE: Were you able to examine the product? | Ordinal | Input | 1 | Right | F1 | F1 |
| CPQUESTIONSORDER | 96 | CPQUESTIONSORDER: FOR ORDER PURPOSES ONLY | Ordinal | Input | 1 | Right | F1 | F1 |
| CP_1 | 97 | CP_1: This question is about your understanding of this statement on the packaging: 'ITALY #1 BRAND' Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?... | Ordinal | Input | 1 | Right | F1 | F1 |
| hTimerEventIntro_1r1 | 98 | SCREENER - hTimerEventIntro_1r1: BEGIN (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |
| hTimerEventIntro_1r2 | 99 | SCREENER - hTimerEventIntro_1r2: END (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |
| hTimerEventIntro_1r3 | 100 | SCREENER - hTimerEventIntro_1r3: SPEND (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |
| CP_2 | 101 | CP_2: This question is about your understanding of this statement on the packaging: 'NON-GMO' Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?... | Ordinal | Input | 1 | Right | F1 | F1 |
| hTimerEventIntro_2r1 | 102 | SCREENER - hTimerEventIntro_2r1: BEGIN (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |
| hTimerEventIntro_2r2 | 103 | SCREENER - hTimerEventIntro_2r2: END (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |
| hTimerEventIntro_2r3 | 104 | SCREENER - hTimerEventIntro_2r3: SPEND (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CP_3 | 105 | CP_3: This question is about your understanding of this statement on the packaging: 'NON-GMO' Do you or do you not believe this statement communicates the following meaning, or do you not have an opinion?... | Ordinal | Input | 1 | Right | F1 | F1 |
| hTimerEventIntro_3r1 | 106 | SCREENER - hTimerEventIntro_3r1: BEGIN (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |
| hTimerEventIntro_3r2 | 107 | SCREENER - hTimerEventIntro_3r2: END (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |
| hTimerEventIntro_3r3 | 108 | SCREENER - hTimerEventIntro_3r3: SPEND (seconds) - TIMER - SECTION S | Ordinal | Input | 22 | Right | F22.2 | F22.2 |
| CP_BASIS | 109 | CP_BASIS: When answering the questions about your understanding of the packaging, did you or did you not base your answers on the packaging we showed you in the survey? | Ordinal | Input | 1 | Right | F1 | F1 |
| P_COUNTY | 110 | P_COUNTY: To help us group your responses with those of others, please select the COUNTY in California where you are a resident. | Ordinal | Input | 2 | Right | F2 | F2 |
| RUCA | 111 | RUCA: Which of the descriptions below best describes the area where you live? | Ordinal | Input | 1 | Right | F1 | F1 |
| GROCERY_SHOP_FREQ | 112 | GROCERY_SHOP_FREQ: In a typical week over the past three (3) months, how often would you say that you visited a grocery store to purchase groceries? Please include both online purchases and purchases at actual brick... | Ordinal | Input | 1 | Right | F1 | F1 |
| PRIMARY | 113 | PRIMARY: Are you the primary purchaser of pasta-type products in your home, or not? | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr1 | 114 | BRANDr1: Barilla - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr2 | 115 | BRANDr2: Banza - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr3 | 116 | BRANDr3: DeCecco - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr4 | 117 | BRANDr4: Garofalo - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr5 | 118 | BRANDr5: Ronzoni - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr6 | 119 | BRANDr6: Rao's - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr7 | 120 | BRANDr7: Mueller's - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr8 | 121 | BRANDr8: Creamette - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr9 | 122 | BRANDr9: Buitoni - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr10 | 123 | BRANDr10: Skinner - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr11 | 124 | BRANDr11: San Giogrio - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr12 | 125 | BRANDr12: Rana - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr13 | 126 | BRANDr13: Sylvain's Spaghetti - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |
| BRANDr14 | 127 | BRANDr14: Store Brand/Private Label - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | 1 | Right | F1 | F1 |

