**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SINATRO and JESSICA PROST, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARILLA AMERICA, INC.,<br><br>Defendant. | Case No. 4:22-cv-03460-DMR<br>Action Filed: June 11, 2022<br>FAC Filed: July 20, 2022<br><br>*Assigned to Hon. Donna M. Ryu for all purposes*<br><br>**DECLARATION OF PLAINTIFF MATTHEW SINATRO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Information<br>Date:          February 8, 2024<br>Time:         1:00 p.m.<br>Courtroom:  4 |

Case No. 4:22-cv-03460-DMR                                           -1-
DECLARATION OF PLAINTIFF MATTHEW SINATRO ISO MOTION FOR CLASS CERTIFICATION

## DECLARATION OF MATTHEW SINATRO

I, MATTHEW SINATRO, hereby declare as follows:

1. I am a party to this action and over the age of eighteen. I make this declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the facts set forth in this declaration (unless expressly stated otherwise) and, if called as a witness, I could and would competently testify to them.

2. **General Understanding of Class and Claims**. I understand that I have sued Defendant Barilla America, Inc. ("**Defendant**" and/or "**Barilla**"), as an individual and as one of the proposed representatives of a class of consumers in the State of California, that have purchased, between approximately June 11, 2018 and present ("**Class Period**"), one or more of Defendant's Barilla® brand pastas labeled "ITALY'S #1 BRAND OF PASTA" (collectively, the "**Class**") for purposes other than resale. The products at issue are Barilla® brand dried pastas that display "ITALY'S #1 BRAND OF PASTA," surrounded by the colors of the Italian flag, on their front-facing labels or packaging ("**Italian Origin Representation**" or "**Challenged Representation**"), including: (1) Classic Blue Box Pastas; (2) Collezione Artisanal Pastas; (3) Gluten Free Pastas; (4) Barilla Veggie Pastas; and (5) Whole Grain Pastas (collectively, the "**Products**"). I understand that I am seeking a monetary award from Defendant to reimburse the Class for the monies that they overpaid for Products falsely or deceptively advertised with the Challenged Representation.

3. **General Understanding & Fulfillment of Class Representative Duties.** I understand that, in bringing this lawsuit, I am asking the Court to appoint me as a representative of the Class. I also understand that the role of a class representative involves duties beyond those I would typically have if this case were brought solely for my benefit. For example, I understand that I must look out for the best interests of the Class, rather than looking out solely for my own interests. I also understand that I must stay informed of important events in this case and stay in direct and open communication with my attorneys to ensure that I am taking all appropriate and necessary actions to protect the Class's interests. I have not only promised to uphold these duties, but I have fulfilled that commitment thus far and will continue to do so. I have stepped forward to challenge Defendant's conduct and I have actively participated in this litigation. I have expended considerable

time supervising this litigation and participating in its investigation, including, among other things, maintaining regular contact with my attorneys; being interviewed on more than one occasion regarding matters relevant to this case; reviewing documents and correspondence; searching for, and where appropriate, providing documents and information requested; responding to discovery; and otherwise staying abreast of the status of this litigation. I have done so, and exposed myself to the risks inherent to litigation, without any guarantee of compensation or promise of special treatment.

4. **No Conflicts.** I have no interest that conflicts with the Class's interest in honest and transparent labels on the Products. I am not employed by the Defendant, nor do I have any sort of financial interest in Defendant. I have not been promised any sort of monetary compensation for bringing this action or making any particular decisions with respect to this action. I have not been promised any special treatment in connection with this lawsuit. I hold the Class's interest paramount to my own, and I seek the best possible result for the Class.

5. **Purchase.** I live in the County of San Francisco, California. I purchased a box of the Classic Barilla Blue Box Pasta (Angel Hair) for approximately $2.00 at a grocery store in or around my home, in approximately the winter of 2021 (hereinafter, the "**Purchased Product**"). I purchased the Purchased Product, after I reviewed and relied on the Product's front label and packaging—specifically: "ITALY'S #1 BRAND OF PASTA®," surrounded by the colors of the Italian flag (green, white, and red). This representation was important to me when I decided to buy the Purchased Product and led me to believe that the pastas were genuine or authentic Italian pastas—i.e., that the pastas were made in Italy, from ingredients solely sourced in Italy. At the time of purchase, I did not know, nor had any reason to believe, that the Product was not made in Italy, from ingredients solely sourced in Italy. Furthermore, I did not notice any statements on the packaging or labeling that suggested that the pastas were not made in Italy, from ingredients solely sourced in Italy. Based on the foregoing understanding, I decided to buy the Purchased Product. Had I known that the pasta was not made in Italy, from ingredients solely sourced in Italy, I would not have purchased it.

6. **Primary Litigation Objective.** My primary purpose behind bringing this lawsuit was, and continues to be, two-fold. First, I wanted to stop Defendant from deceptively labeling the Products with the Italian Origin Representation, or otherwise require Defendant to provide clearer labels that will avoid deceiving consumers into believing that the Products are genuine and authentic Italian pastas made in Italy, from ingredients solely sourced from Italy. Second, I want to return to the Class the money that they overpaid for the Products as a result of the deceptive Italian Origin Representation. I believe that this is an important case that affects hundreds of millions of consumers. Consumers have a right to know exactly what they are buying. They deserve a choice in what products to buy and they cannot make that choice if companies are not transparent and honest about the products they sell. A company that falsely or deceptively labels their products takes away the consumer's choice and should not be permitted to get away with defrauding and deceiving consumers into buying those products. I have, and will continue to be, ready, willing, and able to take all necessary, appropriate, and lawful actions to achieve the primary goals of making the Class whole and honest and transparent labeling for the Products in this case. Only then will the choice on whether to buy the Products be returned to consumers.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct. Executed on **August 30, 2023**, in the State of California.

_Matthew Sinatro_
Matthew Sinatro

Case No. 4:22-cv-03460-DMR                              -4-
DECLARATION OF PLAINTIFF MATTHEW SINATRO ISO MOTION FOR CLASS CERTIFICATION