**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SINATRO and JESSICA PROST, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BARILLA AMERICA, INC.,<br><br>    Defendant. | Case No. 4:22-cv-03460-DMR<br>Action Filed: June 11, 2022<br>FAC Filed: July 20, 2022<br><br>*Assigned to Hon. Donna M. Ryu for all purposes*<br><br>**PLAINTIFF'S NOTICE OF LODGING EXHIBIT G TO THE DECLARATION AND EXPERT REPORT OF J. MICHAEL DENNIS, PH.D. AND EXHIBIT 12 IN NATIVE FORMAT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

**PLEASE TAKE NOTICE** that Plaintiffs Matthew Sinatro and Jessica Prost ("**Plaintiffs**") hereby give notice of lodging Exhibit G to the Declaration and Expert Report of J. Michael Dennis, Ph.D. [Raw Survey Response Data] and Exhibit 12 [Circana Sales Data] with the Court in native format (excel), which Plaintiffs filed provisionally under seal in support of Plaintiff's Motion for Class Certification.

DATED: August 30, 2023

**CLARKSON LAW FIRM, P.C.**

By: */s/ Katherine A. Bruce*
Ryan J. Clarkson
Katherine A. Bruce
Kelsey J. Elling

*Attorneys for Plaintiff*