# EXHIBIT A

**In the Matter Of:**

*SINATRO v*

*BARILLA AMERICA, INC.*

---

*JESSICA PROST*

*November 11, 2023*

---

LEXITAS™

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SINATRO and JESSICA PROST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARILLA AMERICA, INC.,<br><br>Defendant.<br>______________________________ | ) Case No.<br>) 4:22-cv-03460-DMR |

VIDEOTAPED DEPOSITION OF

JESSICA PROST

LOS ANGELES, CALIFORNIA

SATURDAY, NOVEMBER 11, 2023

Reported in Stenotype by:
Cody R. Knacke, RPR, CSR No. 13691
Job No.: 919507

Q. Do you -- had you ever bought any pasta before December of 2020 -- not December. I'm sorry. Let me ask it again.

Had you ever bought any pasta before the fall of 2021?

A. Yes.

Q. Do you remember the brands of the pastas that you bought before?

A. Not specifically, no. I don't.

Q. So is it fair to say that the brand of pasta is not important to you?

A. I would say the name itself is not that important to me of the pasta.

Q. So what are the -- what are the things that are important to you when you buy a pasta?

A. What kind of pasta it is, so whether it's spaghetti or fusilli or things like that; the presentation of it, so if it's something that, you know, on the front that says it's, you know, made in Italy or -- yeah; the price as well, yeah.

Q. Yeah, we call them shapes, the shapes of the pasta; right?

A. Yeah, exactly.

Q. And I don't know, and it's probably even vague calling it shapes. But okay.

A. Okay.
Q. So it's your claim that the language on the front of this package means to you that this pasta was made in Italy?
A. Yes.
Q. Right. Okay. That's understood. And we're going to talk about that a little bit more.
But what I'm getting at is whether it literally says those things or whether you interpret it to say those things; right?
There's a difference between those two; right?
A. Correct.
Q. Okay. So literally it doesn't say "made in Italy"; right?
A. It does not say that specifically, no, it does not say "made in Italy" --
Q. Right. And literally --
A. -- in so many words.
Q. -- it doesn't say -- I'm sorry. I didn't mean to cut you off.
A. Sorry?
Q. I didn't mean to cut you off if I did.
A. No, you're good.
Q. Right. And you agree it doesn't literally

say that it is made from ingredients solely sourced in Italy; right?

A. Correct. It does not say that word for word.

Q. Can you -- as you look at the package now, can you identify any language on the front of the package that is literally false?

MS. BRUCE: Objection. Foundation. Vague. Ambiguous. Calls for speculation.

THE WITNESS: I would say that "Italy's number one brand of pasta" is false because it depends on the interpretation of what that means. It doesn't -- it's not a specific -- I would say that's false.

BY MR. SWANHOLT:

Q. Okay. And, again, I'm using the word "literally" on purpose; right?

And so when we say something's literally false, if I say I'm literally ten feet tall, is that literally true or false?

MS. BRUCE: Objection. Foundation. Incomplete hypothetical. Vague. Ambiguous. Overbroad. Calls for speculation. Expert opinion.

MR. SWANHOLT: On my height? Okay.

///

A. I don't think so, but I couldn't tell you for sure.

Q. Okay. But this -- these photographs are, again, you know, representative of what a grocery store pasta aisle would look like, in your experience; right?

A. Yes.

Q. Okay. And if I asked you when or where you might have purchased these other brands, you wouldn't remember; right?

A. No, likely not.

Q. And if I asked you why on any given occasion you might have bought a particular brand of pasta, it would -- it would vary, right, based on our prior testimony about --

A. Correct. It would depend on what I was doing, what the price was, what the logo was saying, the type of pasta, yeah.

Q. Right. The shape?

A. The shape, yes.

Q. Do you ever use coupons when you shop?

A. Not usually. I don't usually use coupons. I'll -- sometimes if there's, like, a sale, I'll do like a sale item, but I don't typically, like, find coupons or use coupons.

MS. BRUCE: Objection. Foundation. Calls for speculation.

THE WITNESS: I don't know. I'm not, like, an expert on pasta. Yeah, no, I'm not sure.

BY MR. SWANHOLT:

Q. Okay. Have you bought pasta since fall of 2021?

A. Yes.

Q. Do you know -- can you identify any of the brands of pasta you bought since the fall of 2021?

A. Not specifically by name. Not the specific name of it, no.

Q. Can you describe them in any way?

A. Yeah. There's one that I've gotten, you know, from -- it's more in, like, a cellophane wrap and it's not a box and it's got, like, blue and white on it. I don't -- yeah, I don't know the specific name of it, but yeah.

