# EXHIBIT B

```
 1                    ROUGH DRAFT DISCLAIMER                    08:14

 2

 3          ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR

 4

 5          CERTIFIED SHORTHAND REPORTER, CSR No. 9830

 6    _____

 7

 8          It is understood by all attorneys and/or

 9    their staff using, saving onto a hard disk, or

10    receiving a Livenote/Realtime ASCII or e-mailed rough

11    draft transcript that:

12

13          1.   The following is an unedited rough

14               draft transcript.  Various corrections

15               and/or changes may be made before the

16               final version is complete.  The use of

17               this rough draft transcript is limited.

18               By C.C.P. 2025.540(b).  This reporter, as

19               well as any affiliated court reporting

20               agency, will not be responsible for any

21               variance of this draft from the final
```

22        transcript.

23

24        2.   Because of the nature of stenographic

25        outlines, differences WILL exist between the

1

1         Livenote/Realtime rough draft copy and the

2         certified transcript prepared by the

3         reporter. Those differences will include the

4         following, among others:

5

6         A.  Words may change;

7         B.  Page and line numbers may change;

8         C.  Punctuation may change; and/or

9         D.  Quotes may change.

10

11        3.   Providing a Livenote/Realtime ASCII

12        and/or e-mail or saving Livenote/Realtime

13          onto a computer hard drive will only be

14          provided when a certified copy is purchased

15          and there will be a charge for the

16          Livenote/Realtime rough transcript in

17          addition to the charge for the certified

18          copy.

19

20              ACCEPTANCE OF THIS REALTIME DRAFT IS AN

21

22              AUTOMATIC FINAL COPY ORDER

23

24                      ---oOo---

25

                                                    2

1       Deposition of Matthew Sinatro          08:17

2                                               08:18

3       Matthew Sinatro and Jessica Prost      08:18

```
 4        v.                                    08:18

 5        Barilla America, Inc.                 08:18

 6                                              08:19

 7        Plaintiffs:                           08:21

 8        Clarkson Law Firm                     08:21

 9        MS. ELLING:  Kelsey Elling            08:21

10        Defendant:                            08:22

11        Foley & Lardner                       08:22

12        MR. BOEHM:  Kelsey Boehm - Denver .   08:52

13        MR. SWANHOLT:  Erik Swanholt.         09:07

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    DEPOSITION PROCEEDINGS
 2   NOVEMBER 27, 2023,                      9:12 A.M.
 3                    ---oOo---                    09:07
 4                                                 09:07
 5         THE VIDEOGRAPHER:  We are now on the record.   09:12
 6   My name is Steven Santos.  I am the videographer,    09:12
 7   representing Lexitas.                                09:12
 8         This is a video deposition for the United      09:12
 9   States District Court, Northern District of          09:12
10   California.                                          09:12
11         Today's date is November 27, 2023, and the     09:12
12   time is 9:13 a.m. Pacific Standard Time.             09:13
13         This deposition is being held at               09:13
14   555 California Street, Suite 1700, San Francisco,    09:13
15   California 94104.                                    09:13
16         In the matter of Matthew Sinatro and Jessica   09:13
17   Prost versus Barilla America, Incorporated.  Case    09:13
18   No. 4:22-CV-03460-DMR.                               09:13
19         The deponent is Matthew Sinatro.               09:13
```

```
25      A   Yeah.                                   09:18
```

9

```
 1      Q   All right.                              09:18

 2          So we have this complaint.              09:18

 3          What are you suing Barilla for?         09:18

 4      A   False advertisement.                    09:18

 5      Q   On what?                                09:18

 6      A   The labels of some -- their pasta.      09:18

 7      Q   Which pasta?                            09:18

 8      A   I'm not 100 percent sure, but I believe it's  09:18

 9   their angel hair pasta.                        09:18

10      Q   Any other pastas that you can remember now?  09:18

11      A   No.                                     09:18

12      Q   Okay.  So you're suing Barilla for false  09:18

13   advertising on its angel hair pasta; is that right?  09:18

14      A   I'm not 100 percent sure if it's angel hair,  09:18

15   but yes, some -- one of Barilla's pastas.      09:18
```

