UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SINATRO and JESSICA PROST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARILLA AMERICA, INC.,<br><br>Defendant. | Case No.: 4:22-cv-03460-DMR<br><br>Complaint Filed: June 11, 2022<br>FAC Filed: July 20, 2022<br><br>*Assigned for all purposes to Hon. Donna M. Ryu, United States Magistrate Judge*<br><br>**ORDER (AS MODIFIED) ON JOINT STIPULATION TO CONTINUE JULY 17, 2024 FURTHER CASE MANAGEMENT CONFERENCE** |

Upon stipulation of the parties and good cause appearing, the Court orders as follows:

Further Case Management Conference scheduled for July 17, 2024 is continued to July 31, 2024, and related dates are continued as follow:

1. The Further Case Management Conference scheduled for July 17, 2024 is continued to July 31, 2024 at 1:30 p.m. in Oakland, by Videoconference only;

2. The parties' joint case management conference statement is due by July 24, 2024.

All counsel and parties may access the webinar information (public hearings) at

**https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated: June 21, 2024



_____
HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE