ERIK K. SWANHOLT, CA Bar No. 198042
  eswanholt@foley.com
JOHN J. ATALLAH, CA Bar No. 294116
  jatallah@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KELSEY C. BOEHM (admitted *pro hac vice*)
  kboehm@foley.com
**FOLEY & LARDNER LLP**
1400 16TH STREET, SUITE 200
DENVER, CO 80202
TELEPHONE: 720.437.2013
FACSIMILE: 720.437.2000

Attorneys for Defendant BARILLA AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND COURTHOUSE

| | |
|---|---|
| MATTHEW SINATRO, and JESSICA PROST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BARILLA AMERICA, INC.,<br><br>Defendant. | Case No. 4:22-cv-03460-DMR<br><br>**DEFENDANT'S RESPONSE TO ORDER RE: MOTIONS TO SEAL (DKT. NO. 97)**<br><br>Complaint Filed: June 11, 2022<br>FAC Filed: July 20, 2022<br><br>Hon. Donna M. Ryu<br>Courtroom 4, 3rd Floor |

1  Pursuant to the Court's Order dated August 9, 2024 (Dkt. No. 97), concerning Plaintiffs' administrative motions to seal, Defendant Barilla America, Inc. ("Barilla"), hereby withdraws its request to seal the transcript of the deposition of Robin Cantor.

DATED: August 15, 2024               **FOLEY & LARDNER LLP**
                                     ERIK K. SWANHOLT
                                     JOHN J. ATALLAH
                                     KELSEY C. BOEHM


                                     /s/ John J. Atallah
                                     John J. Atallah
                                     Attorneys for Defendant BARILLA AMERICA, INC.