**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SINATRO and JESSICA PROST, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BARILLA AMERICA, INC., <br><br> Defendant. | Case No. 4:22-cv-03460-DMR <br><br> *Assigned to Hon. Donna M. Ryu* <br><br> **NOTICE RE: FILING UNREDACTED DOCUMENTS PURSUANT TO COURT'S ORDER DENYING MOTIONS TO SEAL [ECF 97]** |

1  PLEASE TAKE NOTICE that pursuant to the Court's Order denying Plaintiffs' Motions to Seal Defendant's Material (ECF 97), Plaintiffs hereby file unredacted versions of the submissions originally filed at ECFs 67-2, 67-3, 67-4, 67-5, and 73-2.

Date: August 22, 2024                           **CLARKSON LAW FIRM, P.C.**

By:  /s/ Alan Gudino
    Ryan J. Clarkson, Esq.
    Bahar Sodaify, Esq.
    Alan Gudino, Esq.

    *Attorneys for Plaintiffs*