| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.**<br>Ryan J. Clarkson (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>Bahar Sodaify (SBN 289730)<br>bsodaify@clarksonlawfirm.com<br>Alan Gudino (SBN 326738)<br>agudino@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>*Attorneys for Plaintiffs* | **FOLEY & LARDNER LLP**<br>Erik Swanholt (SBN 198042)<br>eswanholt@foley.com<br>John J. Atallah (SBN 294116)<br>jatallah@foley.com<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Tel: (213) 972-4614<br>Fax: (213) 972-4757<br><br>Kelsey C. Boehm (admitted *pro hac vice*)<br>kboehm@foley.com<br>1400 16th Street, Suite 200<br>Denver, CO 80202<br>Tel: (720) 437-2013<br>Fax: (720) 437-2200<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW SINATRO and JESSICA PROST, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>  v.<br><br>BARILLA AMERICA, INC.,<br><br>               Defendant. | Case No. 4:22-cv-03460-DMR<br>Complaint Filed: June 11, 2022<br>FAC Filed: July 20, 2022<br><br>*Assigned for all purposes to Hon. Donna M. Ryu*<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br><u>Hearing Information</u><br>Date: April 2, 2025<br>Time: 1:30 p.m.<br>Location: Videoconference |

Case No. 4:22-cv-03460-DMR

JOINT CASE MANAGEMENT STATEMENT

Plaintiffs Matthew Sinatro and Jessica Prost and Defendant Barilla America, Inc. submit this Joint Case Management Statement pursuant to this Court's Order continuing the Case Management Conference (ECF No. 108) and Civil L.R. 16-10(d).

Plaintiffs served their expert disclosures on February 7, 2025. On March 5, 2025, the parties filed a joint stipulation to extend the case deadlines by approximately 60 days, which the Court granted. ECF Nos. 110, 111. Defendant intends to depose Plaintiffs' experts on April 29 and April 30, 2025. The parties are presently working on a Joint Stipulation as to Notice of Pendency of Class Action, which will outline the proposed timeline and details of the notice plan for the Court's approval.

DATED: March 26, 2025                           **CLARKSON LAW FIRM, P.C.**

                                                By: */s/ Alan Gudino*
                                                     Ryan J. Clarkson
                                                     Bahar Sodaify
                                                     Alan Gudino

                                                     *Attorneys for Plaintiffs*

DATED: March 26, 2025                           **FOLEY & LARDNER**

                                                By: */s/ Kelsey C. Boehm*
                                                     Erik K. Swanholt
                                                     John J. Atallah
                                                     Kelsey C. Boehm

                                                     *Attorneys for Defendant*

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 26, 2025                           By: */s/ Alan Gudino*
                                                     Alan Gudino

                                                     *Attorneys for Plaintiffs*