**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Cassandra Rasmussen (*pro hac vice*)
*crasmussen@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs and the Certified Class*

**FAEGRE DRINKER BIDDLE & REATH LLP**
Kevin P. Wagner (admitted *pro hac vice)*
*kevin.wagner@faegredrinker.com*
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 766-7000
Fax: (612) 766-1600

**FOLEY & LARDNER LLP**
Erik Swanholt (SBN 198042)
*eswanholt@foley.com*
John J. Atallah (SBN 294116)
*jatallah@foley.com*
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 972-4614
Fax: (213) 972-4757

Kelsey C. Boehm (admitted *pro hac vice*)
*kboehm@foley.com*
1144 15th Street, Suite 2200
Denver, CO 80202
Tel: (720) 437-2013
Fax: (720) 437-2200

[Additional Counsel on Signature Page]

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MATTHEW SINATRO and JESSICA PROST, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BARILLA AMERICA, INC.,

Defendant.

Case No.: 4:22-cv-03460-ASK

Complaint Filed: June 11, 2022
FAC Filed: July 20, 2022

*Assigned for all purposes to Hon. Ajay S. Krishnan, United States Magistrate Judge*

**JOINT STIPULATION AND [PROPOSED] ORDER TO SET REVISED TRIAL SCHEDULE**



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

Pursuant to the Court's April 30, 2026 minute order (ECF 182), Plaintiffs Matthew Sinatro and Jessica Prost ("Plaintiffs") and Defendant Barilla America, Inc. ("Defendant") (collectively, the "Parties"), through their counsel of record, hereby respectfully submit this joint stipulation to set the revised proposed case schedule as follows:

WHEREAS, the Court vacated the pending case deadlines and ordered the Parties to submit a revised proposed trial schedule by May 8, 2026 (ECF 182);

WHEREAS, the Parties have considered the schedules of key witnesses and other personnel who are not mutually available until the proposed trial date;

WHEREAS, the Parties have reached a mutually agreed upon schedule as follows:

| **Event** | **Date** |
|---|---|
| Deadline to file a joint pretrial statement that includes the pretrial disclosures required by FRCP 26(a)(3) | October 2, 2026 |
| Deadline to file motions in limine | October 2, 2026 |
| Deadline for objections to motions in limine | October 15, 2026 |
| Pursuant to Judge Krishnan's Pretrial and Trial Standing Order, having met and conferred in good faith, deadline to file (1) joint Proposed Final Trial order containing (a) description of claims, (b) statement of relief sought, (c) stipulated facts, (d) joint exhibit list, (e) each party's witness list for its case-in-chief witnesses, including, for all such witnesses, a short statement of the substance of his/her testimony and, separately, what, if any, non-cumulative testimony the witness will offer; (2) joint instructions on substantive issues of law; (3) trial briefs addressing controlling issues of law that may arise during trial; (4) proposed verdict forms (joint or separate); (5) objections to exhibits; (6) joint simplified Statement of the Case to be read to the jury during voir dire as part of the jury instructions. | October 15, 2026 |
| Pretrial conference | October 22, 2026, at 1:30 p.m. PST |
| Jury Trial | November 2, 2026 |

THEREFORE, the Parties respectfully request that the Court adopt the proposed trial schedule.

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**IT IS SO STIPULATED.**

DATED: May 8, 2026

**CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
Ryan J. Clarkson
Bahar Sodaify
Cassandra Rasmussen
Jiaming Zheng

*Attorneys for Plaintiffs and the Certified Class*

DATED: May 8, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Kevin P. Wagner*
Kevin P. Wagner (admitted *pro hac vice*)
*kevin.wagner@faegredrinker.com*
Aaron D. Van Oort (admitted *pro hac vice*)
*aaron.vanoort@faegredrinker.com*
Tyler A. Young (admitted *pro hac vice*)
*Tyler.young@faegredrinker.com*
Berglind H. Birkland (admitted *pro hac vice*)
*berglind.birkland@faegredrinker.com*
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 766-7000
Fax: (612) 766-1600

David Belcher (SBN 330166)
*david.belcher@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Tel: (310) 203-4000
Fax: (310) 229-1285

David J.F. Gross (SBN 290951)
*david.gross@faegredrinker.com*
4800 North Scottsdale Road, Suite 2200
Scottsdale, Arizona 85251
Tel: (480) 643-1850
Fax: (612) 766-1600

**FOLEY & LARDNER**
Erik K. Swanholt
John J. Atallah
Kelsey C. Boehm

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___________

HON. AJAY S. KRISHNAN
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 8, 2026

**CLARKSON LAW FIRM, P.C.**

By: /s/ Bahar Sodaify
Bahar Sodaify

*Attorney for Plaintiffs and the Certified Class*