United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW SINATRO, et al.,
Plaintiffs,

v.

BARILLA AMERICA, INC.,
Defendant.

Case No. 22-cv-03460-ASK

**JUDGMENT**

On September 30, 2026, the Court granted Defendant Barilla America Inc.'s motion for summary judgment of Plaintiffs' claims. Dkt. 187. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS JUDGMENT in favor of Barilla America, Inc. and against Plaintiffs. The Clerk of the Court shall terminate the case.

**IT IS SO ORDERED.**

Dated: September 30, 2026

AJAY KRISHNAN
United States Magistrate Judge