UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Form CAND 133 (Rev. 10/2021)

# BILL OF COSTS

*Please follow the instructions on page 3 when completing this form.*

**COURT USE ONLY**
OBJECTION DEADLINE:
OBJECTION FILED: YES ☐ NO ☐

| 1. CASE NAME | 2. CASE NUMBER | 3. DATE JUDGMENT ENTERED | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED |
|---|---|---|---|
| Matthew Sinatra, et al., v. Barilla American, Inc. | 22-CV-03460-ASK | September 30, 2026 | Matthew Sinatro, et al. |

| 5. NAME OF CLAIMING PARTY | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |
|---|---|---|
| Barilla America, Inc. | Kevin Wagner | |

8. REQUEST TO TAX THE FOLLOWING AS COSTS: (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 28 U.S.C. 1923 | **$1,471.45** | See Exhibits A: Filing Fees, Invoices of court repoters and payment supporting each day of transcript proceedings. | | | |
| Service of Process, Civil LR 54-3(a)(2) | $0.00 | NONE | | | |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $0.00 | NONE | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $0.00 | NONE | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $0.00 | NONE | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | **$69,751.68** | See Exhibits A and B: Invoices of court repoters and payment supporting each day of transcript proceedings | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $0.00 | NONE | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $0.00 | NONE | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | $0.00 | NONE | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $0.00 | NONE | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $0.00 | NONE | | | |

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | $0.00 | NONE | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $0.00 | NONE | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | $0.00 | NONE | | | |
| Court-appointed experts, 28 USC § 1920(6) | $0.00 | NONE | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $0.00 | NONE | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | $0.00 | NONE | | | |
| Costs of bonds and security, Civil LR 54-3(h) | $0.00 | NONE | | | |
| **TOTAL AMOUNT** | **$71,223.13** | | $ 0.00 | $ 0.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**:

**SIGNATURE:** /s/ Kevin Wagner **DATE:** 10/14/2026

11. Costs are taxed in the amount of and included in the judgment.

Mark B. Busby
Clerk of Court

**BY:** Deputy Clerk **DATE:**

*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)

| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE # Days | ATTENDANCE $ Cost | SUBSISTENCE # Days | SUBSISTENCE $ Cost | TRAVEL/MILEAGE Travel Cost or # Miles POV | TRAVEL/MILEAGE $ Cost | TOTAL COST Per Witness |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL WITNESS FEES/EXPENSES** | | | | | | | $ 0.00 |

## ITEMIZATION OF COSTS

| FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| | DATE | DESCRIPTION | SUBTOTAL | |
| 1. | 6/23/2025 | K. Wagner PHV Application filing fee | | $328.00 |
| 2. | 6/23/2025 | T. Young PHV Application filing fee | | $328.00 |
| 3. | 6/24/2025 | B. Birkland PHV Application filing fee | | $328.00 |
| 4. | 6/24/2025 | B. Birkland PHV Application filing fee 6.24.25 | | $328.00 |
| 5. | 6/20/2025 | COGS A. Van Oort | | $53.15 |
| 6. | 6/20/2025 | COGS B. Birkland | | $53.15 |
| 7. | 6/23/2025 | COGS T. Young | | $53.15 |
| 8. | | | **SUBTOTAL** | **1471.45** |
| 9. | | **EXHIBIT A TOTAL (Faegre)** | | |

| REPRODUCTION, EXEMPLIFICATION | | | | |
|---|---|---|---|---|
| | DATE | DESCRIPTION | SUBTOTAL | |
| 1. | 10/2/2025 | Esquire Invoice No. INV3265093 | | $530.00 |
| 2. | 10/6/2025 | Esquire Invoice No. INV3267428 | | $2,370.10 |
| 3. | 10/7/2025 | Esquire Invoice No. INV3269141 | | $3,701.96 |
| 4. | 8/20/2025 | Steno Invoice No. 0500-2142-3989 | | $3,471.85 |
| 5. | 8/22/2025 | Steno Invoice No. 0500-2142-5285 | | $1,193.65 |
| 6. | 9/24/25 | Esquire Invoice No. INV3271142 | | $947.50 |
| 7. | | | **SUBTOTAL** | **$12,215.06** |
| | | **EXHIBIT A TOTAL (Faegre)** | | |

| DEPOSITIONS | | | | |
|---|---|---|---|---|
| | DATE | DESCRIPTION | SUBTOTAL | |
| 1. | 9/12/22 | ACE Attorney Service – Invoice No. 476418 (Invoice Date 9/12/22) | | $4,589.73 |
| 2. | 10/7/22 | ACE Attorney Service – Invoice No. 483099 | | $5,905.68 |
| 3. | 1/20/23 | ACE Attorney Service – Invoice No. 502504 | | $3,007.31 |
| 4. | 7/19/24 | ACE Attorney Service – Invoice No. 614761 | | $8,254.55 |
| 5. | 8/22/24 | ACE Attorney Service – Invoice No. 622108 | | $5,525.71 |
| 6. | 5/8/25 | ACE Attorney Service – Invoice No. 679842 | | $7,825.01 |
| 7. | 11/29/23 | Lexitas Invoice No. 1510291 | | $2,427.38 |
| 8. | 11/29/23 | Lexitas Invoice No. 1510295 | | $1,050.00 |
| 9. | 12/8/23 | Lexitas Invoice No. 1513510 | | $1,211.95 |
| 10. | 1/23/24 | Lexitas Invoice No. 1513512 | | $637.50 |
| 11. | 12/26/24 | Steno Invoice No. 1370620 | | $1,024.80 |
| 12. | 8/7/25 | Steno Invoice No. 1901855 | | $1,927.65 |
| 13. | 4/29/25 | US Legal Support Invoice No. 20250980408-14 | | $2,585.00 |
| 14. | 4/30/25 | US Legal Support Invoice No. 20250983505-14 | | $2,050.95 |
| 15. | 5/19/25 | US Legal Support Invoice No. 20250993959-14 | | $2,828.20 |
| 16. | 1/23/24 | Veritext Invoice No. 7128121 | | $1,957.55 |
| 17. | 5/7/25 | US Legal Support Invoice No. 20250986421-14 | | $4,727.65 |
| 18. | | | **SUBTOTAL** | **$57,536.62** |
| | | **EXHIBIT B TOTAL (Foley)** | | |

| REPORTERS' TRANSCRIPTS | | | | |
|---|---|---|---|---|
| | DATE | DESCRIPTION | SUBTOTAL | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | SUBTOTAL | |
| | | **EXHIBIT B TOTAL (Foley)** | | |

| WITNESS FEES AND EXPENSES | | | | |
|---|---|---|---|---|
| | DATE | DESCRIPTION | SUBTOTAL | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | SUBTOTAL | |
| | | **EXHIBIT E TOTAL** | | |
| **COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | |
| | DATE | DESCRIPTION | SUBTOTAL | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | SUBTOTAL | |
| | | **EXHIBIT F TOTAL** | | |

| MISCELLANEOUS COSTS | | | | |
|---|---|---|---|---|
| | DATE | DESCRIPTION | SUBTOTAL | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | SUBTOTAL | |
| | | **EXHIBIT G TOTAL** | | |

# EXHIBIT A

## Motions

4:22-cv-03460-DMR Sinatro et al v. Barilla America, Inc.

ADRMOP,CONSENT,PROTO,PRVADR

**Docket Text: Final Text**

**MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20820711.) filed by Barilla America, Inc.. (Birkland, Berglind) (Filed on 6/24/2025)**

**Attention!! Pressing the SUBMIT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**
**Have you redacted?**

***Source Document Path (for confirmation only):***
C:\fakepath\Berglind Halldorsdottir Birkland Pro Hac Vice Application.pdf pages: 3

SUBMIT Clear

## Motions

4:22-cv-03460-DMR Sinatro et al v. Barilla America, Inc.

ADRMOP,CONSENT,PROTO,PRVADR

**Docket Text: Final Text**

**MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20820711.) filed by Barilla America, Inc.. (Birkland, Berglind) (Filed on 6/24/2025)**

**Attention!! Pressing the SUBMIT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**
**Have you redacted?**

***Source Document Path (for confirmation only):***
C:\fakepath\Berglind Halldorsdottir Birkland Pro Hac Vice Application.pdf pages: 3

SUBMIT Clear

**Teekah, Shanta**

---

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Tuesday, June 24, 2025 12:43 PM
**To:** Teekah, Shanta
**Subject:** Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT

This Message originated outside your organization.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 8495587
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $328.00
Tracking Id: ACANDC-20820711
Approval Code: 054579
Card Number: ************5401
Date/Time: 06/24/2025 03:43:24 ET

NOTE: This is an automated message. Please do not reply

**From:** Lysne, Missy M.
**To:** Thibert, Anna K.
**Subject:** FW: Payment Confirmation for Minnesota Lawyer Registration
**Date:** Friday, June 20, 2025 3:56:02 PM

Credit card receipt below.

Bill to: 534080.2
COGS for Aaron Van Oort

Thanks,
Missy

**Missy M. Lysne**
Legal Administrative Assistant
missy.lysne@faegredrinker.com
Connect: vCard

+1 612 766 7503 direct / +1 612 709 8285 mobile

Assistant to: William L. Roberts, +1 612 766 7508 / Kevin P. Wagner, +1 612 766 6922 / Chad Drown, +1 612 766 8707 / Evelyn (Evie) Snyder, +1 612 766 7626 / Elizabeth M.C. Scheibel, +1 612 766 7628

Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

**From:** Minnesota Lawyer Registration <epaynoreply@usbank.com>
**Sent:** Friday, June 20, 2025 2:03 PM
**To:** Lysne, Missy M. <missy.lysne@faegredrinker.com>
**Subject:** Payment Confirmation for Minnesota Lawyer Registration

This Message originated outside your organization.

*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Thank you for your payment.

This email is to confirm your payment submitted on Jun-20-2025 for Minnesota Lawyer Registration.

Confirmation Number: LAWYER000344693
Payment Amount: $53.15
Scheduled Payment Date: Jun-20-2025
Amount Due: $53.15

Payer Name: Anna Thibert
Credit Card Number: *5008
Credit Card Type: VISA
Approval Code: 081880

If you have questions about this payment or need assistance, please view the payment online at https://oasis.cle.mn.gov, or send an email to lawyerregistration@mbcle.state.mn.us

Thank you for using the Lawyer Registration electronic payment system.

U.S. BANCORP made the following annotations
---------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

---------------------------------------------------------------------

**From:** Lysne, Missy M.
**To:** Thibert, Anna K.
**Subject:** FW: Payment Confirmation for Minnesota Lawyer Registration
**Date:** Friday, June 20, 2025 3:55:16 PM

---

Credit card receipt below.

Bill to: 534080.2
COGS for Berglind Birkland

Thanks,
Missy

**Missy M. Lysne**
Legal Administrative Assistant
missy.lysne@faegredrinker.com
Connect: vCard

+1 612 766 7503 direct / +1 612 709 8285 mobile

Assistant to: William L. Roberts, +1 612 766 7508 / Kevin P. Wagner, +1 612 766 6922 / Chad Drown, +1 612 766 8707 / Evelyn (Evie) Snyder, +1 612 766 7626 / Elizabeth M.C. Scheibel, +1 612 766 7628

Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Minnesota Lawyer Registration <epaynoreply@usbank.com>
**Sent:** Friday, June 20, 2025 1:55 PM
**To:** Lysne, Missy M. <missy.lysne@faegredrinker.com>
**Subject:** Payment Confirmation for Minnesota Lawyer Registration

This Message originated outside your organization.

*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Thank you for your payment.

This email is to confirm your payment submitted on Jun-20-2025 for Minnesota Lawyer Registration.

Confirmation Number: LAWYER000344690
Payment Amount: $53.15
Scheduled Payment Date: Jun-20-2025
Amount Due: $53.15

Payer Name: Anna Thibert
Credit Card Number: *5008
Credit Card Type: VISA
Approval Code: 058084

If you have questions about this payment or need assistance, please view the payment online at https://oasis.cle.mn.gov, or send an email to lawyerregistration@mbcle.state.mn.us

Thank you for using the Lawyer Registration electronic payment system.

U.S. BANCORP made the following annotations
---------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

---------------------------------------------------------------------

**From:** Bradfield, Staci L.
**To:** Thibert, Anna K.
**Subject:** FW: Payment Confirmation for Minnesota Lawyer Registration
**Date:** Monday, June 23, 2025 11:51:41 AM

Hi Anna,

The expense below should be billed to 534080.000002. I ordered a certificate of good standing for Tyler Young so he can be admitted pro hac vice in California case.

Thanks,
Staci

**From:** Minnesota Lawyer Registration <epaynoreply@usbank.com>
**Sent:** Monday, June 23, 2025 11:48 AM
**To:** Bradfield, Staci L. <staci.bradfield@faegredrinker.com>
**Subject:** Payment Confirmation for Minnesota Lawyer Registration

This Message originated outside your organization.

*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Thank you for your payment.

This email is to confirm your payment submitted on Jun-23-2025 for Minnesota Lawyer Registration.

Confirmation Number: LAWYER000345018
Payment Amount: $53.15
Scheduled Payment Date: Jun-23-2025
Amount Due: $53.15

Payer Name: Anna Thibert
Credit Card Number: *5008
Credit Card Type: VISA
Approval Code: 057019

If you have questions about this payment or need assistance, please view the payment online at https://oasis.cle.mn.gov, or send an email to lawyerregistration@mbcle.state.mn.us

Thank you for using the Lawyer Registration electronic payment system.

U.S. BANCORP made the following annotations

---------------------------------------------------------------------

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

---------------------------------------------------------------------

ESQUIRE DEPOSITION SOLUTIONS

**Invoice INV3269141**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 10/7/2025 |
| **Terms** | Net 30 |
| **Due Date** | 11/6/2025 |

| | |
|---|---|
| **Client Number** | C02505 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Faegre Drinker Biddle & Reath
1800 Century Park East
Suite 1500
Los Angeles CA 90067

**Services Provided For**
Faegre Drinker Biddle & Reath - Scottsdale
Gross, David JF
4800 North Scottsdale Road
Suite 2200
Scottsdale AZ 85251

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/24/2025 | J13466629 | San Francisco, CALIFORNIA | SINATRO V. BARILLA |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| ON-SITE RESOURCE FEE | J. Michael Dennis Ph.D. | 1 | 400.00 | | $400.00 |
| APP FEE: HALF DAY | J. Michael Dennis Ph.D. | 1 | 250.00 | | $250.00 |
| TRANSCRIPT - O&1 - EXP-VID-WI | J. Michael Dennis Ph.D. | 152 | 8.45 | | $1,284.40 |
| 2 DAY EXPEDITE | J. Michael Dennis Ph.D. | | 90% | | $1,155.96 |
| E-EXHIBITS B&W ORIG | J. Michael Dennis Ph.D. | 67 | 0.65 | | $43.55 |
| E- EXHIBITS COLOR ORIG | J. Michael Dennis Ph.D. | 2 | 0.65 | | $1.30 |
| LITIGATION SUPPORT PACKAGE | J. Michael Dennis Ph.D. | 1 | 80.00 | | $80.00 |
| CONDENSED TRANSCRIPT | J. Michael Dennis Ph.D. | 1 | 45.00 | | $45.00 |
| PROCESSING & COMPLIANCE | J. Michael Dennis Ph.D. | 1 | 75.00 | | $75.00 |
| INTELLIGENT SUMMARY+ - OVER 100 PAGES | J. Michael Dennis Ph.D. | 1 | 100.00 | | $100.00 |
| ROUGH ASCII | J. Michael Dennis Ph.D. | 122 | 2.25 | | $274.50 |
| COPY TRANSCRIPT SOLD DISCOUNT | J. Michael Dennis Ph.D. | 152 | -0.05 | | ($7.75) |

| | |
|---|---|
| **Subtotal** | 3,701.96 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $3,701.96 |
| **Amount Due** | 3,701.96 |

*Representing Client: Faegre Drinker Biddle & Reath (P) : Faegre Drinker Biddle & Reath - Los Angeles*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Faegre Drinker Biddle & Reath - Los Angeles |
| **Client #** | C02505 |
| **Invoice #** | INV3269141 |
| **Invoice Date** | 10/7/2025 |
| **Due Date** | 11/6/2025 |
| **Amount Due** | **$3,701.96** |

# INVOICE

Invoice ID: 0500-2197-8625

| | |
|---|---|
| **Vendor** | ESQUIRE DEPOSITION SOLUTIONS LLC |
| **Requester** | Missy Lysne [Legal Administrative Assistant \| 04747 \| lysmm] |
| **Created By** | Missy Lysne [Legal Administrative Assistant \| 04747 \| lysmm] |
| **Create Date** | 10/15/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | ESQUIRE DEPOSITION SOLUTIONS LLC [136202] |
| **Address** | ESQUIRE DEPOSITION SOLUTIONS LLC PO BOX 846099 [136202.0001]<br>PO BOX 846099<br>DALLAS,TX 75284-6099 |
| **Invoice Number** | INV3267428 |
| **Invoice Date** | 10/06/2025 |
| **Invoice Amount** | 2,370.10 USD |
| **Description** | Deposition fees - Colin B. Weir |

## Prior Approvers

| | |
|---|---|
| **10/15/2025** | Durell Robinson[ Senior Accounts Payable Specialist \| 12732 \| ROBINSDK ] |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 2,370.10 |
| **Amount To Be Expensed** | 2,370.10 |

| | |
|---|---|
| **534080.000002** | Barilla America |
| **Line** | 0001 |
| **Description** | Deposition fees - Colin B. Weir |
| **Override Tkpr** | Missy Lysne [Legal Administrative Assistant \| 04747 \| lysmm] |
| **Cost Code** | 20051 Deposition Transcripts |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **534080.000002** | Barilla America<br>Class Action Trial | 2,370.10 |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 2,370.10 |

Invoice ID: 0500-2197-8625

ESQUIRE

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice INV3267428*

| | | | |
|---|---|---|---|
| **Date** | 10/6/2025 | **Client Number** | C02505 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 11/5/2025 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Faegre Drinker Biddle & Reath
1800 Century Park East
Suite 1500
Los Angeles CA 90067

**Services Provided For**
Faegre Drinker Biddle & Reath - Minneapolis
Young, Tyler A
2200 Wells Fargo Center
90 South 7th Street
Minneapolis MN 55402

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/22/2025 | J13466627 | Boston, MASSACHUSETTS | SINATRO V. BARILLA |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO CONFERENCING - ZOOM | Colin B. Weir | 1 | 150.00 | | $150.00 |
| APP FEE: HALF DAY | Colin B. Weir | 2 | 130.00 | | $260.00 |
| TRANSCRIPT - O&1 - VID-VC-WI | Colin B. Weir | 147 | 6.45 | | $948.15 |
| E-EXHIBITS B&W ORIG | Colin B. Weir | 233 | 0.65 | | $151.45 |
| E- EXHIBITS COLOR ORIG | Colin B. Weir | 78 | 0.65 | | $50.70 |
| LITIGATION SUPPORT PACKAGE | Colin B. Weir | 1 | 60.00 | | $60.00 |
| DIGITAL TRANSCRIPT PTZ | Colin B. Weir | 1 | 0.00 | | $0.00 |
| CONDENSED TRANSCRIPT | Colin B. Weir | 1 | 45.00 | | $45.00 |
| ROUGH ASCII | Colin B. Weir | 119 | 1.95 | | $232.05 |
| REALTIME FEED | Colin B. Weir | 119 | 2.25 | | $267.75 |
| REMOTE REALTIME SET-UP | Colin B. Weir | 1 | 150.00 | | $150.00 |
| PROCESSING & COMPLIANCE | Colin B. Weir | 1 | 55.00 | | $55.00 |

*Representing Client: Faegre Drinker Biddle & Reath (P) : Faegre Drinker Biddle & Reath - Los Angeles*

| | |
|---|---|
| **Subtotal** | 2,370.10 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,370.10 |
| **Amount Due** | 2,370.10 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Faegre Drinker Biddle & Reath - Los Angeles |
| **Client #** | C02505 |
| **Invoice #** | INV3267428 |
| **Invoice Date** | 10/6/2025 |
| **Due Date** | 11/5/2025 |
| **Amount Due** | **$2,370.10** |

# INVOICE

Invoice ID: 0500-2188-8837

| | |
|---|---|
| **Vendor** | ESQUIRE DEPOSITION SOLUTIONS LLC |
| **Requester** | Missy Lysne [Legal Administrative Assistant \| 04747 \| lysmm] |
| **Created By** | Missy Lysne [Legal Administrative Assistant \| 04747 \| lysmm] |
| **Create Date** | 10/07/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | ESQUIRE DEPOSITION SOLUTIONS LLC [136202] |
| **Address** | ESQUIRE DEPOSITION SOLUTIONS LLC PO BOX 846099 [136202.0001]<br>PO BOX 846099<br>DALLAS,TX 75284-6099 |
| **Invoice Number** | INV3265093 |
| **Invoice Date** | 10/02/2025 |
| **Invoice Amount** | 530.00 USD |
| **Description** | Deposition video fees - Colin B. Weir |

## Prior Approvers

| | |
|---|---|
| **10/07/2025** | Durell Robinson[ Senior Accounts Payable Specialist \| 12732 \| ROBINSDK ] |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 530.00 |
| **Amount To Be Expensed** | 530.00 |

| | |
|---|---|
| **534080.000002** | Barilla America |
| **Line** | 0001 |
| **Description** | Deposition video fees - Colin B. Weir |
| **Override Tkpr** | Missy Lysne [Legal Administrative Assistant \| 04747 \| lysmm] |
| **Cost Code** | 20051 Deposition Transcripts |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **534080.000002** | Barilla America<br>Class Action Trial | 530.00 |

| Expense Summary | Amount (USD) |
|---|---|
| **Billable** | 530.00 |

Invoice ID: 0500-2188-8837

ESQUIRE

*Invoice INV3265093*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 10/2/2025 | **Client Number** | C02505 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 11/1/2025 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Faegre Drinker Biddle & Reath
1800 Century Park East
Suite 1500
Los Angeles CA 90067

**Services Provided For**
Faegre Drinker Biddle & Reath - Minneapolis
Young, Tyler A
2200 Wells Fargo Center
90 South 7th Street
Minneapolis MN 55402

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/22/2025 | J13466627 | Boston, MASSACHUSETTS | SINATRO V. BARILLA |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| REMOTE VIDEO FIRST 2 HOURS | Colin B. Weir | 1 | 375.00 | | $375.00 |
| REMOTE VIDEO HOURLY | Colin B. Weir | 1 | 155.00 | | $155.00 |

*Representing Client: Faegre Drinker Biddle & Reath (P) : Faegre Drinker Biddle & Reath - Los Angeles*

| | |
|---|---|
| **Subtotal** | 530.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $530.00 |
| **Amount Due** | 530.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Faegre Drinker Biddle & Reath - Los Angeles |
| **Client #** | C02505 |
| **Invoice #** | INV3265093 |
| **Invoice Date** | 10/2/2025 |
| **Due Date** | 11/1/2025 |
| **Amount Due** | **$530.00** |

## Motions

4:22-cv-03460-DMR Sinatro et al v. Barilla America, Inc.

