**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Cassandra Rasmussen (*pro hac vice*)
*crasmussen@clarksonlawfirm.com*
Jiaming Zheng (SBN 363184)
*jzheng@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

**FOLEY & LARDNER LLP**
Erik Swanholt (SBN 198042)
*eswanholt@foley.com*
John J. Atallah (SBN 294116)
*jatallah@foley.com*
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 972-4614
Fax: (213) 972-4757

Kelsey C. Boehm (admitted *pro hac vice*)
kboehm@foley.com
1144 15th Street, Suite 2200
Denver, CO 80202
Tel: (720) 437-2013
Fax: (720) 437-2200

**FAEGRE DRINKER BIDDLE & REATH LLP**
Kevin P. Wagner (*pro hac vice)*
*kevin.wagner@faegredrinker.com*
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000

[Additional Counsel on Signature Page]

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MATTHEW SINATRO and JESSICA PROST, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BARILLA AMERICA, INC.,

Defendant.

Case No.: 4:22-cv-03460-ASK

*Assigned for all purposes to Hon. Ajay Krishnan*

**JOINT STIPULATION AND [PROPOSED] ORDER STAYING DEFENDANT'S BILL OF COSTS**

Plaintiffs Matthew Sinatro and Jessica Prost ("Plaintiffs") and Defendant Barilla America, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate to stay dates and deadlines regarding Defendant's Bill of Costs (ECF No. 189) as follows.

WHEREAS, on September 30, 2026, the Court issued an Order (ECF 187) granting Defendant's Motion for Summary Judgement;

WHEREAS, on October 14, 2026, Defendant filed a Bill of Costs (ECF 189);

WHEREAS, Plaintiffs' Objection to Defendant's Bill of Costs is due within fourteen (14) days of service of Defendant's Bill of Costs (see N.D. Cal. 54-2), October 28, 2026;

WHEREAS, on October 23, 2026, Parties met and conferred as required by N.D.CAL Local Rule 54-2;

WHEREAS, during the meet and confer, Plaintiffs informed Defendant of their intent to file a Notice of Appeal regarding the September 30th Order;

WHEREAS, Parties discussed staying the deadline for Plaintiffs' objection to the Bill of Costs until resolution of appeal;

WHEREAS, there is good cause to stay the deadline for objecting to the Bill of Costs pending appeal, as the stay will avoid a waste of judicial resources and promote judicial economy and efficiency.

Based on the foregoing, Parties, by and through their undersigned counsel hereby stipulate and agree as follows:

1. Plaintiffs shall file any objections to Defendant's Bill of Costs within fourteen (14) days after the Ninth Circuit issues its mandate or the appeal is otherwise dismissed. If Plaintiffs do not timely file a notice of appeal, objections are due fourteen (14) days after the time to appeal expires.
2. The Clerk shall not tax costs until the deadline in Paragraph 1 has passed and the Court has resolved any timely objections.
3. Defendant will not argue that objections filed within the period in Paragraph 1 are untimely, or that Plaintiffs waived any objection by not filing on October 28, 2026.

4. If the Ninth Circuit reverses or vacates the Judgment, Defendant will withdraw its Bill of Costs without prejudice to seeking costs after further proceedings.
5. This Stipulation does not extend or toll the time to file a notice of appeal, and it does not waive Plaintiffs' right to appeal.

Except as stated above, every party maintains all rights regarding the Bill of Costs. Those rights include the right to object, to respond, to seek review of the Clerk's taxation under Rule 54(d)(1), and to file related motions.

A Proposed Order reflecting the Parties' stipulation is submitted herewith.

**IT IS SO STIPULATED AND JOINTLY REQUESTED.**

Dated: October 27, 2026

**CLARKSON LAW FIRM, P.C.**

By: /s/*Cassandra Rasmussen*
Ryan J. Clarkson, Esq.
Yana Hart, Esq.
Cassandra Rasmussen, Esq.
Jiaming Zheng, Esq.

*Attorneys for Plaintiffs*

DATED: October 27, 2026

**FOLEY & LARDNER**
Erik K. Swanholt
John J. Atallah
Kelsey C. Boehm

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Kevin Wagner*
Kevin P. Wagner (*pro hac vice*)
*kevin.wagner@faegredrinker.com*
Aaron D. Van Oort (*pro hac vice*)
*aaron.vanoort@faegredrinker.com*
Tyler A. Young (*pro hac vice*)
*Tyler.young@faegredrinker.com*
Berglind H. Birkland (*pro hac vice*)
*berglind.birkland@faegredrinker.com*
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000

David Belcher (SBN 330166)
*david.belcher@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000

David J.F. Gross (SBN 290951)
*david.gross@faegredrinker.com*
4800 North Scottsdale Road, Suite 2200
Scottsdale, Arizona 85251
Telephone: (480) 643-1850

*Attorneys for Defendant*

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs Matthew Sinatro and Jessica Prost ("Plaintiffs") and Defendant Barilla America, Inc. ("Defendant") (collectively, the "Parties") Joint Stipulation to Stay Defendant's Bill of Costs, and all relevant papers on file herein, hereby finds good cause and orders as follows:

6. Plaintiffs shall file any objections to Defendant's Bill of Costs within fourteen (14) days after the Ninth Circuit issues its mandate or the appeal is otherwise dismissed. If Plaintiffs do not timely file a notice of appeal, objections are due fourteen (14) days after the time to appeal expires.
7. The Clerk shall not tax costs until the deadline in Paragraph 1 has passed and the Court has resolved any timely objections.
8. Defendant will not argue that objections filed within the period in Paragraph 1 are untimely, or that Plaintiffs waived any objection by not filing on October 28, 2026.
9. If the Ninth Circuit reverses or vacates the Judgment, Defendant will withdraw its Bill of Costs without prejudice to seeking costs after further proceedings.
10. This Stipulation does not extend or toll the time to file a notice of appeal, and it does not waive Plaintiffs' right to appeal.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___________

______________________________
HON. AJAY KRISHNAN
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 27, 2026

By: */s/Cassandra Rasmussen*
Cassandra Rasmussen

*Attorney for Plaintiffs*