| BRANDr15 | 128 | BRANDr15: Something else - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | | 1 | Right | F1 | F1 |
|---|---|---|---|---|---|---|---|---|---|
| BRANDr16 | 129 | BRANDr16: None of these - Please select any PASTA product brands you purchased in the last 12 months. | Ordinal | Input | | 1 | Right | F1 | F1 |
| FIRST_PURCH | 130 | FIRST_PURCH: Please indicate when you made your first purchase of a pasta-type product or select "Never purchased" or "Don't know / not sure." | Ordinal | Input | | 1 | Right | F1 | F1 |
| HOW_FREQ_PURCH | 131 | HOW_FREQ_PURCH: How would you describe yourself as a purchaser of pasta-type products?I purchase pasta-type products … | Ordinal | Input | | 1 | Right | F1 | F1 |
| ANALYSIS_FLAG | 132 | ANALYSIS_FLAG.  Interviews flagged for analysis by meeting these conditions: Q_EXAMINE=1 AND CP_3 ~= 2 AND CP_BASIS=1 AND BRANDr13 ~= 1 AND DOV_ELIGIBLE2 =1 (FILTER) | Nominal | Input | | 10 | Right | F1 | F1 |

Variables in the working file

# Variable Values

| Value | | Label |
|---|---|---|
| PanelGender | 1 | Male |
| | 2 | Female |
| | 3 | Non-Binary |
| P_STATE | 1 | Alabama |
| | 2 | Alaska |
| | 3 | Arizona |
| | 4 | Arkansas |
| | 5 | California |
| | 6 | Colorado |
| | 7 | Connecticut |
| | 8 | Delaware |
| | 9 | Florida |
| | 10 | Georgia |
| | 11 | Hawaii |
| | 12 | Idaho |
| | 13 | Illinois |
| | 14 | Indiana |
| | 15 | Iowa |
| | 16 | Kansas |
| | 17 | Kentucky |
| | 18 | Louisiana |
| | 19 | Maine |
| | 20 | Maryland |
| | 21 | Massachusetts |
| | 22 | Michigan |
| | 23 | Minnesota |
| | 24 | Mississippi |
| | 25 | Missouri |
| | 26 | Montana |
| | 27 | Nebraska |
| | 28 | Nevada |
| | 29 | New Hampshire |
| | 30 | New Jersey |
| | 31 | New Mexico |
| | 32 | New York |
| | 33 | North Carolina |
| | 34 | North Dakota |
| | 35 | Ohio |
| | 36 | Oklahoma |
| | 37 | Oregon |
| | 38 | Pennsylvania |
| | 39 | Rhode Island |
| | 40 | South Carolina |
| | 41 | South Dakota |
| | 42 | Tennessee |

| | 43 | Texas |
| | 44 | Utah |
| | 45 | Vermont |
| | 46 | Virginia |
| | 47 | Washington |
| | 48 | West Virginia |
| | 49 | Wisconsin |
| | 50 | Wyoming |
| | 51 | Washington, D.C. |
| | 99 | Not in USA |
| hRegion4 | 1 | Northeast |
| | 2 | Midwest |
| | 3 | South |
| | 4 | West |
| hP_STATE | 1 | California |
| | 2 | REST OF USA |
| D_GENDER | 1 | Male |
| | 2 | Female |
| | 3 | Non-Binary |
| D_AGE | 1 | Less than 18 |
| | 2 | 18-29 |
| | 3 | 30-39 |
| | 4 | 40-49 |
| | 5 | 50-59 |
| | 6 | 60-69 |
| | 7 | 70 AND OVER |
| hAgeMismatch | 1 | Match |
| | 2 | Mismatch |
| hGenderMismatch | 1 | Match |
| | 2 | Mismatch |
| hCaptcha | 1 | Pass |
| | 2 | Fail |
| D_HISPAN | 1 | Yes |
| | 2 | No |
| RACE | 1 | White |
| | 2 | Black or African American |
| | 3 | American Indian or Alaska Native |
| | 4 | Asian |
| | 5 | Native Hawaiian or Other Pacific Islander |
| | 6 | Multi-racial |
| | 7 | Some other race |
| | 8 | Prefer not to say |
| EDUC | 1 | Less than High School |
| | 2 | High School or GED |
| | 3 | Completed Technical or Trade School |