Q. And what --

A. I have it in my cupboard now.

Q. Okay. So if I asked you, you could take a picture of it and maybe send it to your lawyer and she could send it to me; right?

A. Yeah.

Q. Okay. What kind of pasta shape is it?

A. Spaghetti.
Q. Tried and true.
Do you remember how much you spent on that pasta?
A. No. Not off the top of my head.
Q. Can you estimate?
A. I'd assume somewhere between $0.99 and $2.50 since that's usually pasta's range, but I don't know off the top of my head.
Q. Do you remember where you bought it?
A. This one was Trader Joe's because I just did a Trader Joe's run, so...
Q. How frequently would you say you buy pasta these days?
A. Not super frequently. I don't know how often. Again, it depends on a lot of different things, whether I'm cooking a lot or if work's busy or if I'm on a diet or what season it is. But yeah.
Q. Do you have a go-to pasta sauce that you use in pasta?
A. No.
Q. Are you a red sauce? white sauce?
A. I usually do red sauce.
Q. Like a marinara sauce?
A. Sometimes. Sometimes it's, like, a garlic.

sure. I -- I don't really -- I haven't really
thought about that that much, so...
BY MR. SWANHOLT:
Q. What do you know about the company Barilla?
A. I don't know much about the company at all.
Q. Have you ever been to the Barilla website?
A. No.
Q. Have you ever been to Barilla's pasta museum?
A. No. It's cool they have one.
Q. Have you ever heard of Barilla's historical archive?
A. No.
MR. SWANHOLT: Tab 6, please.
THE WITNESS: Thank you.
MS. BRUCE: Thank you.
(Exhibit 9 was marked for identification by the Certified Shorthand Reporter, and a copy is attached hereto.)
BY MR. SWANHOLT:
Q. Showing you now what we've marked as Exhibit 9.
What do you -- what do you see in Exhibit 9?
A. I see a box of Barilla Spaghetti.

THE WITNESS: I don't remember.
BY MR. SWANHOLT:
Q. When you bought the Barilla product that's the subject of this lawsuit, back in the fall of 2021, did you notice that there were other spaghetti products on the shelf that cost more?
MS. BRUCE: Same objection.
THE WITNESS: I don't remember.
BY MR. SWANHOLT:
Q. What did you do with the Barilla Spaghetti that you bought in the fall of 2021 after you learned it wasn't made in Italy?
MS. BRUCE: Assumes facts.
MR. SWANHOLT: Which facts does it assume?
MS. BRUCE: You're assuming that she still had the box of Barilla Spaghetti after she learned it wasn't made in Italy.
THE WITNESS: I had made the pasta, eaten it, and thrown the box away already when I learned that it wasn't made in Italy.
BY MR. SWANHOLT:
Q. Do you purchase spaghetti products that aren't made in Italy?
A. Yes. I assume so.
Q. Have you ever seen a Barilla advertisement?

A. I -- not that I can remember.
Q. Do you know Matthew Sinatro?
A. No.
MR. SWANHOLT: It's been another hour, so let's take another short break. We're getting close. I don't have a whole lot left.
THE VIDEOGRAPHER: We're going off the record. It's 11:04.
(Recess.)
THE VIDEOGRAPHER: We're back on the record. It's 11:23.
MR. SWANHOLT: Thank you.
BY MR. SWANHOLT:
Q. We're back. I'll remind you you're still under oath. Okay?
A. Yes. Under oath.
Q. I was informed that I did not ask a question properly earlier, so I'm going to ask it more properly this time and get out of trouble.
Have you ever heard of the pasta museum?
A. No, I have not.
MR. SWANHOLT: Did I do that right?
MS. BOEHM: You're fine.
BY MR. SWANHOLT:
Q. Have you ever heard of the pasta museum

before you bought the Barilla pasta in the fall of 2021?

A. I have not. I am learning about the pasta museum today from you.

Q. What did you do --

THE VIDEOGRAPHER: Hold on, Counsel. You keep --

MS. BRUCE: Oh, sorry. I'm just trying to warm up my hands.

THE VIDEOGRAPHER: It sounded like Darth Vader.

I'm sorry.

MR. SWANHOLT: All good.

BY MR. SWANHOLT:

Q. You testified earlier that you learned sometime after buying the pasta and consuming the pasta in the fall of 2021 that it was not made in Italy.