16     Q   Okay.  You don't remember right now which       09:18
17  pasta you're suing for?                                 09:18
18     A   Correct.                                         09:18
19     Q   Okay.  And what is the false advertising that    09:18
20  you're complaining about?                               09:18
21     A   Yeah, it says "Italy's #1 Brand of Pasta,"       09:18
22  you know, with the Italian flag, but, you know, it      09:18
23  wasn't, I guess, made -- the ingredients weren't from   09:18
24  Italy.  It wasn't solely made from Italy.               09:19
25     Q   Okay.  Any other reason you're suing Barilla?    09:19

                                                    10

1     A   No.                                               09:19
2     Q   And what is it that you want from this            09:19
3  lawsuit?                                                 09:19
4     A   Yeah, I guess the people -- you know, the         09:19
5  greater good of people that, you know, bought Barilla,   09:19
6  to get their money back, and to, you know, change       09:19

23   grocery shopping for yourself?                     09:21

24      A   No.                                          09:21

25      Q   Sometime in college, maybe?                  09:21

12

1      A   I don't remember.  Probably before that.     09:21

2      Q   Sometime in high school, maybe?              09:21

3      A   Maybe, yeah.  I don't remember the first time 09:21

4   I've went grocery shopping.                         09:21

5      Q   Right.                                        09:21

6          And do you remember the first brand of pasta 09:21

7   you bought?                                          09:21

8      A   No.                                           09:21

9      Q   Or the first type of noodle?                 09:21

10     A   Nope.                                         09:21

11     Q   Okay.  Or the price you paid?                09:21

12     A   Nope.                                         09:21

13     Q   All right.                                    09:21

14          What about since, what, the winter of 2000 --    09:21

15     well, let's start back before then.    09:21

16          What about -- do you remember the -- the --    09:21

17     any brand of pasta that you bought since January 1,    09:21

18     2018?    09:21

19     A    Barilla.    09:21

20     Q    Okay.  Anything else?    09:21

21     A    Not off the top of my head, no.    09:21

22     Q    Okay.  Can you name any other brand of pasta?    09:21

23     A    Not right now, no.    09:21

24     Q    As you sit here right now, you cannot    09:22

25     identify or name one other brand of pasta that you've    09:22

13

1     ever bought or seen?    09:22

2     A    Huh-uh.    09:22

3     Q    You're going to get in trouble with her.  She    09:22

4     likes yeses and nos and -- other than uh-huhs and head    09:22

 5    nods.                                                      09:22

 6        A   Oh, no.  Sorry.                                    09:22

 7        Q   All right.  Okay.                                  09:22

 8            So if I were to ask you the details of any         09:22

 9    pasta purchase, you wouldn't be able to give that to       09:22

10    me; right?                                                 09:22

11        A   No -- or what details, I guess?                    09:22

12        Q   All right.                                         09:22

13            Let me ask you specifically then.  Tell me         09:22

14    the date of any pasta purchase you've made since 2018.     09:22

15        A   Yeah, I don't know the exact date of that.         09:22

16        Q   All right.                                         09:22

17            Can you tell me the brand, other than              09:22

18    Barilla, of any pasta you've bought since 2018?            09:22

19        A   I couldn't, yeah, give you an accurate --          09:22

20    couldn't.                                                  09:22

21        Q   Can you tell me the price you've paid for any      09:22

22    pasta you've bought since 2018?                            09:22

23        A   Not the exact price, no.                           09:22

24        Q   An estimate?                                       09:22

25        A   Yeah, there's estimates.  I would -- you           09:22

14

1   know, anywhere from $2 to $3.  Could be, you know,        09:23

2   above that and -- or below that.                          09:23

3       Q   So you don't have an estimate as to a price?      09:23

4       A   Well, that would be an estimate.  It's just I     09:23

5   don't know the exact, like, price I bought a pasta        09:23

6   for.                                                      09:23

7       Q   Right.  Okay.                                     09:23

8           The estimate is $2 or $3 or above that or         09:23

9   below that?                                               09:23

10      A   Yeah, estimate would be around $2 to $4.  It      09:23

11  is an estimate.                                           09:23

12      Q   All right.                                        09:23

13          Do you still buy pasta today?                     09:23

14      A   Yeah, still eat pasta.                            09:23

15      Q   But you don't know the brands of the pasta        09:23

16  you buy?                                                  09:23

17      A   Correct.                                          09:23

18      Q   Okay.  When you buy pasta, what                   09:23

19  considerations do you make?                              09:23

20      A   It -- it depends on, you know, I guess what       09:23

21   I'm looking for.                                        09:23

22       Q    Okay.  So depending on the circumstances,     09:23