ADRMOP,CONSENT,PROTO,PRVADR

**Docket Text: Final Text**

**MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20818259.) filed by Barilla America, Inc.. (Wagner, Kevin) (Filed on 6/23/2025)**

**Attention!! Pressing the SUBMIT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**
**Have you redacted?**

***Source Document Path (for confirmation only):***
C:\fakepath\Kevin P. Wagner Pro Hac Vice Application.pdf pages: 3

SUBMIT Clear

**Teekah, Shanta**

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Monday, June 23, 2025 7:26 PM
**To:** Teekah, Shanta
**Subject:** Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT

This Message originated outside your organization.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 4005462
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $328.00
Tracking Id: ACANDC-20818259
Approval Code: 073896
Card Number: ************5401
Date/Time: 06/23/2025 10:25:30 ET

NOTE: This is an automated message. Please do not reply

Invoice ID: 0500-2142-5285



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1942692

## Deposition - ROBIN CANTOR, PH.D (Aug 8, 2025)

**Bill to**

ATTN: Kevin P. Wagner
Faegre Drinker LLP
1144 15th Street
Suite 3400
Denver, CO 80202

**Bill from**

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** MATTHEW SINATRO, et al. v BARILLA AMERICA INC
**Case number:** 4:22-cv-03460-DMR
**Job Id:** 1885732

**Invoice date:** 8/22/2025
**Terms:** Net 30
**Due date:** 9/21/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts, Video) | | $1,193.65 | 1 | $1,193.65 |
| | | | **Total** | $1,193.65 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$1,193.65** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

### Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/foj0wn5h

Please make checks payable to Steno.

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1936732

## Deposition - KRISTINA SHAMPANIER, Ph.D. (Aug 4, 2025)

## Bill to

ATTN: Kevin P. Wagner
Faegre Drinker LLP
1144 15th Street
Suite 3400
Denver, CO 80202

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** MATTHEW SINATRO, et al. v BARILLA AMERICA INC
**Case number:** 4:22-cv-03460-DMR
**Job Id:** 1885674

**Invoice date:** 8/20/2025
**Terms:** Net 30
**Due date:** 9/19/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Certified Copy Transcripts, Video) | | $3,471.85 | 1 | $3,471.85 |
| | | | **Total** | $3,471.85 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$3,471.85** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

### Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/hyx5u0fy

Please make checks payable to Steno.

## Motions

4:22-cv-03460-DMR Sinatro et al v. Barilla America, Inc.

ADRMOP,CONSENT,PROTO,PRVADR

**Docket Text: Final Text**

**MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-20818246.) filed by Barilla America, Inc.. (Young, Tyler) (Filed on 6/23/2025)**

**Attention!! Pressing the SUBMIT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**
**Have you redacted?**

***Source Document Path (for confirmation only):***
C:\fakepath\Tyler A. Young Pro Hac Vice Application.pdf pages: 3

SUBMIT Clear

**Teekah, Shanta**

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Monday, June 23, 2025 7:21 PM
**To:** Teekah, Shanta
**Subject:** Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT

This Message originated outside your organization.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 4005494
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $328.00
Tracking Id: ACANDC-20818246
Approval Code: 004651
Card Number: ************5401
Date/Time: 06/23/2025 10:21:11 ET

NOTE: This is an automated message. Please do not reply

ESQUIRE DEPOSITION SOLUTIONS

**Invoice INV3271142**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 10/8/2025 |
| **Terms** | Net 30 |
| **Due Date** | 11/7/2025 |

| | |
|---|---|
| **Client Number** | C02505 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Faegre Drinker Biddle & Reath
1800 Century Park East
Suite 1500
Los Angeles CA 90067

**Services Provided For**
Faegre Drinker Biddle & Reath - Scottsdale
Gross, David JF
4800 North Scottsdale Road
Suite 2200
Scottsdale AZ 85251

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/24/2025 | J13466629 | San Francisco, CALIFORNIA | SINATRO V. BARILLA |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM | Dr. Michael Dennis | 1 | 375.00 | | $375.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Dr. Michael Dennis | 2 | 155.00 | | $310.00 |
| DIGITAL MEDIA | Dr. Michael Dennis | 2.5 | 95.00 | | $237.50 |
| HANDLING FEE | Dr. Michael Dennis | 1 | 25.00 | | $25.00 |

*Representing Client: Faegre Drinker Biddle & Reath (P) : Faegre Drinker Biddle & Reath - Los Angeles*

| | |
|---|---|
| **Subtotal** | 947.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $947.50 |
| **Amount Due** | 947.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Faegre Drinker Biddle & Reath - Los Angeles |
| **Client #** | C02505 |
| **Invoice #** | INV3271142 |
| **Invoice Date** | 10/8/2025 |
| **Due Date** | 11/7/2025 |
| **Amount Due** | **$947.50** |

# EXHIBIT B

Shipment Tracking **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

## (213) 623-3979

**Control Number: 2096741**

**eTrac Number: 161178996**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** VIVIAN HONG<br>**Reference:** C/M IS 026130-0161<br>**Entered:** 19-AUG-2022 15:31 | **Service Type:** EFILRSH<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | RIVERSIDE SUP COURT<br>4050 MAIN ST<br>RIVERSIDE, RIVERS |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 19-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** RIC1905767<br>**Case Name:** Masters v. Rehabcare<br>**Name of Docs:**<br>OPP;DECLCTF=CourtTransactionMISC=PDF<br>C/C=$3.00 | **Signature:** FILED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2096353**

**eTrac Number: 161170942**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** Vivian Hong<br>**Reference:** 043015-0318<br>**Entered:** 19-AUG-2022 01:35 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | Central District Stanley Mosk Court<br>Filing ID: 6854719<br>22LA01028482, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 19-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 20STCV19891<br>**Case Name:** DAVON ALEXANDER OWEN<br>**Name of Docs:**<br>Reply (name extensioMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2098341**

**eTrac Number: 161213124**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** Vivian Hong<br>**Reference:** 043015-0318<br>**Entered:** 25-AUG-2022 01:35 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | Central District Stanley Mosk Court<br>Filing ID: 6874957<br>22LA01050317, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 25-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 20STCV19891<br>**Case Name:** DAVON ALEXANDER OWEN<br>**Name of Docs:**<br>Request for JudicialMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099153**

**eTrac Number: 161231114**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 099374-0163<br>**Entered:** 26-AUG-2022 15:58 | **Service Type:** COURT RUN ND<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3500<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | LASC - Santa Monica Courthouse<br>1725 Main Street<br>SANTA MONICA, CA SANMON |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 26-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 20SMCV01932<br>**Case Name:** nZania v. B.B. Dakot<br>**Name of Docs:**<br>Response to Separate Statement | Lodge sealed document, get conforming stamp on ext ra face page if possible and e-mail it to me. Noti ce of Lodging Under Seal included for the clerk's reference.<br><br>**Signature:** dep O Ana\REC'D |

| Notes |
|---|
| ET* 8/26/2022 15:58 Response to Separate Statement |
| ET* 8/26/2022 15:58 Lodge sealed document, get conforming stamp on ext |
| ET* 8/26/2022 15:58 ra face page if possible and e-mail it to me. Noti |
| ET* 8/26/2022 15:58 ce of Lodging Under Seal included for the clerk's |
| ET* 8/26/2022 15:58 reference. |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

## (213) 623-3979

**Control Number: 2099236**

**eTrac Number: 161231757**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 099374-0163<br>**Entered:** 27-AUG-2022 01:34 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | West District Santa Monica Courthou<br>Filing ID: 6887069<br>22LA01064377, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 27-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 20SMCV01932<br>**Case Name:** NZANIA, LLC, et al.<br>**Name of Docs:**<br>Reply (name extensioMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099466**

**eTrac Number: 161241140**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 099374-0163<br>**Entered:** 29-AUG-2022 12:31 | **Service Type:** FILING SPECIAL<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3500<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | LASC - Santa Monica Courthouse<br>1725 Main Street<br>SANTA MONICA, CA 90401 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 29-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 20SMCV01932<br>**Case Name:** nZania v. B.B. Dakot<br>**Name of Docs:**<br>Response to Separate Statement | Lodge under seal today. Conform extra face page if they will let you and email it to me. Notice of Lodging provided as a reference.<br><br>**Signature:** lodged Dep O |

| **Notes** |
|---|
| ET* 8/29/2022 12:31 Response to Separate Statement |
| ET* 8/29/2022 12:31 Lodge under seal today. Conform extra face page if |
| ET* 8/29/2022 12:31 they will let you and email it to me. Notice of |
| ET* 8/29/2022 12:31 Lodging provided as a reference. |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099469**

**eTrac Number: 161241173**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 099374-0163<br>**Entered:** 29-AUG-2022 12:33 | **Service Type:** CHMBR COPY RUSH<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3500<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | LASC - Santa Monica Courthouse<br>Judge Ford III<br>1725 Main Street<br>Dept O<br>SANTA MONICA, CA SANMON |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 29-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 20SMCV01932<br>**Case Name:** nZania v. B.B. Dakot<br>**Name of Docs:**<br>Response to Separate Statement (2) | Deliver to courtesy copy box by 4:00 p.m.<br><br>**Signature:** Dep o Dropbox |

| Notes |
|---|
| ET* 8/29/2022 12:33 Response to Separate Statement (2) |
| ET* 8/29/2022 12:33 Deliver to courtesy copy box by 4:00 p.m. |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099684**

**eTrac Number: 161245077**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 099374-0163<br>**Entered:** 30-AUG-2022 01:34 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | West District Santa Monica Courthou<br>Filing ID: 6892964<br>22LA01070681, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 30-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 20SMCV01932<br>**Case Name:** NZANIA, LLC, et al.<br>**Name of Docs:**<br>Reply (name extensioMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099685**

**eTrac Number: 161245078**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 099374-0163<br>**Entered:** 30-AUG-2022 01:34 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | West District Santa Monica Courthou<br>Filing ID: 6893490<br>22LA01071184, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 30-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 20SMCV01932<br>**Case Name:** NZANIA, LLC, et al.<br>**Name of Docs:**<br>Notice (name extensiMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2100569**

**eTrac Number: 161265834**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 099374-0163<br>**Entered:** 01-SEP-2022 01:35 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | West District Santa Monica Courthou<br>Filing ID: 6914287<br>22LA01090082, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 01-SEP-2022<br>**Ready Time:** 12:00<br>**Case Number:** 20SMCV01932<br>**Case Name:** NZANIA, LLC, et al.<br>**Name of Docs:**<br>Stipulation and OrdeMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking Shipment Details

*User Name:*
*Company: Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2100570**

**eTrac Number: 161265835**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 099374-0163<br>**Entered:** 01-SEP-2022 01:35 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | West District Santa Monica Courthou<br>Filing ID: 6914159<br>22LA01090036, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 01-SEP-2022<br>**Ready Time:** 12:00<br>**Case Number:** 20SMCV01932<br>**Case Name:** NZANIA, LLC, et al.<br>**Name of Docs:**<br>Motion to Seal (nameMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

## (213) 623-3979

**Control Number: 2099052**

**eTrac Number: 161230000**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 0993974-0163<br>**Entered:** 26-AUG-2022 13:50 | **Service Type:** CHMBR COPY RUSH<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3500<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | LASC - Santa Monica Courthouse<br>Judge Ford III<br>1725 Main Street<br>Dept. O<br>SANTA MONICA, CA SANMON |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 26-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 20SMCV01932<br>**Case Name:** nZania v. B.B. Dakot<br>**Name of Docs:** | Deliver to courtesy copy box outside courtroom by 4:00 p.m.<br>**Signature:** drop box dept. O |

| Notes |
|---|
| ET* 8/26/2022 13:50 Deliver to courtesy copy box outside courtroom by |
| ET* 8/26/2022 13:50 4:00 p.m. |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

## (213) 623-3979

**Control Number: 2099537**

**eTrac Number: 161243484**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** KEVIN LEWMAN<br>**Reference:** 105164-0101<br>**Entered:** 29-AUG-2022 14:55 | **Service Type:** FILE SD<br>**Return Service:** FILE SD |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | OFFICE COUNTY CLERK<br>1 DR CARLTON B GOODLETT PLACE<br>168<br>SAN FRANCISCO, SFO 1 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 29-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** renewal of a Fictiti<br>**Case Name:** ous Business Name St<br>**Name of Docs:**<br>atementMISC=PDF C/C=$3.00 | **Signature:** ISSUED/ADV |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2096352**

**eTrac Number: 161170941**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 108724-0106<br>**Entered:** 19-AUG-2022 01:35 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | Central District Spring Street Cour<br>Filing ID: 6850518<br>22LA01024472, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 19-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** BC702295<br>**Case Name:** STILL WATER LIQUIDAT<br>**Name of Docs:**<br>Initial Status ConfeMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2095278**

**eTrac Number: 161149422**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 112808-01589<br>**Entered:** 16-AUG-2022 14:24 | **Service Type:** DEL. PRIORITY<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>SARA<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-448-1012 | PHILIP HOOFT<br>115 ARDEN ROAD<br>PASADENA, PASADE<br>**Phone:** 310-998-7956 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 16-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 1 BINDER<br>**Case Name:**<br>**Name of Docs:** | **Signature:** philip |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking Shipment Details

*User Name:*
*Company: Foley & Lardner LLP - LA*

**ACE Messenger & Attorney Svc** **(213) 623-3979**

**Control Number: 2097515** **eTrac Number: 161198159**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** KEVIN LEWMAN<br>**Reference:** 112808-0159<br>**Entered:** 23-AUG-2022 10:48 | **Service Type:** DOC. RETRIEVAL SAME DAY<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| RIVERSIDE COUNTY RECORDERS<br>4080 LEMON STREET, 12TH FLR<br>RIVERSIDE, RIVERS | FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 24-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 1. CERTIFIED COPY OF<br>**Case Name:** ATTACHED MECHANICS<br>**Name of Docs:**<br>LIEN 2. CERTIFIED COPY OF ALL FICTITIOUSBUSINESS NAMES FOR JM ENDEAVORS INC WT=30MINS RSRCH TIME | **Signature:** obtained |

| Notes |
|---|
| AG 8/23/2022 17:21 ************************************************************ |
| AG 8/23/2022 17:44 ADVANCE FEE BLANK CHECK/229504 |
| AG 8/24/2022 10:46 BLANK CHECK 229504 ISSUED FOR $10.00 |
| AG 8/24/2022 10:48 ************************************************************ |
| AG 8/24/2022 10:48 OBTAINED CERTIFIED COPIES OF FICTICIOUS NAMES. |
| AG 8/24/2022 10:49 MECHANICS LIEN IS NOT AVAILABLE |

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2091493**

**eTrac Number: 161062474**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** LAURA MOEDANO<br>**Reference:** 115436-0212<br>**Entered:** 04-AUG-2022 12:05 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | THREE RIVERS MEDICAL CENTER<br>RADIOLOGY DEPT<br>500 SW RAMSEY AVE.<br>GRANTS PASS, OR 97527 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 04-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** STK-CV-UAT-2021-0001<br>**Case Name:** 134/REILEY V.SIHAVO<br>**Name of Docs:**<br>DEPO SUBPOENA TO ISSUE DEPO DATE 8/22MISC=9 COPIES @.25 ADVANCE FEES | **Signature:** MICHELLE RINEHART |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2095660**

**eTrac Number: 161158054**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** DAVID MILLER<br>**Reference:** 115436-0212<br>**Entered:** 17-AUG-2022 12:57 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4674 | RALPH KOO MD<br>SAN JOAQUIN GH<br>500 WEST HOSPITAL RD<br>FRENCH CAMP, CA<br>**Phone:** 209-468-6000 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 17-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** STK-CV-UAT-2021-1134<br>**Case Name:** REILEY V SIHAVONG<br>**Name of Docs:**<br>DEPO SUBP FOR APPEAR09-15-22 2:00PMSERVE ASAP!!!! | **Signature:** RENEE OLSON-RISK MANAG |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking Shipment Details

*User Name:*
*Company: Foley & Lardner LLP - LA*

**ACE Messenger & Attorney Svc** **(213) 623-3979**

**Control Number: 2096133** **eTrac Number: 161168655**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** DAVID MILLER<br>**Reference:** 115436-0212<br>**Entered:** 18-AUG-2022 13:45 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | ALISA BUELL<br>1224 HILLMANN LANE<br>WARRENSBURG, MO 64093 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 18-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** STKCVUAT20211134<br>**Case Name:** REILEY V SIHAVONG<br>**Name of Docs:**<br>DEPO SBUP 09/01/22 | **Signature:** ALISA BUELL/PERSONAL |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** Shipment Details

*User Name:*
*Company:* *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099376**

**eTrac Number: 161239371**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** 115436-0219<br>**Entered:** 29-AUG-2022 10:46 | **Service Type:** FILING FAX/PDF<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | MARIN COUNTY SUPERIOR COURT<br>3501 CIVIC CENTER DRIVE<br>SAN RAFAEL, 94903 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 29-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** CIV2103947<br>**Case Name:** HOMEENERGY v TRUST<br>**Name of Docs:**<br>CASE MGMT STMTMISC=PDF C/C=$3.00 TOLL=$7.00 6 COPIES=$1.50 WT=54MINS WAITTIME | **Signature:** FILED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2095423**

**eTrac Number: 161151222**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
| --- | --- |
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** Vivian Hong<br>**Reference:** 115472-0103<br>**Entered:** 17-AUG-2022 01:34 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | North Central District Burbank Cour<br>Filing ID: 6843300<br>22LA01016651, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 17-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 18BBCV00197<br>**Case Name:** ADP, LLC, et al. vs<br>**Name of Docs:**<br>Notice of SettlementMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

| | | |
|---|---|---|
| | | 12/12/2022. (aa) (Entered: 09/13/2022) |
| 09/12/2022 | 249 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Defendants' Statement of Uncontroverted Facts and Conclusions of Law in Support of Summary Judgment and accompanying documents* under seal 243 filed by Defendants Steve Burns, Roger J. Durre, Hong Xin Huan, Dan Zhihong Huang, Christopher Kim, John Lefleur, Lordstown Motors Corp., Darren Post, Steven Punak, Punak Engineering, Inc, Bei Qin, Rich Schmidt. (Attachments: # 1 Unredacted Document, # 2 Unredacted Document, # 3 Unredacted Document, # 4 Unredacted Document, # 5 Unredacted Document, # 6 Unredacted Document, # 7 Unredacted Document, # 8 Unredacted Document, # 9 Unredacted Document, # 10 Unredacted Document, # 11 Unredacted Document, # 12 Unredacted Document, # 13 Unredacted Document, # 14 Unredacted Document, # 15 Unredacted Document, # 16 Unredacted Document, # 17 Unredacted Document, # 18 Unredacted Document, # 19 Unredacted Document, # 20 Unredacted Document, # 21 Unredacted Document, # 22 Unredacted Document, # 23 Unredacted Document, # 24 Unredacted Document, # 25 Unredacted Document, # 26 Unredacted Document, # 27 Unredacted Document, # 28 Unredacted Document, # 29 Unredacted Document, # 30 Unredacted Document, # 31 Unredacted Document, # 32 Unredacted Document, # 33 Unredacted Document, # 34 Unredacted Document, # 35 Unredacted Document, # 36 Unredacted Document, # 37 Unredacted Document, # 38 Unredacted Document, # 39 Unredacted Document, # 40 Unredacted Document, # 41 Unredacted Document, # 42 Unredacted Document, # 43 Unredacted Document, # 44 Unredacted Document, # 45 Unredacted Document, # 46 Unredacted Document, # 47 Unredacted Document, # 48 Unredacted Document, # 49 Unredacted Document, # 50 Unredacted Document, # 51 Unredacted Document, # 52 Unredacted Document, # 53 Unredacted Document, # 54 Unredacted Document, # 55 Unredacted Document, # 56 Unredacted Document, # 57 Unredacted Document, # 58 Unredacted Document, # 59 Unredacted Document, # 60 Unredacted Document, # 61 Unredacted Document, # 62 Unredacted Document, # 63 Unredacted Document, # 64 Unredacted Document, # 65 Unredacted Document, # 66 Unredacted Document, # 67 Unredacted Document, # 68 Unredacted Document, # 69 Unredacted Document, # 70 Unredacted Document, # 71 Unredacted Document, # 72 Unredacted Document, # 73 Unredacted Document, # 74 Unredacted Document, # 75 Unredacted Document, # 76 Unredacted Document, # 77 Unredacted Document, # 78 Unredacted Document, # 79 Unredacted Document, # 80 Unredacted Document, # 81 Unredacted Document, # 82 Unredacted Document, # 83 Unredacted Document, # 84 Unredacted Document, # 85 Unredacted Document, # 86 Unredacted Document, # 87 Unredacted Document, # 88 Unredacted Document, # 89 Unredacted Document, # 90 Unredacted Document, # 91 Unredacted Document, # 92 Unredacted Document, # 93 Unredacted Document, # 94 Unredacted Document, # 95 Unredacted Document, # 96 Unredacted Document, # 97 Unredacted Document, # 98 Unredacted Document, # 99 Unredacted Document, # 100 Unredacted Document, # 101 Unredacted Document, # 102 Unredacted Document, # 103 Unredacted Document, # 104 Unredacted Document, # 105 Unredacted Document, # 106 Unredacted Document, # 107 Unredacted Document, # 108 Unredacted Document, # 109 Unredacted Document, # 110 Unredacted Document)(Lucchesi, Thomas) (Entered: 09/13/2022) |

Shipment Tracking Shipment Details

*User Name:*
*Company: Foley & Lardner LLP - LA*

**ACE Messenger & Attorney Svc** **(213) 623-3979**

**Control Number: 2096351** **eTrac Number: 161170940**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** Vivian Hong<br>**Reference:** 115472-0103<br>**Entered:** 19-AUG-2022 01:34 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | North Central District Burbank Cour<br>Filing ID: 6847330<br>22LA01024474, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 19-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 18BBCV00197<br>**Case Name:** ADP, LLC, et al. vs<br>**Name of Docs:**<br>Exhibit ListMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2096688**

**eTrac Number: 161178627**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** PETER HERRERA<br>**Reference:** 115472-0103<br>**Entered:** 19-AUG-2022 14:47 | **Service Type:** DEL. PRIORITY<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | John Atallah<br>1219 Cordova Ave<br>GLENDALE, GLENDA<br>**Phone:** 714-606-5766 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 19-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 2 BINDERS<br>**Case Name:**<br>**Name of Docs:** | **Signature:** doorstep |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097876**

**eTrac Number: 161203140**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** Vivian Hong<br>**Reference:** 115472-0103<br>**Entered:** 24-AUG-2022 01:34 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | North Central District Burbank Cour<br>Filing ID: 6868996<br>22LA01047280, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 24-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 18BBCV00197<br>**Case Name:** ADP, LLC, et al. vs<br>**Name of Docs:**<br>Notice (name extensiMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2098962**

**eTrac Number: 161228219**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** DEEDEE KREIDER<br>**Reference:** 115472-0103<br>**Entered:** 26-AUG-2022 11:50 | **Service Type:** eService<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | ESERVE |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 26-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 18BBCV00197<br>**Case Name:** ADP V ORNELAS<br>**Name of Docs:**<br>FIFTH AMENDED NOTICE | **Signature:** ESERVED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2098033**

**eTrac Number: 161207564**

Print Form (Select Printable Label)

### Submitter Information

**Account:** 12249
**Name:** FOLEY & LARDNER LLP - LOS ANGELES
**Requested By:** JUANA FUENTES
**Reference:** 121707-0123
**Entered:** 24-AUG-2022 10:16

### Shipping Information

**Service Type:** EFILRSH
**Return Service:** None

### Pick Up From

FOLEY & LARDNER LLP - LOS ANGELES
555 SOUTH FLOWER STREET
3300
LOS ANGELES, DTLA 1
**Phone:** 213-972-4500

### Deliver To

LASC
111 N HILL ST
LOS ANGELES, DTLA 1

### Pickup Details

**Requested Date:** 24-AUG-2022
**Ready Time:** NOW
**Case Number:** 21STCP03871
**Case Name:** FORTIFI V MANCUSO
**Name of Docs:**
NOTICE OF NEW AUTHORITYCTF=CourtTransactionMISC=PDF C/C=$3.00