| | 4 | Some College |
| | 5 | College degree (4 year) |
| | 6 | Post-graduate course work or degree |
| PRIMARY_SHOP | 1 | All of it |
| | 2 | Most of it |
| | 3 | About half |
| | 4 | Not much of it |
| | 5 | None of it |
| INDUSTRYr1 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr2 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr3 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr4 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr5 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr6 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr7 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr8 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr9 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr10 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr11 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr12 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr13 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr14 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr15 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr16 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr17 | 0 | Not selected |
| | 1 | Selected |
| INDUSTRYr18 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr1 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr2 | 0 | Not selected |

| | 1 | Selected |
|---|---|---|
| PAST_SURVEYr3 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr4 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr5 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr6 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr7 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr8 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr9 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr10 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr11 | 0 | Not selected |
| | 1 | Selected |
| PAST_SURVEYr12 | 0 | Not selected |
| | 1 | Selected |
| S_PRODr1 | 1 | Yes |
| | 2 | No |
| S_PRODr2 | 1 | Yes |
| | 2 | No |
| S_PRODr3 | 1 | Yes |
| | 2 | No |
| S_PRODr4 | 1 | Yes |
| | 2 | No |
| S_PRODr5 | 1 | Yes |
| | 2 | No |
| S_PRODr6 | 1 | Yes |
| | 2 | No |
| S_PRODr7 | 1 | Yes |
| | 2 | No |
| S_PRODr8 | 1 | Yes |
| | 2 | No |
| S_PRODr9 | 1 | Yes |
| | 2 | No |
| S_FOOD_PRODUCTSr1 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr2 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr3 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr4 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr5 | 0 | Not selected |

| | 1 | Selected |
|---|---|---|
| S_FOOD_PRODUCTSr6 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr7 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr8 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr9 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr10 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr11 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr12 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr13 | 0 | Not selected |
| | 1 | Selected |
| S_FOOD_PRODUCTSr14 | 0 | Not selected |
| | 1 | Selected |
| DOV_ELIGBLE1 | 1 | Yes |
| | 2 | No |
| S_PASTA_TYPEr1 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPEr2 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPEr3 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar1 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar2 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar3 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar4 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar5 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar6 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar7 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar8 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar9 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar10 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar11 | 0 | Not selected |

| | 1 | Selected |
|---|---|---|
| S_PASTA_TYPE_Ar12 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar13 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar14 | 0 | Not selected |
| | 1 | Selected |
| S_PASTA_TYPE_Ar15 | 0 | Not selected |
| | 1 | Selected |
| S_CONFIRM | 1 | Retirement planning |
| | 2 | Pasta products |
| | 3 | Protein drinks |
| | 4 | Favorite vacation destinations |
| | 5 | Don't know |
| W1 | 1 | Yes, I agree to do this |
| | 2 | No, I do not agree to do this |
| DOV_ELIGIBLE2 | 1 | YES |
| | 2 | NO |
| Q_EXAMINE | 1 | Yes |
| | 2 | No |
| CPQUESTIONSORDER | 1 | The statements do communicate this |
| | 2 | The statements do not communicate this |
| CP_1 | 1 | The statement does communicate this |
| | 2 | The statement does not communicate this |
| | 3 | Don't know / not sure |
| CP_2 | 1 | The statement does communicate this |
| | 2 | The statement does not communicate this |
| | 3 | Don't know / not sure |
| CP_3 | 1 | The statement does communicate this |
| | 2 | The statement does not communicate this |
| | 3 | Don't know / not sure |
| CP_BASIS | 1 | Yes, my answers are based on the packaging shown in the survey |
| | 2 | No, my answers are not based on the packaging shown in the survey |
| P_COUNTY | 1 | Alameda County |
| | 2 | Alpine County |
| | 3 | Amador County |