A. Correct.

Q. What did you do when you learned that the Barilla pasta that you bought in the fall of 2021 was not made in Italy?

A. I took that information to Clarkson. I don't remember, like, exactly what I did in the moment, but yeah.

Q. Okay. And why did you take that information to Clarkson?

A. I'd heard of them being -- doing class action work. Thought they'd be good to represent me.

Q. Okay. So you thought when you learned it wasn't made in Italy that you wanted to be a plaintiff in a lawsuit?

A. No, not that I want to be a plaintiff in a lawsuit, but that I want to make sure that brands are being -- like, the marketing is accurate to what consumers are thinking they're getting. So it wasn't about being a plaintiff or being in a lawsuit. It was just wanting to correct the -- yeah, what I see as incorrect information on the front.

Q. Okay. And you see now from Exhibit 9 this is how Barilla sells the pasta now.

Do you understand that?

MS. BRUCE: Foundation.

THE WITNESS: I see that in the picture, yes.

BY MR. SWANHOLT:

Q. So I'm representing to you this is how Barilla sells its spaghetti now. If you go to the

store, this is what you'll see. Okay?
A. Okay.
Q. So is that -- is this -- does Exhibit 9 now reflect what you would hope that Barilla would represent when it's selling its pasta to consumers?
A. Yeah, I would say so. I like that they -- it's more accurate representation, but I don't really know about the specifics of the ingredients, so I don't -- I would hope that it's accurate. I'm not sure, though. I'm not an expert on what's in the pasta, so...
Q. Right, but the picture you're looking at that shows the front of the pasta box; right?
A. Yeah.
Q. That has corrected the issue that you had that caused you to bring this lawsuit; correct?
A. Well, that and the fact that it's been -- the -- from what I see is, like, the incorrect -- not incorrect, but a false representation saying it's Italy's number one brand of pasta, it's been on there for however long it has and people have been buying it for that, so I would like to compensate the consumers that have bought it and believed incorrectly that it was made in Italy from products sourced in Italy.

Q. Right. And so what kind of -- go ahead.
A. So this corrects -- I would say it seems to correct part of that.
Q. Going forward, right, there is no more representation on the front of the Barilla pasta box about where the product is made; correct?
MS. BRUCE: Foundation. Speculation.
THE WITNESS: Yeah. I -- I would say that I don't see anything specifying Italy or that it was made in Italy on this box.
BY MR. SWANHOLT:
Q. So the box, at least from your perspective, has been fixed; right?
A. Yeah. I would say -- I would say from my perspective, yeah, as far as what I know and what I know about the brand and I hope that those are the correct ingredients on it, but yeah, from what I know, I don't know a ton about the pasta, but yeah, I would hope it's accurate now.
Q. You don't have any reason, as you sit here, to believe that it isn't; right?
A. I don't have a reason to believe that it isn't as of right now, but also I know that -- yeah, yeah, I -- I would -- as long as this is being truthful, then yeah.

answer the questions. They're plain questions. It looks bad when you don't answer plain questions.
Did you know anybody at Clarkson before you contacted them to be a client?
A. I had heard of Clarkson and, yes, I knew of someone that worked there.
Q. Who did you know of that worked there before you contacted them to be a client?
A. I knew of Lauren Anderson.
Q. Okay. Was she a friend of yours? classmate?
A. No.
Q. Acquaintance?
A. Acquaintance.
Q. And had you contacted Clarkson about the Barilla matter or did Clarkson contact you about the Barilla matter?
A. I contacted Clarkson about it.
Q. Okay. And was that before or after the Herbivore Botanicals matter?
A. I believe it was after, but I don't remember the specifics of the dates of that one.
Q. Okay.
A. I'm not entirely sure.
Q. Well, that one --

COUNTY OF LOS ANGELES, )
)
STATE OF CALIFORNIA, )

I, Cody R. Knacke, Registered Professional Reporter, Certified Shorthand Reporter in and for the State of California, License No. 13691, hereby certify that the deponent was by me first duly sworn and the foregoing testimony was reported by me and was thereafter transcribed with computer-aided transcription; that the foregoing is a full, complete, and true record of said proceedings.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing proceedings and caption named or in any way interested in the outcome of the cause in said caption.

The dismantling, unsealing, or unbinding of the original transcript will render the reporter's certificate null and void.

In witness whereof, I have hereunto set my hand this day: November 15, 2023.

CODY R. KNACKE, RPR, CSR No. 13691