23   what considerations do you make when you buy pasta?     09:23

24       A    Yeah, Italian pasta or not.  Maybe the type    09:23

25   of pasta.  You know, there's different -- I don't know  09:23

                                                    15

1    the names off the top of my head, but type of pasta    09:24

2    or, you know, I guess where it's from would be, too.    09:24

3        Q    Okay.  So Italian or where it's from or type?  09:24

4        A    Correct.                                       09:24

5        Q    All right.                                     09:24

6             Is price a consideration when you buy pasta?   09:24

7        A    It can be, yeah.                               09:24

8        Q    All right.                                     09:24

9             What about whether or not a product is on      09:24

10   sale?                                                   09:24

11       A    It can be.                                     09:24

12      Q    All right.                                    09:24

13           What about -- so when you said "type," we're  09:24

14      talking about noodle type, right, whether it's     09:24

15      spaghetti or tortellini or lasagne; right?         09:24

16      A    Yeah.                                          09:24

17      Q    Okay.  Do you typically -- okay.              09:24

18           And do you have a -- do you have a favorite   09:24

19      brand of pasta?                                    09:24

20      A    Wouldn't say so.                              09:24

21      Q    Okay.  Do you notice whether or not the       09:24

22      prices of pasta go up and down, depending on -- well,  09:24

23      I'll just ask you that question.                   09:25

24           Do you notice whether or not the price of     09:25

25      pasta go up and down?                              09:25

                                                    16

1            Sometimes it's $2, sometimes it's 3,          09:25

2       sometimes it's 1?                                  09:25

1     Q   Do you -- when buying pasta, do you consider        09:26

2   the size of the package?                                  09:26

3     A   Not necessarily.                                    09:26

4     Q   Like, one pound?  Two pounds?                        09:26

5     A   Not necessarily, unless I'm buying for              09:26

6   several people.  But yeah, I would say no.                09:26

7     Q   Okay.  And what about the ingredients in           09:26

8   the -- in the pasta?                                      09:26

9     A   Depends.                                            09:26

10    Q   Sometimes you consider them; sometimes you          09:26

11  don't?                                                     09:26

12    A   Yes.                                                09:26

13    Q   Okay.  And the taste of the pasta?                  09:26

14    A   Yeah.                                               09:26

15    Q   Do -- do pastas taste different to you, or do      09:26

16  they taste the same?                                       09:26

17    A   I mean, yeah, the Italian pastas, I feel           09:26

18  like, taste better.  But I don't, like, before buying     09:26

19   them, if that's what you're asking.                09:26

20       Q   Okay.  So which Italian pastas do you like  09:26

21   and buy?                                            09:26

22       A   No.  I'm just saying, like, Italian pasta.  I  09:26

23   don't know.  I don't have an example of that, like, a  09:26

24   brand.                                              09:26

25       Q   So --                                       09:26


                                                    18


1        A   But I just --                               09:26

2        Q   I'm sorry.                                  09:26

3        A   But yeah, Italian is known for their pasta. 09:26

4        Q   And what do you base that on?               09:27

5        A   It's just -- yeah, it's kind of, like, a    09:27

6    known thing.  I think -- I'm not -- I'm not          09:27

7    100 percent sure, but pasta originated from there.   09:27

8    And maybe the way they -- their ingredients are      09:27

9    sourced or the way they harvest their wheat -- you   09:27

```
 1    A   Correct.                                      09:31

 2    Q   Did you know that Barilla is an Italian name?  09:31

 3    A   Didn't know that.                             09:31

 4    Q   Did you know that Barilla -- the company      09:31

 5  Barilla is owned by the Barilla family, who is from  09:31

 6  Italy?                                              09:31

 7    A   No.                                           09:31

 8    Q   Have you ever heard of Academia Barilla?      09:31

 9    A   I can't say I have.                           09:31

10    Q   Okay.  How about the Barilla Historical       09:31

11  Archive?                                            09:31

12    A   Can't say I have.                             09:31

13    Q   Do you know whether or not Barilla makes      09:31

14  anything other than angel hair pasta?              09:31

15    A   I believe they have -- I don't know for sure,  09:31

16  but I believe they have other types of pasta, not just  09:31

17  solely one, but I'm not 100 percent sure.          09:31

18    Q   Okay.  And do you know whether or not Barilla  09:31

19  makes anything other than pasta?                   09:31

20    A   I'm not sure.                                 09:31

21    Q   You don't know?                               09:31

22    A   Correct.                                      09:31

23    Q   Okay.  And -- and in terms of the -- do you   09:32
```

```
24   know when -- okay.                                    09:32
25           Let's just go back to Exhibit 2.  That's the   09:33
```