### Special Instructions

**Signature:** FILED

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking Shipment Details

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2098037**

**eTrac Number: 161207670**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** 121707-0123<br>**Entered:** 24-AUG-2022 10:24 | **Service Type:** PDFCRSH<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | LASC<br>111 N HILL ST<br>DEPT 28<br>LOS ANGELES, DTLA 1 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 24-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 21STCP03871<br>**Case Name:** FORTIFI V MANCUSO<br>**Name of Docs:**<br>NOTICE OF NEW AUTHORITY | **Signature:** CCJ DPT 28 |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097371**

**eTrac Number: 161193263**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 123006-0108<br>**Entered:** 23-AUG-2022 01:35 | **Service Type:** PORFEE<br>**Return Service:** None |

| Pick Up From | Deliver To |
|---|---|
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | Central District Stanley Mosk Court<br>Filing ID: 6866030<br>22LA01040795, |

| Pickup Details | Special Instructions |
|---|---|
| **Requested Date:** 23-AUG-2022<br>**Ready Time:** 12:00<br>**Case Number:** 21STCV46868<br>**Case Name:** TERESA MANDO, et al.<br>**Name of Docs:**<br>Case Management StatMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099852**

**eTrac Number: 161250522**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SANSANEE WELLS<br>**Reference:** 123022-0127<br>**Entered:** 30-AUG-2022 10:59 | **Service Type:** PDFCRSH<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | USDC<br>JUDGE CARNEY<br>411 W.4TH ST<br>SANTA ANA, SANANA |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 30-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 8:22-CV-01169-CJC<br>**Case Name:** ZODEX V PHILIPS<br>**Name of Docs:**<br>NOTICE;STATEMENT;CERTIFICATION | **Signature:** DELIVERED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097061**

**eTrac Number: 161188824**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** 123133-0105<br>**Entered:** 22-AUG-2022 11:50 | **Service Type:** EFIL SD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | RIVERSIDE SUPERIOR<br>4050 MAIN STREET<br>RIVERSIDE, RIVERS |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 22-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** CVRI2000489<br>**Case Name:** CORONA v CORONA COM<br>**Name of Docs:**<br>CIVIL CASE COVER SHEET | **Signature:** REJECTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097062**

**eTrac Number: 161188825**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** 123133-0105<br>**Entered:** 22-AUG-2022 11:52 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | THE HUNN GROUP, LLC, A CALIFORNIA L<br>COGENCY GLOBAL<br>1325 J STREET STE 1550<br>SACRAMENTO, SACRAM |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 22-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** CVRI2000489<br>**Case Name:** CORONA v CORONA COM<br>**Name of Docs:**<br>SUMMONS;CROSS COM;COVER SHEET;ADRFILE POS: 2097061 | **Signature:** REBEKAH DANGELO |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking Shipment Details

*User Name:*
*Company: Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097066**

**eTrac Number: 161188828**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** 123133-0105<br>**Entered:** 22-AUG-2022 11:53 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | JEROME SEELIG<br>4275 BALDWIN AVENUE<br>CULVER CITY, CULCIT |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 22-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** CVRI2000489<br>**Case Name:** CORONA v CORONA COM<br>**Name of Docs:**<br>SUMMONS;CROSS COM;COVER SHEET;ADR*PERSONALLY SERVED* | **Signature:** JEROME SEELIG |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097067**

**eTrac Number: 161188829**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** 123133-0105<br>**Entered:** 22-AUG-2022 11:54 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | Seelig+Cussigh HCO LLC<br>JERRY SEELIG<br>4275 BALDWIN AVENUE<br>CULVER CITY, CULCIT |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 22-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** CVRI2000489<br>**Case Name:** CORONA v CORONA COM<br>**Name of Docs:**<br>SUMMONS;CROSS COM;COVER SHEET; ADR*RELATED TO 2097066 *PERSONALLY SERVED* | **Signature:** JERRY SEELIG |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

**ACE Messenger & Attorney Svc** **(213) 623-3979**

**Control Number: 2099196** **eTrac Number: 161231421**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** CORONA V. CORONA POST<br>**Entered:** 26-AUG-2022 16:53 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | VERSACARE, INC.<br>GKL CORPORATE<br>ONE CAPITOL MALL STE 660<br>SACRAMENTO, SACRAM |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 26-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** CVRI2000489<br>**Case Name:** CORONA V. CORONA<br>**Name of Docs:**<br>SUMMONS & COMPLAINT PACKAGE | **Signature:** BETH BURNS |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099978**

**eTrac Number: 161253596**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** CORONA V. CORONA POST<br>**Entered:** 30-AUG-2022 13:43 | **Service Type:** EFIL SD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | RIVERSIDE SUPERIOR<br>4050 MAIN STREET<br>RIVERSIDE, RIVERS |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 30-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** CVRI2000489<br>**Case Name:** CORONA V. CORONA<br>**Name of Docs:**<br>PROOF OF SERVICECTF=CourtTransactionMISC=PDF C/C=$3.00 | **Signature:** e-file/$6.75 |

| Notes |
|---|
| AG 8/30/2022 15:10 e-file to riv/ctf $6.75 |
| AG 8/30/2022 15:11 filing id 6908148/envelope#22RSCR00196719 |
| AG 8/31/2022 12:49 G/S PDF CONFORMED COPY TO CLIENT |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking Shipment Details

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2100265**

**eTrac Number: 161259711**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** JUANA FUENTES<br>**Reference:** CORONA V. CORONA POST<br>**Entered:** 31-AUG-2022 09:45 | **Service Type:** EFIL SD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | RIVERSIDE SUPERIOR<br>4050 MAIN STREET<br>RIVERSIDE, RIVERS |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 31-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** CVRI2000489<br>**Case Name:** CORONA V. CORONA<br>**Name of Docs:**<br>PROOF OF SERVICE x3CTF=CourtTransactionMISC=PDF C/C=$3.00 | **Signature:** FILED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking Shipment Details

*User Name:*
*Company:* *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2101050**

**eTrac Number: 161276091**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** David Miller<br>**Reference:** 124343-0108<br>**Entered:** 02-SEP-2022 01:35 | **Service Type:** PORFEE<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES, DTLA 1<br>555 S. FLOWER S | Santa Clara ? Civil<br>Filing ID: 6801195<br>9652877, |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 02-SEP-2022<br>**Ready Time:** 12:00<br>**Case Number:** 22CV398878<br>**Case Name:** Zoom Video Communica<br>**Name of Docs:**<br>Answer/Response/DeniMISC. = COURT TRANSACTION FEES | **Signature:** ACCEPTED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099767**

**eTrac Number: 161249267**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 125612-0105<br>**Entered:** 30-AUG-2022 09:40 | **Service Type:** PDFCJSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | RIVERSIDE DISTRICT COURT<br>3470 12TH STREET<br>RIVERSIDE, RIVERS |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 30-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 5:21-CV-00216-JWH-SP<br>**Case Name:** BETTER CARE V GREDAL<br>**Name of Docs:**<br>PLT MTN CMPL-DEC-EX | **Signature:** CCJ/JUDGE PYM |

| Notes |
|---|
| MP 8/30/2022 09:58 COURTESY COPY TO DEPT 3 |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking Shipment Details

*User Name:*
*Company: Foley & Lardner LLP - LA*

**ACE Messenger & Attorney Svc** **(213) 623-3979**

**Control Number: 2096273** **eTrac Number: 161170312**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 125612-0111<br>**Entered:** 18-AUG-2022 16:47 | **Service Type:** PDFCRSH<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | USDC-RIVERSIDE<br>Kenly Kiya Kato<br>3420 12TH STREET<br>3RD FLOOR<br>RIVERSIDE, RIVERS |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 18-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 5:21-cv-00972<br>**Case Name:** SHIJIAZHUANG V WORLD<br>**Name of Docs:**<br>SUPP MEMO; DECL; EXHIBITSDELIVER BEFORE NOON 8/19 MISC=1BLUEBACK=$1.00 1 FSTNR=$1.00 | **Signature:** CCJ DELIVERED |

| Notes |
|---|
| AG 8/18/2022 18:06 MISC 1 BLUEBACK, 1 FASTNER |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097550**

**eTrac Number: 161198768**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 128987-0101<br>**Entered:** 23-AUG-2022 11:23 | **Service Type:** EFIL SD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | TORRANCE SUPERIOR COURT<br>825 MAPLE ST SS<br>TORRANCE, TORRAN |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 23-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 21TRCV00336<br>**Case Name:** US HYBRID V ZHOU<br>**Name of Docs:**<br>POS OF SUMMONSCTF=CourtTransactionMISC=PDF C/C=$3.00 | **Signature:** FILED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097550**

**eTrac Number: 161198768**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 128987-0101<br>**Entered:** 23-AUG-2022 11:23 | **Service Type:** EFIL SD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | TORRANCE SUPERIOR COURT<br>825 MAPLE ST SS<br>TORRANCE, TORRAN |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 23-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 21TRCV00336<br>**Case Name:** US HYBRID V ZHOU<br>**Name of Docs:**<br>POS OF SUMMONSCTF=CourtTransactionMISC=PDF C/C=$3.00 | **Signature:** FILED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2097179**

**eTrac Number: 161191234**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** DEEDEE KREIDER<br>**Reference:** 131439-0101<br>**Entered:** 22-AUG-2022 14:28 | **Service Type:** PDFASAP<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | SEGAL & ASSOCIATES<br>John Kinn<br>400 Capital Mall, Ste. 2550<br>SACRAMENTO, CA 95814 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 22-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 34-2021-00291942<br>**Case Name:** EAST V SEGAL<br>**Name of Docs:**<br>OBJECTIONS | **Signature:** MINDY L |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2096740**

**eTrac Number: 161178976**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 133690-0101<br>**Entered:** 19-AUG-2022 15:27 | **Service Type:** PDFCRSH<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | USDC-OAKLAND<br>JUDGE DONNA M.RY<br>1301 CLAY STREET<br>CRTRM4, 3RD FLR<br>OAKLAND, CA SFO 1 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 19-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 4:22-CV-03460 DMR<br>**Case Name:** SINATRO V. BARILLA<br>**Name of Docs:**<br>DELIVER CHAMBER COPIES TO DONNA M. RYUMISC=5 EXH TABS=$5 1 ENVELOPE=$1.00 1 COPY=$0.25 | **Signature:** DELIVERED |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2095044**

**eTrac Number: 161144469**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SANSANEE WELLS<br>**Reference:** 999100-0100<br>**Entered:** 16-AUG-2022 09:26 | **Service Type:** DEL. PRIORITY<br>**Return Service:** DEL. PRIORITY |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | ASHLEY MCDOW<br>24410 MULHOLLAND HWY<br>CALABASAS, CALABA<br>**Phone:** 818-331-0479 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 16-AUG-2022<br>**Ready Time:** 10:00<br>**Case Number:** Bankers Box<br>**Case Name:**<br>**Name of Docs:** | **Signature:** peter h |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2098654**

**eTrac Number: 161221384**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 999400-6240<br>**Entered:** 25-AUG-2022 15:17 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | AMPAUNCHIT WIWATNIWONG AKA<br>POSEY CHAN<br>529 VINE ST.<br>GLENDALE, GLENDA |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 25-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 199STCV44908<br>**Case Name:** CHAN V. SAPPHAITHOON<br>**Name of Docs:**<br>SUMMONS & COMPLAINT PACKAGEXA=4 ATTEMPTS TOTAL *SUBSERVED MAILING* MISC=44 COPIES @.25 POSTAGE/ENVL $ 5.00 | **Signature:** JANE DOE/MOTHER |

eTrac Order Entry
© 2020 eTrac All rights reserved.

Shipment Tracking **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

**(213) 623-3979**

**Control Number: 2099349**

**eTrac Number: 161238221**

Print Form (Select Printable Label)

| **Submitter Information** | **Shipping Information** |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 999400-6240<br>**Entered:** 29-AUG-2022 09:40 | **Service Type:** EFIL SD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | LASC<br>111 N HILL ST<br>LOS ANGELES, DTLA 1 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 29-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 199STCV44908<br>**Case Name:** CHAN V. SAPPHAITHOON<br>**Name of Docs:**<br>PROOF OF SERVICEMISC=PDF C/C=$3.00 | **Signature:** Filed |

eTrac Order Entry
© 2020 eTrac All rights reserved.

**Shipment Tracking** **Shipment Details**

***User Name:***
***Company:*** *Foley & Lardner LLP - LA*

## ACE Messenger & Attorney Svc

## (213) 623-3979

**Control Number: 2099349**

**eTrac Number: 161238221**

Print Form (Select Printable Label)

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 12249<br>**Name:** FOLEY & LARDNER LLP - LOS ANGELES<br>**Requested By:** SARA VILLAMARIN<br>**Reference:** 999400-6240<br>**Entered:** 29-AUG-2022 09:40 | **Service Type:** EFIL SD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>3300<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-972-4500 | LASC<br>111 N HILL ST<br>LOS ANGELES, DTLA 1 |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 29-AUG-2022<br>**Ready Time:** NOW<br>**Case Number:** 199STCV44908<br>**Case Name:** CHAN V. SAPPHAITHOON<br>**Name of Docs:**<br>PROOF OF SERVICEMISC=PDF C/C=$3.00 | **Signature:** Filed |

eTrac Order Entry
© 2020 eTrac All rights reserved.

# Order Form

***User Name:***
***Company:*** *Yoka / Smith, LLP*

**ACE Messenger & Attorney Svc** **(213) 623-3979**

**Control Number: 2104080** **eTrac Number: 161350118**

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 10729<br>**Name:** YOKA / SMITH, LLP<br>**Requested By:** VALERIE PORRAS<br>**Reference:** IWOV-LEGAL.FID234177<br>**Entered:** 13-SEP-2022 11:19 | **Service Type:** PDF PSD<br>**Return Service:** None |
| **Pick Up From** | **Deliver To** |
| YOKA / SMITH, LLP<br>445 S. FIGUEROA ST.<br>38TH FLOOR<br>LOS ANGELES, DTLA 1<br>**Phone:** 213-427-2300 | Officer D. Kavert #20360<br>CHP<br>841 E. Briar<br>SAN BERNARDINO, SANBER |
| **Pickup Details** | **Special Instructions** |
| **Requested Date:** 13-SEP-2022<br>**Ready Time:** NOW<br>**Case Number:** CVRI2101892<br>**Case Name:** Quintero-V-NUNUA<br>**Name of Docs:**<br>DEPO SUBPOENA SEP 21 | |
| **Driver:** ____________<br>**Date:** ____________<br>**Time:** ____________ | **Received by:**<br>X ____________<br>**Print Name:** ____________ |

eTrac Order Entry
© 2020 eTrac All rights reserved.

# SERVICE OF PROCESS REPORT SHEET

1ST ATTEMPT FOR CONTROL NUMBER: ____________ DATE: ____________ TIME: ____________

DRIVER #: ________ ADDRESS: ________________________________

REPORT: ________________________________

________________________________

________________________________

________________________________

2nd ATTEMPT FOR CONTROL NUMBER: ____________ DATE: ____________ TIME: ____________

DRIVER #: ________ ADDRESS: ________________________________

REPORT: ________________________________

________________________________

________________________________

________________________________

3rd ATTEMPT FOR CONTROL NUMBER: ____________ DATE: ____________ TIME: ____________

DRIVER #: ________ ADDRESS: ________________________________

REPORT: ________________________________

________________________________

________________________________

________________________________

4th ATTEMPT FOR CONTROL NUMBER: ____________ DATE: ____________ TIME: ____________

DRIVER #: ________ ADDRESS: ________________________________

REPORT: ________________________________

________________________________

________________________________

**FINAL STATUS REPORT** ☐ **ADDITIONAL ATTEMPTS ATTACHED** ☐

Physical Description: Race: ____________ Age: ______ Height: ____________ Weight: ____________

Gender: ☐ Female ☐ Male Eyes: ____________ Hair: ____________

Date served: ____________ Time: ____________ Check one: ☐ Served ☐ Sub-served ☐ Not served

Check if Applicable: ☐ Stake-out Date: ____________ Time: ____________ Total Hours: ____________

Person served: ________________________ Title/Relationship: ________________________

Address served: ________________________________

Witness fees Paid: ☐ YES ☐ NO Amount: $ ________ ACE Check #: ____________ Client's ck: ☐ YES ☐ NO

Served By: Driver #: Reg #: County:

**SUBPBP-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Christine De Metruis, Esq. (SBN:203610)<br>Yoka \| Smith, LLP<br>445 S. Figueroa Street, 38th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO.: 213-427-2300 FAX NO. (Optional): 213-427-2330<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Defendant, Nuna Baby Essentials, Inc. | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE COUNTY SUPERIOR COURT**<br>STREET ADDRESS: 4050 Main Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Riverside, CA 92501<br>BRANCH NAME: Riverside Historic Courthouse | |
| PLAINTIFF/PETITIONER: Diego Quintero<br>DEFENDANT/RESPONDENT: Nuna Baby Essentials, Inc. | |
| **DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE** | CASE NUMBER:<br>CVRI2101892 |

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:**
Officer D. Kavert #20360 California Highway Patrol – Riverside Area Office (8118 Lincoln Ave, Riverside, CA 92504; (951) 637-8000

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS in this action at the following date, time, and place:**

| Date: 9/22/2022 | Time: 12:00p.m. | Address: 445 S Figueroa St 38th Floor, Los Angeles, CA 90071 |
|---|---|---|

a. ☐ As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 2. (Code Civ. Proc., § 2025.230.)

b. ☒ This deposition will be recorded stenographically ☐ through the instant visual display of testimony and by ☐ audiotape ☒ videotape.

c. ☒ This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. ☐ If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are as follows:

3. *At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition. Unless the court orders or you agree otherwise, if you are being deposed as an individual, the deposition must take place within 75 miles of your residence or within 150 miles of your residence if the deposition will be taken within the county of the court where the action is pending. The location of the deposition for all deponents is governed by Code of Civil Procedure section 2025.250.*

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: 9/9/2022

Christine De Metruis
(TYPE OR PRINT NAME)

Christine C. De Metruis
(SIGNATURE OF PERSON ISSUING SUBPOENA)

(TITLE)

(Proof of service on reverse)

SUBP-015

| | |
|---|---|
| PLAINTIFF/PETITIONER: Diego Quintero<br>DEFENDANT/RESPONDENT: Nuna Baby Essentials, Inc. | CASE NUMBER:<br>CVRI2101892 |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE

1. I served this *Deposition Subpoena for Personal Appearance* by personally delivering a copy to the person served as follows:
   a. Person served *(name)*:
   b. Address where served:
   c. Date of delivery:
   d. Time of delivery:
   e. Witness fees and mileage both ways *(check one)*:
      (1) ☐ were paid. Amount: . . . . . . . . . . . $ ____________
      (2) ☐ were not paid.
      (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*: . . . . . . . . $ ____________
   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . . . $ ____________
2. I received this subpoena for service on *(date)*:
3. Person serving:
   a. ☐ Not a registered California process server
   b. ☐ California sheriff or marshal
   c. ☐ Registered California process server
   d. ☐ Employee or independent contractor of a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
   f. ☐ Registered professional photocopier
   g. ☐ Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ ______________________________
(SIGNATURE)

**(For California sheriff or marshal use only)**
**I certify** that the foregoing is true and correct.

Date:

▶ ______________________________
(SIGNATURE)

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/19/22<br>eFiling PRIORITY | 2096741 | EFR | Caller: VIVIAN HONG<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>RIC1905767<br>Masters v. Rehabcare<br>OPP;DECL | Ref No.: 026130-0161<br>RIVERSIDE SUP COURT<br>4050 MAIN ST<br>RIVERSIDE<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 52.25<br>CTF : 6.75<br>MISC : 3.00 | 62.00 |
| | | | Total Charges for Ref. - 026130-0161: 62.00 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 2 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/18/22<br>PORTAL FEE | 2096353 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20STCV19891<br>DAVON ALEXANDER OWEN<br>Reply (name extensio<br><br>Ref No.: 043015-0318<br>Central District Stanley Mosk Court<br>Filing ID: 6854719<br>22LA01028482<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| 8/23/22<br>PORTAL FEE | 2098341 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20STCV19891<br>DAVON ALEXANDER OWEN<br>Request for Judicial<br><br>Ref No.: 043015-0318<br>Central District Stanley Mosk Court<br>Filing ID: 6874957<br>22LA01050317<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| | | | Total Charges for Ref. - 043015-0318: 33.80 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/26/22<br>COURT RUN NEXTDAY | 2099153 | CRN | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>20SMCV01932<br>nZania v. B.B. Dakot<br>Response to Separate<br>Statement | Ref No.: 099374-0163<br>LASC - Santa Monica Courthouse<br>1725 Main Street<br>SANTA MONICA<br><br>MISC=PDF C/C=$3.00 | BASE : 18.75<br>MISC : 3.00 | 21.75 |
| 8/25/22<br>PORTAL FEE | 2099236 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20SMCV01932<br>NZANIA, LLC, et al.<br>Reply (name extensio | Ref No.: 099374-0163<br>West District Santa Monica Courthou<br>Filing ID: 6887069<br>22LA01064377<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| 8/29/22<br>SPECIAL FILING | 2099466 | EXC | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>20SMCV01932<br>nZania v. B.B. Dakot<br>Response to Separate<br>Statement | Ref No.: 099374-0163<br>LASC - Santa Monica Courthouse<br>1725 Main Street<br>SANTA MONICA<br><br>MISC=PDF C/C=$3.00 | BASE : 91.75<br>MISC : 3.00<br>FUEL CHRG : 6.88 | 101.63 |
| 8/29/22<br>CHMBR PRIORITY | 2099469 | CCR | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>20SMCV01932<br>nZania v. B.B. Dakot<br>Response to Separate<br>Statement (2) | Ref No.: 099374-0163<br>LASC - Santa Monica Courthouse<br>1725 Main Street<br>SANTA MONICA | BASE : 110.00<br>FUEL CHRG : 8.25 | 118.25 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 4 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/26/22<br>PORTAL FEE | 2099684 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20SMCV01932<br>NZANIA, LLC, et al.<br>Reply (name extensio | Ref No.: 099374-0163<br>West District Santa Monica Courthou<br>Filing ID: 6892964<br>22LA01070681<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| 8/26/22<br>PORTAL FEE | 2099685 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20SMCV01932<br>NZANIA, LLC, et al.<br>Notice (name extensi | Ref No.: 099374-0163<br>West District Santa Monica Courthou<br>Filing ID: 6893490<br>22LA01071184<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| 8/31/22<br>PORTAL FEE | 2100569 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20SMCV01932<br>NZANIA, LLC, et al.<br>Stipulation and Orde | Ref No.: 099374-0163<br>West District Santa Monica Courthou<br>Filing ID: 6914287<br>22LA01090082<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>ADVANCE : 20.00<br>MISC. : 7.15 | 36.90 |
| 8/31/22<br>PORTAL FEE | 2100570 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20SMCV01932<br>NZANIA, LLC, et al.<br>Motion to Seal (name | Ref No.: 099374-0163<br>West District Santa Monica Courthou<br>Filing ID: 6914159<br>22LA01090036<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |

Total Charges for Ref. - 099374-0163: 346.13

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 5 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/26/22<br>CHMBR PRIORITY | 2099052 | CCR | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>20SMCV01932<br>nZania v. B.B. Dakot<br><br>Ref No.: 0993974-0163<br>LASC - Santa Monica Courthouse<br>1725 Main Street<br>SANTA MONICA | BASE : 110.00<br>FUEL CHRG : 8.25 | 118.25 |

Total Charges for Ref. - 0993974-0163: 118.25

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/29/22<br>FILE SAME DAY | 2099537 | FSD<br>FSD | Caller: KEVIN LEWMAN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>renewal of a Fictiti<br>ous Business Name St<br>atement | Ref No.: 105164-0101<br>OFFICE COUNTY CLERK<br>1 DR CARLTON B GOODLETT PLACE<br>SAN FRANCISCO<br><br>MISC=PDF C/C=$3.00 | BASE : 155.00<br>RETURN : 77.50<br>ADVANCE : 105.00<br>MISC : 3.00<br><br>FUEL CHRG : 17.44 | 357.94 |
| | | | Total Charges for Ref. - 105164-0101: 357.94 | | | |

INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 7 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/17/22<br>PORTAL FEE | 2096352 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>BC702295<br>STILL WATER LIQUIDAT<br>Initial Status Confe | Ref No.: 108724-0106<br>Central District Spring Street Cour<br>Filing ID: 6850518<br>22LA01024472<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| | | | Total Charges for Ref. - 108724-0106: 16.90 | | | |

INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 8 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/16/22<br>DEL PRIORITY | 2095278 | ASP | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>1 BINDER<br><br>Ref No.: 112808-01589<br>PHILIP HOOFT<br>115 ARDEN ROAD<br>PASADENA<br><br>Total Charges for Ref. - 112808-01589: 62.35 | BASE : 58.00<br>FUEL CHRG : 4.35 | 62.35 |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 9 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/23/22<br>RESEARCH SD | 2097515 | RES | Caller: KEVIN LEWMAN<br>RIVERSIDE COUNTY RECORDERS<br>4080 LEMON STREET, 12TH FLR<br>RIVERSIDE<br><br>1. CERTIFIED COPY OF ATTACHED MECHANICS LIEN 2. CERTIFIED COPY OF ALL FICTITIOUS<br><br>Ref No.: 112808-0159<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>BUSINESS NAMES FOR JM ENDEAVORS INC<br>WT=30MINS RSRCH TIME | BASE : 110.00<br>WAIT/RSRCH: 22.50<br>ADVANCE : 10.00<br>FUEL CHRG : 8.25 | 150.75 |

Total Charges for Ref. - 112808-0159: 150.75

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 10 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/04/22<br>PDF PROCESS PRIORITY | 2091493 | PSD | Caller: LAURA MOEDANO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>STK-CV-UAT-2021-0001<br>134/REILEY V.SIHAVO<br>DEPO SUBPOENA TO ISS<br>UE DEPO DATE 8/22 | Ref No.: 115436-0212<br>THREE RIVERS MEDICAL CENTER<br>500 SW RAMSEY AVE.<br>GRANTS PASS<br><br>MISC=9 COPIES @.25<br>ADVANCE FEES | BASE : 286.50<br>ADVANCE : 20.00<br>MISC. : 2.25 | 308.75 |
| 8/17/22<br>PDF PROCESS PRIORITY | 2095660 | PSD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>STK-CV-UAT-2021-1134<br>REILEY V SIHAVONG<br>DEPO SUBP FOR APPEAR<br>09-15-22 2:00PM | Ref No.: 115436-0212<br>RALPH KOO MD<br>500 WEST HOSPITAL RD<br>FRENCH CAMP<br><br>SERVE ASAP!!!! | BASE : 166.75<br>FUEL CHRG : 12.51 | 179.26 |
| 8/17/22<br>SPECIAL eFILING | 2095679 | EXE | Caller: LAURA MOEDANO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>STK-CV-UAT-2021-0001<br>REILEY V SIHAVONG<br>OOSSUB - OR | Ref No.: 115436-0212<br>JACKSON COUNTY CIRCUIT COURTHOUSE<br>100 S. OAKDALE<br>MEDFORD<br><br>MISC=PDF C/C=$3.00 | BASE : 78.25<br>MISC : 3.00 | 81.25 |
| 8/18/22<br>PDF PROCESS PRIORITY | 2096133 | PSD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>STKCVUAT20211134<br>REILEY V SIHAVONG<br>DEPO SBUP 09/01/22 | Ref No.: 115436-0212<br>ALISA BUELL<br>1224 HILLMANN LANE<br>WARRENSBURG<br><br>*PERSONALLY SERVED* | BASE : 286.50 | 286.50 |

Total Charges for Ref. - 115436-0212: 855.76

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/29/22<br>PDFFILE SD | 2099376 | FSD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CIV2103947<br>HOMEENERGY v TRUST<br>CASE MGMT STMT | Ref No.: 115436-0219<br>MARIN COUNTY SUPERIOR COURT<br>3501 CIVIC CENTER DRIVE<br>SAN RAFAEL<br><br>MISC=PDF C/C=$3.00<br>TOLL=$7.00<br>6 COPIES=$1.50<br>WT=54MINS WAITTIME | BASE : 83.50<br>WAIT/RSRCH: 18.00<br>MISC : 11.50<br>FUEL CHRG : 6.26 | 119.26 |

Total Charges for Ref. - 115436-0219: 119.26

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 12 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/16/22<br>PORTAL FEE | 2095423 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>18BBCV00197<br>ADP, LLC, et al. vs<br>Notice of Settlement | Ref No.: 115472-0103<br>North Central District Burbank Cour<br>Filing ID: 6843300<br>22LA01016651<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| 8/17/22<br>PORTAL FEE | 2096351 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>18BBCV00197<br>ADP, LLC, et al. vs<br>Exhibit List | Ref No.: 115472-0103<br>North Central District Burbank Cour<br>Filing ID: 6847330<br>22LA01024474<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| 8/19/22<br>DEL PRIORITY | 2096688 | ASP | Caller: PETER HERRERA<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2 BINDERS | Ref No.: 115472-0103<br>John Atallah<br>1219 Cordova Ave<br>GLENDALE | BASE : 48.25<br>FUEL CHRG : 3.62 | 51.87 |
| 8/23/22<br>PORTAL FEE | 2097876 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>18BBCV00197<br>ADP, LLC, et al. vs<br>Notice (name extensi | Ref No.: 115472-0103<br>North Central District Burbank Cour<br>Filing ID: 6868996<br>22LA01047280<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| 8/26/22<br>eSERVICE | 2098962 | ES | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>18BBCV00197<br>ADP V ORNELAS<br>FIFTH AMENDED NOTICE | Ref No.: 115472-0103<br>ESERVE | BASE : 43.00 | 43.00 |

Total Charges for Ref. - 115472-0103: 145.57

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 13 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/24/22<br>eFiling PRIORITY | 2098033 | EFR | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>21STCP03871<br>FORTIFI V MANCUSO<br>NOTICE OF NEW AUTHOR<br>ITY | Ref No.: 121707-0123<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 52.25<br>CTF : 7.15<br>MISC : 3.00 | 62.40 |
| 8/24/22<br>PDF CHAMBER'S COPY RUSH | 2098037 | CRS | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>21STCP03871<br>FORTIFI V MANCUSO<br>NOTICE OF NEW AUTHOR<br>ITY | Ref No.: 121707-0123<br>LASC<br>111 N HILL ST<br>LOS ANGELES | BASE : 80.25<br>FUEL CHRG : 6.02 | 86.27 |
| | | | Total Charges for Ref. - 121707-0123: 148.67 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 14 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/22/22<br>PORTAL FEE | 2097371 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>21STCV46868<br>TERESA MANDO, et al.<br>Case Management Stat<br><br>Ref No.: 123006-0108<br>Central District Stanley Mosk Court<br>Filing ID: 6866030<br>22LA01040795<br><br>MISC. = COURT<br>TRANSACTION FEES<br><br>Total Charges for Ref. - 123006-0108: 16.90 | BASE : 9.75<br>MISC. : 7.15 | 16.90 |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 15 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/30/22<br>PDF CHAMBER'S COPY RUSH | 2099852 | CRS | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>8:22-CV-01169-CJC<br>ZODEX V PHILIPS<br>NOTICE;STATEMENT;CER<br>TIFICATION<br><br>Ref No.: 123022-0127<br>USDC<br>411 W.4TH ST<br>SANTA ANA<br><br>Total Charges for Ref. - 123022-0127: 86.27 | BASE : 80.25<br>FUEL CHRG : 6.02 | 86.27 |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 16 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/22/22<br>eFILING | 2097061 | ESD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA v CORONA COM<br>CIVIL CASE COVER SHE<br>ET | Ref No.: 123133-0105<br>RIVERSIDE SUPERIOR<br>4050 MAIN STREET<br>RIVERSIDE | BASE : 29.00 | 29.00 |
| 8/22/22<br>PDF PROCESS PRIORITY | 2097062 | PSD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA v CORONA COM<br>SUMMONS;CROSS COM;CO<br>VER SHEET;ADR | Ref No.: 123133-0105<br>THE HUNN GROUP, LLC, A CALIFORNIA L<br>1325 J STREET STE 1550<br>SACRAMENTO<br><br>FILE POS: 2097061 | BASE : 123.75<br>PDF PAGES : 113.25<br>FUEL CHRG : 9.28 | 246.28 |
| 8/22/22<br>PDF PROCESS PRIORITY | 2097066 | PSD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA v CORONA COM<br>SUMMONS;CROSS COM;CO<br>VER SHEET;ADR | Ref No.: 123133-0105<br>JEROME SEELIG<br>4275 BALDWIN AVENUE<br>CULVER CITY<br><br>*PERSONALLY SERVED* | BASE : 126.25<br>PDF PAGES : 149.25<br>FUEL CHRG : 9.47 | 284.97 |
| 8/22/22<br>PDF PROCESS PRIORITY | 2097067 | PSD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA v CORONA COM<br>SUMMONS;CROSS COM;CO<br>VER SHEET; ADR | Ref No.: 123133-0105<br>Seelig+Cussigh HCO LLC<br>4275 BALDWIN AVENUE<br>CULVER CITY<br><br>*RELATED TO 2097066<br><br>*PERSONALLY SERVED* | BASE : 40.00<br>PDF PAGES : 149.25 | 189.25 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 17 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/26/22<br>PDF PROCESS | 2099196<br>PRIORITY | PSD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA V. CORONA<br>SUMMONS & COMPLAINT<br>PACKAGE | Ref No.: 123133-0105<br>VERSACARE, INC.<br>ONE CAPITOL MALL STE 660<br>SACRAMENTO | BASE : 123.75<br>PDF PAGES : 113.25<br>FUEL CHRG : 9.28 | 246.28 |
| 8/30/22<br>eFILING | 2099978 | ESD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA V. CORONA<br>PROOF OF SERVICE | Ref No.: 123133-0105<br>RIVERSIDE SUPERIOR<br>4050 MAIN STREET<br>RIVERSIDE<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 29.00<br>CTF : 6.75<br>MISC : 3.00 | 38.75 |
| 8/31/22<br>eFILING | 2100265 | ESD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA V. CORONA<br>PROOF OF SERVICE x3 | Ref No.: 123133-0105<br>RIVERSIDE SUPERIOR<br>4050 MAIN STREET<br>RIVERSIDE<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 29.00<br>CTF : 6.75<br>MISC : 3.00 | 38.75 |

Total Charges for Ref. - 123133-0105: 1,073.28

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 18 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/08/22<br>PORTAL FEE | 2101050 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>22CV398878<br>Zoom Video Communica<br>Answer/Response/Deni | Ref No.: 124343-0108<br>Santa Clara ? Civil<br>Filing ID: 6801195<br>9652877<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 5.80 | 15.55 |
| | | | Total Charges for Ref. - 124343-0108: 15.55 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 19 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/30/22<br>PDF CHAMBER'S COPY SAMEDY | 2099767 | CSD | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>Ref No.: 125612-0105<br>RIVERSIDE DISTRICT COURT<br>3470 12TH STREET<br>RIVERSIDE<br><br>5:21-CV-00216-JWH-SP<br>BETTER CARE V GREDAL<br>PLT MTN CMPL-DEC-EX<br><br>Total Charges for Ref. - 125612-0105: 53.21 | BASE : 49.50<br>FUEL CHRG : 3.71 | 53.21 |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 20 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/18/22<br>PDF CHAMBER'S COPY RUSH | 2096273 | CRS | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>5:21-cv-00972<br>SHIJIAZHUANG V WORLD<br>SUPP MEMO; DECL; EXH<br>IBITS | Ref No.: 125612-0111<br>USDC-RIVERSIDE<br>3420 12TH STREET<br>RIVERSIDE<br><br>DELIVER BEFORE NOON<br>8/19<br>MISC=1BLUEBACK=$1.00<br>1 FSTNR=$1.00 | BASE : 80.25<br>PDF PAGES : 57.75<br>MISC : 2.00<br>FUEL CHRG : 6.02 | 146.02 |

Total Charges for Ref. - 125612-0111: 146.02

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 21 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/23/22<br>eFILING | 2097550 | ESD | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>21TRCV00336<br>US HYBRID V ZHOU<br>POS OF SUMMONS<br><br>Ref No.: 128987-0101<br>TORRANCE SUPERIOR COURT<br>825 MAPLE ST SS<br>TORRANCE<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 29.00<br>CTF : 7.15<br>MISC : 3.00 | 39.15 |
| | | | Total Charges for Ref. - 128987-0101: 39.15 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 22 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/22/22<br>PDF MESSENGER ASAP | 2097179 | PAP | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>34-2021-00291942<br>EAST V SEGAL<br>OBJECTIONS<br><br>Ref No.: 131439-0101<br>SEGAL & ASSOCIATES<br>400 Capital Mall, Ste. 2550<br>SACRAMENTO<br><br>Total Charges for Ref. - 131439-0101: 99.44 | BASE : 92.50<br>FUEL CHRG : 6.94 | 99.44 |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 23 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/19/22<br>PDF CHAMBER'S COPY RUSH | 2096740 | CRS | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>4:22-CV-03460 DMR<br>SINATRO V. BARILLA<br>DELIVER CHAMBER COPI<br>ES TO DONNA M. RYU | Ref No.: 133690-0101<br>USDC-OAKLAND<br>1301 CLAY STREET<br>OAKLAND<br><br>MISC=5 EXH TABS=$5<br>1 ENVELOPE=$1.00<br>1 COPY=$0.25 | BASE : 102.75<br>PDF PAGES : 35.25<br>MISC : 6.25<br>FUEL CHRG : 7.71 | 151.96 |

Total Charges for Ref. - 133690-0101: 151.96

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 24 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/16/22 | 2095044 | ASP | Caller: SANSANEE WELLS | Ref No.: 999100-0100 | BASE : 118.25 | |
| | | ASP | FOLEY & LARDNER LLP - LOS ANGELES | ASHLEY MCDOW | RETURN : 59.25 | |
| DEL PRIORITY | | | 555 SOUTH FLOWER STREET | 24410 MULHOLLAND HWY | WAIT/RSRCH: 15.00 | |
| | | | LOS ANGELES | CALABASAS | FUEL CHRG : 13.31 | 205.81 |
| | | | Bankers Box | | | |
| | | | Total Charges for Ref. - 999100-0100: 205.81 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 25 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/25/22<br>PDF PROCESS PRIORITY | 2098654 | PSD | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>199STCV44908<br>CHAN V. SAPPHAITHOON<br>SUMMONS & COMPLAINT<br>PACKAGE | Ref No.: 999400-6240<br>AMPAUNCHIT WIWATNIWONG AKA<br>529 VINE ST.<br>GLENDALE<br><br>XA=4 ATTEMPTS TOTAL<br>*SUBSERVED MAILING*<br>MISC=44 COPIES @.25<br>POSTAGE/ENVL $ 5.00 | BASE : 101.75<br>PDF PAGES : 18.00<br>XA-ATTEMPT: 101.75<br>MISC. : 16.00<br>FUEL CHRG : 15.26 | 252.76 |
| 8/29/22<br>eFILING | 2099349 | ESD | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>199STCV44908<br>CHAN V. SAPPHAITHOON<br>PROOF OF SERVICE | Ref No.: 999400-6240<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>MISC=PDF C/C=$3.00 | BASE : 29.00<br>MISC : 3.00 | 32.00 |

Total Charges for Ref. - 999400-6240: 284.76

*** REPRINT *** Total 4,589.73

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 476418 | 12249 |
| Invc Date | Total Due |
| 9/12/22 | 4,589.73 |
| Current | Over 30 Days |
| 4,589.73 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 476418 | 8/31/22 | 4,589.73 | 26 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|

| Reference | Description | Orders | Total Amt |
|---|---|---|---|
| 026130-0161 | | 1 | 62.00 |
| 043015-0318 | | 2 | 33.80 |
| 099374-0163 | | 8 | 346.13 |
| 0993974-0163 | | 1 | 118.25 |
| 105164-0101 | | 1 | 357.94 |
| 108724-0106 | | 1 | 16.90 |
| 112808-01589 | | 1 | 62.35 |
| 112808-0159 | | 1 | 150.75 |
| 115436-0212 | | 4 | 855.76 |
| 115436-0219 | | 1 | 119.26 |
| 115472-0103 | | 5 | 145.57 |
| 121707-0123 | | 2 | 148.67 |
| 123006-0108 | | 1 | 16.90 |
| 123022-0127 | | 1 | 86.27 |
| 123133-0105 | | 7 | 1,073.28 |
| 124343-0108 | | 1 | 15.55 |
| 125612-0105 | | 1 | 53.21 |
| 125612-0111 | | 1 | 146.02 |
| 128987-0101 | | 1 | 39.15 |
| 131439-0101 | | 1 | 99.44 |
| 133690-0101 | | 1 | 151.96 |
| 999100-0100 | | 1 | 205.81 |
| 999400-6240 | | 2 | 284.76 |
| | Reference Totals : | 46 | 4,589.73 |
| | Total Amount Due: | 46 | 4,589.73 |

*** REPRINT ***

INVOICE PAYMENT DUE UPON RECEIPT

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/21/22<br>DEL PRIORITY | 2106936 | ASP | Caller: PETER HERRERA<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CALL KALEB ON ARRIVA<br>L | Ref No.: 055555-1292<br>KALEB BERHE<br>1226 N MARIPOSA AVE<br>HOLLYWOOD | BASE : 34.25<br>FUEL CHRG : 2.57 | 36.82 |
| | | | Total Charges for Ref. - 055555-1292: 36.82 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P. O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 9/13/22<br>PDF PROCESS PRIORITY | 2104358 | PSD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>37-2022-00035324<br>SYMBIENT V PROTOSHOP<br>COMPLAINT PACKET | Ref No.: 062389-0218<br>Dylann Ceriani<br>11685 Negley Dr.<br>SAN DIEGO<br><br>*MAILED COPIES*<br>MISC=27 COPIES @.25<br>POSTAGE/ENVL $ 4.00 | BASE :<br>PDF PAGES :<br>MISC. :<br>FUEL CHRG : | 128.50<br>5.25<br>10.75<br>9.64 | 154.14 |
| 9/13/22<br>PDF PROCESS PRIORITY | 2104359 | PSD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>37-2022-00035324<br>SYMBIENT V PROTOSHOP<br>COMPLAINT PACKET | Ref No.: 062389-0218<br>Jimmy Isaacs<br>627 Boysenberry Way<br>OCEANSIDE<br><br>XA=6 ATTEMPTS TOTAL<br>*MAILED COPIES*<br>MISC=27 COPIES @.25<br>POSTAGE/ENVL $ 6.00 | BASE :<br>PDF PAGES :<br>XA-ATTEMPT:<br>MISC. :<br><br>FUEL CHRG : | 192.00<br>5.25<br>192.00<br>12.75<br><br>28.80 | 430.80 |

Total Charges for Ref. - 062389-0218: 584.94

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 3 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 9/20/22<br>CHMBR COPY | 2106551<br>SD | CCJ | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>Ref No.: 110332-0140<br>USDC United States Courthouse<br>350 West 1st St.<br>LOS ANGELES<br><br>2:22-cv-04408<br>Gardner Denver v Acc<br><br>Total Charges for Ref. - 110332-0140: 16.39 | BASE : 15.25<br>FUEL CHRG : 1.14 | 16.39 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 4 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 9/22/22 | 2107587 | CRS | Caller: JESSICA WALKER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2:22-CV-04408<br>GARDNER V ACCURATE<br>REVISED JOINT REPORT<br>;DECL X2 | Ref No.: 110332/0140<br>USDC-FIRST STREET<br>350 West 1st Street<br>LOS ANGELES<br><br>MISC=4EXH TABS=$4.00<br>3 BLUEBACKS=$3.00 | BASE :<br>PDF PAGES :<br>MISC :<br>FUEL CHRG : | 80.25<br>51.00<br>7.00<br>6.02 | 144.27 |
| PDF CHAMBER'S COPY RUSH | | | | | | | |
| | | | Total Charges for Ref. - 110332/0140: 144.27 | | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 5 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/08/22 SPECIAL RESEARCH | 2092386 | EXR | Caller: LAURA MOEDANO<br>JOSEPHINE COUNTY DISTRICT COURT<br>500 NW 6th St Ste 16<br>GRANTS PASS<br><br>PICK UP FROM CLERK<br>RE: THREE RIVERS MED<br>SUBPOENA | Ref No.: 115436-0212<br>ACE LEGAL<br>811 WILSHIRE BLVD.<br>LOS ANGELES | BASE : 286.50 | 286.50 |
| 8/17/22 SPECIAL RESEARCH | 2095678 | EXR | Caller: LAURA MOEDANO<br>JACKSON COUNTY CIRCUIT COURTHOUSE<br>100 S. OAKDALE<br>MEDFORD<br><br>STK-CV-UAT-2021-0001<br>REILEY V SIHAVONG<br>OOSSUB - OR | Ref No.: 115436-0212<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES | BASE : 286.50 | 286.50 |

Total Charges for Ref. - 115436-0212: 573.00

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/16/22<br>PORTAL FEE | 2105853 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>18BBCV00197<br>ADP, LLC, et al. vs<br>Notice of Ruling | Ref No.: 115472-0103<br>North Central District Burbank Cour<br>Filing ID: 6983518<br>22LA01164142<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>MISC. : 7.15 | 16.90 |
| 9/21/22<br>eSERVICE | 2106987 | ES | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>18BBCV00197<br>ADP v Ornelas<br>civil subp x4 | Ref No.: 115472-0103<br>eserve | BASE : 43.00 | 43.00 |
| 9/21/22<br>eSERVICE | 2107036 | ES | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>18BBCV00197<br>ADP v Ornelas<br>notice to appear x13 | Ref No.: 115472-0103<br>eserve | BASE : 43.00 | 43.00 |
| 9/23/22<br>eSERVICE | 2107848 | ES | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>18BBCV00197<br>ADP V ORNELAS<br>6TH AMENDED NOTICE<br>DEPO | Ref No.: 115472-0103<br>eserve | BASE : 43.00 | 43.00 |
| 9/23/22<br>eSERVICE | 2108291 | ES | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>18BBCV00197<br>ADP V ORNELAS<br>6TH AMENDED NOTICE<br>DEPO | Ref No.: 115472-0103<br>eserve | BASE : 43.00 | 43.00 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 7 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 9/27/22<br>PDF CHAMBER'S COPY RUSH | 2108998 | CRS | Caller: VIVIAN HONG<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>18BBCV00197<br>ADP v ORNELAS<br>MSC STATEMENT | Ref No.: 115472-0103<br>BURBANK SUPERIOR COURT<br>300 E. OLIVE AVENUE<br>BURBANK<br><br>DELIVER ASAP<br>drop in drop box | BASE :<br>FUEL CHRG : | 101.25<br>7.59 | 108.84 |
| 9/27/22<br>PORTAL FEE | 2109283 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>18BBCV00197<br>ADP, LLC, et al. vs<br>Status Conference St | Ref No.: 115472-0103<br>North Central District Burbank Cour<br>Filing ID: 7025389<br>22LA01207852<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE :<br>MISC. : | 9.75<br>7.15 | 16.90 |
| 9/28/22<br>PORTAL FEE | 2109750 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>18BBCV00197<br>ADP, LLC, et al. vs<br>Notice of Ruling | Ref No.: 115472-0103<br>North Central District Burbank Cour<br>Filing ID: 7031751<br>22LA01214115<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE :<br>MISC. : | 9.75<br>7.15 | 16.90 |
| 9/30/22<br>PORTAL FEE | 2110792 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>18BBCV00197<br>ADP, LLC, et al. vs<br>Notice of Settlement | Ref No.: 115472-0103<br>North Central District Burbank Cour<br>Filing ID: 7043744<br>22LA01230730<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE :<br>MISC. : | 9.75<br>7.15 | 16.90 |