| 4 | Butte County |
|---|---|
| 5 | Calaveras County |
| 6 | Colusa County |
| 7 | Contra Costa County |
| 8 | Del Norte County |
| 9 | El Dorado County |
| 10 | Fresno County |
| 11 | Glenn County |
| 12 | Humboldt County |
| 13 | Imperial County |
| 14 | Inyo County |
| 15 | Kern County |
| 16 | Kings County |
| 17 | Lake County |
| 18 | Lassen County |
| 19 | Los Angeles County |
| 20 | Madera County |
| 21 | Marin County |
| 22 | Mariposa County |
| 23 | Mendocino County |
| 24 | Merced County |
| 25 | Modoc County |
| 26 | Mono County |
| 27 | Monterey County |
| 28 | Napa County |
| 29 | Nevada County |
| 30 | Orange County |
| 31 | Placer County |
| 32 | Plumas County |
| 33 | Riverside County |
| 34 | Sacramento County |
| 35 | San Benito County |
| 36 | San Bernardino County |
| 37 | San Diego County |
| 38 | San Francisco |
| 39 | San Joaquin County |
| 40 | San Luis Obispo County |
| 41 | San Mateo County |
| 42 | Santa Barbara County |
| 43 | Santa Clara County |
| 44 | Santa Cruz County |
| 45 | Shasta County |
| 46 | Sierra County |
| 47 | Siskiyou County |
| 48 | Solano County |
| 49 | Sonoma County |
| 50 | Stanislaus County |
| 51 | Sutter County |

| | 52 | Tehama County |
|---|---|---|
| | 53 | Trinity County |
| | 54 | Tulare County |
| | 55 | Tuolumne County |
| | 56 | Ventura County |
| | 57 | Yolo County |
| | 58 | Yuba County |
| | 59 | DON'T KNOW |
| RUCA | 1 | A large metropolitan area (over 1 million people) |
| | 2 | A large city (100,000 up to 1 million people) |
| | 3 | A small city or town (10,000 up to 100,000 people) |
| | 4 | A very small town or rural area (under 10,000 people) |
| | 5 | Not sure |
| GROCERY_SHOP_FREQ | 1 | Less than once a week |
| | 2 | Once a week |
| | 3 | 2 to 3 times a week |
| | 4 | 4 or more times a week |
| | 5 | Don't know / not sure |
| PRIMARY | 1 | Yes, I am |
| | 2 | No, I am not |
| | 3 | Hard to say |
| BRANDr1 | 0 | Not selected |
| | 1 | Selected |
| BRANDr2 | 0 | Not selected |
| | 1 | Selected |
| BRANDr3 | 0 | Not selected |
| | 1 | Selected |
| BRANDr4 | 0 | Not selected |
| | 1 | Selected |
| BRANDr5 | 0 | Not selected |
| | 1 | Selected |
| BRANDr6 | 0 | Not selected |
| | 1 | Selected |
| BRANDr7 | 0 | Not selected |
| | 1 | Selected |
| BRANDr8 | 0 | Not selected |
| | 1 | Selected |
| BRANDr9 | 0 | Not selected |
| | 1 | Selected |
| BRANDr10 | 0 | Not selected |
| | 1 | Selected |
| BRANDr11 | 0 | Not selected |
| | 1 | Selected |
| BRANDr12 | 0 | Not selected |

|  | 1 | Selected |
| BRANDr13 | 0 | Not selected |
|  | 1 | Selected |
| BRANDr14 | 0 | Not selected |
|  | 1 | Selected |
| BRANDr15 | 0 | Not selected |
|  | 1 | Selected |
| BRANDr16 | 0 | Not selected |
|  | 1 | Selected |
| FIRST_PURCH | 1 | In the past 12 months |
|  | 2 | 1 to 5 years ago |
|  | 3 | More than 5 years ago |
|  | 4 | Never purchased |
|  | 5 | Don't know / not sure |
| HOW_FREQ_PURCH | 1 | A great deal |
|  | 2 | A moderate amount |
|  | 3 | Occasionally |
|  | 4 | Rarely |
|  | 5 | Never |
|  | 6 | Don't know / not sure |
| ANALYSIS_FLAG | 0 | Not Selected |
|  | 1 | Selected |

# ATTACHMENT G PLACEHOLDER FOR ELECTRONIC SUBMISSION

# Raw Survey Response Data ("All StartsData")