23

```
 1   first amended complaint.                              09:33
 2           Do you see that?                               09:33
 3       A   Yep.                                           09:33
 4       Q   Okay.  So this document was -- the original    09:33
 5   complaint in this case was filed on June 11, 2022.    09:33
 6           Do you see that there?                         09:33
 7           It's sort of in the middle.                    09:33
 8       A   Yeah.                                          09:33
 9       Q   It says complaint filed June 11, 2022.  You    09:33
10   see that; right?  Yes?                                 09:33
11       A   Yes, I see that.                               09:33
12       Q   And then this amended complaint was filed,     09:33
13   looks like, July 20, 2022; right?                      09:33
14           It's on the top, the stamp.                    09:33
```

1           MR. SWANHOLT:  Okay.  Right.                    09:54

2      Q   That's your interpretation of that language,    09:54

3   right, that it's -- that it means made in Italy;       09:54

4   correct?                                               09:54

5      A   Yes, I think that literally means it's --       09:54

6   they're saying the pasta is made in Italy.             09:54

7      Q   Okay.  Do you know -- do you know what          09:54

8   "literally" means?                                     09:54

9      A   Like, it's actually made there.                09:54

10     Q   Right.                                          09:54

11         Well, like -- but in this context, I'm asking   09:54

12  you whether it literally says something.               09:54

13         So for example, do you see the word "made"     09:54

14  literally on the front of the Barilla package?        09:54

15     A   I don't see that.                               09:54

16         But I still think this literally states that   09:54

17  it's "Italy's #1 Brand of Pasta," meaning my, you     09:54

18  know, perception is it was made, including -- you     09:54

19  know, all the ingredients were solely from Italy.     09:54

20  That's how I took that.                                09:54

21         MR. SWANHOLT:  Okay.  Could you read me that    09:54

22  back.                                                  09:54

```
23          (Whereupon, record read by the Reporter as    09:55
24   follows:                                            09:55
25          "Answer:  I don't see that.                  09:54
```

                                                          37

```
 1          "But I still think this literally states that  09:54
 2           it's 'Italy's #1 Brand of Pasta,' meaning    09:54
 3           my, you know, perception is it was made,     09:54
 4           including -- you know, all the ingredients   09:54
 5           were solely from Italy.  That's how I took   09:54
 6           that.")                                      09:54
 7          (Document marked Exhibit 13                   09:55
 8           for identification.)                         09:55
 9          MR. SWANHOLT:  Showing you what we've marked  09:55
10   now as Exhibit 13.  Take a minute to -- to take a    09:56
11   look.  They are pages Bates numbered BAI-CA '522     09:56
12   through '530.  It consists of six pages with printing 09:56
13   on the front and back page, all of them.             09:56
```

```
14      Q   Do you see that?                             09:56

15      A   Yeah.                                        09:56

16      Q   Okay.  And just to tie the timing of the     09:56

17   testimony to my next few questions, you testified   09:56

18   earlier that you haven't purchased Barilla pasta since 09:56

19   the winter of 2021; correct?                        09:56

20      A   Correct.                                     09:56

21      Q   All right.                                   09:56

22          And have you seen Barilla pasta on pasta     09:56

23   shelves since the winter of 2021?                   09:56

24      A   I don't recall, but it's possible.           09:56

25      Q   But you don't remember specifically seeing   09:56
```

38

```
1    Barilla pasta on any shelves since then; right?     09:56

2       A   Correct.                                     09:57

3       Q   All right.                                   09:57

4           I'm showing you on page 2 here the -- the    09:57
```