Total Charges for Ref. - 115472-0103: 348.44

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 8 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/16/22 | 2105414 | CSD | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>:22-cv-00117-TWR<br>JAMIESON V HOVEN<br>2ND SUPPLMT DEC<br>& REPLY | Ref No.: 120720-0105<br>USDC<br>333 W. BROADWAY STREET<br>SAN DIEGO | BASE : 49.50<br>FUEL CHRG : 3.71 | 53.21 |
| PDF CHAMBER'S COPY SAMEDY | | | | | | |

Total Charges for Ref. - 120720-0105: 53.21

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 9 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/21/22<br>PDFFILE SD | 2106928 | FSD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2:22-cv-03421-SSS<br>ALL AMERICAN V BEECA<br>N HEALTH<br>MTN, PO | Ref No.: 123133-0116<br>RIVERSIDE DISTRICT COURT<br>3470 12TH STREET<br>RIVERSIDE<br><br>MISC=PDF C/C=$3.00<br>1 BLUEBACK=$1.00 | BASE : 49.50<br>PDF PAGES : 9.75<br>MISC : 4.00<br>FUEL CHRG : 3.71 | 66.96 |
| 9/26/22<br>PDF CHAMBER'S COPY SAMEDY | 2108480 | CSD | Caller: JUANA FUENTES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2:22-cv-03421<br>ALL AMER. V BEECAN<br>OPPOSITION<br>COURTESY COPY | Ref No.: 123133-0116<br>USDC-RIVERSIDE<br>3470 TWELFTH STREET<br>RIVERSIDE<br><br>MISC=1 BLUEBACK | BASE : 49.50<br>MISC : 1.00<br>FUEL CHRG : 3.71 | 54.21 |

Total Charges for Ref. - 123133-0116: 121.17

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 10 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/22/22 eFILING | 2107317 | ESD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>22CV398878<br>ZOOM V UNDERWRITERS<br>NOTICE | Ref No.: 124343-0108<br>SANTA CLARA SUPERIOR<br>270 GRANT AVE.<br>PALO ALTO<br><br>2.ENV#10035787<br>XA=2ND RESUB TO CRT<br>MSC=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 29.00<br>XA-ATTEMPT: 29.00<br>MISC : 8.80 | 66.80 |
| 9/22/22 eSERVICE | 2107318 | ES | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>22CV398878<br>ZOOM V UNDERWRITERS<br>E-SERVE 12 ADDRESSES | Ref No.: 124343-0108<br>SANTA CLARA COUNTY SUPERIOR COURT<br>170 PARK CENTER PLAZA<br>SAN JOSE | BASE : 43.00 | 43.00 |

Total Charges for Ref. - 124343-0108: 109.80

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/21/22 | 2106848 | CRS | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>5:21-cv-00972<br>SHIJIAZHUANG V WORLD<br>MOTION FOR REVIEW;OR<br>DER;OBJECT;DECL | Ref No.: 125612-0111<br>USDC-SANTA ANA<br>411 WEST 4TH STREET<br>SANTA ANA<br><br>deliver before noon<br><br>MISC=1 EXHIBIT TAB | BASE : 80.25<br>PDF PAGES : 2.25<br>MISC : 1.00<br>FUEL CHRG : 6.02 | 89.52 |
| PDF CHAMBER'S COPY RUSH | | | | | | |

Total Charges for Ref. - 125612-0111: 89.52

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 12 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/30/22<br>PORTAL FEE | 2111271 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>C22-01745<br>Anthony Astonevs.Glo<br>Motion Filed To/For | Ref No.: 126093-0102<br>Contra Costa Civil - Martinez<br>Filing ID: 7043009<br>10102358<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 9.75<br>ADVANCE : 435.00<br>MISC. : 3.75 | 448.50 |

Total Charges for Ref. - 126093-0102: 448.50

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 13 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/26/22<br>eFILING | 2108756 | ESD | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>22STCV29449<br>ZURU V BAY CITIES<br>PROOF OF SERVICE | Ref No.: 126815-0102<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 29.00<br>CTF : 7.15<br>MISC : 3.00 | 39.15 |
| | | | Total Charges for Ref. - 126815-0102: 39.15 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 14 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/28/22<br>DEL PRIORITY | 2109657 | ASP | Caller: PETER HERRERA<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>PU BANKR BOX CONTAIN ING BINDERS. IT IS R EADY NOW. DELIVR FAS TEST POSSIBLE | Ref No.: 126878-0104<br>ANUM AMIN<br>5144 BLUEBELL AVE.<br>VALLEY VILLAGE<br><br>CALL ANUM UPON ARRIV AL TO LET HER KNOW T H BINDERS ARE THERE. | BASE : 65.50<br>FUEL CHRG : 4.91 | 70.41 |
| | | | Total Charges for Ref. - 126878-0104: 70.41 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 15 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 9/19/22<br>PORTAL FEE | 2106748 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>22CV007311<br>SUMMIT ELECTRIC SUPP<br>Case Management Stat<br><br>Ref No.: 129015-0104<br>Alameda Superior Court Hayward Hall<br>Filing ID: 6989841<br>22AA00118197<br><br>MISC. = COURT<br>TRANSACTION FEES<br><br>Total Charges for Ref. - 129015-0104: 19.65 | BASE : 9.75<br>MISC. : 9.90 | 19.65 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 16 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 9/23/22 | 2108204 | CRS | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>4:22-CV-03460<br>SINATRO v BARILLA<br>REPLY X2 | Ref No.: 133690-0101<br>USDC-OAKLAND<br>1301 CLAY STREET<br>OAKLAND<br><br>MISC=1 COPY=$0.25<br>1 ENVELOPE=$1.00 | BASE :<br>PDF PAGES :<br>MISC :<br>FUEL CHRG : | 102.75<br>3.75<br>1.25<br>7.71 | 115.46 |
| PDF CHAMBER'S COPY RUSH | | | | | | | |

Total Charges for Ref. - 133690-0101: 115.46

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 17 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/21/22<br>PDFFILEPRIORITY | 2107085 | FLR | Caller: Autumn McIntosh<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>210902187<br>NORTH V ZIONS<br>OOSSUB - UT to WA | Ref No.: 21090-2187<br>LINCOLN COUNTY COURTHOUSE<br>450 LOGAN STREET<br>DAVENPORT<br><br>MISC=FEDEX=$52.00<br>4 EXH TABS=$4.00<br>58 COPIES=$14.50 | BASE : 175.00<br>PDF PAGES : 6.75<br>ADVANCE : 260.00<br>MISC : 70.50 | 512.25 |
| 9/21/22<br>PDF PROCESS PRIORITY | 2107086 | PSD | Caller: Autumn McIntosh<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>210902187<br>NORTH V ZIONS<br>OOSSUB - UT to WA | Ref No.: 21090-2187<br>Robert Townsend<br>41840 PORCUPINE BAY RD N<br>DAVENPORT<br><br>DEPO DATE: 10.21.22<br>MISC=FEDEX | BASE : 286.50<br>PDF PAGES : 6.75<br>MISC. : 47.25 | 340.50 |
| 9/21/22<br>PDFFILEPRIORITY | 2107087 | FLR | Caller: Autumn McIntosh<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>210902187<br>NORTH V ZIONS<br>OOSSUB - UT to WA | Ref No.: 21090-2187<br>LINCOLN COUNTY CLERK<br>450 LOGAN STREET<br>DAVENPORT<br><br>MISC=PDF C/C=$3.00<br>58 COPIES=$14.50<br>4 EXH TABS=$4.00 | BASE : 175.00<br>PDF PAGES : 6.75<br>ADVANCE : 260.00<br>MISC : 21.50 | 463.25 |
| 9/21/22<br>PDF PROCESS PRIORITY | 2107088 | PSD | Caller: Autumn McIntosh<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>210902187<br>NORTH V ZIONS<br>OOSSUB - UT to WA | Ref No.: 21090-2187<br>Mary Catherine Townsend<br>41840 PORCUPINE BAY RD N<br>DAVENPORT<br><br>DEPO DATE: 10.21.22<br>*RELATED TO 2107086 | BASE : 125.00<br>PDF PAGES : 6.75 | 131.75 |

Total Charges for Ref. - 21090-2187: 1,447.75

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 18 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/23/22<br>DEL PRIORITY | 2107887 | ASP<br>ASP | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>BOX OR ENVELOPE | Ref No.: 999100-0100<br>ASHLEY MCDOW<br>24410 MULHOLLAND HWY<br>CALABASAS | BASE : 118.25<br>RETURN : 59.25<br>FUEL CHRG : 13.31 | 190.81 |
| 9/30/22<br>DELIVER RUSH | 2110383 | RSH | Caller: Frankie De La Ro<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>SMALL PACKAGE<br>CALL CP TO DEL OR<br>LEAVE AT FRONT DOOR | Ref No.: 999100-0100<br>DAVID MILLER<br>2075 MERIDIAN AVENUE<br>SOUTH PASADENA | BASE : 55.75<br>FUEL CHRG : 4.18 | 59.93 |

Total Charges for Ref. - 999100-0100: 250.74

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 19 |

| Date | Ordr No. | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 9/22/22<br>PDF PROCESS PRIORITY | 2107373 | PSD | Caller: Laura J. Lee<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>new case to file<br>EHRENKRANZ V. SANFRA<br>CIVIL COVER SHEET &<br>NOTICE OF APPEAL | Ref No.: 999400-8086<br>STATE LABOR COMMISSIONER<br>455 GOLDEN GATE AVENUE, 10THFL<br>SAN FRANCISCO<br><br>PERSONALLY SERVE | BASE :<br>PDF PAGES :<br>FUEL CHRG : | 117.25<br>36.00<br>8.79 | 162.04 |
| 9/22/22<br>PDF PROCESS PRIORITY | 2107375 | PSD | Caller: Laura J. Lee<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>new case to file<br>EHRENKRANZ V. SANFRA<br>CIVIL COVER SHEET &<br>NOTICE OF APPEAL | Ref No.: 999400-8086<br>LEGAL AID SOCIETY<br>180 MONTGOMERY ST. STE 600<br>SAN FRANCISCO | BASE :<br>PDF PAGES :<br>FUEL CHRG : | 117.25<br>36.00<br>8.79 | 162.04 |
| 9/22/22<br>PDF PROCESS PRIORITY | 2107377 | PSD | Caller: Laura J. Lee<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>new case to file<br>LORENZO V. SANFRANCIS<br>CIVIL COVER SHEET &<br>NOTICE OF APPEAL | Ref No.: 999400-8086<br>STATE LABOR COMMISSIONER<br>455 GOLDEN GATE AVENUE, 10THFL<br>SAN FRANCISCO<br><br>PERSONAL SERVICE | BASE :<br>PDF PAGES :<br>FUEL CHRG : | 117.25<br>13.50<br>8.79 | 139.54 |
| 9/22/22<br>PDF PROCESS PRIORITY | 2107378 | PSD | Caller: Laura J. Lee<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>new case to file<br>LORENZO V. SANFRANCIS<br>CIVIL COVER SHEET &<br>NOTICE OF APPEAL | Ref No.: 999400-8086<br>LEGAL AID SOCIETY<br>180 MONTGOMERY ST. STE 600<br>SAN FRANCISCO<br><br>PERSONALL SERVICE | BASE :<br>PDF PAGES :<br>FUEL CHRG : | 117.25<br>13.50<br>8.79 | 139.54 |

Total Charges for Ref. - 999400-8086: 603.16

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 20 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/22/22 PDFFILEPRIORITY | 2107595 | FLR | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES | Ref No.: 999710-0225<br>LASC-COMPTON<br>200 W. COMTON BLVD<br>COMPTON | BASE : 105.75<br>PDF PAGES : 18.75<br>XA-ATTEMPT: 105.75<br>MISC : 6.50 | |
| | | | TA157794<br>PEOPLE V VIRGIN<br>NOTICE OF FILING OF<br>WAIVERS& ORDER TO | MISC=PDF C/C=$3.00<br>14 COPIES=$3.50 | FUEL CHRG : 15.86 | 252.61 |
| 9/26/22 RESEARCH SD | 2108495 | RES | Caller: DEEDEE KREIDER<br>LASC-COMPTON<br>200 W. COMTON BLVD<br>COMPTON | Ref No.: 999710-0225<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES | BASE : 74.25<br>WAIT/RSRCH: 33.75<br>XA-ATTEMPT: 148.50<br>ADVANCE : 17.00 | |
| | | | TA157794<br>PEOPLE V. VIRGIN SCE<br>NT/ OBTAIN COPY OF T<br>HE COURT DOCKET; | OPERATIVE COMPLAINT<br>WT=45MINS RSRCH TIME | FUEL CHRG : 16.71 | 290.21 |

Total Charges for Ref. - 999710-0225: 542.82

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 21 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/16/22<br>eFiling PRIORITY | 2105740 | EFR | Caller: WILLIAM ROBINSON<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>20STPB02779<br>ROBINSON V ROBINSON<br>OPP; DECL | Ref No.: 999999-3823<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00<br>50% off personal matter | BASE : 52.25<br>RETURN : 26.13-<br>CTF : 6.00<br>ADVANCE : 60.00<br>MISC : 3.00 | 95.12 |
| 9/26/22<br>eFiling PRIORITY | 2108695 | EFR | Caller: WILLIAM ROBINSON<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>20STPB02779<br>ROBINSON V ROBINSON<br>EX PARTE; OBJ; DECL; ORDER | Ref No.: 999999-3823<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00<br>50% off personal matter | BASE : 52.25<br>RETURN : 26.13-<br>CTF : 6.00<br>ADVANCE : 90.00<br>MISC : 3.00 | 125.12 |
| 9/28/22<br>eFiling PRIORITY | 2109553 | EFR | Caller: WILLIAM ROBINSON<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>20STPB02779<br>ROBINSON V ROBINSON<br>REPLY X2 | Ref No.: 999999-3823<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00<br>50% off personal matter | BASE : 52.25<br>RETURN : 26.13-<br>CTF : 6.00<br>MISC : 3.00 | 35.12 |
| 9/28/22<br>eFiling PRIORITY | 2109663 | EFR | Caller: WILLIAM ROBINSON<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>20STPB02779<br>ROBINSON V ROBINSON<br>MIL; DECL | Ref No.: 999999-3823<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00<br>50% off personal matter | BASE : 52.25<br>RETURN : 26.13-<br>CTF : 6.00<br>MISC : 3.00 | 35.12 |

Total Charges for Ref. - 999999-3823: 290.48

*** REPRINT *** Total 5,905.68

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 483099 | 12249 |
| Invc Date | Total Due |
| 10/07/22 | 5,905.68 |
| Current | Over 30 Days |
| 5,905.68 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN: ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 483099 | 9/30/22 | 5,905.68 | 22 |

Date | Ordr No. | Svc | Service Detail | Charges | Total

| Reference | Description | Orders | Total Amt |
|---|---|---|---|
| 055555-1292 | | 1 | 36.82 |
| 062389-0218 | | 2 | 584.94 |
| 110332-0140 | | 1 | 16.39 |
| 110332/0140 | | 1 | 144.27 |
| 115436-0212 | | 2 | 573.00 |
| 115472-0103 | | 9 | 348.44 |
| 120720-0105 | | 1 | 53.21 |
| 123133-0116 | | 2 | 121.17 |
| 124343-0108 | | 2 | 109.80 |
| 125612-0111 | | 1 | 89.52 |
| 126093-0102 | | 1 | 448.50 |
| 126815-0102 | | 1 | 39.15 |
| 126878-0104 | | 1 | 70.41 |
| 129015-0104 | | 1 | 19.65 |
| 133690-0101 | | 1 | 115.46 |
| 21090-2187 | | 4 | 1,447.75 |
| 999100-0100 | | 2 | 250.74 |
| 999400-8086 | | 4 | 603.16 |
| 999710-0225 | | 2 | 542.82 |
| 999999-3823 | | 4 | 290.48 |
| | Reference Totals : | 43 | 5,905.68 |
| | Total Amount Due: | 43 | 5,905.68 |

*** REPRINT ***

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/13/23<br>PORTAL FEE | 2145100 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>19STCV21848<br>ARTHUR JAMES HENRY,<br>Case Management Stat<br><br>Ref No.: 043015-0318<br>Central District Stanley Mosk Court<br>Filing ID: 7519229<br>23LA00063990<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>MISC. : 8.15 | 18.90 |

Total Charges for Ref. - 043015-0318: 18.90

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/04/23 | 2141323 | CRS | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CGC-20-583302<br>TUENS V US BANK<br>EX PARTE;AFFIDAVIT | Ref No.: 055555-1292<br>SAN FRANCISCO SUPIOR COURT<br>400 MCCALISTER<br>SAN FRANCISCO<br><br>MISC=1 SASE | BASE : 86.50<br>PDF PAGES : 39.00<br>MISC : 1.00<br>FUEL CHRG : 6.49 | 132.99 |
| PDF CHAMBER'S COPY RUSH | | | | | | |
| 1/11/23 | 2143913 | ESD | Caller: VIVIAN HONG<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CGC-20-583302<br>TUENS V U.S. BANK<br>PROPOSED ORDER | Ref No.: 055555-1292<br>SFSC<br>400 McCALLISTER STREET<br>SAN FRANCISCO<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 9.00<br>MISC : 3.00 | 43.25 |
| eFILING | | | | | | |

Total Charges for Ref. - 055555-1292: 176.24

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 3 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/09/23<br>PDF MESSENGER REGULAR | 2142972 | PRG | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>30-2021-01-01207839-<br>ROGERSON CORP-V-AON<br>OBJECTIONS<br><br>Ref No.: 061249-0349 AON/ROGERSO<br>AVIALEX LAW GROUP, LLP<br>951 Mariners Island Boulevard<br>SAN MATEO<br><br>MISC=LG ENVELOPE<br><br>Total Charges for Ref. - 061249-0349 AON/ROGERSO: 167.25 | BASE : 165.75<br>MISC. : 1.50 | 167.25 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 4 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/03/23<br>PORTAL FEE | 2141285 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20STCV24203<br>CLIFFORD R. FELDMAND<br>Reply (name extensio<br><br>Ref No.: 098510-0174<br>Central District Stanley Mosk Court<br>Filing ID: 7460817<br>23LA00002730<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>MISC. : 8.15 | 18.90 |
| | | | Total Charges for Ref. - 098510-0174: 18.90 | | |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

*** REPRINT ***

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 5 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/03/23<br><br>PORTAL FEE | 2141742 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>20SMCV01932<br>NZANIA, LLC, et al.<br>Motion for Attorney<br><br>Ref No.: 099374-0163<br>West District Santa Monica Courthou<br>Filing ID: 7462024<br>23LA00003910<br><br>MISC. = COURT<br>TRANSACTION FEES<br><br>Total Charges for Ref. - 099374-0163: 18.90 | BASE : 10.75<br>MISC. : 8.15 | 18.90 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/13/23<br>PORTAL FEE | 2146227 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>21CV001530<br>Calistoga Ranch Owne<br>Notice | Ref No.: 105533-0130<br>Napa - Civil<br>Filing ID: 7519852<br>10932836<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>MISC. : 5.25 | 16.00 |
| 1/13/23<br>PORTAL FEE | 2146228 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>21CV001530<br>Calistoga Ranch Owne<br>Notice | Ref No.: 105533-0130<br>Napa - Civil<br>Filing ID: 7519992<br>10932946<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>MISC. : 5.25 | 16.00 |
| 1/13/23<br>PORTAL FEE | 2146229 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>21CV001530<br>Calistoga Ranch Owne<br>Opposition or Object | Ref No.: 105533-0130<br>Napa - Civil<br>Filing ID: 7519551<br>10932584<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>ADVANCE : 1000.00<br>MISC. : 5.25 | 1,016.00 |

Total Charges for Ref. - 105533-0130: 1,048.00

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 7 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/12/23<br>PORTAL FEE | 2144585 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>19STCV31158<br>BENTHOS BIOSCIENCE C<br>Notice of Settlement | Ref No.: 121676-0101<br>Central District Stanley Mosk Court<br>Filing ID: 7509111<br>23LA00052919<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>MISC. : 8.15 | 18.90 |
| 1/13/23<br>eFILING | 2144885 | ESD | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>19STCV31158<br>BENTHOS V CRESPO<br>NOTICE OF RULING | Ref No.: 121676-0101<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 8.15<br>MISC : 3.00 | 42.40 |

Total Charges for Ref. - 121676-0101: 61.30

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 8 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/11/23<br>PDF PROCESS | 2143916<br>PRIORITY | PSD | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>5:21-cv-00225<br>CLEAN V RUBY<br>DEF JUDMENT;NOTICE<br><br>Ref No.: 125612-0107<br>Ruby Trucking LLC<br>13409 TREASURE WAY<br>CHINO HILLS<br><br>MISC=CERTIFIED MAIL | BASE : 180.25<br>PDF PAGES : 78.75<br>MISC : 19.50<br>FUEL CHRG : 13.52 | 292.02 |
| | | | Total Charges for Ref. - 125612-0107: 292.02 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 9 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 12/22/22<br>PDF PROCESS | 2137990<br>PRIORITY | PSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>Ref No.: 125612-0111<br>JACK SAFDEYE<br>45 W. 36TH ST. \| 3rd Floor<br>NEW YORK<br><br>5:21-cv-00972 FWS<br>SHG v WT23<br>SUBP RCRD\|SUB TSTFY<br>ADV FEE$40<br><br>Total Charges for Ref. - 125612-0111: 351.50 | BASE : 308.00<br>PDF PAGES : 43.50 | 351.50 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 10 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/03/23 | 2141102 | CRS | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>4:22-cv-03460<br>SINATRO V BARILLA<br>MOTION;PROP ORDER | Ref No.: 133690-0101<br>USDC-OAKLAND<br>1301 CLAY STREET<br>OAKLAND<br><br>BEFORE NOON 1/4<br>MISC=1 COPY=$0.25<br>1 ENVELOPE=$1.00 | BASE : 110.50<br>MISC : 1.25<br>FUEL CHRG : 8.29 | 120.04 |
| PDF CHAMBER'S COPY RUSH | | | | | | |

Total Charges for Ref. - 133690-0101: 120.04

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/06/23 | 2142239 | CRS | Caller: SARA VILLAMARIN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>5:22-cv-01947<br>ZHANG V VIVOSUN<br>SUR-REPLY;SUPP DECL | Ref No.: 135443-0102<br>USDC-FIRST<br>350 W. 1ST ST<br>LOS ANGELES<br><br>DELIVER BEFORE NOON | BASE : 86.50<br>FUEL CHRG : 6.49 | 92.99 |
| PDF CHAMBER'S COPY RUSH | | | | | | |
| | | | Total Charges for Ref. - 135443-0102: 92.99 | | | |

# INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 12 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/09/23<br>SPECIAL MESSENGER | 2143139 | EXC | Caller: PETER HERRERA<br>BEVMO<br>885 S. ARROYO PARKWAY<br>PASADENA<br><br>P/U & DEL 8 BOTTLES<br>UNDER DEBORAH<br>FELICIANO'S NAME.<br>ORDER #456660807 | Ref No.: 999100-0100<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>-25% OFF ADMIN | BASE : 78.00<br>RETURN : 19.50-<br>FUEL CHRG : 5.85 | 64.35 |
| 1/12/23<br>DEL PRIORITY | 2144368 | ASP<br>ASP | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>BOX OR BINDERS<br>DELIVER TO ASHELY AT<br>4 PM AND RETURN TRIP<br>TO FOLEY TUES 1/17 | Ref No.: 999100-0100<br>ASHLEY MCDOW<br>24410 MULHOLLAND HWY<br>CALABASAS<br><br>ROUNDTRIP<br><br>3 BOXES= 75 lbs | BASE : 127.25<br>RETURN : 63.75<br>WEIGHT : 8.40<br>FUEL CHRG : 14.32 | 213.72 |