5    current version of Barilla pasta -- of Barilla Angel      09:57

6    Hair pasta that's being sold.                             09:57

7         Do you see that on page 2?                           09:57

8    A   Yes, I see it.                                        09:57

9    Q   All right.                                            09:57

10        Does -- does the front of this package -- let        09:57

11   me strike that and ask it again.                          09:57

12        Does the front -- does the front of the              09:57

13   Barilla Angel Hair pasta package in Exhibit 12 lead       09:57

14   you to believe that the Barilla pasta is made in Italy    09:57

15   with ingredients from Italy?                              09:57

16        MS. ELLING:  Objection; form.                        09:57

17        THE WITNESS:  No, not this one.                      09:57

18        MR. SWANHOLT:  Q.  So this package resolves           09:57

19   your concerns about Barilla's advertising with respect     09:57

20   to this pasta?                                             09:57

21    A   I don't see this specific package saying              09:57

22   that, you know, it's made in Italy or "Italy's             09:57

23   #1 Brand of Pasta."                                        09:58

24    Q   So I'm correct?                                       09:58

25    A   Correct.                                              09:58

                                                          39

19  it, you will continue to not buy it; right?        10:02

20      A   Yeah, I would not buy it.                   10:02

21      Q   And -- and why not?                         10:03

22      A   Because I think it's a misleading           10:03

23  advertisement, and it's not made in Italy.          10:03

24      Q   Okay.  Do you only buy pasta made in Italy?  10:03

25      A   No.                                         10:03

43

1      Q   You buy pasta made in the U.S.; right?      10:03

2      A   Correct.                                    10:03

3      Q   Have you ever seen a Barilla advertisement?  10:03

4      A   Not that I can recall.                      10:03

5      Q   Have you ever been to the Barilla website?   10:03

6      A   Not that I can recall.                      10:03

7      Q   Have you ever viewed any of Barilla's social  10:03

8  media?                                              10:03

9      A   Not that I can recall.                      10:03

10          MR. SWANHOLT:  All right.                     10:04

11          Let's -- now we will take an official break.  10:04

12          THE VIDEOGRAPHER:  The time is 10:04 a.m.      10:04

13     Going off the record.                              10:04

14          (Recess taken.)                               10:04

15          THE VIDEOGRAPHER:  We are back on the record. 10:18

16     The time is 10:18 a.m.                             10:18

17          MR. SWANHOLT:  All right.                     10:18

18     Q    We're back from our break.  And remind you    10:18

19     you're still under oath; okay?                     10:18

20     A    Sounds good.                                  10:18

21     Q    You understand you're still under oath?       10:18

22     A    Correct, yeah.                                10:18

23     Q    Okay.  Just following up on something we were 10:18

24     talking about before, the -- the pasta purchases and 10:18

25     what you remember and didn't remember, et cetera.  10:18

                                              44

45

| 1 | that up. | 10:19 |
|---|---|---|
| 2 | Do you know what "Italy's #1 Brand of Pasta" | 10:19 |
| 3 | actually means? | 10:19 |
| 4 | MS. ELLING:  Objection; form. | 10:19 |
| 5 | THE WITNESS:  Yeah, for me, I -- I can take | 10:19 |
| 6 | that as it's Italy -- the ingredients comes from | 10:20 |
| 7 | Italy.  It's Italy's pasta.  The pasta comes from | 10:20 |
| 8 | Italy.  It's literally a product of Italy is how I | 10:20 |
| 9 | take that. | 10:20 |
| 10 | MR. SWANHOLT:  Okay. | 10:20 |
| 11 | Q   But do you know how Barilla means it? | 10:20 |
| 12 | MS. ELLING:  Objection; form; speculation. | 10:20 |
| 13 | THE WITNESS:  No. | 10:20 |
| 14 | MR. SWANHOLT:  All right. | 10:20 |
| 15 | THE WITNESS:  Apparently not. | 10:20 |
| 16 | MR. SWANHOLT:  Q.  So Barilla -- to -- to | 10:20 |

17    Barilla, "Italy's #1 Brand of Pasta" means that it is    10:20

18    the top-selling pasta in Italy; okay?    10:20

19        A    I hear you.    10:20

20        Q    Okay.  Do you know whether or not Barilla is    10:20

21    Italy's top-selling pasta?    10:20

22            MS. ELLING:  Objection; form.    10:20

23            THE WITNESS:  I have no idea.    10:20

24            MR. SWANHOLT:  All right.    10:20

25        Q    So you don't know whether or not a claim on    10:20

                                                        46

1    the front of this package that "Italy's #1" -- that    10:20

2    Barilla is "Italy's #1 Brand of Pasta" is true or    10:20

3    false; right?    10:20

4        A    Yeah.    10:20

5            MS. ELLING:  Same objection.    10:20

6            THE WITNESS:  I just know how I take it.    10:20

7    Correct.    10:20