Total Charges for Ref. - 999100-0100: 278.07

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 13 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/06/23<br>DEL PRIORITY | 2142461 | ASP | Caller: LEX LOPEZ<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>DELIVER 17 BOXES | Ref No.: WESTIN SOUTH COAST PLAZ<br>WESTIN SOUTH COAST PLAZA<br>686 ANTON BLVD<br>COSTA MESA<br>ATTN:<br>STEPHANIE MCPHAIL | BASE : 124.00<br>WEIGHT : 60.90<br>WAIT/RSRCH: 45.00<br>O.T. : 124.00<br>FUEL CHRG : 9.30 | 363.20 |
| | | | Total Charges for Ref. - WESTIN SOUTH COAST PLAZ: 363.20 | | | |
| | | | | *** REPRINT *** | Total | 3,007.31 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 502504 | 12249 |
| Invc Date | Total Due |
| 1/20/23 | 3,007.31 |
| Current | Over 30 Days |
| 3,007.31 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 502504 | 1/15/23 | 3,007.31 | 14 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|

| Reference | Description | Orders | Total Amt |
|---|---|---|---|
| 043015-0318 | | 1 | 18.90 |
| 055555-1292 | | 2 | 176.24 |
| 061249-0349 AON/ROGERSO | | 1 | 167.25 |
| 098510-0174 | | 1 | 18.90 |
| 099374-0163 | | 1 | 18.90 |
| 105533-0130 | | 3 | 1,048.00 |
| 121676-0101 | | 2 | 61.30 |
| 125612-0107 | | 1 | 292.02 |
| 125612-0111 | | 1 | 351.50 |
| 133690-0101 | | 1 | 120.04 |
| 135443-0102 | | 1 | 92.99 |
| 999100-0100 | | 2 | 278.07 |
| WESTIN SOUTH COAST PLAZ | | 1 | 363.20 |
| | Reference Totals : | 18 | 3,007.31 |
| | Total Amount Due: | 18 | 3,007.31 |

*** REPRINT ***

**INVOICE PAYMENT DUE UPON RECEIPT**

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Kelsey C. Boehm
Foley & Lardner LLP
1400 16th Street
Suite 200
Denver, CO, 80202

| | |
|---|---|
| **Invoice #:** | **7128121** |
| **Invoice Date:** | **1/23/2024** |
| **Balance Due:** | **$1,957.55** |

**Case: Sinatro, Matthew, Et Al. v. Barilla America, Inc. (4:22cv03460DMR)** **Proceeding Type: Depositions**

Job #: 6364662 | Job Date: 1/5/2024 | Delivery: Normal

Location: Los Angeles, CA

Billing Atty: Kelsey C. Boehm

Scheduling Atty: Katherine A. Bruce | Clarkson Law Firm

| Witness: Robin Cantor, Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 377.00 | $3.90 | $1,470.30 |
| Transcript - Supplemental Surcharges* | 377.00 | $0.45 | $169.65 |
| Exhibits | 164.00 | $0.65 | $106.60 |
| Premium Litigation Package (SBF,PTZ,LEF,PTX) | 1.00 | $116.00 | $116.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,957.55** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,957.55** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** **7128121**
**Invoice Date:** **1/23/2024**
**Balance Due:** **$1,957.55**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/12/24<br>eFiling PRIORITY | 2340949 | EFR | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2303970<br>IIP-CA 2 LP v ORR<br>JOINT STATEMENT | Ref No.: 112808-0163<br>RSC<br>4050 MAIN ST<br>RIVERSIDE<br><br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 7.75<br>MISC : 3.00 | 67.00 |
| | | | Total Charges for Ref. - 112808-0163: 67.00 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 2 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/02/24<br>PORTAL FEE | 2339185 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA COMMUNITY VIL<br>Amended<br><br>Ref No.: 123133-0105<br>Superior Court of California, Count<br>Filing ID: 10421033<br>24RSCR00804844<br><br>MISC. = COURT<br>TRANSACTION FEES<br><br>BASE :<br>MISC. : | 10.75<br>7.75 | 18.50 |
| | | | Total Charges for Ref. - 123133-0105: 18.50 | | |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/11/24<br>PDF CHAMBER'S COPY SAMEDY | 2340326 | CSD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2340326<br>WISE V HUMBOLDT<br>COURTESY CC'S/JUDGE | Ref No.: 126178-0102<br>SSC<br>720 9TH STREET<br>SACRAMENTO | BASE : 44.00<br>PDF PAGES : 9.75<br>FUEL CHRG : 3.30 | 57.05 |
| 7/10/24<br>PORTAL FEE | 2340642 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24WM000049<br>WISE vs HUMBOLDT COU<br>Demurrer | Ref No.: 126178-0102<br>Sacramento Superior Court Gordon D.<br>Filing ID: 10464574<br>24SC00062911 | BASE : 10.75 | 10.75 |
| 7/15/24<br>PORTAL FEE | 2342166 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24WM000049<br>WISE vs HUMBOLDT COU<br>Reply (name extensio | Ref No.: 126178-0102<br>Sacramento Superior Court Gordon D.<br>Filing ID: 10487798<br>24SC00064957 | BASE : 10.75 | 10.75 |

Total Charges for Ref. - 126178-0102: 78.55

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 4 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/15/24<br>SPECIAL eFILING | 2341571 | EXE | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>22STCV29449<br>ZURU V BAY CITIES<br>NOTICE OF NON-<br>OPPOSITION<br><br>Ref No.: 126815-0102<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00<br><br>Total Charges for Ref. - 126815-0102: 95.40 | BASE : 84.25<br>CTF : 8.15<br>MISC : 3.00 | 95.40 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 5 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/02/24<br>eFiling | 2337432 | ESD | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>19SMCV01709<br>CITY VS. TENSER<br>RPLY SUP MTN TO QSH<br><br>Ref No.: 129532-0114<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00<br><br>Total Charges for Ref. - 129532-0114: 42.40 | BASE : 31.25<br>CTF : 8.15<br>MISC : 3.00 | 42.40 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/11/24<br>eFiling PRIORITY | 2340456 | EFR | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23SMCV04030<br>TENSER V CITY<br>CASE MGMT STMT | Ref No.: 129532-0116<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 8.15<br>MISC : 3.00 | 67.40 |
| 7/11/24<br>eSERVICE | 2340458 | ES | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23SMCV04030<br>TENSER V CITY<br>CASE MGMT STMT | Ref No.: 129532-0116<br>ESERVE | BASE : 46.25 | 46.25 |

Total Charges for Ref. - 129532-0116: 113.65

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 7 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/17/24<br>PDF PROCESS PRIORITY | 2332427 | PSD | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLMG V TIDES<br>SUMMONS, FAC, CCCS,<br>NOTICE,ADR & NOTICE | Ref No.: 132499-0105<br>One Love Global's<br>3525 S. Martin Luther King Jr.<br>LANSING<br><br>1903 PAGES PRINTED @<br>.75 | BASE : 395.00<br>PDF PAGES : 1427.25 | 1,822.25 |
| 6/20/24<br>SPECIAL PROCESS | 2333501 | EXC | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLMG V TIDES<br>SUMMONS, FAC, CCCS,<br>NOTICE,ADR & NOTICE | Ref No.: 132499-0105<br>One Love Global's<br>4446 LARIAT LANE<br>LANSING | BASE : 395.00 | 395.00 |
| 6/24/24<br>SPECIAL PROCESS | 2334642 | EXC | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLMG V TIDES<br>SUMMONS, FAC, CCCS,<br>NOTICE,ADR & NOTICE | Ref No.: 132499-0105<br>One Love Global's<br>13130 WATERTOWN PLANK ROAD<br>ELM GROVE<br><br>1902 PAGES PRINTED @<br>.50 | BASE : 395.00<br>PDF PAGES : 951.00 | 1,346.00 |
| 6/28/24<br>SPECIAL PROCESS | 2336362 | EXC | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLMG V TIDES<br>SUMMONS, FAC, CCCS,<br>NOTICE,ADR & NOTICE | Ref No.: 132499-0105<br>One Love Global's<br>4221 Delta River Dr.<br>Lansing<br><br>1902 PAGES PRINTED @<br>.50 | BASE : 395.00<br>PDF PAGES : 951.00 | 1,346.00 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 8 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/03/24<br>SPECIAL PROCESS | 2337991 | EXC | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLMG V TIDES<br>SUMMONS, FAC, CCCS,<br>NOTICE,ADR & NOTICE | Ref No.: 132499-0105<br>One Love Global's<br>13130 WATERTOWN PLANK ROAD<br>ELM GROVE<br><br>WAIT=STAKEOUT 5 HRS. | BASE : 395.00<br>WAIT/RSRCH: 750.00 | 1,145.00 |
| 7/03/24<br>SPECIAL PROCESS | 2338030 | EXC | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLMG V TIDES<br>SUMMONS, FAC, CCCS,<br>NOTICE,ADR & NOTICE | Ref No.: 132499-0105<br>One Love Global's<br>4446 LARIAT LANE<br>LANSING<br><br>1903 PAGES PRINTED @<br>.35 | BASE : 395.00<br>PDF PAGES : 666.05 | 1,061.05 |
| 7/05/24<br>SPECIAL PROCESS | 2338578 | EXC | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLMG V TIDES<br>SUMMONS, FAC, CCCS,<br>NOTICE,ADR & NOTICE | Ref No.: 132499-0105<br>One Love Global's<br>530 s. pine st<br>Lansing | BASE : 395.00 | 395.00 |
| 7/09/24<br>eFiling | 2339335 | ESD | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLACK LIVES V TIDES<br>PROOF OF SERVICE | Ref No.: 132499-0105<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 8.15<br>MISC : 3.00 | 42.40 |

Total Charges for Ref. - 132499-0105: 7,552.70

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 9 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/02/24 | 2337665 | CSD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>4:22-cv-03460-DMR<br>SINATRO V BARILLA<br>REPLY<br>CCJ CTRM 4 3RDFLR | Ref No.: 133690-0101<br>USDC<br>1301 CLAY STREET<br>OAKLAND<br><br><br>MISC=1 ENVELOPE | BASE : 77.75<br>MISC : 1.00<br>FUEL CHRG : 5.83 | 84.58 |
| PDF CHAMBER'S COPY SAMEDY | | | | | | |

Total Charges for Ref. - 133690-0101: 84.58

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 10 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/08/24<br>eFiling PRIORITY | 2339063 | EFR | Caller: TERESA SCHUMAN<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CU0001405<br>BILL ME V MIMI MANIA<br>RFD;NTC REMOTE APP<br>EFILE | Ref No.: 135641-0536<br>NEVEDA COUNTY COURTHOUSE<br>201 CHURCH ST.<br>NEVADA CITY<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 4.90<br>MISC : 3.00 | 64.15 |
| | | | Total Charges for Ref. - 135641-0536: 64.15 | | | |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 11 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/11/24<br>PORTAL FEE | 2341682 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>30-2024-01374827-CU-<br>Four Thirteen, LLC v<br>Application and Orde<br><br>Ref No.: 135762-0106<br>Santa Ana, 700 Civic Center Drive W<br>Filing ID: 10470601<br>30766717<br><br>Total Charges for Ref. - 135762-0106: 10.75 | BASE : 10.75 | 10.75 |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 12 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/08/24<br>DEL PRIORITY | 2338633 | ASP | Caller: AUSTEN RENZI<br>Sweet E.s Bake Shop<br>4574 W Adams Blvd<br>CRENSHAW<br><br>CAKE<br>DELIVER BEFORE 1PM | Ref No.: 999100-0100<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>-25% OFF ADMIN | BASE : 47.75<br>RETURN : 11.94<br>FUEL CHRG : 3.58 | 39.39 |
| 7/10/24<br>SPECIAL MESSENGER | 2338894 | EXC | Caller: KESHAN SIRIMANE<br>PORTOS BAKERY<br>315 N BRAND BLVD<br>GLENDALE<br><br>PAID FOR.<br>3-4 BAGS OF PASTRIES<br>GO TO THE P/U WINDOW | Ref No.: 999100-0100<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>OBTAIN RECEIPT<br>-25%OFF DISCOUNT | BASE : 65.00<br>RETURN : 16.25<br>FUEL CHRG : 4.88 | 53.63 |
| 7/12/24<br>DEL PRIORITY | 2340765 | ASP | Caller: GABRIELA PEREZ<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>PU A BAG AND DEL TO<br>BGC ASAP. CONTACT<br>KESHAN UPON DELIVRY | Ref No.: 999100-0100<br>LA Boys & Girls Cub<br>2635 Pasadena Ave.<br>LINCOLN HEIGHTS<br><br>-25% OFF DISCOUNT | BASE : 28.00<br>RETURN : 7.00<br>FUEL CHRG : 2.10 | 23.10 |

Total Charges for Ref. - 999100-0100: 116.12

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 13 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/08/24<br>PORTAL FEE | 2339655 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>23CHSC01431<br>AUTUMN MCINTOSH vs F<br>Request for Dismissa<br><br>Ref No.: 999999-5058<br>North Valley District Chatsworth Co<br>Filing ID: 10447503<br>24LA01152691<br><br>BASE : | 10.75 | 10.75 |
| | | | Total Charges for Ref. - 999999-5058: 10.75 | | |
| | | | *** REPRINT *** | Total | 8,254.55 |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 614761 | 12249 |
| Invc Date | Total Due |
| 7/19/24 | 8,254.55 |
| Current | Over 30 Days |
| 8,254.55 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 614761 | 7/15/24 | 8,254.55 | 14 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|

| Reference | Description | Orders | Total Amt |
|---|---|---|---|
| 112808-0163 | | 1 | 67.00 |
| 123133-0105 | | 1 | 18.50 |
| 126178-0102 | | 3 | 78.55 |
| 126815-0102 | | 1 | 95.40 |
| 129532-0114 | | 1 | 42.40 |
| 129532-0116 | | 2 | 113.65 |
| 132499-0105 | | 8 | 7,552.70 |
| 133690-0101 | | 1 | 84.58 |
| 135641-0536 | | 1 | 64.15 |
| 135762-0106 | | 1 | 10.75 |
| 999100-0100 | | 3 | 116.12 |
| 999999-5058 | | 1 | 10.75 |
| | Reference Totals : | 24 | 8,254.55 |
| | Total Amount Due: | 24 | 8,254.55 |

*** REPRINT ***

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/02/24<br>PDF CHAMBER'S COPY SAMEDY | 2348281 | CSD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>22-cv-07993<br>Astilean V Woodway<br>10 docs<br>JDG:ERIK KOMITEE<br><br>Ref No.: 097208-0176<br>United States District Court-NY<br>225 Cadman Plaza<br>EAST BROOKLYN<br><br>MISC=36 EXH TABS=$36<br>3 BINDERS=$75<br><br>Total Charges for Ref. - 097208-0176: 748.25 | BASE : 308.00<br>PDF PAGES : 329.25<br>MISC : 111.00 | 748.25 |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/02/24<br>SPECIAL eFILING | 2348327 | EXE | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV10331<br>GUESS?, V NORTH<br>NTC OF CONTINUANCE | Ref No.: 105533-0131<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 8.15<br>MISC : 3.00 | 95.40 |
| 8/02/24<br>eSERVICE | 2348329 | ES | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV10331<br>GUESS?, V NORTH<br>NTC OF CONTINUANCE | Ref No.: 105533-0131<br>ESERVE | BASE : 46.25 | 46.25 |

Total Charges for Ref. - 105533-0131: 141.65

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/12/24<br>eFiling | 2351144 | ESD | Caller: SONIA MORENO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2404136<br>KINGS GRDN V IIPCA2L<br>PROOF OF SERVICE<br>#2344350; 356 & 360 | Ref No.: 112808-0159<br>PALM SPRINGS SUPERIOR<br>3255 E. TAQUITZ CANYON WAY<br>PALM SPRINGS<br><br><br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 7.75<br>MISC : 3.00 | 42.00 |

Total Charges for Ref. - 112808-0159: 42.00

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 4 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/13/24<br>eFiling | 2351616 | ESD | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2303970<br>IIP-CA v ORR<br>STIP AND ORDER;POS | Ref No.: 112808-0163<br>RSC<br>4050 MAIN ST<br>RIVERSIDE<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 7.75<br>ADVANCE : 20.00<br>MISC : 3.00 | 62.00 |
| 8/13/24<br>eFiling | 2351721 | ESD | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2303970<br>IIP-CA V ORR<br>STIP AND ORDER;POS | Ref No.: 112808-0163<br>RSC<br>4050 MAIN ST<br>RIVERSIDE<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 7.75<br>ADVANCE : 20.00<br>MISC : 3.00 | 62.00 |

Total Charges for Ref. - 112808-0163: 124.00

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 5 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/08/24<br>eFiling | 2350175 | ESD | Caller: SONIA MORENO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2400620<br>IIP V ENVIRO<br>REQ FOR DISMISSAL;<br>PROOF OF SERVICE | Ref No.: 112808-0165<br>RIVERSIDE SUPERIOR<br>4050 MAIN STREET<br>RIVERSIDE<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 7.75<br>MISC : 3.00 | 42.00 |
| 8/08/24<br>eSERVICE | 2350177 | ES | Caller: SONIA MORENO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2400620<br>IIP V ENVIRO<br>REQ FOR DISMISSAL;<br>PROOF OF SERVICE | Ref No.: 112808-0165<br>6 EMAILS ESERVED | BASE : 46.25 | 46.25 |
| | | | Total Charges for Ref. - 112808-0165: 88.25 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/06/24<br>PORTAL FEE | 2349902 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24CV071972<br>THC - ORANGE COUNTY,<br>Stipulation and Orde | Ref No.: 115450-0175<br>Alameda Superior Court Hayward Hall<br>Filing ID: 10608730<br>24AA00193517 | BASE : 10.75 | 10.75 |
| 8/14/24<br>eFiling PRIORITY | 2352246 | EFR | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24CV071972<br>THC V CONTRA<br>STIP AND ORDER | Ref No.: 115450-0175<br>ASC<br>1225 FALLON STREET<br>OAKLAND<br><br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>MISC : 3.00 | 59.25 |
| 8/14/24<br>PDF CHAMBER'S COPY RUSH | 2352247 | CRS | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24CV071972<br>THC V CONTRA<br>STIP AND ORDER<br>CCJ DEPT 518 | Ref No.: 115450-0175<br>ALAMEDA COUNTY COURTHOUSE<br>24405 AMADOR ST.<br>HAYWARD<br><br>MISC=1 SASE | BASE : 167.25<br>MISC : 1.00<br>FUEL CHRG : 12.54 | 180.79 |

Total Charges for Ref. - 115450-0175: 250.79

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 7 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/08/24<br>FILE PRIORITY | 2350264 | FLR | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>22STCV14718<br>Bafford v Alight<br>Sealed Declaration o<br>f Daniyial M. Habib<br><br>Ref No.: 116949-0108<br>LASC-SPRING ST. COURTHOUSE<br>312 N. SPRING ST.<br>LOS ANGELES | BASE : 36.50<br>FUEL CHRG : 2.74 | 39.24 |
| 8/08/24<br>PORTAL FEE | 2350460 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>22STCV14718<br>STEPHEN H. BAFFORD,<br>Opposition (name ext<br><br>Ref No.: 116949-0108<br>Central District Spring Street Cour<br>Filing ID: 10623384<br>24LA01340583<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>MISC. : 8.15 | 18.90 |
| | | | Total Charges for Ref. - 116949-0108: 58.14 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 8 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/07/24<br>PORTAL FEE | 2350516 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA COMMUNITY VIL<br>Request for | Ref No.: 123133-0105<br>Superior Court of California, Count<br>Filing ID: 10614820<br>24RSCR00838943 | BASE : 10.75 | 10.75 |
| 8/09/24<br>PORTAL FEE | 2351944 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>CVRI2000489<br>CORONA COMMUNITY VIL<br>Declaration and Orde | Ref No.: 123133-0105<br>Superior Court of California, Count<br>Filing ID: 10627670<br>24RSCR00840955<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>MISC. : 7.75 | 18.50 |

Total Charges for Ref. - 123133-0105: 29.25

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 9 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/02/24<br>PDF CHAMBER'S COPY RUSH | 2348110 | CRS | Caller: VIVIAN HONG<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>5:24-cv-00593-BLF<br>GOOIKER V MINDVALLEY<br>REPLY<br>DELIVER BY NOON | Ref No.: 129344-0161<br>USDC<br>280 E. 1ST STREET<br>SAN JOSE<br><br>MISC=1 COPY=$0.25<br>1 ENVELOPE=$1.00 | BASE : 181.00<br>MISC : 1.25<br>FUEL CHRG : 13.58 | 195.83 |
| 8/08/24<br>PDF CHAMBER'S COPY RUSH | 2350319 | CRS | Caller: VIVIAN HONG<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>5:24-cv-00593-BLF<br>GOOIKER V MINDVALLEY<br>REPLY<br>DELIVER BY NOON | Ref No.: 129344-0161<br>USDC<br>280 E. 1ST STREET<br>SAN JOSE<br><br>MISC=1ENVELOPE=$1.00<br>1 COPY=$0.25 | BASE : 181.00<br>MISC : 1.25<br>FUEL CHRG : 13.58 | 195.83 |
| | | | Total Charges for Ref. - 129344-0161: 391.66 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 10 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/12/24<br>SPECIAL eFILING | 2351417 | EXE | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23SMCV02043<br>ELGHANIAN V CITY NAT<br>ACK AND SATISFACTION<br>OF JUDGMENT<br><br>Ref No.: 129532-0113<br>LASC-SANTA MONICA<br>1725 MAIN ST<br>SANTA MONICA<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 8.15<br>MISC : 3.00 | 95.40 |
| 8/12/24<br>eSERVICE | 2351418 | ES | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23SMCV02043<br>ELGHANIAN V CITY NAT<br>ACK AND SATISFACTION<br>OF JUDGMENT<br><br>Ref No.: 129532-0113<br>reisslaw@reisslaw.net | BASE : 46.25 | 46.25 |
| | | | Total Charges for Ref. - 129532-0113: 141.65 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/05/24<br>eFiling PRIORITY | 2348858 | EFR | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23SMCV04030<br>TENSER V CITY NATION<br>OPPOSITION | Ref No.: 129532-0116<br>BEVERLY HILLS COURT<br>9355 BURTON WY<br>BEVERLY HILLS<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 8.15<br>MISC : 3.00 | 67.40 |
| 8/05/24<br>eSERVICE | 2348859 | ES | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23SMCV04030<br>TENSER V CITY NATION<br>OPPOSITION | Ref No.: 129532-0116<br>BEVERLY HILLS COURT<br>9355 BURTON WY<br>BEVERLY HILLS | BASE : 46.25 | 46.25 |
| 8/05/24<br>SPECIAL eFILING | 2348872 | EXE | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23SMCV04030<br>TENSER V CITY NATION<br>AMENDED POS | Ref No.: 129532-0116<br>LASC-SANTA MONICA<br>1725 MAIN ST<br>SANTA MONICA<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 8.15<br>MISC : 3.00 | 95.40 |
| 8/02/24<br>PORTAL FEE | 2348923 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>23SMCV04030<br>ADAM TENSER vs CITY<br>Opposition (name ext | Ref No.: 129532-0116<br>West District Beverly Hills Courtho<br>Filing ID: 10594977<br>24LA01307921<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 10.75<br>MISC. : 8.15 | 18.90 |
| 8/07/24<br>DEL PRIORITY | 2349521 | ASP | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2 binders | Ref No.: 129532-0116<br>Nick Gross<br>3787 Moore Street<br>MAR VISTA<br><br>DELIVER THIS AM | BASE : 53.00<br>FUEL CHRG : 3.98 | 56.98 |

Total Charges for Ref. - 129532-0116: 284.93

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 12 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/01/24<br>eFiling | 2347760 | ESD | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLACK LIVES V TIDES<br>OPP;DECL;OBJEC | Ref No.: 132499-0105<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 8.15<br>MISC : 3.00 | 42.40 |
| 8/01/24<br>PDF MESSENGER RUSH | 2347761 | PRH | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLACK LIVES V TIDES<br>OPP;DECL;OBJEC | Ref No.: 132499-0105<br>JENNER & BLOCK LLP<br>515 South Flower Street<br>LOS ANGELES | BASE : 73.25<br>PDF PAGES : 13.50<br>FUEL CHRG : 5.49 | 92.24 |
| 8/02/24<br>eFiling | 2348081 | ESD | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV11342<br>BLACK LIVES V TIDES<br>PROOF OF SERVICE | Ref No.: 132499-0105<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 8.15<br>MISC : 3.00 | 42.40 |

Total Charges for Ref. - 132499-0105: 177.04

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 13 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/12/24<br>SPECIAL eFILING | 2351416 | EXE | Caller: SANSANEE WELLS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV00999<br>BHATIA V THOME<br>REQ FOR DISMISSAL | Ref No.: 132931-5000<br>LASC-SPRING ST. COURTHOUSE<br>312 N. SPRING ST.<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 8.15<br>MISC : 3.00 | 95.40 |

Total Charges for Ref. - 132931-5000: 95.40

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 14 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/06/24 | 2349049 | CRS | Caller: VIVIAN HONG<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>4:22-cv-03460-DMR<br>SINATRO V AMERICA<br>NTC, STMNT SPPRT,<br>PROP. ORDER X2 | Ref No.: 133690-0101<br>USDC<br>1301 CLAY STREET<br>OAKLAND<br><br><br>MISC=1COPY=$0.25<br>1 ENVELOPE=$1.00 | BASE : 110.50<br>MISC : 1.25<br>FUEL CHRG : 8.29 | 120.04 |
| PDF CHAMBER'S COPY RUSH | | | | | | |
| | | | Total Charges for Ref. - 133690-0101: 120.04 | | | |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 15 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/09/24<br>RESEARCH SD | 2350628 | RES | Caller: VIVIAN HONG<br>SDSC<br>1100 UNION ST<br>SAN DIEGO<br><br>19FL011227C<br>PARMA<br>OBTAIN ALL RECORDS F<br>ROM THE DOCKET | Ref No.: 136045-0101<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>WT=30MINS RSRCH TIME | BASE : 118.25<br>WAIT/RSRCH: 22.50<br>ADVANCE : 487.50<br>FUEL CHRG : 8.87 | 637.12 |

Total Charges for Ref. - 136045-0101: 637.12

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

*** REPRINT ***

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 16 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/15/24 | 2352683 | CRS | Caller: Sheila D. Brown<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CGC-22-603451<br>BBAM V TOKIO<br>MSJ W/ SUPP DOCS<br>1829 PDF PAGES | Ref No.: 136214-0105<br>SFSC<br>400 McCALLISTER STREET<br>SAN FRANCISCO<br><br>MISC=2 LRG ENV=$3.00<br>1,829 COPIES=$457.25<br>182 EXH TABS=$182 | BASE : 86.50<br>PDF PAGES : 904.50<br>MISC : 642.25<br>FUEL CHRG : 6.49 | 1,639.74 |
| PDF CHAMBER'S COPY RUSH | | | | | | |

Total Charges for Ref. - 136214-0105: 1,639.74

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 17 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/08/24<br>eFiling | 2350092 | ESD | Caller: LANII LANGLOIS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>21STCV21762<br>RENEAU v YOSHIDA<br>JOINT CASE STATUS RE<br>PORT | Ref No.: 136225-0101<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 8.15<br>MISC : 3.00 | 42.40 |
| 8/08/24<br>eSERVICE | 2350094 | ES | Caller: LANII LANGLOIS<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>21STCV21762<br>RENEAU v YOSHIDA<br>JOINT CASE STATUS RE<br>PORT | Ref No.: 136225-0101<br>ESERVE | BASE : 46.25 | 46.25 |

Total Charges for Ref. - 136225-0101: 88.65

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 18 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/12/24<br>CHMBR COPY | 2351255<br>ND | CND | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>Ref No.: 634615-0502<br>USDC First Street Courthouse<br>350 W 1st St<br>LOS ANGELES<br><br>2:17-cv-03291-CAS<br>Silverlake v Stewart<br>Stipulation, Propose<br>d Order | BASE : 10.25<br>FUEL CHRG : .77 | 11.02 |
| | | | Total Charges for Ref. - 634615-0502: 11.02 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 19 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/12/24<br>DEL PRIORITY | 2351092 | ASP | Caller: LIZANDRO LOPEZ<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>DELIVER ENVELOPE<br>AT 12 NOON ONCE<br>DELIVERED PROVIDE<br>CONFIRMATION AND | Ref No.: 644496-0059<br>GLOBAL BENEFITS GROUP<br>27051 TOWNE CENTER DRIVE<br>FOOTHILL RANCH<br><br>WHOM IT WAS DELIVERE | BASE : 218.00<br>FUEL CHRG : 16.35 | 234.35 |
| | | | Total Charges for Ref. - 644496-0059: 234.35 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 20 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/02/24<br>DEL PRIORITY | 2346294 | ASP | Caller: KESHAN SIRIMANE<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>PU 14 BOXES AT 11 AM<br>DELIVER NO LATER<br>THAN 12:30 PM<br>VAN AND DOLLY<br><br>Ref No.: 999100-0100<br>Watts/Willowbrook Boys & Girls Club<br>1339 E. 120th St<br>WILLOWBROOK<br><br>REQUIRED<br>14 BOXES = 700 lbs.<br>25% OFF ADMINISTRATI<br>VE | BASE : 145.00<br>RETURN : 36.25-<br>WEIGHT : 102.15<br>FUEL CHRG : 10.88 | 221.78 |
| | | | Total Charges for Ref. - 999100-0100: 221.78 | | |
| | | | *** REPRINT *** | Total | 5,525.71 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 622108 | 12249 |
| Invc Date | Total Due |
| 8/22/24 | 5,525.71 |
| Current | Over 30 Days |
| 5,525.71 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 622108 | 8/15/24 | 5,525.71 | 21 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|

| Reference | Description | Orders | Total Amt |
|---|---|---|---|
| 097208-0176 | | 1 | 748.25 |
| 105533-0131 | | 2 | 141.65 |
| 112808-0159 | | 1 | 42.00 |
| 112808-0163 | | 2 | 124.00 |
| 112808-0165 | | 2 | 88.25 |
| 115450-0175 | | 3 | 250.79 |
| 116949-0108 | | 2 | 58.14 |
| 123133-0105 | | 2 | 29.25 |
| 129344-0161 | | 2 | 391.66 |
| 129532-0113 | | 2 | 141.65 |
| 129532-0116 | | 5 | 284.93 |
| 132499-0105 | | 3 | 177.04 |
| 132931-5000 | | 1 | 95.40 |
| 133690-0101 | | 1 | 120.04 |
| 136045-0101 | | 1 | 637.12 |
| 136214-0105 | | 1 | 1,639.74 |
| 136225-0101 | | 2 | 88.65 |
| 634615-0502 | | 1 | 11.02 |
| 644496-0059 | | 1 | 234.35 |
| 999100-0100 | | 1 | 221.78 |
| | Reference Totals : | 36 | 5,525.71 |
| | Total Amount Due: | 36 | 5,525.71 |

*** REPRINT ***

**INVOICE PAYMENT DUE UPON RECEIPT**

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1370620

## Deposition - DORA WALDIN - 30(b)(6) (Dec 9, 2024)

## Bill to

ATTN: Kelsey Boehm
Foley & Lardner LLP
555 South Flower Street
Suite 3300
Los Angeles, CA 90071

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

Case name: MATTHEW SINATRO, et al. v BARILLA AMERICA INC
Case number: 4:22-cv-03460-DMR
Job Id: 1240277

Invoice date: 12/26/2024
Terms: Net 30
Due date: 1/25/2025
Status: OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Copy Page Rate | | $4.10 | 191 | $783.10 |
| Exhibit Page Rate | | $0.65 | 218 | $141.70 |
| Transcript Production & Processing | | $50.00 | 1 | $50.00 |
| Electronic Transcript Fee | | $50.00 | 1 | $50.00 |
| | | | Total | $1,024.80 |
| | | | Payments | $0.00 |
| | | | Amount remaining due | $1,024.80 |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/vfqqihvx

Please make checks payable to Steno.

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/16/25 | 2437217 | EFR | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CIV2200207<br>MITCHELL V AFFINITY<br>2ND STIP AND ORDER | Ref No.: 061249-0361<br>MARIN SUPERIOR COURT<br>3501 CIVIC CENTER DRIVE<br>SAN RAFAEL<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 16.45<br>ADVANCE : 20.00<br>MISC : 3.00 | 95.70 |
| eFiling PRIORITY | | | | | | |
| | | | Total Charges for Ref. - 061249-0361: 95.70 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/20/25<br>PDF CHMBR COPY PRIORITY | 2438459 | CRS | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2:18-cv-428-JFW-MAR<br>SUB ZERO V. HENRY<br>OPPO TO EX PARTE | Ref No.: 076405-0370<br>Central District of California<br>350 West 1st street<br>LOS ANGELES<br><br>MISC=2 BLUE BACKS | BASE : 86.50<br>PDF PAGES : 21.00<br>MISC : 2.00<br>FUEL CHRG : 6.49 | 115.99 |
| 4/21/25<br>PDF CHMBR COPY PRIORITY | 2438525 | CRS | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2:18-cv-428-JFW-MAR<br>SUB ZERO V. HENRY<br>NTC OF LODGING W/ SU<br>PP DOCS | Ref No.: 076405-0370<br>Central District of California<br>350 West 1st street<br>LOS ANGELES<br><br>DELIVER BY 10AM<br>MISC=16 COPIES=$4.00 | BASE : 86.50<br>MISC : 4.00<br>FUEL CHRG : 6.49 | 96.99 |
| 4/28/25<br>PDF CHMBR COPY SAMEDY | 2441259 | CSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>2:18-cv-00428-JFW-MA<br>SUB-ZERO V WASSERMAN<br>REPLY;NTC OF LODGING<br>(DOC 113;114) | Ref No.: 076405-0370<br>USDC-FIRST<br>350 W. 1ST ST<br>LOS ANGELES<br><br>MISC=34 COPIES=$8.50 | BASE : 53.25<br>PDF PAGES : 10.50<br>MISC : 8.50<br>FUEL CHRG : 3.99 | 76.24 |

Total Charges for Ref. - 076405-0370: 289.22

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 3 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/18/25<br>eFiling | 2438156 | ESD | Caller: SONIA MORENO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CIVSB2503409<br>JNTT V EATON<br>STIP & ORDER | Ref No.: 089934-1460<br>SAN BERNARDINO SUPERIOR<br>351 NORTH ARROWHEAD AVE.<br>SAN BERNARDINO<br><br>XA=2ND RESUB TO CRT<br>MSC=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>XA-ATTEMPT: 31.25<br>ADVANCE : 455.00<br>MISC : 8.94 | 526.44 |
| | | | Total Charges for Ref. - 089934-1460: 526.44 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 4 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/29/25<br>eFiling | 2441838 | ESD | Caller: SONIA MORENO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24-CIV-01921<br>TRUEBECK V TAYLOR<br>STIPULATION | Ref No.: 093592-0229<br>SAN MATEO SUPERIOR COURT<br>400 COUNTY CENTER<br>REDWOOD CITY<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 31.25<br>CTF : 5.94<br>ADVANCE : 20.00<br>MISC : 3.00 | 60.19 |
| 4/29/25<br>PDF CHMBR COPY SAMEDY | 2441839 | CSD | Caller: SONIA MORENO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24-CIV-01921<br>TRUBECK V TAYLOR<br>STIP<br>CCJ DEPT 11 | Ref No.: 093592-0229<br>SAN MATEO SUPERIOR COURT<br>1050 MISSION ROAD<br>S. SAN FRANCISCO<br><br>MISC=1 EXH TAB=$1.00<br>TOLL FEE=$8.00 | BASE : 76.25<br>PDF PAGES : 32.25<br>MISC : 1.00<br>FUEL CHRG : 5.72 | 115.22 |
| | | | Total Charges for Ref. - 093592-0229: 175.41 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 5 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/16/25<br>eFiling PRIORITY | 2437260 | EFR | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV10331<br>GUESS? V NORTH<br>STIP AND ORDER | Ref No.: 105533-0131<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 10.70<br>ADVANCE : 20.00<br>MISC : 3.00 | 89.95 |
| 4/16/25<br>eSERVICE | 2437263 | ES | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV10331<br>GUESS? V NORTH<br>STIP AND ORDER | Ref No.: 105533-0131<br>ESERVE | BASE : 46.25 | 46.25 |
| 4/21/25<br>SPECIAL eFILING | 2438729 | EXE | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV10331<br>Guess v North Americ<br>an Specialty<br>Opposition;DEC | Ref No.: 105533-0131<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>DEL CCJ #2438958<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 10.70<br>MISC : 3.00 | 97.95 |
| 4/21/25<br>eSERVICE | 2438733 | ES | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV10331<br>Guess v North Americ<br>an Specialty<br>Opposition;DECL | Ref No.: 105533-0131<br>ESERVE | BASE : 46.25 | 46.25 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 6 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/22/25<br>PDF CHMBR COPY SAMEDY | 2438958 | CSD | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV10331<br>GUESS? INC V NORTH A<br>OPP TO MTN TO TAX<br>COSTS; DECL | Ref No.: 105533-0131<br>LASC-STANLEY MOSK<br>111 N HILL ST DEPT 15<br>LOS ANGELES<br><br>MISC=4 EXHIBIT TABS | BASE : 53.25<br>PDF PAGES : 37.50<br>MISC : 4.00<br>FUEL CHRG : 3.99 | 98.74 |
| 4/30/25<br>PDF CHMBR COPY SAMEDY | 2442382 | CSD | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23STCV10331<br>Guess vs North Ameri<br>can Specialty<br>Deft Reply In Suppo | Ref No.: 105533-0131<br>LASC- CENTRAL<br>111 N. HILL ST.<br>LOS ANGELES<br><br>CC Delivery to Dept<br>15 | BASE : 53.25<br>FUEL CHRG : 3.99 | 57.24 |
| 4/30/25<br>PORTAL FEE | 2442636 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>23STCV10331<br>GUESS, INC., A CORPO<br>Reply (name extensio | Ref No.: 105533-0131<br>Central District Stanley Mosk Court<br>Filing ID: 12071122<br>25LA00802875<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>MISC. : 10.70 | 22.45 |

Total Charges for Ref. - 105533-0131: 458.83

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE — Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 7 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/16/25 eFiling PRIORITY | 2437325 | EFR | Caller: SARA RODRIGUEZ<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2303970<br>IIP-CA v ORR<br>NTC OF LODGING | Ref No.: 112808-0163<br>PALM SPRINGS COURT<br>3255 E TAHQUITZ CANYON WAY<br>PALM SPRINGS<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 10.30<br>MISC : 3.00 | 69.55 |
| 4/16/25 PDFFILE SD | 2437326 | FSD | Caller: SARA RODRIGUEZ<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2303970<br>IIP-CA v ORR<br>LODGE transcripts (p<br>rint in color) | Ref No.: 112808-0163<br>PALM SPRINGS COURT<br>3255 E TAHQUITZ CANYON WAY<br>PALM SPRINGS<br><br>MISC=60CLRPDF=$90.00 | BASE : 198.75<br>MISC : 90.00<br>FUEL CHRG : 11.55 | 300.30 |
| 4/30/25 eFiling PRIORITY | 2442508 | EFR | Caller: SARA RODRIGUEZ<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2303970<br>IIP-CA v ORR<br>MOTION TO CON TRIAL;<br>DEC;PROP ORDER;POS | Ref No.: 112808-0163<br>RSC<br>4050 MAIN ST<br>RIVERSIDE<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 10.30<br>ADVANCE : 60.00<br>MISC : 3.00 | 129.55 |

Total Charges for Ref. - 112808-0163: 499.40

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 8 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/30/25<br>PORTAL FEE | 2442637 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>22STCV14718<br>STEPHEN H. BAFFORD,<br>Reply (name extensio<br><br>Ref No.: 116949-0108<br>Central District Spring Street Cour<br>Filing ID: 12073696<br>25LA00804430<br><br>MISC. = COURT<br>TRANSACTION FEES<br><br>Total Charges for Ref. - 116949-0108: 22.45 | BASE : 11.75<br>MISC. : 10.70 | 22.45 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 9 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/17/25<br>PORTAL FEE | 2438383 | PFE | Caller: Sara Rodriguez<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24STCV16690<br>ABRAHAM CRUZ vs MARK<br>Judgment<br><br>Ref No.: 122022-0107<br>Central District Stanley Mosk Court<br>Filing ID: 11997682<br>25LA00718082<br><br>BASE : | 11.75 | 11.75 |
| | | | Total Charges for Ref. - 122022-0107: 11.75 | | |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 10 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/21/25<br>eFiling PRIORITY | 2438783 | EFR | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV22086<br>CODY V Nature's Path<br>Reply | Ref No.: 123703-0110<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 10.70<br>MISC : 3.00 | 69.95 |
| 4/24/25<br>eFiling PRIORITY | 2440271 | EFR | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV22086<br>CODY V NATURE.S<br>APP FOR PRO HAC;NTC<br>REMOTE APP | Ref No.: 123703-0110<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>XA=2ND RESUB TO CRT<br>MSC=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>XA-ATTEMPT: 56.25<br>ADVANCE : 500.00<br>MISC : 24.40 | 636.90 |
| 4/24/25<br>PDF CHMBR COPY PRIORITY | 2440275 | CRS | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV22086<br>CODY V NATURE.S<br>APPL FOR PHV; NRA;<br>PROPOSED ORDER | Ref No.: 123703-0110<br>LASC<br>111 N HILL ST DEPT 39<br>LOS ANGELES<br><br>DEL CCJ IN DEPT 39<br>BEFORE 12NN 04-25-25 | BASE : 86.50<br>FUEL CHRG : 6.49 | 92.99 |
| 4/25/25<br>eFiling PRIORITY | 2440779 | EFR | Caller: SARA RODRIGUEZ<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24STCV22086<br>CODY V NATURE<br>NTC OF APP | Ref No.: 123703-0110<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 56.25<br>CTF : 10.70<br>MISC : 3.00 | 69.95 |

Total Charges for Ref. - 123703-0110: 869.79

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 11 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/16/25<br>SPECIAL eFILING | 2437119 | EXE | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>30-2023-01323156<br>MCCONNELL V PMHLABOR<br>ATORY<br>EX PARTE;DEC;PROP OR | Ref No.: 128984-0102<br>OCSC<br>700 CIVIC CENTER DRIVE<br>SANTA ANA<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 11.10<br>ADVANCE : 60.00<br>MISC : 3.00 | 158.35 |
| 4/16/25<br>eSERVICE | 2437120 | ES | Caller: DAVID MILLER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>30-2023-01323156<br>MCCONNELL V PMHLABOR<br>ATORY<br>EX PARTE;DEC;PROP OR | Ref No.: 128984-0102<br>ESERVE | BASE : 46.25 | 46.25 |
| 4/18/25<br>PORTAL FEE | 2438384 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>30-2023-01323156-CU-<br>McConnell vs. PMH La<br>Ex Parte Application | Ref No.: 128984-0102<br>Santa Ana, 700 Civic Center Drive W<br>Filing ID: 12001572<br>31638334<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>ADVANCE : 60.00<br>MISC. : 11.10 | 82.85 |
| 4/30/25<br>PORTAL FEE | 2442635 | PFE | Caller: Sara Rodriguez<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>30-2023-01323156-CU-<br>McConnell vs. PMH La<br>Notice - Other | Ref No.: 128984-0102<br>Santa Ana, 700 Civic Center Drive W<br>Filing ID: 12069185<br>31644350<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>MISC. : 11.10 | 22.85 |

Total Charges for Ref. - 128984-0102: 310.30

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 12 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/27/25<br>SPECIAL eFILING | 2441082 | EXE | Caller: WENDY A DELVALLE<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>21-CIV-06774<br>FOGEL V. CITY<br>PROPOSED STATEMENT<br><br>Ref No.: 131810-0101<br>SAN MATEO COUNTY<br>400 COUNTY CENTER<br>REDWOOD CITY<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 5.94<br>MISC : 3.00 | 93.19 |
| | | | Total Charges for Ref. - 131810-0101: 93.19 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 13 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/21/25<br>PORTAL FEE | 2438867 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24STCV34087<br>JACK DWAILEEBE vs TR<br>Notice (name extensi<br><br>Ref No.: 132453-0111<br>Central District Spring Street Cour<br>Filing ID: 12010886<br>25LA00734010<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>MISC. : 10.70 | 22.45 |
| | | | Total Charges for Ref. - 132453-0111: 22.45 | | |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 14 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/25/25<br>DEL PRIORITY | 2440488 | ASP | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>BOX | Ref No.: 133690-0101<br>Erik Swanholt<br>130 Via Pasqual<br>REDONDO BEACH<br><br>DELIVER ASAP THIS AM | BASE : 102.75<br>WEIGHT : 2.40<br>FUEL CHRG : 7.71 | 112.86 |
| | | | Total Charges for Ref. - 133690-0101: 112.86 | | | |

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 15 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/23/25<br>eFiling | 2439545 | ESD | Caller: SONIA MORENO<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>24-CIV-03487<br>RANEY V COURIER<br>REQUEST;POS<br><br>Ref No.: 134609-0108<br>SAN MATEO SUPERIOR COURT<br>400 COUNTY CENTER<br>REDWOOD CITY<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00<br><br>Total Charges for Ref. - 134609-0108: 40.19 | BASE : 31.25<br>CTF : 5.94<br>MISC : 3.00 | 40.19 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 16 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/18/25<br>PORTAL FEE | 2439412 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24STCV15000<br>TRU-DISTRIBUTION SER<br>Response (name exten<br><br>Ref No.: 134856-0101<br>Central District Stanley Mosk Court<br>Filing ID: 12004925<br>25LA00726573<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>MISC. : 10.70 | 22.45 |
| 4/25/25<br>PORTAL FEE | 2441548 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24STCV15000<br>TRU-DISTRIBUTION SER<br>Notice (name extensi<br><br>Ref No.: 134856-0101<br>Central District Stanley Mosk Court<br>Filing ID: 12043511<br>25LA00771047<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>MISC. : 10.70 | 22.45 |
| | | | Total Charges for Ref. - 134856-0101: 44.90 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 17 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/30/25<br>DEL PRIORITY | 2442326 | ASP | Caller: JESUS TORRES<br>NICOLAS GUZMAN<br>400 S HOPE ST SUITE 1900<br>LOS ANGELES<br><br>READY NOW IN THE<br>RECEPTION AREA<br>PICK UP 17 TO 20<br>BANKER BOXES | Ref No.: 136214-0101<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>DELIVER TO FOLEY<br>17 BOXES = 595 LBS<br>WAIT=LOAD/UNLOAD | BASE : 135.00<br>WEIGHT : 86.40<br>WAIT/RSRCH: 22.50<br>FUEL CHRG : 10.13 | 254.03 |
| 4/30/25<br>DEL PRIORITY | 2442494 | ASP<br>ASP | Caller: JESUS TORRES<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>22STCV39411<br>GARY V CEAD<br>P/U 17 BOXES | Ref No.: 136214-0101<br>LASC-SPRING ST. COURTHOUSE<br>312 N. SPRING ST. DEPT 7<br>LOS ANGELES<br><br>DEL BY 8:30AM ON<br>05-01-25<br>17 BOXES = 595 LBS.<br>WAIT=LOAD/UNLOAD | BASE : 175.00<br>RETURN : 75.00<br>WEIGHT : 86.40<br>WAIT/RSRCH: 22.50<br><br>FUEL CHRG : 13.13 | 372.03 |

Total Charges for Ref. - 136214-0101: 626.06

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 18 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/16/25<br>PORTAL FEE | 2439877 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>23CV426483<br>Blue Ocean Holdings<br>Substitution of Atto | Ref No.: 139157-0101<br>Santa Clara ? Civil<br>Filing ID: 11989756<br>19006355<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>MISC. : 11.94 | 23.69 |
| 4/29/25<br>PORTAL FEE | 2442078 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>23CV426483<br>Blue Ocean Holdings<br>Proposed Order | Ref No.: 139157-0101<br>Santa Clara ? Civil<br>Filing ID: 12062299<br>19153474<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>MISC. : 11.94 | 23.69 |
| 4/29/25<br>PORTAL FEE | 2442079 | PFE | Caller: David Miller<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>23CV426483<br>Blue Ocean Holdings<br>Ex Parte Application | Ref No.: 139157-0101<br>Santa Clara ? Civil<br>Filing ID: 12061922<br>19153321<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>ADVANCE : 60.00<br>MISC. : 11.94 | 83.69 |

Total Charges for Ref. - 139157-0101: 131.07

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 19 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/16/25<br>PORTAL FEE | 2437437 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24SMCV03476<br>PRISCILLA PRESLEY vs<br>Stipulation and Orde | Ref No.: 142019-0103<br>West District Santa Monica Courthou<br>Filing ID: 11984218<br>25LA00703240<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>ADVANCE : 20.00<br>MISC. : 10.70 | 42.45 |
| 4/17/25<br>PORTAL FEE | 2437939 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24SMCV03476<br>PRISCILLA PRESLEY vs<br>Stipulation and Orde | Ref No.: 142019-0103<br>West District Santa Monica Courthou<br>Filing ID: 11994340<br>25LA00715221<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>ADVANCE : 20.00<br>MISC. : 10.70 | 42.45 |
| 4/21/25<br>PORTAL FEE | 2439413 | PFE | Caller: Vivian Hong<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 S. Flower Street<br>LOS ANGELES<br><br>24SMCV03476<br>PRISCILLA PRESLEY vs<br>Notice (name extensi | Ref No.: 142019-0103<br>West District Santa Monica Courthou<br>Filing ID: 12014934<br>25LA00739293<br><br>MISC. = COURT<br>TRANSACTION FEES | BASE : 11.75<br>MISC. : 10.70 | 22.45 |

Total Charges for Ref. - 142019-0103: 107.35

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 20 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/25/25<br>SPECIAL eFILING | 2440915 | EXE | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2502265<br>DsZGsN V SOCAL PILOT<br>AMENDED SUMMONS | Ref No.: 142124-0101<br>PALM SPRINGS COURT<br>3255 E TAHQUITZ CANYON WAY<br>PALM SPRINGS<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 10.30<br>MISC : 3.00 | 97.55 |
| 4/25/25<br>PDF CHMBR COPY SAMEDY | 2440916 | CSD | Caller: DEEDEE KREIDER<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>CVPS2502265<br>DsZGsN V SOCAL PILOT<br>AMENDED SUMMONS | Ref No.: 142124-0101<br>PALM SPRINGS COURT<br>3255 E TAHQUITZ CANYON WAY<br>PALM SPRINGS<br><br>CCJ TO DEPT PS1 | BASE : 198.75<br>FUEL CHRG : 14.90 | 213.65 |

Total Charges for Ref. - 142124-0101: 311.20

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 21 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/16/25<br>SPECIAL eFILING | 2437123 | EXE | Caller: SARA RODRIGUEZ<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>23VECV00645<br>LAKE v BUSH<br>SPECIAL MOTION TO ST<br>RIKE;DEC;RJN;PROP | Ref No.: 142646-0104<br>LASC-VAN NUYS<br>6230 SYLMAR AVENUE<br>VAN NUYS<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 84.25<br>CTF : 10.70<br>ADVANCE : 60.00<br>MISC : 3.00 | 157.95 |
| | | | Total Charges for Ref. - 142646-0104: 157.95 | | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 22 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/16/25<br>SPECIAL PROCESS | 2437152 | EXC | Caller: VIVIAN HONG<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>Ref No.: 143999-0101<br>BiBo Biopharma Engineering Company<br>225 Turnpike Rd<br>Southborough<br><br>4:25-cv-03328-KAW<br>VALNA V BIOPHARMA<br>SMMNS\|PTN\|SPRT DOCS<br><br>Total Charges for Ref. - 143999-0101: 525.50 | BASE : 395.00<br>PDF PAGES : 130.50 | 525.50 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 23 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/17/25<br>SPECIAL PROCESS | 2437550 | EXC | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>3:25-cv-03320-TLT<br>MILLERKNOLL V SOHNNE<br>SMN\|CMPLNT\|SPRT DOCS<br>SERVE 4.17.25<br><br>Ref No.: 424302-0169<br>Sohnne, Inc.\|Republic Registered AG<br>254 Chapman Rd., Ste. 209<br>NEWARK | BASE : 395.00<br>PDF PAGES : 88.50 | 483.50 |
| 4/17/25<br>PDF PROCESS PRIORITY | 2437835 | PSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>3:25-cv-03320-TLT<br>MILLERKNOLL V SOHNNE<br>ORDER STTNG CMC<br>SERVE 4.21.25<br><br>Ref No.: 424302-0169<br>Sohnne, Inc.\|Republic Registered AG<br>254 Chapman Rd., Ste. 209<br>NEWARK<br><br>RELATED TO 2437550 | BASE : 250.00 | 250.00 |
| | | | Total Charges for Ref. - 424302-0169: 733.50 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 24 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/17/25<br>DEL PRIORITY | 2437593 | ASP | Caller: GABRIELA PEREZ<br>SUSIECAKES - DTLA<br>888 S HOPE STREET<br>LOS ANGELES<br><br>P/U CUPCAKE UNDER<br>DEBORAH FELICIANO | Ref No.: 999100-0100<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>IT HAS BEEN PAID<br>DEL ASAP TODAY<br>-25% OFF ADMIN DISC | BASE : 28.00<br>RETURN : 7.00-<br>FUEL CHRG : 2.10 | 23.10 |
| 4/25/25<br>DEL PRIORITY | 2440499 | ASP | Caller: KESHAN SIRIMANE<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>LAPTOP | Ref No.: 999100-0100<br>John Schnurer<br>4615 Via Lechusa, #7200<br>RANCHO SANTA FE<br><br>WILL EMAIL THE ADDRE<br>SS ASAP<br>-25% OFF ADMIN<br>DISCOUNT | BASE : 378.00<br>RETURN : 94.50-<br>FUEL CHRG : 28.35 | 311.85 |
| 4/28/25<br>DEL PRIORITY | 2441099 | ASP | Caller: AUSTEN RENZI<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>P/U PACKAGE ASAP | Ref No.: 999100-0100<br>BREN SALGADO<br>21639 VILLA PACIFICA CIRCLE<br>CARSON<br><br>DEL ASAP THIS AM!<br>-25% OFF ADMINS<br>DISCOUNT | BASE : 83.75<br>RETURN : 20.94-<br>FUEL CHRG : 6.28 | 69.09 |

Total Charges for Ref. - 999100-0100: 404.04

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 25 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/17/25<br>PDF PROCESS | 2437602<br>PRIORITY | PSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>3:25-cv-3320-TLT<br>MILLERKNOLL V. SHONN<br>FED-SUM/COMPL/CCCS/<br>AND SUPPORTING DOCS | Ref No.: CM 424302-0169<br>EQUINOX TECHNOLOGY, LLC<br>88 HOWARD STREET APT 704<br>SAN FRANCISCO<br><br>XA=6 ATTEMPTS TOTAL<br>MISC=8 TOLL FEE<br>$ 48.00 | BASE : 126.25<br>PDF PAGES : 88.50<br>XA-ATTEMPT: 126.25<br>MISC : 48.00<br><br>FUEL CHRG : 18.94 | 407.94 |
| 4/17/25<br>PDF PROCESS | 2437604<br>PRIORITY | PSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>3:25-cv-3320-TLT<br>MILLERKNOLL V. SHONN<br>FED-SUM/COMPL/CCCS/<br>AND SUPPORTING DOCS | Ref No.: CM 424302-0169<br>LAURENT PUTRA<br>88 HOWARD STREET APT 704<br>SAN FRANCISCO<br><br>RELATED TO 2437602 | BASE : 43.00<br>PDF PAGES : 88.50 | 131.50 |
| 4/17/25<br>PDF PROCESS | 2437608<br>PRIORITY | PSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>3:25-cv-3320-TLT<br>MILLERKNOLL V. SHONN<br>FED-SUM/COMPL/CCCS/<br>AND SUPPORTING DOCS | Ref No.: CM 424302-0169<br>PT SHONNE FURNITUR INTERNASIONAL<br>88 HOWARD STREET APT 704<br>SAN FRANCISCO<br><br>RELATED TO 2437602 | BASE : 43.00<br>PDF PAGES : 88.50 | 131.50 |
| 4/25/25<br>PDF PROCESS | 2440650<br>PRIORITY | PSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>3:25-cv-3320-TLT<br>MILLERKNOLL V. SHONN<br>FED-SUM/COMPL/CCCS/<br>AND SUPPORTING DOCS | Ref No.: CM 424302-0169<br>EQUINOX TECHNOLOGY, LLC<br>1976 Nevets Lane<br>SAN JOSE | BASE : 220.25<br>PDF PAGES : 88.50<br>FUEL CHRG : 16.52 | 325.27 |

Continued

INVOICE PAYMENT DUE UPON RECEIPT

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 26 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/25/25<br>PDF PROCESS | 2440652<br>PRIORITY | PSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>3:25-cv-3320-TLT<br>MILLERKNOLL V. SHONN<br>FED-SUM/COMPL/CCCS/<br>AND SUPPORTING DOCS<br><br>Ref No.: CM 424302-0169<br>PT Sohnne Furnitur<br>1976 NEVETS LANE<br>SAN JOSE<br><br>RELATED TO 2440650 | BASE : 43.00<br>PDF PAGES : 84.75 | 127.75 |
| 4/25/25<br>PDF PROCESS | 2440654<br>PRIORITY | PSD | Caller: ASHLEY KOLEY<br>FOLEY & LARDNER LLP - LOS ANGELES<br>555 SOUTH FLOWER STREET<br>LOS ANGELES<br><br>3:25-cv-3320-TLT<br>MILLERKNOLL V. SHONN<br>FED-SUM/COMPL/CCCS/<br>AND SUPPORTING DOCS<br><br>Ref No.: CM 424302-0169<br>LAURENT PUTRA<br>1976 NEVETS LANE<br>SAN JOSE<br><br>RELATED TO 2440650 | BASE : 43.00<br>PDF PAGES : 88.50 | 131.50 |
| | | | Total Charges for Ref. - CM 424302-0169: 1,255.46 | | |
| | | | *** REPRINT *** | Total | 7,825.01 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
Delivering Peace of Mind

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 679842 | 12249 |
| Invc Date | Total Due |
| 5/08/25 | 7,825.01 |
| Current | Over 30 Days |
| 7,825.01 | |
| Over 60 Days | Over 90 Days |
| | |

FOLEY & LARDNER LLP - LOS ANGELES
ATTN:ACCOUNTS PAYABLE
555 SOUTH FLOWER ST, STE 3300
LOS ANGELES, CA 90071

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 12249 | 679842 | 4/30/25 | 7,825.01 | 27 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|

| Reference | Description | Orders | Total Amt |
|---|---|---|---|
| 061249-0361 | | 1 | 95.70 |
| 076405-0370 | | 3 | 289.22 |
| 089934-1460 | | 1 | 526.44 |
| 093592-0229 | | 2 | 175.41 |
| 105533-0131 | | 7 | 458.83 |
| 112808-0163 | | 3 | 499.40 |
| 116949-0108 | | 1 | 22.45 |
| 122022-0107 | | 1 | 11.75 |
| 123703-0110 | | 4 | 869.79 |
| 128984-0102 | | 4 | 310.30 |
| 131810-0101 | | 1 | 93.19 |
| 132453-0111 | | 1 | 22.45 |
| 133690-0101 | | 1 | 112.86 |
| 134609-0108 | | 1 | 40.19 |
| 134856-0101 | | 2 | 44.90 |
| 136214-0101 | | 2 | 626.06 |
| 139157-0101 | | 3 | 131.07 |
| 142019-0103 | | 3 | 107.35 |
| 142124-0101 | | 2 | 311.20 |
| 142646-0104 | | 1 | 157.95 |
| 143999-0101 | | 1 | 525.50 |
| 424302-0169 | | 2 | 733.50 |
| 999100-0100 | | 3 | 404.04 |
| CM 424302-0169 | | 6 | 1,255.46 |
| | Reference Totals : | 56 | 7,825.01 |
| | Total Amount Due: | 56 | 7,825.01 |

*** REPRINT ***

**INVOICE PAYMENT DUE UPON RECEIPT**

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250993959-14 | 5/19/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6845535 | 4/30/2025 | $2,828.20 |

| Case Name |
|---|
| Matthew Sinatro and Jessica Prost v. Barilla America, Inc. |

| Case No. |
|---|
| 422cv03460DMR |

**SW - COLORADO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 303-800-0803**

**Kelsey Boehm, Esquire**
**Foley & Lardner LLP**
**1400 16th Street Mall suite 200**
**Denver CO 80202**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Kelsey Boehm, Esquire<br>Foley & Lardner LLP<br>1400 16th Street Mall suite 200<br>Denver CO 80202 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

ORIGINAL TRANSCRIPT OF: Colin B. Weir

Anti-Contracting state: Massachusetts

| | |
|---|---|
| **Total Due** | **$2,828.20** |
| AFTER 7/3/2025 PAY | $3,252.43 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2,828.20** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**

Phone: 720-437-2037

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

Transcript summaries are produced and delivered within 48 hours of transcript delivery.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250993959-14
**Invoice Date:** 5/19/2025
**Balance Due:** $2,828.20

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250983505-14 | 5/20/2025 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6845535 | 4/30/2025 | $2,050.95 |

**Case Name**

Matthew Sinatro and Jessica Prost v. Barilla America, Inc.

**Case No.**

422cv03460DMR

**SW - COLORADO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 303-800-0803**

**Kelsey Boehm, Esquire**
**Foley & Lardner LLP**
**1400 16th Street Mall suite 200**
**Denver CO 80202**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Kelsey Boehm, Esquire<br>Foley & Lardner LLP<br>1400 16th Street Mall suite 200<br>Denver CO 80202 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

VIDEOGRAPHY SERVICES OF: Colin B. Weir

Anti-Contracting state: Massachusetts

| | |
|---|---|
| **Total Due** | **$2,050.95** |
| AFTER 7/4/2025 PAY | $2,358.59 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2,050.95** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F** Phone: 720-437-2037

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250983505-14
**Invoice Date:** 5/20/2025
**Balance Due:** $2,050.95

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250980408-14 | 5/12/2025 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6845531 | 4/29/2025 | $2,585.00 |

**Case Name**

Matthew Sinatro and Jessica Prost v. Barilla America, Inc.

**Case No.**

422cv03460DMR

**SW - COLORADO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 303-800-0803**

**Kelsey Boehm, Esquire**
**Foley & Lardner LLP**
**1400 16th Street Mall suite 200**
**Denver CO 80202**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Kelsey Boehm, Esquire<br>Foley & Lardner LLP<br>1400 16th Street Mall suite 200<br>Denver CO 80202 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

Items Covered: J. Michael Dennis, Ph.D.

| | |
|---|---|
| **Total Due** | **$2,585.00** |
| AFTER 6/26/2025 PAY | $2,972.75 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2,585.00** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F** Phone: 720-437-2037

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250980408-14
**Invoice Date:** 5/12/2025
**Balance Due:** $2,585.00

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1901855

## Deposition - DR. ANDREAS GROEHN (Jul 18, 2025)

## Bill to

ATTN: Kelsey Boehm
Foley & Lardner LLP
555 South Flower Street
Suite 3300
Los Angeles, CA 90071

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** MATTHEW SINATRO, et al. v BARILLA AMERICA INC

**Case number:** 4:22-cv-03460-DMR

**Job Id:** 1836475

**Invoice date:** 8/7/2025
**Terms:** Net 30
**Due date:** 9/6/2025
**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Rough Transcript Page Rate | | $1.95 | 164 | $319.80 |
| Copy Page Rate | | $4.20 | 203 | $852.60 |
| Exhibit Page Rate | | $0.65 | 885 | $575.25 |
| Transcript Production & Processing | | $65.00 | 1 | $65.00 |
| Electronic Transcript Fee | | $65.00 | 1 | $65.00 |
| Copy Litigation Package - Remote | | $50.00 | 1 | $50.00 |
| | | | **Total** | $1,927.65 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$1,927.65** |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/trf6ntqp

Please make checks payable to Steno.

LEXITAS™

# Invoice

**Invoice No:** 1510295

**Invoice Date:** 11/29/2023
**Payment Terms:** Net 30

**Bill To:**
Kelsey Boehm
Foley & Lardner, LLP
1400 16th Street, Ste. 200
Denver CO 80202
United States

**Case Name:**
Matthew Sinatro and Jessica Prost v. Barilla America, Inc.

**Case Number:** 4:22-cv-03460-DMR

**Location:** Videotaped Deposition held in Los Angeles, CA

**Job Date:** 11/11/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-919507 | Jessica Prost | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Videography - Per Hour - Weekend | 4 | $870.00 |
| DVD / MPEG Conversion | 3 | $150.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

# Invoice

**Invoice No:** 1510295

**Invoice Date:** 11/29/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Kelsey Boehm
Foley & Lardner, LLP
1400 16th Street, Ste. 200
Denver CO 80202
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1510295

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Subtotal:** | $1,050.00 |
| **Tax Total(%):** | $0.00 |
| **Total:** | $1,050.00 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $1,050.00 |
| **After 12/29/2023 Pay** | $1,065.75 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

LEXITAS™

# Invoice

**Invoice No:** 1510291

**Invoice Date:** 11/29/2023
**Payment Terms:** Net 30

**Bill To:**
Kelsey Boehm
Foley & Lardner, LLP
1400 16th Street, Ste. 200
Denver CO 80202
United States

**Case Name:**
Matthew Sinatro and Jessica Prost v. Barilla America, Inc.

**Case Number:** 4:22-cv-03460-DMR

**Location:** Videotaped Deposition held in Los Angeles, CA

**Job Date:** 11/11/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-919507 | Jessica Prost | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video Testimony - WEEKEND - EXPEDITE | 101 | $1,199.88 |
| Rough Draft of Transcript | 101 | $196.95 |
| Realtime Text - In-Room Connection X 2 | 101 | $454.50 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 109 | $103.55 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee - Weekend | 1 | $395.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

# Invoice

**Invoice No:** 1510291

**Invoice Date:** 11/29/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Kelsey Boehm
Foley & Lardner, LLP
1400 16th Street, Ste. 200
Denver CO 80202
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1510291

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Subtotal:** | $2,427.38 |
| **Tax Total(%):** | $0.00 |
| **Total:** | $2,427.38 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $2,427.38 |
| **After 12/29/2023 Pay** | $2,463.79 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

LEXITAS™

# Invoice

**Invoice No:** 1513510

**Invoice Date:** 12/8/2023
**Payment Terms:** Net 30

**Bill To:**
Kelsey Boehm
Foley & Lardner, LLP
1400 16th Street, Ste. 200
Denver CO 80202
United States

**Case Name:**
Matthew Sinatro and Jessica Prost v. Barilla America, Inc.

**Case Number:** 4:22-cv-03460-DMR

**Location:** San Francisco, CA (Hybrid Deposition)

**Job Date:** 11/27/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-916376 | Matthew Sinatro | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Transcript & 1 Copy - Video Testimony | 93 | $409.20 |
| Rough Draft of Transcript | 93 | $181.35 |
| Mini/Condensed Transcript - COMPLIMENTARY | 1 | $0.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits | 262 | $248.90 |
| E-Bundle / Lit Support Package | 1 | $47.50 |
| Reporter Appearance Fee | 1 | $295.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

LEXITAS™

# Invoice

**Invoice No:** 1513510

**Invoice Date:** 12/8/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Kelsey Boehm
Foley & Lardner, LLP
1400 16th Street, Ste. 200
Denver CO 80202
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1513510

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Subtotal:** | $1,211.95 |
| **Tax Total(%):** | $0.00 |
| **Total:** | $1,211.95 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $1,211.95 |
| **After 1/7/2024 Pay** | $1,230.13 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

LEXITAS™

# Invoice

**Invoice No:** 1513512

**Invoice Date:** 12/8/2023
**Payment Terms:** Net 30

**Bill To:**
Kelsey Boehm
Foley & Lardner, LLP
1400 16th Street, Ste. 200
Denver CO 80202
United States

**Case Name:**
Matthew Sinatro and Jessica Prost v. Barilla America, Inc.

**Case Number:** 4:22-cv-03460-DMR

**Location:** San Francisco, CA (Hybrid Deposition)

**Job Date:** 11/27/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-916376 | Matthew Sinatro | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Videography - Per Hour | 3.5 | $507.50 |
| DVD / MPEG Conversion | 2 | $100.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

# Invoice

**Invoice No:** 1513512

**Invoice Date:** 12/8/2023
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Kelsey Boehm
Foley & Lardner, LLP
1400 16th Street, Ste. 200
Denver CO 80202
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1513512

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F

| | |
|---|---|
| **Subtotal:** | $637.50 |
| **Tax Total(%):** | $0.00 |
| **Total:** | $637.50 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $637.50 |
| **After 1/7/2024 Pay** | $647.06 |

<u>**Questions/Inquiries:**</u>
**Email:** Billing@lexitaslegal.com
**Phone Number:** 844-359-1173

U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20250986421-14 | 5/7/2025 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6845531 | 4/29/2025 | $4,727.65 |

**Case Name**

Matthew Sinatro and Jessica Prost v. Barilla America, Inc.

**Case No.**

422cv03460DMR

**SW - COLORADO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 303-800-0803**

**Kelsey Boehm, Esquire**
**Foley & Lardner LLP**
**1400 16th Street Mall suite 200**
**Denver CO 80202**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Kelsey Boehm, Esquire<br>Foley & Lardner LLP<br>1400 16th Street Mall suite 200<br>Denver CO 80202 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

ORIGINAL TRANSCRIPT OF: J. Michael Dennis, Ph.D.

Witness located in Sunnyvale, CA

| | |
|---|---|
| **Total Due** | **$4,727.65** |
| AFTER 6/21/2025 PAY | $5,436.80 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$4,727.65** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F** Phone: 720-437-2037

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

Transcript summaries are produced and delivered within 48 hours of transcript delivery.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**WIRE TRANSFER & ACH INSTRUCTIONS:**
**A/C Name:** US Legal Support Inc
**Bank Name:** Cadence Bank
**Bank Address:** 2910 West Jackson St., Tupelo MS, 38801
**Account No:** 5500057350
**ABA:** 084201278
**Swift:** BAHRUS44

**Invoice #:** 20250986421-14
**Invoice Date:** 5/7/2025
**Balance Due:** $4,727.65

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com